# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>OHIO REDISTRICTING COMMISSION and FRANK LAROSE, in his official capacity,<br>    *Defendants*,<br><br>and<br><br>SENATOR VERNON SYKES and HOUSE MINORITY LEADER ALLISON RUSSO, in their capacities as members of the Ohio Redistricting Commission,<br>    *Proposed Intervenors-Defendants*. | Case No. 2:22-cv-773<br><br>Chief Judge Marbley<br><br>Magistrate Judge Deavers |

## [PROPOSED] ORDER

Senator Vernon Sykes and House Minority Leader Allison Russo have moved to intervene as defendants in this action. Because they have satisfied the requirements set forth in Rule 24, for the reasons given in their motion, the Court grants their motion to intervene.

**IT IS SO ORDERED.**

**DATED:** _____        _____
                            **HON. ALGENON L. MARBLEY**
                            **CHIEF UNITED STATES DISTRICT JUDGE**