# EXHIBIT

# A





Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each district is therefore 119,186.

## Statistical Information – Proposed Ohio House Districts

| House District | Population | Deviation |
|---|---|---|
| 1 | 115,498 | -3.09% |
| 2 | 117,559 | -1.37% |
| 3 | 114,104 | -4.26% |
| 4 | 114,500 | -3.93% |
| 5 | 116,735 | -2.06% |
| 6 | 115,517 | -3.08% |
| 7 | 115,170 | -3.37% |
| 8 | 115,189 | -3.35% |
| 9 | 120,997 | 1.52% |
| 10 | 113,326 | -4.92% |
| 11 | 114,236 | -4.15% |
| 12 | 113,760 | -4.55% |
| 13 | 124,554 | 4.50% |
| 14 | 125,064 | 4.93% |
| 15 | 125,088 | 4.95% |
| 16 | 121,879 | 2.26% |
| 17 | 124,819 | 4.73% |
| 18 | 123,226 | 3.39% |
| 19 | 124,679 | 4.61% |
| 20 | 125,098 | 4.96% |
| 21 | 122,023 | 2.38% |
| 22 | 124,633 | 4.57% |
| 23 | 122,775 | 3.01% |
| 24 | 123,469 | 3.59% |
| 25 | 123,568 | 3.68% |
| 26 | 124,802 | 4.71% |
| 27 | 116,286 | -2.43% |
| 28 | 114,050 | -4.31% |
| 29 | 114,653 | -3.80% |
| 30 | 113,811 | -4.51% |
| 31 | 124,467 | 4.43% |
| 32 | 122,679 | 2.93% |
| 33 | 123,791 | 3.86% |

**PROPOSED GENERAL ASSEMBLY DISTRICT PLAN (AS AMENDED)**
**SEPTEMBER 15, 2021**

| | | |
|---|---|---|
| 34 | 121,807 | 2.20% |
| 35 | 121,171 | 1.67% |
| 36 | 114,991 | -3.52% |
| 37 | 125,125 | 4.98% |
| 38 | 122,075 | 2.42% |
| 39 | 116,366 | -2.37% |
| 40 | 113,280 | -4.96% |
| 41 | 113,996 | -4.35% |
| 42 | 115,350 | -3.22% |
| 43 | 115,804 | -2.84% |
| 44 | 123,473 | 3.60% |
| 45 | 123,472 | 3.60% |
| 46 | 121,992 | 2.35% |
| 47 | 115,745 | -2.89% |
| 48 | 113,975 | -4.37% |
| 49 | 124,555 | 4.50% |
| 50 | 113,841 | -4.48% |
| 51 | 125,115 | 4.97% |
| 52 | 124,642 | 4.58% |
| 53 | 121,772 | 2.17% |
| 54 | 121,704 | 2.11% |
| 55 | 120,633 | 1.21% |
| 56 | 124,454 | 4.42% |
| 57 | 124,671 | 4.60% |
| 58 | 116,292 | -2.43% |
| 59 | 123,105 | 3.29% |
| 60 | 113,964 | -4.38% |
| 61 | 113,860 | -4.47% |
| 62 | 124,425 | 4.40% |
| 63 | 113,544 | -4.73% |
| 64 | 124,731 | 4.65% |
| 65 | 117,025 | -1.81% |
| 66 | 116,342 | -2.39% |
| 67 | 118,575 | -0.51% |
| 68 | 115,385 | -3.19% |
| 69 | 114,369 | -4.04% |
| 70 | 116,643 | -2.13% |
| 71 | 115,026 | -3.49% |

PROPOSED GENERAL ASSEMBLY DISTRICT PLAN (AS AMENDED)
SEPTEMBER 15, 2021

| | | |
|---|---|---|
| 72 | 122,012 | 2.37% |
| 73 | 123,971 | 4.01% |
| 74 | 121,539 | 1.97% |
| 75 | 116,122 | -2.57% |
| 76 | 116,323 | -2.40% |
| 77 | 124,936 | 4.82% |
| 78 | 116,894 | -1.92% |
| 79 | 117,815 | -1.15% |
| 80 | 124,211 | 4.22% |
| 81 | 113,487 | -4.78% |
| 82 | 122,541 | 2.81% |
| 83 | 113,996 | -4.35% |
| 84 | 118,816 | -0.31% |
| 85 | 115,560 | -3.04% |
| 86 | 114,486 | -3.94% |
| 87 | 113,433 | -4.83% |
| 88 | 113,965 | -4.38% |
| 89 | 115,986 | -2.68% |
| 90 | 115,793 | -2.85% |
| 91 | 114,286 | -4.11% |
| 92 | 119,113 | -0.06% |
| 93 | 117,981 | -1.01% |
| 94 | 122,131 | 2.47% |
| 95 | 124,027 | 4.06% |
| 96 | 124,223 | 4.23% |
| 97 | 121,818 | 2.21% |
| 98 | 113,571 | -4.71% |
| 99 | 125,112 | 4.97% |

