# EXHIBIT

# B





Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each district is therefore 119,186.

**Statistical Information – Ohio House Districts**
**Revised January 22, 2022**

| House District | Population | Deviation |
|---|---|---|
| 1 | 113,426 | -4.83% |
| 2 | 113,423 | -4.84% |
| 3 | 113,935 | -4.41% |
| 4 | 113,292 | -4.95% |
| 5 | 114,607 | -3.84% |
| 6 | 117,140 | -1.72% |
| 7 | 118,578 | -0.51% |
| 8 | 116,036 | -2.64% |
| 9 | 113,314 | -4.93% |
| 10 | 122,847 | 3.07% |
| 11 | 116,233 | -2.48% |
| 12 | 113,760 | -4.55% |
| 13 | 125,080 | 4.95% |
| 14 | 123,343 | 3.49% |
| 15 | 124,886 | 4.78% |
| 16 | 124,466 | 4.43% |
| 17 | 120,136 | 0.80% |
| 18 | 124,926 | 4.82% |
| 19 | 124,679 | 4.61% |
| 20 | 124,935 | 4.82% |
| 21 | 123,674 | 3.77% |
| 22 | 124,471 | 4.43% |
| 23 | 123,242 | 3.40% |
| 24 | 122,543 | 2.82% |
| 25 | 120,544 | 1.14% |
| 26 | 115,016 | -3.50% |
| 27 | 123,894 | 3.95% |
| 28 | 120,869 | 1.41% |
| 29 | 113,611 | -4.68% |
| 30 | 114,162 | -4.22% |
| 31 | 124,384 | 4.36% |
| 32 | 119,235 | 0.04% |
| 33 | 124,651 | 4.59% |

GENERAL ASSEMBLY DISTRICT PLAN
REVISED JANUARY 22, 2022

| House District | Population | Deviation |
|---|---|---|
| 34 | 124,474 | 4.44% |
| 35 | 121,171 | 1.67% |
| 36 | 114,991 | -3.52% |
| 37 | 125,125 | 4.98% |
| 38 | 122,075 | 2.42% |
| 39 | 116,366 | -2.37% |
| 40 | 113,280 | -4.96% |
| 41 | 113,996 | -4.35% |
| 42 | 115,350 | -3.22% |
| 43 | 115,804 | -2.84% |
| 44 | 123,473 | 3.60% |
| 45 | 123,472 | 3.60% |
| 46 | 121,992 | 2.35% |
| 47 | 115,745 | -2.89% |
| 48 | 113,975 | -4.37% |
| 49 | 124,555 | 4.50% |
| 50 | 113,841 | -4.48% |
| 51 | 123,149 | 3.33% |
| 52 | 123,593 | 3.70% |
| 53 | 114,203 | -4.18% |
| 54 | 121,704 | 2.11% |
| 55 | 120,633 | 1.21% |
| 56 | 124,454 | 4.42% |
| 57 | 124,671 | 4.60% |
| 58 | 116,292 | -2.43% |
| 59 | 123,105 | 3.29% |
| 60 | 113,964 | -4.38% |
| 61 | 113,860 | -4.47% |
| 62 | 124,425 | 4.40% |
| 63 | 113,544 | -4.73% |
| 64 | 124,731 | 4.65% |
| 65 | 117,025 | -1.81% |
| 66 | 116,342 | -2.39% |
| 67 | 118,575 | -0.51% |
| 68 | 115,385 | -3.19% |
| 69 | 114,369 | -4.04% |
| 70 | 116,643 | -2.13% |

2

GENERAL ASSEMBLY DISTRICT PLAN
REVISED JANUARY 22, 2022

| House District | Population | Deviation |
|---|---|---|
| 71 | 115,026 | -3.49% |
| 72 | 122,012 | 2.37% |
| 73 | 123,971 | 4.01% |
| 74 | 121,539 | 1.97% |
| 75 | 116,122 | -2.57% |
| 76 | 116,323 | -2.40% |
| 77 | 124,936 | 4.82% |
| 78 | 116,894 | -1.92% |
| 79 | 117,815 | -1.15% |
| 80 | 124,211 | 4.22% |
| 81 | 113,487 | -4.78% |
| 82 | 114,464 | -3.96% |
| 83 | 120,963 | 1.49% |
| 84 | 114,313 | -4.09% |
| 85 | 122,372 | 2.67% |
| 86 | 113,287 | -4.95% |
| 87 | 113,433 | -4.83% |
| 88 | 116,875 | -1.94% |
| 89 | 123,660 | 3.75% |
| 90 | 115,793 | -2.85% |
| 91 | 114,286 | -4.11% |
| 92 | 119,113 | -0.06% |
| 93 | 117,981 | -1.01% |
| 94 | 122,131 | 2.47% |
| 95 | 124,027 | 4.06% |
| 96 | 124,223 | 4.23% |
| 97 | 121,818 | 2.21% |
| 98 | 113,571 | -4.71% |
| 99 | 125,112 | 4.97% |

