# EXHIBIT

# C

**EXHIBIT C**

# IN THE
# SUPREME COURT OF OHIO

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, *et al.*, <br><br> Relators, <br><br> v. <br><br> OHIO REDISTRICTING COMMISSION, *et al.*, <br><br> Respondents. | Case No. 2021-1193 <br><br> Original Action Pursuant to Ohio Const., Art. XI <br><br> Apportionment Case |
| BRIA BENNETT, *et al.*, <br><br> Relators, <br><br> v. <br><br> OHIO REDISTRICTING COMMISSION, *et al.*, <br><br> Respondents. | Case No. 2021-1198 <br><br> Original Action Pursuant to Ohio Const., Art. XI <br><br> Apportionment Case |
| THE OHIO ORGANIZING COLLABORATIVE, *et al.*, <br><br> Relators, <br><br> v. <br><br> OHIO REDISTRICTING COMMISSION, *et al.*, <br><br> Respondents. | Case No. 2021-1210 <br><br> Original Action Pursuant to Ohio Const., Art. XI <br><br> Apportionment Case |

**NOTICE OF IMPASSE OF RESPONDENT THE OHIO REDISTRICTING COMMISSION**

Freda J. Levenson (0045916)
 *Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, Ohio  44103
614.586.1972. x125
flevenson@acluohio.org

Dave Yost
Ohio Attorney General

Erik J. Clark (0078732)
 *Counsel of Record*
Ashley T. Merino (0096853)
ORGAN LAW LLP
1330 Dublin Road

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, Ohio  43206
614.586.1972. x2004
dcarey@aclu.org

T. Alora Thomas (PHV 22010)
Julie A. Ebenstein (PHV 25423)
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, New York  10004
212.519.7866.
athomas@aclu.org
jebenstein@aclu.org

Robert D. Fram (PHV 25414-2021)
Joshua Gonzalez (PHV 25424-2021)
Juliana Goldrosen (PHV 25193-2021)
David Denuyl (PHV 25452-2021)
Donald Brown (PHV 25480-2021)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California  94105-2533
415.591.6000
rfram@cov.com
JGonzalez@cov.com
jgoldrosen@cov.com
ddenuyl@cov.com
dwbrown@cov.com

Megan C. Keenan (PHV 25410-2021)
James Smith
Laura B. Bender (PHV 25192-2021)
Alexander Thomson (PHV 25462-2021)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC  20001-4956
202.662.6000
mkeenan@cov.com
jmsmith@cov.com
bbender@cov.com
ajthomson@cov.com

Columbus, Ohio  43215
614.481.0900
614.481.0904 (facsimile)
ejclark@organlegal.com
amerino@organlegal.com

Special Counsel to Attorney General
Dave Yost

*Counsel for Respondent The Ohio
Redistricting Commission*

Dave Yost
Ohio Attorney General

Bridget C. Coontz (0072919)
   *Counsel of Record*
Julie M. Pfeiffer (006762)
Michael A. Walton (0092201)
Michael J. Hendershot (0081842)
OFFICE OF THE OHIO ATTORNEY
GENERAL
30 E. Broad Street, 16th Floor
Columbus, Ohio  43215
614.466.2872
614.782.7592 (facsimile)
Bridget.Coontz@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Michael.Walton@OhioAGO.gov
Michael.Hendershot@OhioAGO.gov

*Counsel for Respondents Ohio Governor
DeWine, Ohio Secretary of State LaRose,
and Ohio Auditor Faber*

W. Stuart Dornette (0002955)
Beth A. Bryan (0082076)
Philip D. Williamson (0097174)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio  45202-3957
513.381.2838
513.381.0205 (facsimile)
dornette@taftlaw.com
bryan@taftlaw.com
pwilliamson@taftlaw.com

Madison Arent
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
212.841.1000
marent@cov.com

