# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, et al.,<br>   *Plaintiffs*,<br><br> v.<br><br>OHIO REDISTRICTING COMMISSION and FRANK LAROSE, in his official capacity,<br>   *Defendants*,<br><br> and<br><br>SENATOR VERNON SYKES and HOUSE MINORITY LEADER ALLISON RUSSO, in their capacities as members of the Ohio Redistricting Commission,<br>   *Proposed Intervenors-Defendants.* | **Case No. 2:22-cv-773**<br><br>**Chief Judge Marbley**<br><br>**Magistrate Judge Deavers** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to this Court's Local Rules 83.3(e) and 83.4(a), C. Benjamin Cooper, attorney for Proposed Intervenors-Defendants, hereby moves the Court to admit Jonathan E. Taylor *pro hac vice* to appear and participate as counsel or co-counsel in this case for Proposed Intervenors-Defendants Senator Vernon Sykes and House Minority Leader Allison Russo.

Movant represents that Jonathan E. Taylor is a member in good standing of the highest court of the District of Columbia, as attested by the accompanying certificate from that court, and that Jonathan E. Taylor is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Jonathan E. Taylor's relevant identifying information is as follows:

| | | | |
|---|---|---|---|
| Business telephone: | (202) 888-1741 | Business fax: | (202) 888-7792 |

Business address:  Gupta Wessler

2001 K Street, NW

Suite 850

Washington, DC 20036

Business e-mail address:  jon@guptawessler.com

Respectfully submitted,

/s/ C. Benjamin Cooper
C. Benjamin Cooper
Charles H. Cooper, Jr.
Chelsea C. Weaver
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
benc@cooperelliott.com
chipc@cooperelliott.com
chelseaw@cooperelliott.com

Attorneys for Proposed Intervenors-Defendants
Senator Vernon Sykes and House Minority
Leader Allison Russo

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed through this Court's CM/ECF system. I further certify that, because no counsel for the defendants has yet appeared, I served copies on defendants' counsel, Bridget Coontz, Ohio Attorney General's Office, *bridget.coontz@ohioattorneygeneral.gov*, and Eric Clark, Organ Law LLP, *ejclark@organlegal.com*.

                                           */s/ C. Benjamin Cooper*