# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** *Plaintiffs*, | : : : |
| v. | : : |
| **OHIO REDISTRICTING COMMISSION and FRANK LAROSE, in his official capacity,** *Defendants*, | : : : : **Case No. 2:22-cv-773** : : **Chief Judge Marbley** |
| and | : : **Magistrate Judge Deavers** |
| **SENATOR VERNON SYKES and HOUSE MINORITY LEADER ALLISON RUSSO, in their capacities as members of the Ohio Redistricting Commission,** *Proposed Intervenors-Defendants.* | : : : : : : : |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This matter having been brought before the Court upon the Motion for Permission for Jonathan E. Taylor to Appear *Pro Hac Vice*, and for good cause having been shown,

IT IS HEREBY ORDERED that Proposed Intervenors-Defendants' Motion for Permission for Jonathan E. Taylor to Appear *Pro Hac Vice* is hereby GRANTED.

IT IS SO ORDERED.

_____
Magistrate Judge Deavers