AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Michael Gonidakis, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-773 |
| Frank LaRose | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

League of Women Voters of Ohio and Ohio A. Philip Randolph Institute.

Date: 02/23/2022

s/ David J. Carey
*Attorney's signature*

David J. Carey (88787)
*Printed name and bar number*

1108 City Park Ave., Ste. 203
Columbus, OH 43206
*Address*

dcarey@acluohio.org
*E-mail address*

(614) 586-1972
*Telephone number*

(614) 586-1974
*FAX number*

**CERTIFICATE OF SERVICE**

I, David J. Carey, hereby certify that on this 23rd day of February, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

s/ David J. Carey