**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL GONIDAKIS,** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:22-cv-0773 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| **OHIO REDISTRICTING** : | Magistrate Judge Elizabeth P. Deavers |
| **COMMISSION,** *et al.*, | |
| : | |
| Defendants. : | |

## ORDER

This matter is set for a status conference on **Friday, February 25, 2022, at 3:00 p.m.**, via telephone conference. Counsel for all parties, including the proposed intervenors, are instructed to attend. Dial-in instructions will be sent via email to counsel of record. Should any additional parties move to intervene prior to the time set for the status conference, dial-in instructions will be forwarded to their counsel as well.

Plaintiffs are advised that this status conference will not substitute for the preliminary conference under Local Rule 65.1, regarding their motion for a preliminary injunction. Scheduling of the Local Rule 65.1 conference will be discussed at the status conference.

**IT IS SO ORDERED.**

*/s/ Algenon L. Marbley*
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: February 23, 2022**