IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, et al.,<br>　　　*Plaintiffs*,<br><br>　v.<br><br>OHIO REDISTRICTING COMMISSION and<br>FRANK LAROSE, in his official capacity,<br>　　　*Defendants*,<br><br>and<br><br>SENATOR VERNON SYKES and HOUSE<br>MINORITY LEADER ALLISON RUSSO, in their<br>capacities as members of the Ohio<br>Redistricting Commission,<br>　　　*Proposed Intervenors-<br>　　　Defendants*. | Case No. 2:22-cv-773<br><br>**Chief Judge Marbley**<br><br>**Magistrate Judge Deavers** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to this Court's Local Rules 83.3(e) and 83.4(a), C. Benjamin Cooper, attorney for Proposed Intervenors-Defendants, hereby moves the Court to admit Matthew W.H. Wessler *pro hac vice* to appear and participate as counsel or co-counsel in this case for Proposed Intervenors-Defendants Senator Vernon Sykes and House Minority Leader Allison Russo.

Movant represents that Matthew W.H. Wessler is a member in good standing of the highest court of the District of Columbia, as attested by the accompanying certificate from that court, and that Matthew W.H. Wessler is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Matthew W.H. Wessler's relevant identifying information is as follows:

Business telephone:   (202) 888-1741          Business fax: (202) 888-7792

Business address:          Gupta Wessler

                                               2001 K Street, NW

                                               Suite 850

                                               Washington, DC 20036

Business e-mail address:          matt@guptawessler.com


                                           Respectfully submitted,

                                           */s/ C. Benjamin Cooper*
                                           C. Benjamin Cooper
                                           Charles H. Cooper, Jr.
                                           Chelsea C. Weaver
                                           Cooper Elliott
                                           305 West Nationwide Boulevard
                                           Columbus, Ohio 43215
                                           (614) 481-6000
                                           (614) 481-6001 (Facsimile)
                                           benc@cooperelliott.com
                                           chipc@cooperelliott.com
                                           chelseaw@cooperelliott.com

                                           Attorneys for Proposed Intervenors-Defendants
                                           Senator Vernon Sykes and House Minority
                                           Leader Allison Russo

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Admission Pro Hac Vice was filed and served through this Court's CM/ECF system this 24th day of February, 2022.

/s/ C. Benjamin Cooper