UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, *et al.*, | : |
| Plaintiffs, | : Case No. 2:22-cv-0773 |
| v. | : Chief Judge Algenon L. Marbley |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : |

## ORDER SETTING LOCAL RULE 65.1 CONFERENCE AND BRIEFING SCHEDULE

This matter is set for a status conference pursuant to Local Rule 65.1 on **Monday, March 7, 2022,** beginning at **9:30 a.m.** Counsel for the parties are to appear in Courtroom 1, Room 331 of the U.S. Courthouse located at 85 Marconi Boulevard in Columbus, Ohio. The status conference may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown. Proceedings will be open to the interested public.

At the status conference, the Court will address Plaintiffs' Motion for a Preliminary Injunction (ECF No. 10) and any issues necessary for a just resolution of the pending action.

Separately, Plaintiffs have reported to the Court that they intend to oppose the Motion to Intervene filed by Vernon Sykes and Allison Russo (ECF No. 6). The Court orders expedited briefing on this matter. Plaintiffs' opposition brief is due by **12:00 noon** on **March 2, 2022,** and the reply brief of Proposed Intervenors Sykes and Russo is due by **12:00 noon** on **March 3, 2022.**

**IT IS SO ORDERED.**

**DATED: February 28, 2022**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE