# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL GONIDAKIS, et al.,** | : | |
| | : | Case No. 2:22-CV-773 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Chief Judge Algenon Marbley |
| **FRANK LaROSE,** | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT OHIO SECRETARY OF STATE FRANK LaROSE'S RESPONSE TO MOTION TO ABSTAIN AND STAY ECF Doc. No. 59

Ohio Secretary of State Frank LaRose agrees with the Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty ("Bennett Petitioners") that the issues presented by this case can be and should be resolved in the cases currently pending before the Ohio Supreme Court, *provided* that resolution comes quickly.  See ECF Doc. No. 59; *and see League of Women Voters, et al. v. Ohio Redistricting Commission, et al.,* Case No. 2021-1193; *Bennett, et al. v. Ohio Redistricting Commission, et al.,* Case No. 2021-1198; *Ohio Organizing Collaborative, et al. v. Ohio Redistricting Commission, et al.,* Case No. 2021-1210.  Thus, Secretary does not oppose the Bennett Petitioners' motion to stay this case to allow the Supreme Court cases (which are now decisional) to proceed to resolution.

But like Ohio's 88 county boards of elections, Ohio voters, and candidates, he urgently needs a state legislative and a congressional district plan to implement if party primaries for those races are to be held with the May 3, 2022 primary election.  So, like the Bennett Petitioners he

does not object to leaving open all avenues of obtaining a valid General Assembly district plan and agrees that this court should retain jurisdiction over this matter should the Ohio Supreme Court processes not timely yield one.   For the foregoing reasons, Secretary of State LaRose does not object to Plaintiffs' motion to stay and request that this Court retain jurisdiction over this matter.

Respectfully submitted,

OHIO ATTORNEY GENERAL

*/s/ Bridget C. Coontz*
BRIDGET C. COONTZ (0072919)
*Counsel of Record*
JULIE M. PFEIFFER (0069762)
MICHAEL A. WALTON (0092201)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Bridget.Coontz@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Michael.Walton@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, the foregoing was filed with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance.  Parties may access this filing through the Court's system.

*/s/ Bridget C. Coontz*
BRIDGET C. COONTZ (0072919)
Assistant Attorney General