# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| MICHAEL E. GONIDAKIS, et al., | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No. 2:22-cv-773 |
| v. | : | Chief Judge Algenon L. Marbley |
| OHIO REDISTRICTING COMMISSION, et al., | : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : | |

## COURTROOM MINUTES
### 65.1 Conference

| U.S. District Chief Judge Algenon L. Marbley | | Date: March 14, 2022 @ 9:30 a.m. | |
| --- | --- | --- | --- |
| **Deputy Clerk:** | Diane Stash | **Counsel for Plaintiffs:** | Donald Brey, Matthew Aumann, Trista Turley |
| **Court Reporter:** | Shawna Evans | **Counsel for Defendants:** | Bridget Coontz, Julie Pfeiffer, Michael Walton |
| **Log In** | n/a | **Log Out** | n/a |

Additional counsel in attendance:

Percy Squire representing Intervenor Plaintiffs Kenneth L. Simon, Lewis Macklin, and Helen Youngblood

Donald McTigue and David Fox representing Intervenor Plaintiffs Bria Bennett, Regina Adams, Kathleen Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty.

Peter Ellis and Christina Marshall representing Intervenor Plaintiff The Ohio Organizing Collaborative, Council on American-Islamic Relations, Ohio Environmental Council, Samuel Gresham, Jr., Ahmad Aboukar, Mikayla Lee, Prentiss Haney, Pierrette M. Talley, and Crystal Bryant.

David Carey representing Intervenor Defendant League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio.

Benjamin Cooper and Sarah Cherry representing Intervenor Defendants Vernon Sykes and Allison Russo.

The parties appeared before the Court for a Local Rule 65.1 conference on Plaintiffs' Motion for Preliminary Injunction.

Counsel presented arguments on the issue of whether the matter should be stayed pending a decision by the Ohio Supreme Court.

The Court ordered that a brief stay of the matter will be entered while the Ohio Supreme Court enters its decision on the third map. A written order will issue following the submission of supplemental briefing by Secretary LaRose, and will include a schedule for responses to the preliminary injunction motion and for responsive pleadings.