UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, *et al.*, | : |
| Plaintiffs, | : Case No. 2:22-cv-0773 |
| v. | : Chief Judge Algenon L. Marbley |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : |

## ORDER SETTING BRIEFING SCHEDULE

In light of the Ohio Supreme Court's decision, released March 16, 2022, *see League of Women Voters of Ohio v. Ohio Redistricting Comm.*, 2022-Ohio-789, Plaintiffs have filed an Emergency Motion (ECF No. 73) to vacate the stay entered at the status conference of March 14, and immediately to convene a three-judge panel pursuant to 28 U.S.C. § 2284. The Court intends to take up this matter promptly. Therefore, Defendant LaRose and all Intervenors shall file responsive briefs to Plaintiffs' Emergency Motion by **5:00 p.m. tomorrow, March 18**. No reply briefs will be considered.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 17, 2022