# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, *et al.*, | : |
| Plaintiffs, | : Case No. 2:22-cv-0773 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Judge Amul R. Thapar |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : Judge Benjamin J. Beaton |
| | : Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : |

## SCHEDULING ORDER

This matter is set for an in-person conference, pursuant to Local Rule 65.1, on **Friday, March 25, 2022, at 8:45 a.m.**, regarding Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 84). Counsel for all parties, including Intervenors, are to appear in Courtroom 4, Room 148 of the U.S. Courthouse located at 85 Marconi Boulevard in Columbus, Ohio, unless they have sought and received leave of the Court to participate virtually. Judges Thapar and Beaton will appear virtually.

The Court also has reviewed Plaintiffs' Emergency Motion for Leave to File a First Supplemental Amended Complaint (ECF No. 75). The Motion is **GRANTED** for the reasons stated therein. The Clerk is **DIRECTED** to docket the First Supplemental Amended Complaint, which is Exhibit 1 to the Motion.

The following additional deadlines are set:

1. Response briefs to Plaintiffs' Motion for a Temporary Restraining Order are due no later than **5:00 p.m.** on **Wednesday, March 23**. Plaintiffs' reply brief is due no later than **12:00 noon** on **Thursday, March 24**.

2. Plaintiffs shall file a Second Amended Motion for a Preliminary Injunction on or

before **Wednesday, March 23**. Response briefs are due **Friday, March 25**, and Plaintiffs' reply brief is due **Monday, March 28**.[1]

3. The Simon Parties shall file their Intervenor Complaint on or before **Wednesday, March 23**.

4. All responsive pleading to Plaintiffs' First Supplemental Amended Complaint and to all Intervenor Complaints is due by **3:00 p.m.** on **Tuesday, March 29**.

An in-person hearing on Plaintiffs' forthcoming Second Amended Motion for a Preliminary Injunction is scheduled to begin at **9:00 a.m.** on **Wednesday, March 30**. Counsel for all parties, including Intervenors, are to appear in Courtroom 4, Room 148 of the U.S. Courthouse located at 85 Marconi Boulevard in Columbus, Ohio. If the hearing lasts more than one day, it shall continue on Thursday, March 31, and Friday, April 1, as needed.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**


*s/ Amul R. Thapar*_____
**AMUL R. THAPAR**
**UNITED STATES CIRCUIT JUDGE**


*s/ Benjamin J. Beaton*_____
**BENJAMIN J. BEATON**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 21, 2022**

---

[1] When briefing the preliminary injunction motion, parties should focus their arguments on the four factors the Court will consider in determining whether a preliminary injunction is warranted: "(1) whether the movant has a strong likelihood of success on the merits; (2) whether the movant would suffer irreparable injury without the injunction; (3) whether issuance of the injunction would cause substantial harm to others; and (4) whether the public interest would be served by the issuance of the injunction." *Ne. Ohio Coal. for the Homeless v. Husted*, 696 F.3d 580, 590–91 (6th Cir. 2012). The briefs shall comport with the length requirement set forth in the Local Rules.