# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** | : |
| **Plaintiffs,** | : |
| | : **Case No. 2:22-CV-773** |
| v. | : |
| | : **Chief Judge Algenon Marbley** |
| **FRANK LaROSE et al.,** | : |
| **Defendants.** | : |

## NOTICE OF SUBSTITUTION OF TRIAL ATTORNEY AND WITHDRAWAL OF COUNSEL FOR DEFENDANT SECRETARY OF STATE FRANK LaROSE

Pursuant to Local Rule 83.4(c)(3), Assistant Attorney General Julie M. Pfeiffer (0069762) is hereby substituted as lead and trial counsel on behalf of Defendant Secretary of State Frank LaRose. Assistant Attorney General Bridget C. Coontz (0072919) is withdrawn and terminated as trial attorney in this matter for Defendant Secretary of State Frank LaRose.

This withdrawal and substitution are made with the knowledge and consent of the client.

Respectfully submitted,

OHIO ATTORNEY GENERAL

*/s/ Julie M. Pfeiffer*

JULIE M. PFEIFFER (0069762)*
  **Counsel of Record*
MICHAEL A. WALTON (0092201)
Assistant Attorneys General
JONATHAN D. BLANTON (0070035)
Deputy Attorney General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Michael.Walton@OhioAGO.gov
Jonathan.Blanton@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

        */s/ Bridget C. Coontz*
        BRIDGET C. COONTZ (0072919)
        Constitutional Offices Section
        30 E. Broad Street, 16th Floor
        Columbus, Ohio 43215
        Tel: 614-466-2872 | Fax: 614-728-7592
        Bridget.Coontz@OhioAGO.gov

        *Withdrawing Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

        */s/ Julie M. Pfeiffer*
        JULIE M. PFEIFFER  (0069762)
        *Counsel of Record*