## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL E. GONIDAKIS,** *et al.*, | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:22-cv-0773** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | **Judge Amul R. Thapar** |
| **OHIO REDISTRICTING** | : | **Judge Benjamin J. Beaton** |
| **COMMISSION,** *et al.*, | : | |
| | : | **Magistrate Judge Elizabeth P. Deavers** |
| **Defendants.** | : | |

## COURTROOM MINUTES
### 65.1 Conference

| | | | |
|---|---|---|---|
| **U.S. District Chief Judge Algenon L. Marbley, Sixth Circuit Judge Amul R. Thapar, and District Judge Benjamin J. Beaton (WDKY)** | | **Date:  March 25, 2022 @ 8:45 a.m.** | |
| **Deputy Clerk:** | Diane Stash | **Counsel for Plaintiffs:** | Donald Brey, Matthew Aumann, Ryan Spitzer, Trista Turley |
| **Court Reporter:** | Shawna Evans | **Counsel for Defendants:** | Julie Pfeiffer, Michael Walton, Jonathan Blanton |
| **Log In** | n/a | **Log Out** | n/a |

Additional counsel in attendance:

Percy Squire representing Intervenor Plaintiffs Kenneth L. Simon, Lewis Macklin, and Helen Youngblood

David Fox and Derek Clinger representing Intervenor Plaintiffs Bria Bennett, Regina Adams, Kathleen Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty.

Christina Marshall representing Intervenor Plaintiff The Ohio Organizing Collaborative, Council on American-Islamic Relations, Ohio Environmental Council, Samuel Gresham, Jr., Ahmad Aboukar, Mikayla Lee, Prentiss Haney, Pierrette M. Talley, and Crystal Bryant.

Freda Levenson (by video) representing Intervenor Defendant League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio.

Benjamin Cooper and Jonathan Taylor (by video) representing Intervenor Defendants Vernon Sykes and Allison Russo.

The parties appeared before the Court for a Local Rule 65.1 conference on Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 84).

Counsel for all parties presented arguments and responded to questions from the Judges on the issue of Plaintiffs' Motion for Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b) to enjoin the Ohio Secretary of State Frank LaRose, in his official capacity, and all persons acting on his behalf or in concert with him, from deviating from the status quo: implementing the Third Plan adopted by the Ohio Redistricting Commission.

The Court holds in abeyance its ruling on the Motion for a Temporary Restraining Order.  An Order to that effect will be issued.