UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL GONIDAKIS**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:22-cv-0773 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | Judge Amul R. Thapar |
| **OHIO REDISTRICTING** | : | Judge Benjamin J. Beaton |
| **COMMISSION**, *et al.*, | : | |
| | : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : | |

## ORDER

As explained on the record at the Court's Local Rule 65.1 conference of March 25, 2022, the Court will **HOLD IN ABEYANCE** any ruling on Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 84).

Further, Secretary LaRose is **DIRECTED** to submit supplemental briefing on the following questions:

1. What is the last possible date on which this Court could order a supplemental ballot and still keep the April 5th start of early voting?

2. What, if any, limits in state or federal law would potentially prevent this Court from delaying the April 5th start of early voting while maintaining the May 3rd primary date?

If Secretary LaRose's answers to these questions depend on whether the Commission's third or fourth legislative map is to be used, then the Secretary shall address both alternatives. Secretary LaRose's briefing shall be filed with the Court no later than 5:00 p.m. on Monday, March 28, 2022.

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**


*s/ Amul R. Thapar*
**AMUL R. THAPAR**
**UNITED STATES CIRCUIT JUDGE**


*s/ Benjamin J. Beaton*
**BENJAMIN J. BEATON**
**UNITED STATES DISTRICT JUDGE**


**DATED: March 25, 2022**