IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FRANK LAROSE,**<br><br>Defendant, and<br><br>**LEAGUE OF WOMEN VOTERS OF OHIO and A. PHILIP RANDOLPH INSTITUTE OF OHIO,**<br><br>Intervenor-Defendants. | Circuit Judge Amul R. Thapar<br><br>Chief Judge Algenon L. Marbley<br><br>Judge Benjamin J. Beaton<br><br><br>Case No. 2:22-cv-773 |

**DECLARATION OF FREDA J. LEVENSON IN SUPPORT OF INTERVENOR-DEFENDANTS' OPPOSITION TO PLAINTIFFS' SECOND AMENDED MOTION FOR A PRELIMINARY INJUNCTION AND DECLARATORY RELIEF**

I, Freda J. Levenson, having been duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge and having personally examined all records referenced in this declaration, and further state as follows:

1. I am one of the counsel for Proposed Intervenor-Defendants in the above-captioned case.

2. Exhibit A is a true and correct copy of the transcript of the March 23, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Ohio Redistricting Commission's ("the Commission") website, https://redistricting.ohio.gov/meetings.

1

3. Exhibit B is a true and correct copy of the Ground Rules for Map Drawers adopted by the Commission on March 23, 2022, which are publicly available on the Commission's website: https://redistricting.ohio.gov/meetings.

4. Exhibit C is a true and correct copy of an article from Cleveland.com, entitled *Amid redistricting uncertainty, Ohio pulls state legislative races from May primary ballot*, published on March 23, 2022.  It can be found on the Cleveland.com website, at https://www.cleveland.com/news/2022/03/amid-redistricting-uncertainty-ohio-pulls-state-legislative-races-from-may-primary-ballot.html.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

Respectfully submitted,

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
　*Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x125
flevenson@acluohio.org

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I , Freda J. Levenson, hereby certify that on this 25th day of March, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
*Counsel for Intervenor-Defendants*
