UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS**, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:22-cv-0773 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | Judge Amul R. Thapar |
| **OHIO REDISTRICTING** : | Judge Benjamin J. Beaton |
| **COMMISSION**, *et al.*, : | |
| : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. : | |

# ORDER

This matter is before the Court on the Bennett Parties' Motion for Disclosure of Witnesses in Advance of the Preliminary Injunction Hearing (ECF No. 109). The Motion additionally seeks leave of the Court for witnesses who are located out-of-state to testify remotely by videoconference. Plaintiffs filed a response (ECF No. 112), indicating that they are agreeable to a disclosure of witnesses on Tuesday, March 29, but not sooner. Their response does not comment on remote testimony.

The parties are **DIRECTED** to provide an initial disclosure of witnesses for the Preliminary Injunction hearing not later than **12:00 noon** on **Tuesday, March 29**. If the parties wish to add rebuttal witnesses, then supplemental lists shall be provided not later than **5:00 p.m.** on **Tuesday, March 29**. Witness disclosures shall be filed with the Court and served via email to counsel for all other parties.

Witnesses located out-of-state shall be permitted to testify via remote videoconference. Any parties who intend to utilize remote testimony **SHALL** notify each Judge's Chambers not later than **5:00 p.m.** on **Tuesday, March 29**, so videoconferencing information can be provided.

Notices shall be submitted by email to: Sam_Whipple@ohsd.uscourts.gov; Ca06-Thapar_Chambers@ca6.uscourts.gov; and Tiberius_Davis@kywd.uscourts.gov.

The Bennett Parties' Motion (ECF No. 109) is **GRANTED** consistent with the foregoing.

**IT IS SO ORDERED.**

                                            **ALGENON L. MARBLEY**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**


                                            *s/ Amul R. Thapar*
                                            **AMUL R. THAPAR**
                                            **UNITED STATES CIRCUIT JUDGE**


                                            *s/ Benjamin J. Beaton*
                                            **BENJAMIN J. BEATON**
                                            **UNITED STATES DISTRICT JUDGE**


**DATED: March 28, 2022**