# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL GONIDAKIS, et al.,** | : | Case No. 2:22-CV-773 |
| | : | |
| Plaintiffs, | : | |
| | : | Chief Judge Algernon Marbley |
| v. | : | |
| | : | Circuit Judge Amul Thapar |
| **FRANK LaROSE,** | : | |
| | : | Judge Benjamin J. Beaton |
| Defendant. | : | |

## SECRETARY OF STATE FRANK LaROSE'S DISCLOSURE OF WITNESSES

By and through counsel, the Ohio Secretary of State Frank LaRose hereby notifies this Court and the parties that he does not intend to call any witnesses at the March 30, 2022 preliminary injunction hearing.

Respectfully submitted,

OHIO ATTORNEY GENERAL

*/s/ Jonathan D. Blanton*
JONATHAN D. BLANTON (0070035)
Deputy Attorney General
JULIE M. PFEIFFER (0069762)
*Counsel of Record*
MICHAEL A. WALTON (0092201)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Jonathan.Blanton@OhioAGO.gov
Michael.Walton@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2022, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

                                    */s/ Jonathan D. Blanton*
                                    JONATHAN D. BLANTON (0070035)
                                    Deputy Attorney General