# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** | : |
| Plaintiffs, | : |
| | : Case No. 2:22-CV-773 |
| v. | : |
| | : Chief Judge Algenon Marbley |
| **FRANK LaROSE et al.,** | : Circuit Judge Amul Thapar |
| | : District Judge Benjamin Beaton |
| Defendants. | : |

## NOTICE OF ADOPTION OF FOURTH GENERAL ASSEMBLY REDISTRICTING PLAN

At roughly 11:42 p.m. on March 28, 2022, the Ohio Redistricting Commission, through its Co-Chairs, submitted its fourth General Assembly District Plan (the "Fourth Plan") for filing with the Office of Ohio Secretary of State Frank LaRose. *See* Ex. A.  The Fourth Plan, which passed by a 4-3 vote of the Commission, is immediately effective and, barring adverse action by the Supreme Court of Ohio, shall remain in effect until two general elections for the house of representatives have occurred under the plan.  *See* Ohio Const., Art. XI, §8(C)(1)(a).

    Respectfully submitted,

    OHIO ATTORNEY GENERAL

    */s/ Jonathan D. Blanton*
    JONATHAN D. BLANTON (0070035)
    Deputy Attorney General
    JULIE M. PFEIFFER (0069762)
    *Counsel of Record*
    MICHAEL A. WALTON (0092201)
    Assistant Attorneys General

Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Jonathan.Blanton@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Michael.Walton@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Jonathan D. Blanton*
JONATHAN D. BLANTON (0070035)
Deputy Attorney General