# Exhibit A



Exh. A, p | 1



Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each Ohio House district is therefore 119,186.

## Statistical Information – Ohio House Districts
## Revised March 28, 2022

| House District | Population | Deviation |
|---|---|---|
| 1 | 118,269 | -0.77% |
| 2 | 121,167 | 1.66% |
| 3 | 119,267 | 0.07% |
| 4 | 113,292 | -4.95% |
| 5 | 116,055 | -2.63% |
| 6 | 116,844 | -1.97% |
| 7 | 122,965 | 3.17% |
| 8 | 124,033 | 4.07% |
| 9 | 117,175 | -1.69% |
| 10 | 118,982 | -0.17% |
| 11 | 124,045 | 4.08% |
| 12 | 114,076 | -4.29% |
| 13 | 125,018 | 4.89% |
| 14 | 125,123 | 4.98% |
| 15 | 125,126 | 4.98% |
| 16 | 124,466 | 4.43% |
| 17 | 124,902 | 4.80% |
| 18 | 125,122 | 4.98% |
| 19 | 123,250 | 3.41% |
| 20 | 125,116 | 4.98% |
| 21 | 125,129 | 4.99% |
| 22 | 125,144 | 5.00% |
| 23 | 124,913 | 4.81% |
| 24 | 122,543 | 2.82% |
| 25 | 115,014 | -3.50% |
| 26 | 120,124 | 0.79% |
| 27 | 124,316 | 4.30% |
| 28 | 120,869 | 1.41% |
| 29 | 113,611 | -4.68% |
| 30 | 114,162 | -4.22% |
| 31 | 121,137 | 1.64% |
| 32 | 121,972 | 2.34% |
| 33 | 124,678 | 4.61% |

| | | |
|---|---|---|
| 34 | 119,468 | 0.24% |
| 35 | 124,362 | 4.34% |
| 36 | 114,991 | -3.52% |
| 37 | 121,534 | 1.97% |
| 38 | 122,075 | 2.42% |
| 39 | 123,935 | 3.98% |
| 40 | 117,193 | -1.67% |
| 41 | 114,264 | -4.13% |
| 42 | 117,985 | -1.01% |
| 43 | 113,597 | -4.69% |
| 44 | 113,261 | -4.97% |
| 45 | 123,472 | 3.60% |
| 46 | 121,992 | 2.35% |
| 47 | 123,473 | 3.60% |
| 48 | 124,669 | 4.60% |
| 49 | 113,810 | -4.51% |
| 50 | 115,796 | -2.84% |
| 51 | 113,841 | -4.48% |
| 52 | 118,043 | -0.96% |
| 53 | 123,651 | 3.75% |
| 54 | 119,251 | 0.05% |
| 55 | 120,633 | 1.21% |
| 56 | 121,704 | 2.11% |
| 57 | 124,111 | 4.13% |
| 58 | 119,785 | 0.50% |
| 59 | 119,612 | 0.36% |
| 60 | 113,964 | -4.38% |
| 61 | 120,578 | 1.17% |
| 62 | 124,425 | 4.40% |
| 63 | 113,544 | -4.73% |
| 64 | 124,867 | 4.77% |
| 65 | 114,353 | -4.06% |
| 66 | 116,342 | -2.39% |
| 67 | 118,575 | -0.51% |
| 68 | 115,385 | -3.19% |
| 69 | 120,418 | 1.03% |
| 70 | 115,458 | -3.13% |
| 71 | 114,405 | -4.01% |

| | | |
|---|---|---|
| 72 | 121,758 | 2.16% |
| 73 | 123,971 | 4.01% |
| 74 | 116,122 | -2.57% |
| 75 | 115,928 | -2.73% |
| 76 | 124,936 | 4.82% |
| 77 | 116,894 | -1.92% |
| 78 | 113,287 | -4.95% |
| 79 | 117,815 | -1.15% |
| 80 | 124,211 | 4.22% |
| 81 | 113,487 | -4.78% |
| 82 | 114,464 | -3.96% |
| 83 | 122,058 | 2.41% |
| 84 | 114,313 | -4.09% |
| 85 | 116,652 | -2.13% |
| 86 | 113,566 | -4.72% |
| 87 | 113,452 | -4.81% |
| 88 | 113,965 | -4.38% |
| 89 | 115,062 | -3.46% |
| 90 | 115,793 | -2.85% |
| 91 | 113,883 | -4.45% |
| 92 | 116,490 | -2.26% |
| 93 | 120,113 | 0.78% |
| 94 | 114,124 | -4.25% |
| 95 | 114,126 | -4.25% |
| 96 | 114,020 | -4.33% |
| 97 | 114,521 | -3.91% |
| 98 | 123,138 | 3.32% |
| 99 | 124,572 | 4.52% |

Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each Ohio Senate district is therefore 357,559.

