**ATTACHMENT**

1. 2022 Ohio Elections Calendar [from Secretary of State's website]

2. 9-15-2021   Ohio Redistricting Commission - First Plan Adopted

3. 1-12-2022   Ohio Supreme Court Case Announcements - First Plan Rejected

4. 1-22-2022   Ohio Redistricting Commission - Second Plan Adopted

5. 1-28-2022   Ohio 134th General Assembly Sub. H.B. 93 [uncodified law]

6. 2-7-2022    Ohio Supreme Court Case Announcements - Second Plan Rejected

7. 2-18-2022   Ohio Redistricting Commission Notice of Impasse Filing

8. 2-25-2022   Ohio Redistricting Commission - Third Plan Adopted

9. 2-26-2022   Secretary of State Directive 2022-26 [attachments can be omitted]

10. 3-9-2022   Secretary of State Directive 2022-28

11. 3-11-2022  Secretary of State Directive 2022-29

12. 3-16-2022  Ohio Supreme Court Case Announcements - Third Plan Rejected

13. 3-17-2022  Secretary of State Directive 2022-30

14. 3-23-2022  Secretary of State Directive 2022-31

15. 2-29-2022  Fourth Plan – *if Adopted and Filed with Secretary of State's Office*