IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM,<br><br>    Plaintiffs,<br><br>BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his capacity as Ohio Secretary of State,<br><br>    Defendant. | Case No. 2:22-cv-00773<br><br>Judge Amul R. Thapar<br>Judge Algenon L. Marbley<br>Judge Benjamin J. Beaton |

**BENNETT PETITIONERS' INITIAL DISCLSOURE OF WITNESSES**

In accordance with the Court's Order, ECF No. 115, Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty (the "Bennett Petitioners") hereby reserve the right to call the following persons as witnesses at the preliminary injunction hearing:

    **1.**    **Dr. Jonathan Rodden (Remote Witness)**

    Professor of Political Science, Stanford University
    Encina Hall Central
    616 Serra Street
    Stanford, CA 94305

    Dr. Rodden may testify about Ohio General Assembly district plans that the Ohio Redistricting Commission has considered and/or adopted, including a

plan that he produced and submitted to the Ohio Redistricting Commission for consideration and adoption.

2. **Anthony Perlatti**

Director, Cuyahoga County Board of Elections
2925 Euclid Avenue
Cleveland, OH 44115

Mr. Perlatti may testify about the impact that Plaintiffs' requested relief would have on the Cuyahoga County Board of Elections and the administration of elections in Cuyahoga County.

3. **Richard B. Neal, Jr.**

2022 Candidate for Democratic nomination for the office the Ohio House of Representatives
982 Jaeger Street
Columbus, OH 43206

Mr. Neal may testify about the impact that Plaintiffs' requested relief would have on his 2022 candidacy for the Ohio House of Representatives.

In further accordance with the Court's Order, ECF No. 115, the Bennett Petitioners reserve the right to add rebuttal witnesses for the preliminary injunction. Such witnesses, if any, will be disclosed by 5:00 p.m. on March 29, 2022.

Respectfully submitted,

/s/ Donald J. McTigue
Donald J. McTigue* (OH 0022849)
*Counsel of Record*
Derek S. Clinger (OH 0092075)
MCTIGUE COLOMBO & CLINGER LLC
545 East Town Street
Columbus, OH 43215
T: (614) 263-7000
F: (614) 368-6961
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

Abha Khanna**
Ben Stafford **
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100

Seattle, WA 98101
T: (206) 656-0176
F: (206) 656-0180
akhanna@elias.law
bstafford@elias.law

David R. Fox**
Jyoti Jasrasaria**
Spencer W. Klein**
Harleen Gambhir***
Raisa Cramer***
ELIAS LAW GROUP LLP
10 G St NE, Suite 600
Washington, DC 20002
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jjasrasaria@elias.law
sklein@elias.law
hgambhir@elias.law
rcramer@elias.law

** Admitted pro hac vice
*** Motion for admission pro hac vice pending

*Counsel for Bennett Petitioners*

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 29th Day of March, 2022. Additionally, an in accordance with the Court's Order, ECF No. 115, a copy was sent via email to the following:

Donald C. Brey, dbrey@isaacwiles.com
Brian M. Zets, bzets@isaacwiles.com
Matthew Aumann, maumann@issaacwiles.com
Ryan C. Spitzer, rspitzer@isaacwiles.com
Trista M .Turley, tturley@isaacwiles.com
*Counsel for Plaintiffs*

Julie M. Pfeiffer, Julie.Pfeiffer@OhioAGO.gov
Jonathan D. Blanton, Jonathan.Blanton@OhioAGO.gov
Michael A. Walton, Michael.Walton@OhioAGO.gov
*Counsel for Defendant Frank LaRose*

Percy Squire, psquire@sp-lawfirm.com
*Counsel for Intervenor-Plaintiffs Hon. Rev. Kenneth L. Simon, et al.*

Brian A. Sutherland, bsutherland@reedsmith.com
Peter M. Ellis, pellis@reedsmith.com
Benjamin R. Fliegal, bfliegal@reedsmith.com
Christina J. Marshall, marshall@millercanfield.com
*Counsel for Intervenor-Plaintiffs OOC, et al.*

Freda J. Levenson, flevenson@acluohio.org
David J. Carey, dcarey@acluohio.org
Julie Ebenstein, jebenstein@aclu.org
Robert D. Fram, rfram@cov.com
Sarah Suwanda, ssuwanda@cov.com
T. Alora Thomas, athomas@aclu.org
*Counsel for Intervenor-Defendants League of Women Voters, et al.*

C. Benjamin Cooper, benc@cooperelliot.com
Charles H. Cooper, chipc@cooperelliot.com
Chelsea C. Weaver, chelseaw@cooperelliott.com
Jonathan E. Taylor, jon@guptawessler.com
Matthew Wessler, matt@guptawessler.com

*Counsel for Intervenor-Defendant Senator Vernon Sykes and House Minority Leader Allison Russo*

                                    /s/ Donald J. McTigue
                                    Donald J. McTigue (OH 0022849)