IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** | |
| Plaintiffs, | Case No. 2:22-cv-773 |
| v. | Chief Judge Algernon Marbley |
| **FRANK LAROSE,** | Circuit Judge Amul Thapar |
| Defendant, and | Judge Benjamin J. Beaton |
| **LEAGUE OF WOMEN VOTERS OF OHIO and A. PHILIP RANDOLPH INSTITUTE OF OHIO,** | |
| Intervenor-Defendants. | |

## INTERVENOR-DEFENDANTS' DISCLOSURE OF WITNESSES

Intervenor-Defendants the League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio hereby notify this Court and the parties that they do not intend to call any witnesses at the March 30, 2022 preliminary injunction hearing.

Respectfully submitted,

Robert D. Fram
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

James Hovard*
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112

/s/ Freda J. Levenson
Freda J. Levenson (0045916)
*Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x125
flevenson@acluohio.org

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, OH 43206
(614) 586-1972 x2004
dcarey@acluohio.org

(650) 632-4700
jhovard@cov.com

\* *Pro hac vice* application forthcoming
\*\* *Pro hac vice* application pending

Alora Thomas\*
Julie A. Ebenstein\*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7866
athomas@aclu.org
jebenstein@aclu.org

## CERTIFICATE OF SERVICE

I , Freda J. Levenson, hereby certify that on this 29th day of March, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

          */s/ Freda J. Levenson*
          Freda J. Levenson (0045916)
          *Counsel for Intervenor-Defendants*