IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, et al.,<br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>FRANK LAROSE, in his official capacity,<br>　　　　　*Defendant,*<br><br>　and<br><br>SENATOR VERNON SYKES and HOUSE MINORITY LEADER C. ALLISON RUSSO, in their capacities as members of the Ohio Redistricting Commission,<br>　　　　　*Intervenors-<br>　　　　　Defendants.* | Case No. 2:22-cv-773<br><br>Chief Judge Algenon L. Marbley<br><br>Circuit Judge Amul R. Thapar<br><br>Judge Benjamin J. Beaton<br><br>(Three-Judge District Court) |

**INITIAL DISCLOSURE OF WITNESSES
FOR THE PRELIMINARY INJUNCTION HEARING**

In accordance with the Court's March 28, 2022 Order (Doc. 115), Intervenors-Defendants Senator Vernon Sykes and House Minority Leader C. Allison Russo, in their capacities as members of the Ohio Redistricting Commission, hereby provide the following initial disclosure of witnesses they reserve the right to call at the March 30, 2022 Preliminary Injunction Hearing.

1. Amanda M. Grandjean
   Deputy Assistant Secretary of State and State Elections Director

   Ms. Grandjean is expected to testify about the content of her March 22 and March 28 submissions to the Court. *See* Docs. 88-1 & 113-1.

2. Chris Glassburn
   President of Project Govern

   Mr. Glassburn is expected to testify about his personal knowledge of the Ohio Redistricting Commission's mapmaking processes and procedures beginning on January 16, 2022; the plans drafted by the Ohio Redistricting Commission's independent mapmakers; and the plan adopted by the Commission on March 28, 2022. Mr. Glassburn may also offer expert opinion testimony concerning the compliance of these plans with Ohio law.

Respectfully submitted,


*/s/ C. Benjamin Cooper*
C. BENJAMIN COOPER
CHARLES H. COOPER, JR.
CHELSEA C. WEAVER
COOPER ELLIOTT
305 West Nationwide Boulevard
Columbus, OH 43215
Phone: (614) 481-6000 / Fax: (614) 481-6001
*benc@cooperelliott.com*
*chipc@cooperelliott.com*
*chelseaw@cooperelliott.com*

JONATHAN E. TAYLOR (*pro hac vice*)
MATTHEW W.H. WESSLER (*pro hac vice*)
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850 North
Washington, DC 20006
Phone: (202) 888-1741 / Fax: (202) 888-7792
*jon@guptawessler.com*
*matt@guptawessler.com*

*Attorneys for Intervenors-Defendants*
*Senator Vernon Sykes and House Minority*
*Leader C. Allison Russo*

2

## CERTIFICATE OF SERVICE

      I certify that on March 29, 2022, I filed this notice through this Court's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                          */s/ C. Benjamin Cooper*
                                          C. Benjamin Cooper