United States District Court
for the Southern District of Ohio
Eastern Division at Columbus

GONIDAKIS, et al.

          Plaintiff(s),                      Case No. 2:22-cv-773

  v.                                         Chief Judge Algenon L. Marbley
                                              Judge Amul R. Thapar
                                              Judge Benjamin J. Beaton
                                              Magistrate Judge Deavers

OHIO REDISTRICTING COMMISSION, et al.

          Defendant(s).

## NOTICE OF DEFICIENCY

March 29, 2022

The Court's docket reflects the filing of a motion for leave to appear *pro hac vice* in this case **(ECF #106).** S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear *pro hac vice* and states in part:

"Any attorney seeking this type of admission must do so by: (i) filing a motion for admission **on the form approved by the Court** in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The motion does not comply with Local Rule 83.3 for the following reason(s):

☐   The motion is not on the form approved by the Court.

☐   The motion is not signed by a permanent member of the bar of this Court.

☒   The motion is not accompanied by the required filing fee.

☐   The motion does not contain the required certificate of good standing.
      ☐   The certificate is not from the highest court of a State or the District of Columbia.
      ☐   The certificate was issued more than six months ago.

☐   Other:

                                                                By:  /s/ *Jodi L. Keener*
                                                                      Jodi L. Keener, Deputy Clerk