## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Michael Gonidakis, *et al.*, | : | |
| | : | Case No. 2:22-cv-773 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| Frank LaRose, | : | Circuit Judge Amul R. Thapar |
| | : | |
| Defendant. | : | Judge Benjamin J. Beaton |
| | : | |

## NOTICE OF SERVICE OF SUBPOENAS AND DECLARATION OF
## MATTHEW R. AUMANN SUPPORTING SERVICE

1.     My name is Matthew Aumann, and I am an attorney licensed in Ohio and admitted to practice before this Court. I, along with my colleagues, represent the Plaintiffs in the above-captioned litigation.

2.     I make this declaration pursuant to 28 U.S.C. § 1746.

3.     As counsel for Plaintiffs, we tried on multiple occasions to coordinate witnesses with counsel for Secretary of State Frank LaRose, including on Friday, March 25, 2022, and on Monday, March 28, 2022.

4.     At the end of the day on Monday, March 28, 2022, at around 5:50 p.m., after no successful responses, Plaintiffs' counsel, with me carbon copied, sent an email again asking counsel for Secretary LaRose to coordinate witnesses.

5.     No timely response was made.

6.     On the morning of March 29, 2022, I drove to what I believe to be the personal residence of Amanda Grandjean to deliver a subpoena and a check for $50, an amount which

would cover this Court's witness fee and travel in the central Ohio area to the courthouse. A copy of that subpoena is attached hereto as Exhibit A.

7.      I rang the doorbell and knocked on the door of that residence. After no response was made, I left the subpoena and check at Ms. Grandjean's address.

8.      At around 11:00 a.m. that same day, March 29, 2022, I arrived at the downtown office of Secretary LaRose, 22 N. Fourth Street, Columbus, Ohio, 43215.

9.      The office is a secure location, with dedicated employees that prohibit entry beyond the main lobby.

10.     I spoke with the security employees in the lobby, and I told them that I had multiple subpoenas for multiple employees.

11.     An employee who called himself Tim Quinn, and indicated that he holds the position of "CSA III," at my request, called the legal officers of Secretary LaRose so that they could come down to the lobby and accept service of the subpoenas.

12.     After a few moments, Mr. Quinn indicated that he was unable to reach those legal officers by phone, and he agreed to accept service on their behalf.

13.     I left with Mr. Quinn three subpoenas, one for Ms. Grandjean and two for representatives of Secretary LaRose's Office, and three $50 checks. Copies of those subpoenas are attached hereto as Exhibits A, B, and C. I also explained to Mr. Quinn that it was very important that Secretary LaRose's legal officers receive the subpoenas right away.

14.     I then called the legal advisors to Secretary LaRose, including Michael Grodhaus and Nicholas Eippert, the Chief Legal Counsel and Assistant Chief Legal Counsel, respectively, and left courtesy voicemails indicating that Mr. Quinn just accepted the subpoenas.

15.    Shortly thereafter, Plaintiffs' counsel, with me carbon copied, sent digital copies of the subpoenas to Secretary LaRose's litigation counsel, Mr. Blanton, Ms. Pfeiffer, and Mr. Walton.

16.    I declare under penalty of perjury that the foregoing is true and correct.


Executed this 29th day of March 2022.




_____

Matthew R. Aumann