**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM, | |
| Plaintiffs, | Case No. 2:22-cv-00773 |
| BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY, | Chief Judge Algenon L. Marbley<br>Judge Amul R. Thapar<br>Judge Benjamin J. Beaton |
| Intervenor-Plaintiffs, | |
| v. | |
| FRANK LAROSE, in his capacity as Ohio Secretary of State, | |
| Defendant. | |

**BENNETT PETITIONERS' NOTICE OF FILING IN OHIO SUPREME COURT OF RENEWED MOTION FOR AN ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND MOTION TO SCHEDULE CONTEMPT HEARING**

Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty (the "Bennett Petitioners") hereby notify this Court of their filing in the Ohio Supreme Court, earlier this afternoon, of their Renewed Motion for an Order Directing Respondents to Show Cause and Motion to Schedule Contempt Hearing, which challenges the Fourth Plan adopted by the Ohio Redistricting Commission yesterday evening.

    Respectfully submitted,

/s/ Donald J. McTigue_____
Donald J. McTigue* (OH 0022849)
*Counsel of Record*
Derek S. Clinger (OH 0092075)
MCTIGUE COLOMBO & CLINGER LLC
545 East Town Street
Columbus, OH 43215
T: (614) 263-7000
F: (614) 368-6961
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

Abha Khanna**
Ben Stafford **
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
T: (206) 656-0176
F: (206) 656-0180
akhanna@elias.law
bstafford@elias.law

David R. Fox**
Jyoti Jasrasaria**
Spencer W. Klein**
Harleen Gambhir***
Raisa Cramer***
ELIAS LAW GROUP LLP
10 G St NE, Suite 600
Washington, DC 20002
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jjasrasaria@elias.law
sklein@elias.law
hgambhir@elias.law
rcramer@elias.law

** Admitted pro hac vice
*** Motion for admission pro hac vice
pending*Counsel for Bennett Petitioners*

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 29th Day of March, 2022.

/s/ Donald J. McTigue_____
Donald J. McTigue (OH 0022849)