# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL GONIDAKIS, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:22-CV-773 |
| | : | |
| v. | : | **Chief Judge Algernon Marbley** |
| | : | **Circuit Judge Amul Thapar** |
| **FRANK LaROSE,** | : | **Judge Benjamin J. Beaton** |
| | : | |
| Defendant. | : | |

### SECRETARY OF STATE FRANK LaROSE'S SUPPLEMENTAL
### DISCLOSURE OF WITNESSES

By and through counsel, the Ohio Secretary of State Frank LaRose hereby provides a supplemental list of people that he reserves the right to call as witnesses at the preliminary injunction hearing:

1. **Amanda Grandjean**
   **Deputy Assistant Secretary of State and State Elections Director**
   **Office of Ohio Secretary of State Frank LaRose**
   **22 N 4th St**
   **Columbus, OH 43215**

Ms. Grandjean may testify about the elections administration process in Ohio, the actions required of Ohio's Secretary of State and boards of election, to correct misinformation or misstatements relating to positions the Secretary has expressed in the various directives or contained in Ms. Grandjean's affidavits and the impacts of remedies or solutions that may be proposed or suggested by counsel for Plaintiffs, intervenors or the court.

Respectfully submitted,

OHIO ATTORNEY GENERAL

*/s/ Jonathan D. Blanton*
JONATHAN D. BLANTON (0070035)
Deputy Attorney General
JULIE M. PFEIFFER (0069762)
*Counsel of Record*
MICHAEL A. WALTON (0092201)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Jonathan.Blanton@OhioAGO.gov
Michael.Walton@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Jonathan D. Blanton*
JONATHAN D. BLANTON (0070035)
Deputy Attorney General