**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Michael Gonidakis, *et al.*, | : | |
| | : | Case No. 2:22-cv-773 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| Frank LaRose, | : | Circuit Judge Amul R. Thapar |
| | : | |
| Defendant. | : | Judge Benjamin J. Beaton |
| | : | |

## PLAINTIFFS' NOTICE OF OPPOSITION TO MOTIONS TO DISMISS

Plaintiffs hereby provide this Court notice of their opposition to the eleventh-hour motions to dismiss, which raise no new points for this Court to consider. (*See, e.g.*, ECF Nos. 132, 133).

The record shows that Secretary LaRose canceled the primary election for state legislative offices and no election for those offices is currently scheduled, meaning Plaintiffs' rights to vote and associate have been denied. (*See* LaRose Notice, ECF No. 113). It is difficult for Plaintiffs' harm to be more ripe, imminent, concrete, and particularized than it is right now.

Despite conceding that no primary election for these offices is scheduled to take place, the Moving Parties sing the siren song of "speculation" and "progress." (*See* ECF Nos. 132, 133). But Plaintiffs, after six months of back-and-forth, have no candidates for the General Assembly, and the Fourth Plan has already been challenged. (*See* Petitioners' Renewed Show Cause Motion, ECF No. 134-1, PageID # 3131). So the Moving Parties' assurances again ring hollow, while Plaintiffs remain without a primary election.

Should this Court find it instructive for Plaintiffs to more fully respond to the issues raised by the Moving Parties, which retread the extensive briefing already submitted to this Court, then

Plaintiffs are prepared to address those concerns at the preliminary injunction hearing tomorrow or through a briefing schedule set by this Court following the hearing.

Respectfully submitted,

**Isaac Wiles & Burkholder LLC**

*/s/ Donald C. Brey*
Donald C. Brey (0021965)
Brian M. Zets (0066544)
Matthew R. Aumann (0093612)
Ryan C. Spitzer (0093515)
Trista M. Turley (0093939)
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: 614-221-2121; Fax: 614-365-9516
dbrey@isaacwiles.com
bzets@isaacwiles.com
maumann@isaacwiles.com
rspitzer@isaacwiles.com
tturley@isaacwiles.com

*Attorneys for Plaintiffs Michael Gonidakis, Mary Parker, Margaret Conditt, Beth Ann Vanderkooi, Linda Smith, Delbert Duduit, Thomas W. Kidd, Jr., and Ducia Hamm*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Donald C. Brey*
Donald C. Brey (0021965)