**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| | : | |
| PLAINTIFFS | : | |
| | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| VS. | : | |
| | : | |
| | : | CIRCUIT JUDGE AMUL R. |
| FRANK LAROSE, | : | THAPAR |
| | : | |
| DEFENDANTS. | : | |
| | : | JUDGE BENJAMIN J. BEATON |

## **NOTICE**

Notice is hereby given that a hearing on the Simon Parties' Motion for a Preliminary Injunction will be conducted on _____, 2022 at ____;_____ AM/PM in Courtroom _____.

**IT IS SO ORDERED**.


_____     _____
DATE                                                                                         JUDGE