# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. GONIDAKIS, *et al.*, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-0773 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | Judge Amul R. Thapar |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : | Judge Benjamin J. Beaton |
| | : | |
| | : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : | |

## COURTROOM MINUTES
### 65.1 Conference

| U.S. District Chief Judge Algenon L. Marbley, Sixth Circuit Judge Amul R. Thapar, and District Judge Benjamin J. Beaton (WDKY) | | Date: March 30, 2022 @ 9:12 a.m. | |
|---|---|---|---|
| **Deputy Clerk:** | Denise Shane | **Counsel for Plaintiffs:** | Donald Brey, Matthew Aumann, Ryan Spitzer, Trista Turley |
| **Court Reporter:** | Shawna Evans | **Counsel for Defendants:** | Michael Walton, Jonathan Blanton |
| **Log In** | n/a | **Log Out** | n/a |

Additional counsel in attendance:

Percy Squire representing Intervenor Plaintiffs Kenneth L. Simon, Lewis Macklin, and Helen Youngblood

Donald McTigue and David Fox, Derek Clinger and Jyoti Jasrasaria representing Intervenor Plaintiffs Bria Bennett, Regina Adams, Kathleen Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty.

Christina Marshall, representing Intervenor Plaintiff The Ohio Organizing Collaborative, Council on American-Islamic Relations, Ohio Environmental Council, Samuel Gresham, Jr., Ahmad Aboukar, Mikayla Lee, Prentiss Haney, Pierrette M. Talley, and Crystal Bryant.

Michael Walton and Jonathan Blanton, representing Defendant Frank Larose.

David J. Carey representing Intervenor Defendant League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio.

Benjamin Cooper and Matthew Wessler representing Intervenor Defendants Vernon Sykes and Allison Russo.

Eric Clark, representing Ohio Redistricting Commission (the body)

Phil Strach, Phillip Williamson representing Intervenor defendants Cupp & Huffman

Yurij Rudensky representing the Brennan Center

9:05am
Mr. Brey enters Exhibits 1-15 and calls Amanda Grandjean.
Direct of Ms. Grandjean by Mr. Blanton
Cross of Ms. Grandjean by Mr. Carey
Cross of Ms. Grandjean by Mr. Fox
Re-cross by Mr. Brey of Ms. Grandjean
Recess for Lunch 12:30pm
1:25 pm
Mr. Brey calls Michael Gonidakis
Plaintiffs rests.
Defendants rests.
Mr. Cooper calls Chris Glassburn, Sikes/Russo Ex #1, Sikes/Russo Ex #2, Sikes/Russo Ex #3 (provisionally admitted)
Cross of Glassburn by Mr. Brey
Cross of Glassburn by Mr. Squire
Redirect of Glassburn by Mr. Cooper
Dr. Rodden called by Ms. Jasrasaria (Via Video)
Cross of Dr. Rodden by Mr. Brey
Declaration admitted by Fox
Maikayla Lee called by Ms. Marshall
Jeniece Brock called by Ms. Marshall
Christopher Tavenor called by Ms. Marshall
Michael Latner called by Ms. Marshall
Plaintiff Rests
The court will take the Preliminary Injunction motion under advisement and is not going to intervene in the State Court proceedings. Opening briefs due by 4/4/22; Reply briefs 4/11/22.
Mr. Brey closing statement.
Mr. Blanton closing statement.
Mr. Carey closing statement.
Mr. Wessler closing statement.
Mr. Squire closing statement.
Mr. Fox closing statement.

Ms. Marshall closing statement.

5:45pm