**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM, <br><br>         Plaintiffs, <br><br> BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY, <br><br>         Intervenor-Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his capacity as Ohio Secretary of State, <br><br>         Defendant. | Case No. 2:22-cv-00773 <br><br> Chief Judge Algenon L. Marbley <br> Judge Amul R. Thapar <br> Judge Benjamin J. Beaton |

**BENNETT PETITIONERS' NOTICE OF FILING OF EXHIBITS FROM
PRELIMINARY INJUNCTION HEARING**

Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty (the "Bennett Petitioners") hereby file with the Court two exhibits introduced by the Bennett Petitioners that were entered into evidence without objection during from the Preliminary Injunction hearing:

   1.   Declaration of Rick Neal, Dated March 27, 2022.

   2.   Comparative Plan Statistics Table prepared by Dr. Jonathan Rodden.

Respectfully submitted,

/s/ Donald J. McTigue
Donald J. McTigue* (OH 0022849)
*Counsel of Record*
Derek S. Clinger (OH 0092075)
MCTIGUE COLOMBO & CLINGER LLC
545 East Town Street
Columbus, OH 43215
T: (614) 263-7000
F: (614) 368-6961
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

Abha Khanna**
Ben Stafford **
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
T: (206) 656-0176
F: (206) 656-0180
akhanna@elias.law
bstafford@elias.law

David R. Fox**
Jyoti Jasrasaria**
Spencer W. Klein**
Harleen Gambhir***
Raisa Cramer***
ELIAS LAW GROUP LLP
10 G St NE, Suite 600
Washington, DC 20002
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jjasrasaria@elias.law
sklein@elias.law
hgambhir@elias.law
rcramer@elias.law

** Admitted pro hac vice
*** Motion for admission pro hac vice pending
*Counsel for Bennett Petitioners*

2

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 30th Day of March, 2022.

                                                          /s/ Donald J. McTigue_____
                                                          Donald J. McTigue (OH 0022849)