**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM,<br><br>　　　Plaintiffs,<br><br>BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY,<br><br>　　　Intervenor-Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his capacity as Ohio Secretary of State,<br><br>　　　Defendant. | Case No. 2:22-cv-00773<br><br>Judge Amul R. Thapar<br>Judge Algenon L. Marbley<br>Judge Benjamin J. Beaton |

**DECLARATION OF RICK NEAL**

I, Rick Neal, hereby declare as follows:

1. I am a resident of Columbus, Ohio.

2. In the 2018 general election, I was the Democratic candidate for Ohio's 15th Congressional District, which included portions of Columbus and other parts of Franklin County, along with communities west and south of the city.

3. On February 2, 2022, the statutory deadline, I filed a declaration of candidacy and petition to run in the Democratic primary election for the Ohio House of Representatives.

4. When my declaration of candidacy was due, the Ohio Redistricting Commission's second plan, adopted January 22, was in force. I indicated on my declaration that I was running for House District 1 under the January 22 Plan, which included my residence. But I was also aware that Ohio law allowed me to change my residence, and the district in which I was running, within 30 days of the adoption of the January 22 Plan.

1

5. On February 7, after I filed my declaration of candidacy, the Ohio Supreme Court held the January 22 Plan unconstitutional. On February 24, the Commission adopted the Third Plan.

6. Under the Third Plan, I intended to run for office in House District 11, in Northwest Franklin County. I do not currently reside in House District 11, but much of House District 11 fell within Congressional District 15 when I ran for office there in 2018, and I have remained active in local communities in that area.

7. Under Ohio law, I had 30 days from the adoption of the Third Plan to become a resident of District 11 in order to run in that district. The deadline for me to establish residency in House District 11 was March 26, 2022.

8. On March 16, 2022, before I made arrangements to move my residence to House District 11, the Ohio Supreme Court held the Third Plan unconstitutional.

9. Because the Ohio Supreme Court had held the Third Plan unconstitutional, and because I did not know what the boundaries would be for any district I might seek to represent in any future, not-yet-enacted General Assembly plan, I did not move my residence to within House District 11 by March 26, 2022.

10. Rather, I remain a resident of Columbus, outside of House District 11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of March, 2022.

*Rick Neal*
Rick Neal