# Comparative Plan Statistics, Ohio House of Representatives Maps

|  | Third Plan (Feb. 24) | Fourth Plan (Mar. 28) | Rodden Plan | Independent Map Drawers Plan |
|---|---|---|---|---|
| **Average compactness scores** (Higher scores = more compact) | | | | |
| Reock | 0.39 | 0.39 | 0.41 | 0.41 |
| Polsby-Popper | 0.31 | 0.31 | 0.36 | 0.33 |
| Area/Convex Hull | 0.75 | 0.74 | 0.79 | 0.77 |
| **Number of split counties** | 38 | 38 | 32 | 38 |
| **Number of split VTDs** | 135 | 135 | 96 | 118 |
| **# of seats with two-party Democratic vote share >.52** | 26 | 28 | 40 | 42 |
| Expressed as percentage of seats | 26.3% | 28.28% | 40.4% | 42.4% |
| **# of seats with two-party Democratic vote share <.48** | 54 | 54 | 56 | 51 |
| Expressed as percentage of seats | 54.55% | 54.55% | 56.6% | 51.5% |
| **# of seats with two-party Democratic vote share between .48 and .5** | 0 | 0 | 1 | 3 |
| Expressed as percentage of seats | 0.0% | 0.0% | 1.0% | 3.0% |
| **# of seats with two-party Democratic vote share between .5 and .52** | 19 | 17 | 2 | 3 |
| Expressed as percentage of seats | 19.19% | 17.17% | 2.0% | 3.0% |
| **% of *Democratic* seats when excluding all toss-up seats** | 32.5% | 34.1% | 41.7% | 45.2% |
| **% of *Republican* seats when excluding all toss-up seats** | 67.5% | 65.9% | 58.3% | 54.8% |