## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

MICHAEL GONIDAKIS, ET AL.

      PLAINTIFFS

AND

THE HONORABLE REVEREND
KENNETH L. SIMON, ET AL.

      INTERVENOR-PLAINTIFFS

VS.

GOVERNOR MIKE DEWINE,
GOVERNOR AND MEMBER OF THE
OHIO REDISTRICTING COMMISSION,
ET AL.

      DEFENDANTS.

**Case No. 2:22-cv-0773**

Judge Algenon L. Marbley
Judge Amul R. Thapar
Judge Benjamin J. Beaton

---

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DEFENDANTS ROBERT CUPP, SPEAKER OF THE OHIO HOUSE OF REPRESENTATIVES AND MATTHEW HUFFMAN, PRESIDENT OF THE OHIO SENATE

---

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), W. Stuart Dornette, Beth A. Bryan and Philip D. Williamson, counsel for Speaker of the Ohio House of Representatives Ryan Smith and Larry Obhof, President of the Ohio Senate in the above-referenced action, hereby move the court to admit Thomas A. Farr, Phillip J. Strach, John E. Branch III, Alyssa M. Riggins and Cassie A. Holt of Nelson Mullins Riley & Scarborough LLP *pro hac vice* to appear and participate as co-counsel for Defendants Robert Cupp, Speaker of the Ohio House of Representatives and Matthew Huffman, President of the Ohio Senate in this case.

Movants represent that Thomas A. Farr, Phillip J. Strach, John E. Branch III, Alyssa M. Riggins and Cassie A. Holt are each members in good standing of the highest court of the State of North Carolina, as attested by the accompanying certificates from that court and that they are not eligible to become members of the permanent bar of this Court.  The filing fee of $1,000.00 ($200.00 per attorney) will be paid by check at the office of the Clerk of Court on or before April 8, 2022.

Thomas A. Farr, Phillip J. Strach, John E. Branch III, Alyssa M. Riggins and Cassie A. Holt understand that, unless expressly executed, they must register for electronic filing with this Court promptly upon the granting of this Motion.   Relevant identifying information is as follows:

Thomas A. Farr
Philip J. Strach
John E. Branch III
Alyssa M. Riggins
Cassie A. Holt
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC  27612
Tel:  919-329-3800/Fax:  919-329-3799
tom.farr@nelsonmullins.com
phil.strach@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

Respectfully submitted this the 31st day of March,

*/s/ william stuart dornette*
W. Stuart Dornette (0002955)
dornette@taftlaw.com
Beth A. Bryan (0082076)
bryan@taftlaw.com
Philip D. Williamson (0097174)
pwilliamson@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP

425 Walnut St., Suite 1800
Cincinnati, OH 45202-3957
Telephone: 513-381-2838

*Counsel for Defendants Bob Cupp, Speaker of the
Ohio House of Representatives and Matt Huffman,
President of the Ohio Senate*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*/s/ william stuart dornette*
W. Stuart Dornette (0002955)