Supreme Court of Ohio Clerk of Court - Filed March 29, 2022 - Case No. 2022-0303

# The Supreme Court of Ohio

EXHIBIT

A

League of Women Voters of Ohio, A.
Philip Randolph Institute of Ohio, Bette
Evanshine, Janice Patterson, Barbara
Brothers, John Fitzpatrick, Janet
Underwood, Stephanie White, Renee
Ruchotzke, and Tiffany Rumbalski

v.

Secretary of State Frank LaRose, Senate
President Matt Huffman, House Speaker
Robert R. Cupp in their official capacities,
and the Ohio Redistricting Commission

Case No. 2022-0303

E N T R Y

This cause originated in this court upon the filing of a complaint invoking this court's original jurisdiction pursuant to Article XIX, Section 3 of the Ohio Constitution.

Upon consideration of petitioners' motion for scheduling order, it is ordered by the court, sua sponte, that the following schedule is set for the filing of answers, evidence, and merit briefs:

Answers shall be filed in accordance with S.Ct.Prac.R. 12.04(A)(1), and dispositive motions are prohibited.  The parties shall file any evidence they intend to present within 25 days of the date of this entry; petitioners shall file a brief within 10 days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of petitioners' brief; petitioners may file a reply brief within 7 days after the filing of respondents' briefs.

It is ordered by the court, sua sponte, that this case is consolidated with Supreme Court Case No., 2022-0298, *Meryl Neiman, et al. v. Secretary of State Frank LaRose, et al.*

It is further ordered that any disputes concerning discovery shall be addressed to the court by motion.

It is further ordered that no requests or stipulations for extension of time shall be filed and the clerk of the court shall refuse to file any requests or stipulations for extension of time.

**The Official Case Announcement can be found at http://www.supremecourt.ohio.gov/ROD/docs/**

Supreme Court of Ohio Clerk of Court - Filed March 29, 2022 - Case No. 2022-0303

# The Supreme Court of Ohio

It is further ordered that all documents filed in this case shall be served on the date of submission for filing by personal service, facsimile transmission, or email.

Maureen O'Connor
Chief Justice

**The Official Case Announcement can be found at http://www.supremecourt.ohio.gov/ROD/docs/**