EXHIBIT B