# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| | : | |
| PLAINTIFFS | : | |
| | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| VS. | : | |
| | : | CIRCUIT JUDGE AMUL R. |
| FRANK LAROSE, | : | THAPAR |
| | : | |
| DEFENDANTS. | : | |
| | : | JUDGE BENJAMIN J. BEATON |

## BOND

In accordance with the provisions of Federal Rule of Civil Procedure 65, the Simon Parties are hereby directed to post a bond in the amount of $500.00.

**IT IS SO ORDERED**.

_____         _____
DATE                                                                   JUDGE