# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| | : | |
| PLAINTIFFS | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| VS. | : | |
| | : | CIRCUIT JUDGE AMUL R. |
| FRANK LAROSE, | : | THAPAR |
| | : | |
| DEFENDANTS. | : | JUDGE BENJAMIN J. BEATON |

### NOTICE OF SIMON PLAINTIFFS' FILING OF REVISED PROPOSED TEMPORARY RESTRAINING ORDER

In accordance with the provisions of Fed. R. Civ. P. 65(b), Intervenor-Plaintiffs, the Honorable Reverend Kenneth L. Simon, the Honorable Reverend Lewis W. Macklin, II and Ms. Helen Youngblood, respectfully submit the revised Proposed Temporary Restraining Order attached as Exhibit A.

/s/ Percy Squire_____
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
psquire@sp-lawfirm.com
Attorney for Intervenors-Plaintiffs

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by operation of the United States District Court, Southern District of Ohio electronic filing system, on April 1, 2022.

                                                *s/Percy Squire, Esq.*
                                                Percy Squire (0022010)
                                                Attorney for Intervenors-Plaintiffs