**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| | : | |
| PLAINTIFFS | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| | : | |
| VS. | : | |
| | : | CIRCUIT JUDGE AMUL R. |
| FRANK LAROSE, | : | THAPAR |
| | : | |
| DEFENDANTS. | : | JUDGE BENJAMIN J. BEATON |

**PROPOSED ORDER**

In accordance with the provisions of Federal Rules of Civil Procedure 65(b), it is hereby

**ORDERED, ADJUDGED AND DECREED**, that pending a ruling on the Simon Parties' Motion  for a Preliminary Injunction, neither the Ohio Secretary of State nor any County Board of Elections from a county within the 6th Ohio United States Congressional District as Proposed in the Ohio Congressional Redistricting Plan approved by Defendants on March 2, 2022, or a Board of Elections  within a Proposed Congressional District whose boundaries may  be revised in the event the Simon Parties prevail on the merits at trial, shall issue certificates of nomination or election to any candidate for election as Representative to the United States House of Representatives.

**IT IS SO ORDERED**.

_____
ALGENON L. MARBLEY
CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

_____

AMUL R. THAPAR
UNITED STATES CIRCUIT JUDGE


_____

BENJAMIN J. BEATON
UNITED STATES CIRCUIT JUDGE


DATE: _____