UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL GONIDAKIS**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:22-cv-0773 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | Judge Amul R. Thapar |
| **OHIO REDISTRICTING COMMISSION**, *et al.*, | : | Judge Benjamin J. Beaton |
| | : | |
| | : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : | |

## ORDER SETTING LOCAL RULE 65.1 CONFERENCE

This matter is set for a status conference pursuant to Local Rule 65.1 on **Monday, April 11, 2022,** beginning at **9:00 a.m.** Counsel for the parties are to appear in **Courtroom 2, Room 311** of the U.S. Courthouse located at 85 Marconi Boulevard in Columbus, Ohio, unless they seek and obtain leave to participate remotely. Counsel should note the change in courtroom number compared to prior hearings. The status conference may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown. Proceedings will be open to the interested public.

At the status conference, the Court will address the Simon Parties' Second Motion for a Temporary Restraining Order (ECF No. 147) and any issues necessary for a just resolution of the pending action.

Any parties wishing to file briefs in response to the Simon Parties' Motion shall do so by **12:00 noon on Thursday, April 7, 2022**. Any reply brief by the Simon Parties shall be due by **12:00 noon on Friday, April 8, 2022**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**


*s/ Amul R. Thapar*_____
**AMUL R. THAPAR**
**UNITED STATES CIRCUIT JUDGE**


*s/ Benjamin J. Beaton*_____
**BENJAMIN J. BEATON**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 5, 2022**