# EXHIBIT 2

**<u>Document Filed Manually</u>**

*See* ECF No. 155.