# EXHIBIT 3



©2021 CALIPER



©2021 CALIPER

Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each Ohio House district is therefore 119,186.

## Statistical Information – Ohio House Districts
## Revised March 28, 2022

| House District | Population | Deviation |
|:---:|:---:|:---:|
| 1 | 118,269 | -0.77% |
| 2 | 121,167 | 1.66% |
| 3 | 119,267 | 0.07% |
| 4 | 113,292 | -4.95% |
| 5 | 116,055 | -2.63% |
| 6 | 116,844 | -1.97% |
| 7 | 122,965 | 3.17% |
| 8 | 124,033 | 4.07% |
| 9 | 117,175 | -1.69% |
| 10 | 118,982 | -0.17% |
| 11 | 124,045 | 4.08% |
| 12 | 114,076 | -4.29% |
| 13 | 125,018 | 4.89% |
| 14 | 125,123 | 4.98% |
| 15 | 125,126 | 4.98% |
| 16 | 124,466 | 4.43% |
| 17 | 124,902 | 4.80% |
| 18 | 125,122 | 4.98% |
| 19 | 123,250 | 3.41% |
| 20 | 125,116 | 4.98% |
| 21 | 125,129 | 4.99% |
| 22 | 125,144 | 5.00% |
| 23 | 124,913 | 4.81% |
| 24 | 122,543 | 2.82% |
| 25 | 115,014 | -3.50% |
| 26 | 120,124 | 0.79% |
| 27 | 124,316 | 4.30% |
| 28 | 120,869 | 1.41% |
| 29 | 113,611 | -4.68% |
| 30 | 114,162 | -4.22% |
| 31 | 121,137 | 1.64% |
| 32 | 121,972 | 2.34% |
| 33 | 124,678 | 4.61% |

GENERAL ASSEMBLY DISTRICT PLAN
REVISED MARCH 28, 2022

| 34 | 119,468 | 0.24% |
|---|---|---|
| 35 | 124,362 | 4.34% |
| 36 | 114,991 | -3.52% |
| 37 | 121,534 | 1.97% |
| 38 | 122,075 | 2.42% |
| 39 | 123,935 | 3.98% |
| 40 | 117,193 | -1.67% |
| 41 | 114,264 | -4.13% |
| 42 | 117,985 | -1.01% |
| 43 | 113,597 | -4.69% |
| 44 | 113,261 | -4.97% |
| 45 | 123,472 | 3.60% |
| 46 | 121,992 | 2.35% |
| 47 | 123,473 | 3.60% |
| 48 | 124,669 | 4.60% |
| 49 | 113,810 | -4.51% |
| 50 | 115,796 | -2.84% |
| 51 | 113,841 | -4.48% |
| 52 | 118,043 | -0.96% |
| 53 | 123,651 | 3.75% |
| 54 | 119,251 | 0.05% |
| 55 | 120,633 | 1.21% |
| 56 | 121,704 | 2.11% |
| 57 | 124,111 | 4.13% |
| 58 | 119,785 | 0.50% |
| 59 | 119,612 | 0.36% |
| 60 | 113,964 | -4.38% |
| 61 | 120,578 | 1.17% |
| 62 | 124,425 | 4.40% |
| 63 | 113,544 | -4.73% |
| 64 | 124,867 | 4.77% |
| 65 | 114,353 | -4.06% |
| 66 | 116,342 | -2.39% |
| 67 | 118,575 | -0.51% |
| 68 | 115,385 | -3.19% |
| 69 | 120,418 | 1.03% |
| 70 | 115,458 | -3.13% |
| 71 | 114,405 | -4.01% |

## GENERAL ASSEMBLY DISTRICT PLAN
### REVISED MARCH 28, 2022

| 72 | 121,758 | 2.16% |
|---|---|---|
| 73 | 123,971 | 4.01% |
| 74 | 116,122 | -2.57% |
| 75 | 115,928 | -2.73% |
| 76 | 124,936 | 4.82% |
| 77 | 116,894 | -1.92% |
| 78 | 113,287 | -4.95% |
| 79 | 117,815 | -1.15% |
| 80 | 124,211 | 4.22% |
| 81 | 113,487 | -4.78% |
| 82 | 114,464 | -3.96% |
| 83 | 122,058 | 2.41% |
| 84 | 114,313 | -4.09% |
| 85 | 116,652 | -2.13% |
| 86 | 113,566 | -4.72% |
| 87 | 113,452 | -4.81% |
| 88 | 113,965 | -4.38% |
| 89 | 115,062 | -3.46% |
| 90 | 115,793 | -2.85% |
| 91 | 113,883 | -4.45% |
| 92 | 116,490 | -2.26% |
| 93 | 120,113 | 0.78% |
| 94 | 114,124 | -4.25% |
| 95 | 114,126 | -4.25% |
| 96 | 114,020 | -4.33% |
| 97 | 114,521 | -3.91% |
| 98 | 123,138 | 3.32% |
| 99 | 124,572 | 4.52% |

### GENERAL ASSEMBLY DISTRICT PLAN
### REVISED MARCH 28, 2022

Pursuant to the 2020 U.S. Census, the population of Ohio as of April 1, 2020 was 11,799,448. The target population for each Ohio Senate district is therefore 357,559.