PROPOSED GENERAL ASSEMBLY DISTRICT PLAN (AS AMENDED)
SEPTEMBER 15, 2021

### Statistical Information – Proposed Ohio Senate Districts

| Senate District | Population | Deviation |
|---|---|---|
| 1 | 350,024 | -2.11% |
| 2 | 348,113 | -2.64% |
| 3 | 346,752 | -3.02% |
| 4 | 368,937 | 3.18% |
| 5 | 361,748 | 1.17% |
| 6 | 362,191 | 1.30% |
| 7 | 358,623 | 0.30% |
| 8 | 342,514 | -4.21% |
| 9 | 371,839 | 3.99% |
| 10 | 347,791 | -2.73% |
| 11 | 342,626 | -4.18% |
| 12 | 348,862 | -2.43% |
| 13 | 371,529 | 3.91% |
| 14 | 353,762 | -1.06% |
| 15 | 347,161 | -2.91% |
| 16 | 341,322 | -4.54% |
| 17 | 351,380 | -1.73% |
| 18 | 374,237 | 4.66% |
| 19 | 341,395 | -4.52% |
| 20 | 367,328 | 2.73% |
| 21 | 371,335 | 3.85% |
| 22 | 351,811 | -1.61% |
| 23 | 372,878 | 4.28% |
| 24 | 372,031 | 4.05% |
| 25 | 351,356 | -1.73% |
| 26 | 352,334 | -1.46% |
| 27 | 372,061 | 4.06% |
| 28 | 368,277 | 3.00% |
| 29 | 354,275 | -0.92% |
| 30 | 370,381 | 3.59% |
| 31 | 343,595 | -3.91% |
| 32 | 363,768 | 1.74% |
| 33 | 357,212 | -0.10% |

4

**PROPOSED GENERAL ASSEMBLY DISTRICT PLAN (AS AMENDED)
SEPTEMBER 15, 2021**

---

Ohio's 33 Senate districts are comprised of the following Ohio House districts.

| | | |
|---|---|---|
| Senate District 1: | House Districts 81, 82, 83 | |
| Senate District 2: | House Districts 43, 76, 89 | |
| Senate District 3: | House Districts 4, 5, 6 | |
| Senate District 4: | House Districts 44, 45, 46 | |
| Senate District 5: | House Districts 35, 39, 80 | |
| Senate District 6: | House Districts 36, 37, 38 | |
| Senate District 7: | House Districts 27, 54, 55 | |
| Senate District 8: | House Districts 28, 29, 30 | |
| Senate District 9: | House Districts 24, 25, 26 | |
| Senate District 10: | House Districts 70, 71, 75 | |
| Senate District 11: | House Districts 40, 41, 42 | |
| Senate District 12: | House Districts 84, 85, 86 | |
| Senate District 13: | House Districts 51, 52, 53 | |
| Senate District 14: | House Districts 62, 63, 90 | |
| Senate District 15: | House Districts 1, 2, 3 | |
| Senate District 16: | House Districts 10, 11, 12 | |
| Senate District 17: | House Districts 91, 92, 93 | |
| Senate District 18: | House Districts 56, 57, 99 | Assigned to Senator Cirino |
| Senate District 19: | House Districts 60, 61, 98 | |
| Senate District 20: | House Districts 73, 74, 97 | |
| Senate District 21: | House Districts 19, 21, 22 | |
| Senate District 22: | House Districts 66, 67, 78 | Assigned to Senator Romanchuk |
| Senate District 23: | House Districts 13, 18, 20 | |
| Senate District 24: | House Districts 14, 15, 16 | Assigned to Senator Dolan |
| Senate District 25: | House Districts 7, 8, 9 | |
| Senate District 26: | House Districts 77, 87, 88 | Assigned to Senator Reineke |
| Senate District 27: | House Districts 17, 23, 31 | |
| Senate District 28: | House Districts 32, 33, 34 | |
| Senate District 29: | House Districts 47, 48, 49 | |
| Senate District 30: | House Districts 94, 95, 96 | |
| Senate District 31: | House Districts 50, 68, 69 | |
| Senate District 32: | House Districts 64, 65, 72 | Assigned to Senator O'Brien |
| Senate District 33: | House Districts 58, 59, 79 | |

All of the above assignments of Senators are made pursuant to Section 5, Article XI of the Ohio Constitution.

5