GENERAL ASSEMBLY DISTRICT PLAN
REVISED JANUARY 22, 2022

### Statistical Information – Ohio Senate Districts
### Revised January 2022

| Senate District | Population | Deviation |
|---|---|---|
| 1 | 348,914 | -2.42% |
| 2 | 355,787 | -0.50% |
| 3 | 350,746 | -1.91% |
| 4 | 368,937 | 3.18% |
| 5 | 361,748 | 1.17% |
| 6 | 362,191 | 1.30% |
| 7 | 366,231 | 2.43% |
| 8 | 348,642 | -2.49% |
| 9 | 358,103 | 0.15% |
| 10 | 347,791 | -2.73% |
| 11 | 342,626 | -4.18% |
| 12 | 349,972 | -2.12% |
| 13 | 360,945 | 0.95% |
| 14 | 353,762 | -1.06% |
| 15 | 340,784 | -4.69% |
| 16 | 347,133 | -2.92% |
| 17 | 351,380 | -1.73% |
| 18 | 374,237 | 4.66% |
| 19 | 341,395 | -4.52% |
| 20 | 367,328 | 2.73% |
| 21 | 372,824 | 4.27% |
| 22 | 351,811 | -1.61% |
| 23 | 374,941 | 4.86% |
| 24 | 367,945 | 2.90% |
| 25 | 347,928 | -2.69% |
| 26 | 355,244 | -0.65% |
| 27 | 372,602 | 4.21% |
| 28 | 368,270 | 3.00% |
| 29 | 354,275 | -0.92% |
| 30 | 370,381 | 3.59% |
| 31 | 343,595 | -3.91% |
| 32 | 363,768 | 1.74% |
| 33 | 357,212 | -0.10% |

GENERAL ASSEMBLY DISTRICT PLAN
REVISED JANUARY 22, 2022

Ohio's 33 Senate districts are comprised of the following Ohio House districts.

| | | |
|---|---|---|
| Senate District 1: | House Districts 81, 82, 83 | |
| Senate District 2: | House Districts 43, 76, 89 | Assigned to Senator Gavarone |
| Senate District 3: | House Districts 4, 5, 10 | |
| Senate District 4: | House Districts 44, 45, 46 | |
| Senate District 5: | House Districts 35, 39, 80 | |
| Senate District 6: | House Districts 36, 37, 38 | |
| Senate District 7: | House Districts 27, 54, 55 | |
| Senate District 8: | House Districts 28, 29, 30 | |
| Senate District 9: | House Districts 24, 25, 26 | |
| Senate District 10: | House Districts 70, 71, 75 | |
| Senate District 11: | House Districts 40, 41, 42 | |
| Senate District 12: | House Districts 84, 85, 86 | |
| Senate District 13: | House Districts 51, 52, 53 | |
| Senate District 14: | House Districts 62, 63, 90 | |
| Senate District 15: | House Districts 1, 2, 3 | |
| Senate District 16: | House Districts 6, 11, 12 | |
| Senate District 17: | House Districts 91, 92, 93 | |
| Senate District 18: | House Districts 56, 57, 99 | Assigned to Senator Cirino |
| Senate District 19: | House Districts 60, 61, 98 | |
| Senate District 20: | House Districts 73, 74, 97 | |
| Senate District 21: | House Districts 19, 21, 22 | |
| Senate District 22: | House Districts 66, 67, 78 | Assigned to Senator Romanchuk |
| Senate District 23: | House Districts 13, 18, 20 | |
| Senate District 24: | House Districts 14, 16, 17 | Assigned to Senator Dolan |
| Senate District 25: | House Districts 7, 8, 9 | |
| Senate District 26: | House Districts 77, 87, 88 | Assigned to Senator Reineke |
| Senate District 27: | House Districts 15, 23, 34 | |
| Senate District 28: | House Districts 32, 33, 31 | |
| Senate District 29: | House Districts 47, 48, 49 | |
| Senate District 30: | House Districts 94, 95, 96 | |
| Senate District 31: | House Districts 50, 68, 69 | |
| Senate District 32: | House Districts 64, 65, 72 | Assigned to Senator O'Brien |
| Senate District 33: | House Districts 58, 59, 79 | |

All of the above assignments of Senators are made pursuant to Section 5, Article XI of the Ohio Constitution.