Anupam Sharma (PHV 25418-2021)
James Hovard (PHV 25420-2021)
Yiye Fu (PHV 25419-2021)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto, Square, 10th Floor
Palo Alto, California  94306-2112
650.632.4700
650.632.4800 (facsimile)
asharma@cov.com
jhovard@cov.com
yfu@cov.com

*Counsel for Relators League of Women Voters of Ohio, et al., in Case No. 2012-1193*

Donald J. McTigue (0022849)
    *Counsel of Record*
Derek S. Clinger (0092075)
MCTIGUE & COLOMBO LLC
545 East Town Street
Columbus, Ohio  43215
614.263.7000
614.368.6961 (facsimile)
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

Aria C. Branch (PHV 25435-2021)
Jyoti Jasrasaria (PHV 25401-2021)
Spencer W. Klein (PHV 25432-2021)
ELIAS LAW GROUP
10 G St NE, Suite 600
Washington, DC  20002
202.968.4490
202.968.4498 (facsimile)
abranch@elias.law
jjasrasaria@elias.law
sklein@elias.law

Phillip J. Strach (PHV 2544-2021)
Thomas A. Farr (PHV 25461)
John E. Branch, III (PHV 25460)
Alyssa M. Riggins (PHV 25441-2021)
Greg McGuire (PHV 25483)
NELSON MULLINS RILEY & SCARBOROUGH LLP
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina  27612
919.329.3800
919.329.3799 (facsimile)
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
greg.mcguire@nelsonmullins.com

*Counsel for Respondents Matt Huffman, President of the Ohio Senate, and Robert R. Cupp, Speaker of the Ohio House of Representatives*

House Minority Leader Allison Russo (pro se)
77 South High Street
10th Floor
Columbus, OH 43215
614.466.8012
Allison.Russo@ohiohouse.gov

Senator Vernon Sykes (pro se)
1 Capitol Square
Ground Floor
Columbus, OH 43215
614.466.7041
Vernon.Sykes@ohiosenate.gov

Abha Khanna (PHV 2189-2021)
William B. Stafford (PHV 25433-2021)
ELIAS LAW GROUP
1700 Seventh Ave, Suite 2100
Seattle, Washington  98101
206.656.0176
206.656.0180 (facsimile)
akhanna@elias.law
bstafford@elias.law

*Counsel for Relators Bria Bennett, et al., in Case No. 2021-1198*


Peter M. Ellis (0070264)
    *Counsel of Record*
M. Patrick Yingling (PHV 10145-2021)
Natalie R. Salazar
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
312.207.1000
312.207.6400 (facsimile)
pellis@reedsmith.com
mpyingling@reedsmith.com
nsalazar@reedsmith.com

Alicia L. Bannon (PHV 25409-2021)
Yurij Rudensky (PHV 25422-2021)
Michael Li (PHV 25430-2021)
Ethan Herenstein (PHV 25429-2021)
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, New York  10271
646.292.8310
212.463.7308 (facsimile)
alicia.bannon@nyu.edu
rudenskyy@brennan.law.nyu.edu
herensteine@brennan.law.nyu.edu

Ben R. Fliegel (PHV 25411-2021)
REED SMITH LLP
355 South Grand Avenue, Suite 2900

Los Angeles, California  90071
213.457.8000
213.457.8080 (facsimile)
bfliegel@reedsmith.com

Brad A. Funari (PHV 3139-2021)
Danielle L. Stewart (0084086)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania  15222
412.288.4583
412.288.3063 (facsimile)
bfunari@reedsmith.com
dstewart@reedsmith.com

Brian A. Sutherland (PHV 25406-2021)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105
415.543.8700
415.391.8269 (facsimile)
bsutherland@reedsmith.com

*Counsel for Relators Ohio Organizing
Collaborative, et al., in Case No. 2021-1210*

## **NOTICE OF IMPASSE**

On February 7, 2022, this Court invalidated the Revised General-Assembly Plan ("Revised Plan") adopted by Respondent The Ohio Redistricting Commission (the "Commission") on January 22, 2022. The Court further ordered that the Commission adopt an entirely new General-Assembly plan that conforms with the Ohio Constitution, file it with the Secretary of State by February 17, 2022, and file a copy of that plan with this Court by 9:00 a.m. today, February 18, 2022.