**Statistical Information – Ohio Senate Districts**
**Revised March 28, 2022**

| Senate District | Population | Deviation |
|---|---|---|
| 1 | 350,009 | -2.11% |
| 2 | 344,251 | -3.72% |
| 3 | 348,329 | -2.58% |
| 4 | 368,937 | 3.18% |
| 5 | 365,339 | 2.18% |
| 6 | 358,600 | 0.29% |
| 7 | 366,653 | 2.54% |
| 8 | 348,642 | -2.49% |
| 9 | 357,681 | 0.03% |
| 10 | 345,985 | -3.24% |
| 11 | 345,846 | -3.28% |
| 12 | 344,252 | -3.72% |
| 13 | 360,945 | 0.95% |
| 14 | 353,762 | -1.06% |
| 15 | 356,280 | -0.36% |
| 16 | 362,154 | 1.29% |
| 17 | 350,486 | -1.98% |
| 18 | 372,274 | 4.12% |
| 19 | 357,680 | 0.03% |
| 20 | 359,774 | 0.62% |
| 21 | 375,395 | 4.99% |
| 22 | 359,853 | 0.64% |
| 23 | 375,257 | 4.95% |
| 24 | 374,494 | 4.74% |
| 25 | 359,407 | 0.52% |
| 26 | 340,983 | -4.64% |
| 27 | 362,577 | 1.40% |
| 28 | 370,798 | 3.70% |
| 29 | 354,275 | -0.92% |
| 30 | 342,270 | -4.28% |
| 31 | 345,256 | -3.44% |
| 32 | 363,792 | 1.74% |
| 33 | 357,212 | -0.10% |

Ohio's 33 Senate districts are comprised of the following Ohio House districts.

| | | |
|---|---|---|
| Senate District 1: | House Districts 81, 82, 83 | |
| Senate District 2: | House Districts 44, 75, 89 | Assigned to Senator Gavarone |
| Senate District 3: | House Districts 4, 5, 10 | |
| Senate District 4: | House Districts 45, 46, 47 | |
| Senate District 5: | House Districts 39, 40, 80 | |
| Senate District 6: | House Districts 36, 37, 38 | |
| Senate District 7: | House Districts 27, 55, 56 | |
| Senate District 8: | House Districts 28, 29, 30 | |
| Senate District 9: | House Districts 24, 25, 26 | |
| Senate District 10: | House Districts 70, 71, 74 | Assigned to Senator Hackett |
| Senate District 11: | House Districts 41, 42, 43 | |
| Senate District 12: | House Districts 78, 84, 85 | |
| Senate District 13: | House Districts 52, 53, 54 | |
| Senate District 14: | House Districts 62, 63, 90 | |
| Senate District 15: | House Districts 1, 2, 6 | |
| Senate District 16: | House Districts 8, 11, 12 | |
| Senate District 17: | House Districts 91, 92, 93 | |
| Senate District 18: | House Districts 19, 23, 57 | Assigned to Senator Cirino |
| Senate District 19: | House Districts 60, 61, 98 | |
| Senate District 20: | House Districts 68, 69, 73 | |
| Senate District 21: | House Districts 18, 21, 22 | |
| Senate District 22: | House Districts 66, 67, 76 | |
| Senate District 23: | House Districts 13, 14, 20 | |
| Senate District 24: | House Districts 15, 16, 17 | Assigned to Senator Dolan |
| Senate District 25: | House Districts 3, 7, 9 | |
| Senate District 26: | House Districts 86, 87, 88 | |
| Senate District 27: | House Districts 31, 32, 34 | |
| Senate District 28: | House Districts 33, 35, 72 | Assigned to Senator Sykes |
| Senate District 29: | House Districts 48, 49, 50 | |
| Senate District 30: | House Districts 94, 95, 96 | |
| Senate District 31: | House Districts 51, 77, 97 | |
| Senate District 32: | House Districts 64, 65, 99 | |
| Senate District 33: | House Districts 58, 59, 79 | |

All of the above assignments of Senators are made pursuant to Section 5, Article XI of the Ohio Constitution.