### Statistical Information – Ohio Senate Districts
### Revised March 28, 2022

| Senate District | Population | Deviation |
|:---:|:---:|:---:|
| 1 | 350,009 | -2.11% |
| 2 | 344,251 | -3.72% |
| 3 | 348,329 | -2.58% |
| 4 | 368,937 | 3.18% |
| 5 | 365,339 | 2.18% |
| 6 | 358,600 | 0.29% |
| 7 | 366,653 | 2.54% |
| 8 | 348,642 | -2.49% |
| 9 | 357,681 | 0.03% |
| 10 | 345,985 | -3.24% |
| 11 | 345,846 | -3.28% |
| 12 | 344,252 | -3.72% |
| 13 | 360,945 | 0.95% |
| 14 | 353,762 | -1.06% |
| 15 | 356,280 | -0.36% |
| 16 | 362,154 | 1.29% |
| 17 | 350,486 | -1.98% |
| 18 | 372,274 | 4.12% |
| 19 | 357,680 | 0.03% |
| 20 | 359,774 | 0.62% |
| 21 | 375,395 | 4.99% |
| 22 | 359,853 | 0.64% |
| 23 | 375,257 | 4.95% |
| 24 | 374,494 | 4.74% |
| 25 | 359,407 | 0.52% |
| 26 | 340,983 | -4.64% |
| 27 | 362,577 | 1.40% |
| 28 | 370,798 | 3.70% |
| 29 | 354,275 | -0.92% |
| 30 | 342,270 | -4.28% |
| 31 | 345,256 | -3.44% |
| 32 | 363,792 | 1.74% |
| 33 | 357,212 | -0.10% |

GENERAL ASSEMBLY DISTRICT PLAN
REVISED MARCH 28, 2022

Ohio's 33 Senate districts are comprised of the following Ohio House districts.

| | | |
|---|---|---|
| Senate District 1: | House Districts 81, 82, 83 | |
| Senate District 2: | House Districts 44, 75, 89 | Assigned to Senator Gavarone |
| Senate District 3: | House Districts 4, 5, 10 | |
| Senate District 4: | House Districts 45, 46, 47 | |
| Senate District 5: | House Districts 39, 40, 80 | |
| Senate District 6: | House Districts 36, 37, 38 | |
| Senate District 7: | House Districts 27, 55, 56 | |
| Senate District 8: | House Districts 28, 29, 30 | |
| Senate District 9: | House Districts 24, 25, 26 | |
| Senate District 10: | House Districts 70, 71, 74 | Assigned to Senator Hackett |
| Senate District 11: | House Districts 41, 42, 43 | |
| Senate District 12: | House Districts 78, 84, 85 | |
| Senate District 13: | House Districts 52, 53, 54 | |
| Senate District 14: | House Districts 62, 63, 90 | |
| Senate District 15: | House Districts 1, 2, 6 | |
| Senate District 16: | House Districts 8, 11, 12 | |
| Senate District 17: | House Districts 91, 92, 93 | |
| Senate District 18: | House Districts 19, 23, 57 | Assigned to Senator Cirino |
| Senate District 19: | House Districts 60, 61, 98 | |
| Senate District 20: | House Districts 68, 69, 73 | |
| Senate District 21: | House Districts 18, 21, 22 | |
| Senate District 22: | House Districts 66, 67, 76 | |
| Senate District 23: | House Districts 13, 14, 20 | |
| Senate District 24: | House Districts 15, 16, 17 | Assigned to Senator Dolan |
| Senate District 25: | House Districts 3, 7, 9 | |
| Senate District 26: | House Districts 86, 87, 88 | |
| Senate District 27: | House Districts 31, 32, 34 | |
| Senate District 28: | House Districts 33, 35, 72 | Assigned to Senator Sykes |
| Senate District 29: | House Districts 48, 49, 50 | |
| Senate District 30: | House Districts 94, 95, 96 | |
| Senate District 31: | House Districts 51, 77, 97 | |
| Senate District 32: | House Districts 64, 65, 99 | |
| Senate District 33: | House Districts 58, 59, 79 | |

All of the above assignments of Senators are made pursuant to Section 5, Article XI of the Ohio Constitution.

5