On February 17, 2022, the Commission met. House Minority Leader Allison Russo moved the Commission to adopt a plan submitted by her and Senator Vernon Sykes. The Commission discussed that proposed plan. Other commission members, including Senate President Matt Huffman and Auditor Keith Faber, raised concerns and stated that the proposed plan did not comply with the Ohio Constitution, including Article XI, Sections 6(A) and 6(C); violated racial-gerrymandering rules under federal law; and was flawed for other reasons. Minority Leader Russo stated that the proposed plan was constitutional, did not violate federal law, and should be adopted. Ultimately, the Commission voted not to adopt the proposed plan. Leader Russo and Senator Sykes voted to adopt the plan, and the remaining five members of the Commission voted not to adopt the plan.

After voting on the proposed plan that Leader Russo moved into consideration, a majority of the Commission members were unable to adopt a new General-Assembly Plan. Among other discussion, President Huffman stated that the Commission was at an impasse, as the Commission is unable to ascertain and determine a plan that complies with the Court's order and the Ohio Constitution. Governor Mike DeWine stated that it was not possible to comply with at least portions of the Court's order, including drawing an entirely new map in ten days, but added that the Commission should attempt to adopt a new map that complies with the Court's order as much

as possible. Leader Russo stated that it was possible to adopt a new constitutional map, and the Commission should do so.

Accordingly, a majority of the Commission has not been able to adopt a new plan, and the Commission is thus unable to file a copy of a new plan with this Court by the Court's deadline of 9:00 a.m. today.

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted, |

Dave Yost
Ohio Attorney General

/s Erik J. Clark
Erik J. Clark (0078732)
   *Counsel of Record*
Ashley Merino (0096853)
ORGAN LAW LLP
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900
614.481.0904 (facsimile)
ejclark@organlegal.com
amerino@organlegal.com

Special Counsel to Attorney General Dave Yost

*Counsel for Respondent The Ohio Redistricting Commission*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2022, a copy of the foregoing was served by electronic mail upon the following:

Freda J. Levenson, Esq.
   *Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, Ohio 44103
614.586.1972. x125
flevenson@acluohio.org

David J. Carey, Esq.
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
614.586.1972. x2004
dcarey@aclu.org

Alora Thomas, Esq.
Julie A. Ebenstein, Esq.
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, New York 10004
212.519.7866.
athomas@aclu.org
jebenstein@aclu.org

Robert D. Fram, Esq.
Joshua Gonzalez, Esq.
Juliana Goldrosen, Esq.
David Denuyl, Esq.
Donald Brown, Esq.
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
rfram@cov.com
JGonzalez@cov.com
jgoldrosen@cov.com
ddenuyl@cov.com
dwbrown@cov.com


Megan C. Keenan, Esq.

Dave Yost
Ohio Attorney General

Bridget C. Coontz, Esq.
   *Counsel of Record*
Julie M. Pfeiffer, Esq.
Michael A. Walton, Esq.
Michael J. Hendershot, Esq.
OFFICE OF THE OHIO ATTORNEY GENERAL
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
614.466.2872
614.782.7592 (facsimile)
Bridget.Coontz@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Michael.Walton@OhioAGO.gov
Michael.Henderson@OhioAGO.gov

*Counsel for Respondents Ohio Governor DeWine, Ohio Secretary of State LaRose, and Ohio Auditor Faber*

W. Stuart Dornette, Esq.
Beth A. Bryan, Esq.
Philip D. Williamson, Esq.
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
513.381.2838
513.381.0205 (facsimile)
dornette@taftlaw.com
bryan@taftlaw.com
pwilliamson@taftlaw.com

Phillip J. Strach, Esq.
Thomas A. Farr, Esq.
John E. Branch, III, Esq.
Alyssa M. Riggins, Esq.
Greg McGuire, Esq.

James Smith, Esq.
L. Brady Bender, Esq.
Alexander Thomson, Esq.
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
202.662.6000
mkeenan@cov.com
jmsmith@cov.com
bbender@cov.com
ajthomson@cov.com

Madison Arent, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
212.841.1000
marent@cov.com

Anupam Sharma, Esq.
James Hovard, Esq.
Yiye Fu, Esq.
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto, Square, 10th Floor
Palo Alto, California 94306-2112
650.632.4700
asharma@cov.com
jhovard@cov.com
yfu@cov.com

*Counsel for Relators League of Women Voters of Ohio, et al., in Case No. 2021-1193*

Donald J. McTigue, Esq.
   *Counsel of Record*
Derek S. Clinger, Esq.
MCTIGUE & COLOMBO LLC
545 East Town Street
Columbus, Ohio 43215
614.263.7000
614.368.6961 (facsimile)
dmctigue@electionlawgroup.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
919.329.3800
919.329.3799 (facsimile)
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
greg.mcguire@nelsonmullins.com

*Counsel for Respondents Matt Huffman, President of the Ohio Senate, and Robert R. Cupp, Speaker of the Ohio House of Representatives*

House Minority Leader Allison Russo (pro se)
77 South High Street
10th Floor
Columbus, OH 43215
614.466-8012
Allison.Russo@ohiohouse.gov

Senator Vernon Sykes (pro se)
1 Capitol Square
Ground Floor
Columbus, OH 43215
(614) 466-7041
Vernon.Sykes@ohiosenate.gov

dclinger@electionlawgroup.com

Aria C. Branch, Esq.
Jyoti Jasrasaria, Esq.
Spencer W. Klein, Esq.
ELIAS LAW GROUP
10 G St NE, Suite 600
Washington, DC  20002
202.968.4490
202.968.4498 (facsimile)
abranch@elias.law
jjasrasaria@elias.law
sklein@elias.law

Abha Khanna, Esq.
William B. Stafford, Esq.
ELIAS LAW GROUP
1700 Seventh Ave, Suite 2100
Seattle, Washington  98101
206.656.0176
206.656.0180 (facsimile)
akhanna@elias.law
bstafford@elias.law

*Counsel for Relators Bria Bennett, et al., in Case No. 2021-1198*

Peter M. Ellis, Esq.
    *Counsel of Record*
M. Patrick Yingling, Esq.
Natalie R. Salazar, Esq.
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
312.207.1000
312.207.6400 (facsimile)
pellis@reedsmith.com
mpyingling@reedsmith.com
nsalazar@reedsmith.com

Alicia L. Bannon, Esq.
Yurij Rudensky, Esq.
Michael Li, Esq.
Ethan Herenstein, Esq.
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW

120 Broadway, Suite 1750
New York, New York  10271
646.292.8310
212.463.7308 (facsimile)
alicia.bannon@nyu.edu
rudenskyy@brennan.law.nyu.edu
herensteine@brennan.law.nyu.edu

Ben R. Fliegel, Esq.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California  90071
213.457.8000
213.457.8080 (facsimile)
bfliegel@reedsmith.com

Brad A. Funari, Esq.
Danielle L. Stewart, Esq.
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania  15222
412.288.4583
412.288.3063 (facsimile)
bfunari@reedsmith.com
dstewart@reedsmith.com

Brian A. Sutherland, Esq.
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105
415.543.8700
415.391.8269 (facsimile)
bsutherland@reedsmith.com

*Counsel for Relators Ohio Organizing Collaborative, et al., in Case No. 2021-1210*

/s Erik J. Clark
*One of the Attorneys for Respondent The Ohio Redistricting Commission*