# EXHIBIT 5



# Transcript of Video

**Date:** March 28, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1            TRANSCRIPT OF VIDEO-RECORDED

2                  SESSION OF THE

3                 STATE OF OHIO

4            REDISTRICTING COMMITTEE

5                MARCH 28, 2022

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Job No.: 443129

21    Pages: 1 - 139

22    Transcribed by: Christian Naaden

Transcript of Video
Conducted on March 28, 2022                              2

```
1                   P R O C E E D I N G S
2              SEN. SYKES:  The meeting that began on March
3    the 27th. And if no objections, I will now [inaudible]
4    . And I call to order the meeting today on behalf of
5    the Redistricting Commission. Ms. [inaudible], please
6    call the roll.
7              SECRETARY:  Co-Chair Speaker Cupp.
8              SEN. CUPP:  Present.
9              SECRETARY:  Co-Chair Senator Sykes.
10             SEN. SYKES:  Present.
11             SECRETARY:  Governor DeWine.
12             GOV. DEWINE:  Here.
13             SECRETARY:  Auditor Faber.
14             SEN. FABER:  Here.
15             SECRETARY: President Huffman.
16             SEN. HUFFMAN:  Here.
17             SECRETARY:  Secretary LaRose.
18             MR. LAROSE:  Here.
19             SECRETARY:  And Leader Russo.
20             MR. RUSSO:  Here.
21             SECRETARY:  Mr. Co-Chair, all members are
22   present.
```

Transcript of Video
Conducted on March 28, 2022                    3

```
1          SEN. SYKES:  A quorum is present. So we will

2    continue to meet as a full Commission. At this time,

3    the independent map drawers are attending the meeting

4    virtually, and we ask that the audience refrain from

5    loud noise out of respect for the independent mapmakers

6    and the persons watching the proceedings remotely on

7    the Ohio Channel.

8          Members who are in the room, please use your

9    microphones so that everyone might hear it.

10          The minutes of the previous meeting are in

11    your folders. Do I have a motion to accept the minutes?

12          REP. CUPP:  So moved.

13          MALE:  Second.

14          SEN. SYKES:  Are there any objections or

15    changes to the minutes as presented? If not, we will

16    accept the minutes as presented.

17          At this time, we'd like an update from the

18    independent mapmakers.

19          MR. JOHNSON:  Good morning, co-chairs and

20    members of the Commission. Just reporting on our

21    status, we have received the -- oh, number one, we have

22    merged the maps together.
```

Transcript of Video
Conducted on March 28, 2022                                    4

1        So we have a merged House and a merged Senate

2    map incorporating all of the preferences at the time

3    discussed last night. And we have received and just

4    minutes ago finished importing in the incumbent list

5    and coding them purely for which are Senate and which

6    are House. So as discussed, we do not know names or

7    parties. We just have the dots of the senators and the

8    dots of the House members.

9        So that is imported in our maps. And while I

10   was doing that, Dr. McDonald [ph] has started on the

11   cleanup of the village and city splits and township

12   splits and the small technical things that trip up so

13   many maps. So that work is already underway.

14       And now that we have the the list imported, we

15   will begin the process that was at your direction from

16   last night to begin looking at which incumbents are

17   paired and which incumbents raised Section 5 issues.

18       So that's the work we're about to kick off.

19   The big question in our mind is a process question for

20   the day. Obviously, a big goal today is for you to

21   really make this your map by giving us your question --

22   your suggestions and requests and directions.

Transcript of Video
Conducted on March 28, 2022                    5

```
1          And so wanted to -- I think a good thing that
2     could come out of this meeting would be a decision on
3     that process, if that's possible. Anything to add, Mr.
4     McDonald.
5          MR. MCDONALD:  I would add that there was one
6     change that we've already made that was recommended to
7     us that in Warren County that we were told would fix
8     one of the incumbent issues. And so, we looked at it.
9     It is -- does not affect any of the constitutional
10    requirements or the Court requirements. So we went
11    ahead and implemented that particular change.
12         MR. JOHNSON:  So if you have a process in mind
13    for how those changes should come from the
14    commissioners to us, we're certainly happy to work at
15    your direction, or we can offer some ideas for your
16    consideration on that, if you wish.
17         MR. SYKES:  Could you -- we start with you
18    offering some ideas because we're trying to accommodate
19    your schedule as well.
20         MR. JOHNSON:  I think just from a pure process
21    thought, it might be best if the commissioners share
22    requests amongst the other commissioners and primarily,
```

Transcript of Video
Conducted on March 28, 2022                                                6

1    I think through the staff liaisons. And if there is

2    consensus on a change, then either that commissioner or

3    the staff could pass that along to us and we would

4    implement it. If there is not consensus, I presume we

5    would likely need to come back to the Commission for

6    discussion.

7            But that would be the easiest way because we

8    anticipate that a lot of these changes will be

9    unanimous, non-controversial changes. We just want to

10   be sure that we're having some time to get some work

11   done and not constantly getting those. So if there is a

12   way to consolidate those, have the staff review and

13   sign off on them and then present them to us in batches

14   rather than one at a time, that would be helpful for

15   us.

16           SEN. SYKES:  Any there questions or comments

17   from the commissioners? Senator Huffman.

18           SEN. HUFFMAN:  Yeah. Thank you, Co-Chair. I

19   guess in terms of process, my expectation and I think

20   the other commissioners' expectation is that at some

21   point there would be a work product, a merged map,

22   taking into account all of the constitutional factors,

Transcript of Video
Conducted on March 28, 2022                    7

1   the other factors that the various commissioners have

2   mentioned throughout these meetings. And we would have

3   a chance then to review that and then make comments.

4          So I guess the question, it appears -- if I'm

5   right, it appears, at least at this moment, the

6   product, if I can call it that, is not ready. But at

7   some point, the two of you will believe, hey, here's a,

8   we'll call it a proposal, and then commissioners will

9   have a chance to review that.

10         And I don't know whether we come back and

11  formally accept that proposal at -- whenever that would

12  be or that's just something that gets sent out. But,

13  you know, we -- I can't make suggested changes if I

14  don't know what it is that I'm changing. So I guess

15  that's a question is when -- I don't want to say when

16  because that's who knows. I mean, you have a better

17  idea, but there's no reason to say this time unless you

18  actually know.

19         So if you -- when that's ready, Mr. Co-Chair,

20  I guess I think all seven commissioners would like to

21  see it and then do their own analysis and be able to

22  make their suggested changes.

Transcript of Video
Conducted on March 28, 2022                    8

1          And maybe I'm stating the obvious, but I don't
2    anticipate a process where the seven of us somewhere
3    virtually get a proposal and then we start making
4    changes and the changes that I'm making may affect the
5    changes that Senator Faber's making. And yeah, we'll do
6    that, Senator Huffman Yeah. We'll do that, Auditor
7    Faber. Now, we've got a new -- I mean, at some point we
8    have to have one working product and then move forward
9    from there. So --
10          SEN. SYKES:  I believe we have a working
11   product at this point. The question -- and I appreciate
12   the comments and the question that Senator Huffman is
13   raising -- is that prepared -- is it prepared right now
14   to share with the members?
15          Of course, your share -- it's being shared all
16   along, but are we at that stage that the members could
17   have the unified copy and to use it for evaluating it
18   for assessment -- assessing any kind of changes?
19          MR. JOHNSON:  So yes. We are not at the point
20   of giving you a formal next map because the instruction
21   was for us to incorporate the incumbents and make those
22   changes and give you kind of our next merge -- not just

Transcript of Video
Conducted on March 28, 2022                    9

1    our merge but our merge with the incumbent adjustments

2    made.

3            But as we've been doing throughout this

4    process, we can give you just our current working copy,

5    and your staff can -- we'll pass those to your staff,

6    and they can share them with you.

7            And yes. I think to Senator Huffman's point,

8    we won't have done our incumbent adjustments yet, but

9    if you're -- you and -- maybe your staffs can help us

10   along in that process. We welcome any input or

11   direction you have on that. And to the Senator's point,

12   that's my hope is that perhaps, if we are coordinating

13   this and then we get the requests coming to us after

14   they've been coordinated between both caucuses, that

15   might be a working system.

16           MR. MCDONALD:  I would just add that we are

17   sharing maps with your staff, and then we are posting

18   them onto the website when there's any major revision

19   to the map that's beyond just a small technical issue.

20   So we plan to -- after this meeting, to move the

21   technical adjustments that I've been making into a plan

22   -- the working draft plan, and we're going to share

Transcript of Video
Conducted on March 28, 2022                                    10

1    that with the staff. And my anticipation is that we're

2    going to --- I'm getting a nod yes that we are going to

3    publish that online.

4           MR. JOHNSON:  And then in timing, to your

5    timing question, my thought is we talked about this a

6    little bit, that probably we schedule -- if we make

7    great progress and move faster, we'll certainly let you

8    know and perhaps meet before that. But let's suggests

9    that we have the next hearing at [inaudible] was 3:00.

10   So we would need to get you the files by 2:00. It's not

11   quite the 90 minutes you prefer, but we're tight. So if

12   that's okay with you, or we could give you a current

13   status map at 1:30 as well. But --

14          MR. MCDONALD:  And I would just add to that. I

15   mean, your staff are going to be looking at these maps

16   over our shoulders, and people I know are going to be

17   viewing it online. So I -- there's going to be a lot of

18   transparency here. If you wish to come in and look at

19   the maps as we're doing them as well, I encourage you,

20   for the commissioners who can do so, I was very aware -

21   - you know, aware. I have my own vision problems. So

22   Speaker Cupp, you know, I understand he needs some maps

Transcript of Video
Conducted on March 28, 2022                              11

1   and I understand the reason why.

2          So but for those who can come down, we'd

3   certainly invite you. And if it doesn't interrupt our

4   work too much, we would be happy to walk you through

5   any issue that you may have or want to look at any

6   particular part of the state.

7          SEN SYKES:  Auditor Faber.

8          SEN. FABER:  To speed this along, I know

9   you're talking about having various maps, but if we

10  could see -- at least have have the combined printout,

11  I came down and looked at it, but some changes have

12  been made and you're going to make now that the

13  incumbent stat- -- if we could have that printout for

14  us to look at and our staffs to look at, it may help

15  the process of offering amendments go faster if we can

16  see it in total and with the urban areas blown up.

17         MR. MCDONALD:  Our strong preference is that

18  your staff do that. It takes us time to produce maps.

19  So we really would hope that you would rely upon your

20  staff to do that.

21         MR. JOHNSON:  Just to be clear, we'll hand

22  over all the mapping files, like, in a few minutes

Transcript of Video
Conducted on March 28, 2022                                    12

1    here, and then the request is that then the respective

2    staff [inaudible] print the printouts. But yes. We will

3    certainly hand over all the files they need to do that.

4          SEN. SYKES:  So it's been suggested that, one,

5    you're going to provide copies of every -- to every one

6    right now of the maps that you have. You have one

7    united map -- unified map, and the members are to look

8    through it to find out if there's any suggestions that

9    they would like to make.

10         You're going to continue to work on

11   compactness issues and splits as well as any

12   suggestions or amendments that's coming from the

13   members.

14         At 1:00 you suggest that we meet again, that

15   we will have another status report. By that time, you

16   would have the recommendations or suggestions on

17   dealing with the incumbency issue. And we could then

18   also print maps out again for the continued review of

19   the members.

20         And we would then set -- at the 1:00, we will

21   set a meeting at 3:00 to come back to, in fact, make

22   any suggestions from the Commission to you and your

Transcript of Video
Conducted on March 28, 2022                    13

```
 1   work.
 2           MR. JOHNSON:  Correct. If that -- I know it's
 3   not the full 90 minutes, but the suggestion would be
 4   that we give you kind of our working status at 2:00 for
 5   you to review and be ready to give us direction on at
 6   your -- at a meeting at 3:00, if that's comfortable
 7   with -- if that works for the Commission.
 8           SEN. SYKES:  But the members will have access
 9   to the unified map right now? Yes. Okay. All right.
10           MR. JOHNSON:  Yes.
11           REP. CUPP:  All right. So are we coming back
12   at 2:00, or are we getting a map at 2:00?
13           SEN. SYKES:  2:00, and we can come back at
14   3:00.
15           REP. CUPP:  And we come back at 3:00?
16           SEN. SYKES:  And come back at 3:00.
17           REP. CUPP:  And not at 1:00?
18           SEN. SYKES:  And not at 1:00.
19           REP. CUPP:  And we're able to get a current --
20   get a map of current progress now --
21           SEN. SYKES:  Yes. Yes.
22           REP. CUPP:  -- to get familiar with it. Okay.
```

Transcript of Video
Conducted on March 28, 2022                    14

1          SEN. SYKES:  Any questions? Leader Russo?

2          MS. RUSSO:  Thank you. Thank you, Mr. Co-

3    Chair. You know, I just wanted to say that I commend

4    these mapmakers. They have made significant progress

5    even since our late meeting last night. And it's been

6    very helpful to go in and talk with you and sort of

7    see. And I know some Commission members have been down

8    asking if there are -- some of their suggestions are

9    possible.

10          So I appreciate that. And I would encourage

11   all the commissioners, if you haven't been doing that,

12   to continue to do that because I think that that is

13   probably the fastest way to really get feedback on what

14   you're thinking or your suggestion may or may not be

15   possible and present any issues. And I appreciate both

16   of the mapmakers for being very accommodating to that.

17          SEN. SYKES:  Can you just review with us just

18   a brief description of the map -- the unified map right

19   now, the proportionality, the symmetry, the compactness

20   as best you can so we understand where we stand right

21   now?

22          MR. MCDONALD:  Yeah. So most of the map is,

Transcript of Video
Conducted on March 28, 2022                    15

1   again -- Dr. Johnson and I have randomly been chosen

2   approaches. We have been collaborating all along, but

3   this unified map, given the preferences that was stated

4   by the Commission, is basically the one I've been

5   working on. So it made it easy for us to move over to a

6   unified map.

7        So that's the map. We've discussed it

8   previously. It's proportional both in the House and the

9   Senate. In the House, the proportionality -- the

10  symmetry issue is that there are three competitive

11  leaning Republican districts in that 48 to 52 partisan

12  index range and then there are three democratic. So it

13  has a three and three on the symmetry that the Court

14  has identified.

15       And then in the Senate, there's two Democratic

16  competitive and zero Republican competitive. But we've

17  looked at this hard, and I don't think we're going to

18  be able to improve upon that and keep proportionality.

19       SEN. SYKES:  Are there any other questions or

20  comments from the members of the Commission? Leader

21  Russo.

22       MS. RUSSO:  Thank you, Mr. Co-Chair. Just to

Transcript of Video
Conducted on March 28, 2022                                    16

1   the mapmakers, because I know that you now have the

2   incumbent data that you're incorporating. Do you have a

3   way of knowing which ones, for example, of the Senate

4   are midterm versus up -- or not in that situation

5   because I know that that was one of the discussion

6   points in providing the data to you. I just don't know

7   if that distinction has been made between those that

8   are midterm and have to be assigned to a district

9   versus those that are not.

10          MR. JOHNSON:  So we do not. The list we

11  received, I believe, has just all 33 senators in it --

12  oh, minus the -- minus the term limit ones? Sorry.

13          MALE:  Twenty-eight.

14          MR. JOHNSON:  Sorry. All 28 that are not term

15  limited.

16          MR. MCDONALD:  We're going to rely upon staff

17  to give us that direction as to which are the non-term,

18  the --

19          MS. RUSSO:  Midterm.

20          MR. MCDONALD:  -- midterm senators. Yes. So

21  that was just an agreement that we had to expedite the

22  production of the data for us.

Transcript of Video
Conducted on March 28, 2022                    17

1          MS. RUSSO:  Okay. Thank you.

2          SEN. SYKES:  Any additional questions or

3     comments? We stand in recess.

4          We'll, have a presentation by the independent

5     map drawers.

6          MR. JOHNSON:  Co-Chairs the members of the

7     Commission, we have an update for you, obviously. So we

8     have been working through the challenges of the

9     pairings first with the House and doing some geographic

10    cleanup of county splits and compactness and things

11    like that as much as we can as we make those changes.

12         At this point, we have gone through, I

13    believe, the entire state, except for the seven

14    counties in the northeast, and made all the House side

15    improvements that we believe we can make in terms of

16    avoiding pairings. And we have the proposal that

17    everyone has for how to handle the seven counties, and

18    we've been looking through that and seeing what work --

19    we think works and doesn't work for us in that

20    proposal.

21         We have not yet implemented that, but but

22    we're [inaudible] using it. We're doing the House

Transcript of Video
Conducted on March 28, 2022                    18

1    first. And so, we have not yet tackled the Senate

2    issues. To the degree possible, we've tried to keep

3    those in mind as we worked on the House, but we have

4    not done any in-depth Senate work yet.

5              MR. MCDONALD:  I would just add that this has

6    been a good exercise not just for resolving incumbent

7    pairings, but this has forced us to take another look

8    at the map. And as we are resolving these incumbency

9    pairings, I would say -- my impression is, is that the

10   overall character of the map is that it is now

11   splitting fewer counties, fewer local jurisdictions,

12   and is more compact in its character.

13             MR. JOHNSON:  Yes. And to Senator Huffman's

14   point the other day or -- and I believe others have

15   made it -- Ohio has the most -- some of the most

16   complicated geographic challenges, certainly the most

17   strict geographic rules, and also the most complicated

18   Senate rules for how this process is handled. So we are

19   getting through those as fast as we can, but it is a

20   slow process.

21             SEN. SYKES:  What is your -- what is your

22   expectation to complete the incumbency issues in the

Transcript of Video
Conducted on March 28, 2022                              19

1    House and the Senate?

2            MR. JOHNSON:  It's probably still a couple of

3    hours, at least. The Senate has an advantage of having

4    many fewer individuals that we need to address. But in

5    addition to avoiding pairings, we also have the very

6    tough issue of the percentage of the district

7    triggering the assignment of numbers issue, which

8    greatly complicates that process. And we won't know how

9    much of a challenge we have there until we can run that

10   analysis for the first time. So we're certainly a

11   couple of hours away, if it goes smoothly.

12           SEN. SYKES:  Are there any questions or

13   comments from members of the Commission or any other

14   additional suggestions? At this particular time, we

15   have a unified map that we're making adjustments to,

16   edits to, suggestions and input from the Commission as

17   we move forward to our -- to cross the finish line

18   here. Yes. Senator Huffman.

19           SEN. HUFFMAN:  Thank you, Mr. Co-Chair. So

20   again, my job, I guess, is the Senate caucus --

21   Republican caucus designee is to look at this from the

22   Senate perspective. And I think you just said what I'm

Transcript of Video
Conducted on March 28, 2022                           20

1    about to say, but I have not seen what I'm going to say

2    is a final Senate map. And there is no such animal at

3    the moment; right?

4              MR. MCDONALD:  Correct.

5              SEN. HUFFMAN:  Right. Okay. There was some

6    version of a map that we received about 12:15 today,

7    and there has been no other updated versions of a

8    Senate map since then; is that correct?

9              MR. MCDONALD:  Correct. And that would have

10   been the map that existed last night. So it would have

11   been sort of the first merged map that we have.

12             SEN. HUFFMAN:  Okay.

13             MR. MCDONALD:  It's -- yeah.

14             SEN. HUFFMAN:  Yeah. Okay. I was just, you

15   know -- we're -- as I -- when I came down and visited

16   with you about the Section 5 issues and as we're

17   supposed to do to try to -- the map at 12:15 had

18   misaligned House districts on it as it related to the

19   Senate. I can't give you the specifics of that, and

20   maybe it's not relevant at this point, since apparently

21   the House map has changed a few times since 12:15

22   today. But that, of course, would make at least the map

Transcript of Video
Conducted on March 28, 2022                    21

1    -- the Senate version map that has been created so far

2    unconstitutional. So I guess I'm pointing that out so

3    that you all know about that.

4            The other I guess -- I'll call it a criticism,

5    but as I've mentioned to you in our previous

6    conversations, there are these constitutional

7    requirements about district number and representing the

8    largest population. And it sounds like you're working

9    on that to see if you can get that done.

10           Then there are -- there are incumbency

11   problems unique to the Senate. And in the -- again, the

12   only map that we -- proposed map or working version is

13   probably a better way to do it, we looked at that and,

14   again, acknowledging that this is not a constitutional

15   requirement but I would argue a public policy issue, of

16   the 16 senators who are in midterm, eight or half of

17   them would live outside the district that they

18   represent.

19           Now, sometimes that's, you know -- in drawing

20   a map that happens. Usually, there's one. I think the

21   last time in 2011 there was one senator, but eight

22   seems to me to be excessive. And to us folks here,

Transcript of Video
Conducted on March 28, 2022                    22

1    maybe in the General Assembly and to others, it's it's

2    kind of a, well, what's the difference? You get to be

3    in the Senate, but the public really cares that the

4    person that they elected is -- lives where they live or

5    at least in some version of it. So when you have 8 out

6    of 16 living outside the district, I think that's

7    clearly excessive.

8           I think perhaps Senator Sykes correctly argued

9    that there's no right to run for reelection because you

10   are an incumbent. But there are public policy reasons

11   to do that, especially the public policy reason that

12   exists now that usually doesn't exist, which is

13   petitions were filed in February. People have raised

14   and spent money in our campaigning. The public has been

15   informed. There have been public meetings and door-to-

16   door efforts and media purchased and all the things

17   that go on in campaign. And to dislodge folks so that

18   they can't run again I think is a significant -- also

19   significant public policy issue.

20          Again, I'm not arguing it's a constitutional

21   issue, but it's something we should avoid. So there are

22   senators -- and I would point specifically to Senator

Transcript of Video
Conducted on March 28, 2022                     23

1    Antonio under your map, who happens to be the assistant

2    minority leader in the Senate, who will be unable to

3    run in her district or be unable to run. Now, she,

4    again, filed her petitions in February, I assume been

5    campaigning and doing other things that folks -- but

6    there's no constitutional guarantee.

7           So I'd ask that that be taken into account

8    when considering the working version of the Senate map.

9           A couple of other things that I just wanted to

10   maybe ask and if you're able to answer because I saw

11   one version of a house map and I'm not sure which -- I

12   think that was also the 12:15 version, that it looked

13   like it had a population that was in excess of the 5

14   percent. And I'm never really sure whether it's 5

15   percent qualifies or it has to be 5.01 percent to not

16   qualify. You can tell me.

17          But is it your representation -- professional

18   representation that the district maps -- and again, I

19   know we have working versions, but the district maps

20   that you have now that you're working on and will

21   propose will be between 95 percent -- no more than --

22   no less than 95 percent and no more than 105 percent?

Transcript of Video
Conducted on March 28, 2022                                24

```
1              MR. JOHNSON:  Certainly. Yes.

2              SEN. HUFFMAN:  Okay.

3              MR. JOHNSON:  And I think we -- maybe

4    technically exactly 5.0 percent would be okay, but

5    we've both been working on the 4.99 is as far as we

6    want to go.

7              SEN. HUFFMAN:  Okay. And you also -- pardon?

8              MR. MCDONALD:  But we -- it's -- the magic

9    number here is for equal populations, plus or 5,959

10   people and all the districts that we're going to draw.

11   And I think we caught that issue after we provided you

12   with that map. So I think our working map should not

13   currently have any districts outside of that allowed

14   population deviation.

15             SEN. HUFFMAN:  Well, I get asked my opinion

16   sometimes in my other job, and I say, well, I think so.

17   And usually, my client says, well, I don't want you

18   telling me what you think. I want you to tell me what

19   you know.

20             So I guess I'm -- I need for you to rep- --

21   and if you can't right now because you're still working

22   on these things, fine. But I guess I need for you to be
```

Transcript of Video
Conducted on March 28, 2022                    25

1    able to represent that that's going -- that that is, in

2    fact, met.

3            MR. JOHNSON:  100 percent it will be met in

4    the maps -- the map we present for your consideration.

5            SEN. HUFFMAN:  Okay. And similarly, the

6    requirement that every district shall be composed of

7    contiguous territory and boundary of each district

8    shall be a single non-intersecting continuous line?

9            MR. JOHNSON:  Yes.

10           SEN. HUFFMAN:  Okay. This is in the future. At

11   the moment, you can't represent or you can represent

12   with a map -- the current version of your working map?

13           MR. JOHNSON:  Actually, we haven't run this in

14   the version we sent to you about an hour ago, but we

15   have run -- since then run the computer analysis of the

16   contiguity, and our current working map that's on the

17   key computer is completely contiguous.

18           SEN. HUFFMAN:  Okay. But that -- what you've

19   done is a House map. It's not a Senate map; is that

20   right?

21           MR. JOHNSON:  Correct.

22           SEN. HUFFMAN:  Because we don't have a Senate

Transcript of Video
Conducted on March 28, 2022                26

1   map since 12:15; right?

2          MR. JOHNSON:  Correct.

3          SEN. HUFFMAN:  Okay. And the requirement that

4   no county -- or let me say this. It's not a

5   requirement. It is, where feasible -- interesting

6   language -- no county shall be split more than once. I

7   guess since it's a where feasible, doesn't -- it

8   doesn't mean it's not important. It's kind of like some

9   of the other things, but can you comment generally on

10  not splitting counties, where feasible, more than once?

11         MR. JOHNSON:  Yes. I believe we have no

12  counties that we have intentionally split more than

13  once. And Dr. McDonald did do a visual review this

14  morning to confirm that. There is a computer report

15  that we will run and that we can walk through to

16  confirm yes or no on that. But that is -- certainly our

17  belief is at this point that we have not and our goal

18  is to not but we have not run the computer reports that

19  made sure we didn't have one stray census block or

20  something like that.

21         SEN. HUFFMAN:  Okay. The additional

22  requirement is that not more than one municipal

Transcript of Video
Conducted on March 28, 2022                    27

1    corporation or township may be split per representative

2    district. Is that also, I guess, you think so, but

3    we're waiting to run the final report?

4            MR. JOHNSON:  Correct. Our intention has been

5    to completely comply with that. And we believe at this

6    point we have, but we have not done the kind of things

7    too small to see with your eye or that we may have

8    missed checks yet, but that is certainly something we

9    plan to do.

10           SEN. HUFFMAN:  Okay. That's all the questions

11   I have right now, Senator.

12           SEN. SYKES:  Leader Russo.

13           MS. RUSSO:  Thank you, Co-Chair. I would just

14   like to ask the mapmakers. I mean, we are at -- it

15   seems to me we've got seven and a half hours at least

16   until midnight. I know I'm committed to staying here as

17   long as it takes.

18           You guys have made tremendous progress. It

19   seems to me that you feel confident that you can

20   continue to go through, at least in a couple of hours,

21   get us a map to consider. Am I incorrect in that

22   assessment? We just need to give you the time to keep

Transcript of Video
Conducted on March 28, 2022                    28

1   working; correct?

2          MR. JOHNSON:  We are plugging away as fast as

3   we can, definitely.

4          MS. RUSSO:  Thank you.

5          MR. JOHNSON:  Dedicated to getting it done.

6          SEN. SYKES:  Any additional questions or

7   comments at this time?

8          Well, we want to make sure we give you the

9   time that you need to move forward, and we'll keep

10  posted. Let's set a time, Co-Chair.

11         MR. MCDONALD:  I do have one more thing to

12  add. Per our agreement that when I came on to do this

13  work, I must leave at 5:00 to teach class in person

14  tomorrow on the campus. I'm contractually obligated to

15  do so.

16         And so, Doug Johnson and I have discussed the

17  major issues and will -- I feel confident that we --

18  we're down to issues that should not affect the

19  constitutionality issues in terms of the

20  proportionality and the symmetry. And so, I feel

21  confident that he should be able to complete whatever

22  work needs to be done. And if there's an issue, we can

Transcript of Video
Conducted on March 28, 2022                    29

1    converse by phone or video. I should arrive home late.

2    So probably around 11:00 p.m. or so that I'll have

3    access to a computer to join in a Zoom.

4            MALE:  If we need to, we can -- once he lands,

5    we can share screens. We will likely still be going at

6    11:00 p.m.

7            SEN. FABER:  I was going to say, with that in

8    mind, I do have some questions specifically that maybe

9    both you need to chime in to.

10           One of the concerns I've repeatedly asked is

11   with regard to compactness. And specifically, when you

12   guys are making decisions and when we've been listening

13   in to your conversations, it appears and it was

14   specifically said yesterday that compactness was a

15   secondary concern to hitting the proportionality. And I

16   think the term symmetry, although I notice symmetry is

17   a new addition from the Court, it is not in the

18   Constitution. It is, I think, part of their

19   interpretation of what 6A requires.

20           But from that perspective, can you tell me, do

21   you believe that this map has drawn as compacted

22   districts as you possibly could, all things being

Transcript of Video
Conducted on March 28, 2022                    30

1    considered?

2           MR. MCDONALD:  I mean, is it as -- I mean,

3    that's a loaded question because there are infinite

4    ways, essentially, of drawing -- redistricting plans in

5    a finite amount of time. I'm certain that there is a

6    map that would be more compact than what we're doing.

7           Our intention is to respect compactness as

8    much as we can while balancing the other goals. So

9    we're not intentionally drawing the least compact plan

10   possible as we're doing this. We're trying as the best

11   humanly possible in a finite amount of time to draw a

12   plan that complies with all of the goals.

13          SEN. FABER:  So if you had a choice between

14   drawing a proportional district or a compact district,

15   did you err on the side of proportionality or

16   compactness?

17          MR. JOHNSON:  So we had many debates. Those

18   that have been listening in through all of it have

19   heard us debating exactly this question. And this is --

20   what we ended up doing was bringing these questions to

21   the Commission yesterday.

22          So the areas where we've really seen where and

Transcript of Video
Conducted on March 28, 2022                          31

1    we have a disagreement opinion. So I'll speak just for

2    myself. Where I had concerns about this were the issues

3    that we raised to the Commission yesterday, and then we

4    have -- it was a tentative indications of the direction

5    we should continue following without an official sign-

6    off from the Commission. But it is a trade-off, and I

7    think we've laid out where we had those concerns. You

8    saw you saw them yesterday. And we're proceeding per

9    the sense of the Commission yesterday. Is that

10   accurate?

11           MR. MCDONALD:  Yeah. I mean, generally, I

12   believe that we've drawn districts that are compact and

13   complying with the other requirements that have been

14   set forth in the Constitution and interpreted by the

15   Courts. So I think we're in good faith, trying our best

16   as we can to balance these competing goals. We're not

17   trying to sacrifice compactness solely in our decision

18   making.

19           SEN. FABER:  Another concern I have and that

20   I've expressed is it looks like in each one of the

21   urban core center areas, you guys have adopted what has

22   sometimes become the hub and spoke model, where you

Transcript of Video
Conducted on March 28, 2022                                    32

1  take the hub and you take the urban core center and you

2  divide it out in spokes through the town -- through the

3  suburbs to create Democrat districts.

4          I know you're going to say you did that

5  largely for proportionality. Am I hearing you correctly

6  that in almost no circumstances in the urban core

7  centers did you try and maximize the number of

8  districts that were wholly contained within those city

9  boundaries?

10         Let me put it another way, a simpler way. You

11 didn't minimize splits within city boundaries,

12 particularly in the urban seven when you were drawing

13 districts?

14         MR. JOHNSON:  So the one piece of good news I

15 will note is in the work we did today -- and I think

16 it's in the 12:15 files that you have -- down in

17 Montgomery County where there was a very funny looking

18 district, that district now -- the compactness of that

19 district is greatly improved. It does still, however,

20 divide up the large city.

21         I think the impression is, is that the

22 proportionality goals and, to be honest, we just have

Transcript of Video
Conducted on March 28, 2022                    33

1   not had any time to go back and see if there was some

2   way to still achieve that proportionality while taking

3   one or two splits out of a given city. But we have not

4   seen that opportunity, or we would have taken it.

5          MR. MCDONALD:  There's another dynamic that

6   happens here as I become more appreciative of, which is

7   that the largest city usually is the place you're going

8   to split because you can only have one -- district

9   cross one jurisdictional boundary and split it with

10  another district.

11         And so, as you're piecing together the smaller

12  pieces within a county that can fit together into

13  districts, you kind of run out. And then at the end,

14  you have this large piece that's left over.

15         And so, to try to balance the populations by

16  taking two of the smaller localities and try and only

17  go across the county splits there, it may be possible.

18  Again, there are a lot of -- we can't explore

19  everything in a limited amount of time, but it's often

20  just the obvious solution is to take the largest

21  jurisdiction and split it up because usually these --

22  and you were talking about the largest cities in the

Transcript of Video
Conducted on March 28, 2022                    34

1    state.

2            They're so large and they're so sprawling that

3    they're -- you have to cross their boundaries at some

4    point. And so, they're just kind of naturally the place

5    that you look to to do these splits because it's -- the

6    puzzle pieces don't fit together very well to do them

7    by trying to keep the smaller cities whole, generally.

8            SEN. FABER:  I go back and reiterate the

9    question, and I'll just pick one example. I could go to

10   Dayton as well because we've spent a lot of time

11   talking about that. But Dayton's population is -- do

12   you remember what the city population of Dayton is?

13           MR. JOHNSON:  [inaudible]. It's larger than a

14   ratio. I know that.

15           SEN. FABER:  Yeah. It's larger than one ratio.

16   It's about three ratios, isn't it? Give or take? I may

17   be a little off.

18           MR. JOHNSON:  [inaudible] off the top of my

19   head. Yes.

20           SEN. FABER:  But yet you have four districts

21   coming in and out of the city of Dayton. And again, it

22   looks like a hub and spoke. And generally, when people

Transcript of Video
Conducted on March 28, 2022                                    35

1    talk about packing and cracking, that would sometimes

2    be called cracking a population to try and divide those

3    voters across multiple districts to reach an achieved

4    result. And I'm not implying motive or ill will. I'm

5    just saying that's a reality what you're doing.

6            MR. JOHNSON:  Yes. I think I agree with it.

7            SEN. FAVER:  I'll go and talk about Toledo,

8    and that's an area that I asked you specifically about

9    when we are in together today. In Toledo, the

10   population is roughly two and a half districts, give or

11   take. You draw no districts solely contained within the

12   city of Toledo, and instead you run districts across

13   multiple jurisdictions for the purposes of diluting the

14   city of Toledo vote across multiple districts to create

15   more Democrat districts in that area.

16           This is the first map that we've been

17   presented out of all the maps we've seen and considered

18   that effectively has no Republican districts inside

19   Lucas County. That's an interesting outcome, but it's

20   done by essentially moving urban voters into suburban

21   areas. Am I correct on my assessment as to what

22   happened here to achieve this outcome?

Transcript of Video
Conducted on March 28, 2022                    36

```
 1          MR. JOHNSON:  I would disagree with the part
 2     about the purpose being to dilute their voting
 3     strength. I think your description of the result of
 4     what happens is not inaccurate, but the -- we weren't
 5     making choices to intentionally dilute the Toledo vote.
 6     We were -- that was the dynamics that play in when
 7     we're following the Constitution requirements and the
 8     court order.
 9          SEN. FABER:  Again, but you're leaning largely
10     on Section 6B, the proportionality, to get around the
11     Section 2, 3, 4, 5, and 7 provisions that talk about
12     not splitting cities unnecessarily. And in this case,
13     you are, frankly, splitting the city of Toledo three
14     ways when you could have two wholly contained
15     districts. And I think the rules say if you're wholly
16     contained, it doesn't count as a split, within the city
17     of Toledo.
18          I can go to Columbus. How many wholly
19     contained districts are in the Franklin County,
20     Columbus that are wholly contained within the city of
21     Columbus in your map that have no other -- that have
22     only city of Columbus people in them?
```

Transcript of Video
Conducted on March 28, 2022                           37

1          MR. JOHNSON:   There would be zero that has

2     solely Columbus.

3          SEN. FABER:  I think that's right. Out of

4     nearly a million people, you couldn't draw a single

5     state rep district that includes only the people of

6     city of Columbus.

7          I could go to Cleveland and talk about the

8     same experience. There may be -- I think you did one in

9     Cleveland. I haven't gone through the border, but in

10    Cleveland, you got one that's solely contained within

11    the city of Cleveland.

12         MR. MCDONALD:  And again, for, you know, your

13    other concern about compactness, we have a district

14    that is mostly Columbus but has Grandview Heights in it

15    as an entirely contained locality that's within the

16    city of Columbus, you know adjacent to it. So it's --

17    to not do that split would create a very non-compact

18    district there.

19         SEN. FABER:  I'll give you that one.

20         MR. MCDONALD:  So again, we're trying to

21    balance multiple goals here. So --

22         SEN. FABER:  I'll give you that one, but there

Transcript of Video
Conducted on March 28, 2022                    38

1    are other areas that you could have put wholly within

2    120,000 people inside the city of Columbus. But again,

3    I understand what you're doing. You're erring to try

4    and hit this magical mystery ratio.

5          The city of Cleveland, you did one. Summit

6    County, I don't think Akron has a single, wholly

7    contained district within the city of Akron either. I'm

8    looking. It's tough for me to tell, but there may be

9    one in Akron. I could be wrong. Which is another

10   interesting decision.

11         How about Senate districts? I haven't seen the

12   Senate pairing map. I'm waiting for the Senate pairing

13   map. Have you done in any of these urban core cities a

14   wholly contained state Senate district? Well, the

15   obvious answer is you probably didn't, if you didn't do

16   wholly contain state rep districts.

17         MR. JOHNSON:  Correct. Mathematically, that

18   would be the case. Yeah. Well, yeah. That's correct.

19         SEN. FABER:  Let me switch gears about one

20   other point. And I raised this issue yesterday when I

21   went through and talked about the percentage of

22   districts -- Republican districts that were above 60

1   percent and percentage of Democrat districts that were

2   above 60 percent.

3          I haven't had the chance to do the

4   calculations because I haven't got the splits and the

5   spreadsheets on these new districts. But yesterday,

6   when I did the math, and assuming not much has changed

7   based on how red this map is and how blue the map is in

8   different spots, roughly 80 percent of the state rep

9   districts had a voting population of Republican more

10  than 60 percent.

11         By contrast, the percentage of Democrat state

12  rep districts that had a voting population in excess of

13  60 percent was in the 25 or 20 percent ratio or less.

14  So what it looks like is that you're heavily

15  concentrating Republicans in Republican districts and

16  increase -- or lowering your percentage of

17  concentration of Democrats in Democrat districts. Is

18  that effectively what we're doing here?

19         MR. JOHNSON:  I think -- follow up if you

20  disagree with any of this, but I think that is the

21  result of following the proportionality, essentially

22  the 6B piece of the Constitution as interpreted by the

Transcript of Video
Conducted on March 28, 2022                                          40

1    Court.

2          SEN. FABER:  Isn't that the classic definition

3    of packing and cracking?

4          MR. MCDONALD:  Just to be clear, I mean, while

5    you're focused on these cities, many of the neighboring

6    cities in these large jurisdictions are also heavily

7    democratic. And I'm just looking at our Columbus map

8    because you'd asked the question about did we entirely

9    contain Columbus.

10         And again, the county -- the city goes all

11   over the place, and there's just little pits that we're

12   picking up in some of the places. But we've got -- in

13   the central urban core of Columbus, we've got three

14   districts that are at democratic indexes of 81.9 or 82

15   percent, 81 percent and 72 percent. So I mean, they're

16   heavily packed on --

17         SEN. FABER:  Again, I don't have the

18   spreadsheets to do the analysis, and we'll certainly do

19   that. Maybe it got better in this version than what you

20   had yesterday. But I go back and say, when you've got

21   80 percent of Republican districts over 60 percent, and

22   you've only got 25, 30 percent at most of Democrat

Transcript of Video
Conducted on March 28, 2022                              41

1    districts over that ratio, you have a few. And that's

2    going to be the nature, again, as I've said, for now

3    over a year and a half.

4            Ohioans tend to live around people who think

5    and vote like them. And that's what you see when you

6    see the concentration of blue districts in the urban

7    core cities and the bright red districts in a lot of

8    other places. That's just a geographic fact of Ohio.

9    And if you're going to draw districts with precedents

10   that we heard -- and I heard testimony for over 80

11   hours from people talking about us not wanting to split

12   cities, counties, and townships.

13           If you're not going to split cities, counties,

14   and townships, and frankly, I've got plenty of

15   testimony that I could quote back to you, it's going to

16   be real tough, real tough to hit some magical ratio.

17   And that's what I go back to talking about decisions

18   that you guys have made during this process.

19           And as we've listened into your testimony and

20   listened into your process, at every single time what

21   I've heard you say and what you've done is err on the

22   side of creating Democrat districts. And the reality is

Transcript of Video
Conducted on March 28, 2022                          42

1  that's where we're at with this map.

2          MS. RUSSO:  Mr. Co-Chair.

3          MR. JOHNSON:  There have been a couple of

4  occasions where we have actually created Republican

5  districts. The -- it's all in the context of the

6  proportionality rule and the symmetry -- as with the

7  symmetry definition as provided by the Court. So it's

8  certainly not universal.

9          It's just -- it's the reality. As you know,

10  it's the the distribution of the voters in the state,

11  in order to hit that magic number, it involves a lot

12  more work to draw those Democratic seats needed to hit

13  that number. But it hasn't been universally one way or

14  the other. But yes. Given the voters, that is the most

15  common challenge we face when we're required to hit

16  that number.

17          SEN. FABER:  Thank you.

18          SEN. SYKES:  Leader Russo.

19          MS. RUSSO:  Thank you, Mr. Co-Chair. I just

20  would like to reiterate that the Ohio Constitution does

21  not require that entire cities be contained within a

22  district. That is not a requirement of the

Transcript of Video
Conducted on March 28, 2022                    43

1    Constitution. And in fact, do -- I'm sorry. Within a

2    city. Excuse me. Within a city. And in fact, I think if

3    you attempted to do that, you would violate other

4    requirements of the Constitution, specifically 6A and

5    6B, and what the Court has ordered.

6            So you have to do all of those things on

7    balance, in the whole. Compactness does not outweigh --

8    Section 6C does not outweigh A and B, and if you can

9    meet the other technical requirements and meet 6A, B,

10   and C, then you should do it. That is what the

11   Constitution requires. It is what the Court has clearly

12   laid out.

13           So I -- you are mapmakers who have expertise

14   in this, and I assume that you were able to assess this

15   by looking at those requirements, looking at those odd

16   city boundaries. And I'll take the city of Columbus,

17   and I'll say this over and over.

18           The city of Columbus is large and sprawling.

19   It is non-contiguous. You are going to get funny

20   shapes, and you are going to get pieces of Columbus in

21   every single House district within Franklin County.

22   There hasn't been a single map produced by anyone,

Transcript of Video
Conducted on March 28, 2022                                    44

1    Republican or Democrat, that has not done that. So just

2    want to reiterate that point.

3          SEN. SYKES:  Also, I'd like to say that the

4    people of the state, you know, have given us a

5    directive and some direction in how we draw lines, the

6    decisions that we make. And the determination is that

7    it is considered gerrymandering if you don't meet

8    certain goals and objectives.

9          It's the other way around. It's not that this

10   is partisan gerrymandering. This is to promote what the

11   voters have voted on as the criteria to make sure we're

12   not gerrymandered.

13         REP. CUPP:  Mr. Co-Chairman, thank you. I want

14   to -- I have some of the same concerns that were were

15   raised earlier. And I don't know whether the Hamilton

16   County or House incumbents have been decoupled or not,

17   but I think at least in the draft map and I haven't

18   been able to see the new map. The data came late and

19   weren't able to get it reproduced.

20         But the Republican vote in Hamilton County is

21   over 48 percent. And at the time there was then only

22   one Republican district and two incumbents paired and -

Transcript of Video
Conducted on March 28, 2022                                        45

1   - at least I'm advised that -- although six of the

2   other districts were were Democrat leaning. And that --

3   I can go through the number of counties and do that.

4           And so, I don't -- is there an explanation of

5   why that is that in these these larger counties where

6   there is a substantial Republican vote, yet when it

7   comes to making House districts, there is one or two or

8   sometimes none districts that are Republican leaning in

9   those areas? So just throw that out to you for -- if

10  you can help me understand that.

11          MR. JOHNSON:  Yes. There is very few options

12  under the proportionality and symmetry rules for how to

13  meet those goals. It really forces us in almost every

14  case -- as I noted before, it's not universal, but in

15  almost every case where you can draw a Democratic

16  leaning or a safely Democratic seat within the

17  community, county, and township and city rules, almost

18  universally have to draw that in order to hit the

19  proportionality and synergy numbers.

20          As I said, it's not universal. There are one

21  or two or maybe three spots where you can give on that

22  and still hit the proportionality numbers. But there

Transcript of Video
Conducted on March 28, 2022                46

1  are very few of those spots where we have those options

2  to choose between how we configure it related to the --

3  to what might be the more general community of interest

4  versus following the specific township, city, village,

5  and county lines while still hitting the, as it's been

6  referred to, the magic number and the symmetry

7  requirements.

8         REP. CUPP:  And that apparently gets repeated

9  all throughout the state of Ohio in the larger

10  counties. But let me move to another area, and that is

11  -- and I'm not sure -- or if you want to respond,

12  that's fine.

13         MR. MCDONALD:  Well, I'm just saying I'm going

14  to have to leave soon to get to the airport to catch my

15  flight. I apologize on that because I know this is a

16  very important hearing. So I'm just trying to make you

17  aware of that.

18         REP. CUPP:  All right. I know that you've been

19  working on the asymmetry issue, and that is the number

20  of House seats that are between 50 -- 48 and 52

21  percent. And while I haven't had a time to really look

22  at this in depth, I'm advised that, while you may have

Transcript of Video
Conducted on March 28, 2022                               47

1    made some progress there, the actual is -- question or

2    issue is whether that has actually been pushed out a

3    bit and you still have the asymmetry so that the number

4    of Democrat leaning districts, that lean from 52 to 54

5    percent has increased dramatically in order to do the

6    ones inside the 48, 52 percent.

7            And the Court did talk about that also in its

8    last opinion and whether or not this actually is a --

9    in doing that, also sacrificed compactness. So I don't

10   know if you have any comment on that or that's

11   something you want to take a look at or --

12           MR. MCDONALD:  I would just say that I

13   attempted to raise that issue in prior meetings that

14   we've been at, and our direction that we had from the

15   Commission was to look at that 48 to 52 percent range.

16   And so, that's what we've been concentrating on when

17   drawing our districts.

18           MR. JOHNSON:  I would add to that, too, that

19   this is part of the natural result of complying with

20   symmetry. You know, the way we got to symmetry was,

21   number one, obviously, bringing a few Republican seats

22   into that 40 to 52 range. And then once there really

1    weren't many more options for that, pushing Democratic

2    seats that were in the range out of it to achieve

3    symmetry as described by the Court.

4            Now, anytime you're doing that, you're going

5    to push them just over the line most of the time. We

6    did, especially early on, have a real desire to have

7    symmetry across the board. But at some point, there's

8    going to be a line, and given that the natural results

9    of the other rules would have -- makes it difficult to

10   reach the democratic magic number, you're going to --

11   wherever you draw that line, you're going to end up

12   with a number of Democratic districts just over the

13   line as we attempt to achieve the symmetry and

14   proportionality requirements.

15           REP. CUPP:  Mr. Co-Chair.

16           SEN. SYKES:  Yes.

17           REP. CUPP:  I'll move on to something else

18   here. And I know the map is still being tweaked, but I

19   would -- for some reason, I have an interest in Allen

20   County. And I noticed in drawing Allen County, instead

21   of following the historical pattern, which has been

22   over decades of sort of linking Allen County and

Transcript of Video
Conducted on March 28, 2022                                    49

1    Auglaize together, it has moved into Hardin County in

2    order to pick up the extra population.

3              And I don't know if there was a rationale for

4    that, or is that just a choice that can be tweaked?

5              MR. MCDONALD:  That's one of the areas that

6    we've redrawn to accommodate incumbent interests. So

7    the map that you have would be likely out of date.

8    Where is that one?

9              REP. CUPP:  Very good. Thank you. you. I know

10   this is kind of a -- still of a moving thing, which is

11   part of a difficulty that both we're having and you're

12   having in terms of it being moving. It's hard to be

13   able to get a handle on some of these things,

14   particularly because of the extraordinarily short time

15   that the Supreme Court thought all this could be done,

16   if they really thought about it. So thank you.

17             SEN. SYKES:  One point I would like to make is

18   that the -- we have benefited from the experience of

19   our staffs, particularly our map drawers, and there's

20   been always some Republican, Democratic staff have been

21   in a meeting in the room all the time. But this

22   afternoon we didn't have the Republican map drawer. And

Transcript of Video
Conducted on March 28, 2022                    50

```
1    I think with this crucial time that's left, I would
2    suggest that, to continue to have bipartisan input and
3    observation, that we have a -- actually have a
4    Republican map drawer in the room, too, as well, to
5    assist us in finalizing things.
6              REP. CUPP:  Well, sometimes health concerns
7    get in the way of things we want to do. So --
8              SEN. SYKES:  Just making a suggestion.
9              REP. CUPP:  I know. I got you, but may not be
10   possible.
11             SEN. SYKES:  Yeah. Okay. Yes.
12             SEN. HUFFMAN:  Yeah. I have -- I don't know --
13   if Mr. McDonald needs to leave, I have a few questions
14   here, and if you need to leave, that's fine.
15             MR. MCDONALD:  I do need to leave. So I do
16   deeply apologize for that. And I'd be happy to speak
17   with you via phone if you have questions -- further
18   questions of me.
19             SEN. HUFFMAN:  All right. Thank you.
20             MR. MCDONALD:  I apologize but -- and I do
21   appreciate appreciate all the work of the staff here. I
22   know we've argued sometimes. We're actually friends. So
```

Transcript of Video
Conducted on March 28, 2022                    51

```
1   you know -- and so, I appreciate the work that Doug has
2   done. And I certainly appreciate the hard task that
3   you, the commissioners, have been given. And I wish we
4   could accomplish everything, but unfortunately, we're
5   given a limited amount of time. And so, we are where we
6   are, and hopefully, it'll be a product that the -- you
7   will find acceptable and the Court will find
8   acceptable.
9           SEN. SYKES:  Thank you very much for your
10  service, and we'll be in touch.
11          SEN. HUFFMAN:  Thank you.
12          SEN. HUFFMAN:  Mr. Co-Chair.
13          SEN. SYKES:  Yes.
14          SEN. HUFFMAN:  If I could.
15          SEN. SYKES:  Yes.
16          SEN. HUFFMAN:  And I just -- Mr. DeRossi [ph]
17  is not doing well, and I asked him -- kind of had to
18  make him leave last night. And he's at the BWC
19  building. He's able to work on computer maps and things
20  like that. But he's wearing a mask, and I'm -- don't --
21  will not --
22          SEN. SYKES:  Is he okay?
```

Transcript of Video
Conducted on March 28, 2022                    52

1          SEN. HUFFMAN:  Well, in my view, he's not

2    okay, but he's also seems to be superhuman when it

3    budget time and drawing map times. He sleeps about

4    three hours a night. So he's not going to be able to be

5    in the room. And that's not a good idea.

6          But Mr. Springette [ph] is around.

7          SEN. SYKES:  Okay. That's fine.

8          SEN. HUFFMAN:  And so, pardon me. And I just,

9    order of favor, indicated his staffer was there most of

10   the day also. So I don't -- I was down there to ask for

11   some specific things and talk about this Section 5

12   thing. So I don't know who all has been in and out, but

13   I just -- I want to make that clear that this isn't a

14   situation where we're not fully participating. In fact,

15   I think that we are.

16          I did want to talk a little bit about our

17   timing. Leader Russo brought up the -- and so, the

18   court order requires that we have this final product to

19   the secretary of state today, March 28th, which, if we

20   want to give ourselves a little leeway, means 11:30 in

21   case something happens, someone trips, going up the

22   stairs or whatever it may be.

Transcript of Video
Conducted on March 28, 2022                    53

```
1        There are a series of things that need to be
2   done by the Commission, by their staff in order to send
3   it to the secretary of state once we have adopted a
4   map. And I'm just going to run through those real
5   quick.
6        We have to do a block assignment file for
7   House districts, which is -- includes an Excel
8   spreadsheet. Block assignment files for Senate
9   districts, an Excel spreadsheet. Statewide House
10  district map, statewide Senate district map, district
11  statistics and Senate assignments or groupings, that's
12  that Section 5 business we talked about, and finally,
13  shape files for House and Senate districts.
14        I am told that that takes our staff -- once
15  the Commission says we have a map, that takes about an
16  hour to prepare all of that. So if our goal is to get
17  it to the secretary of state by 11:30, we have to pass
18  a map by 10:30.
19        Now -- and I'm perfectly willing to work until
20  10:30 or 12:00 or 1:00 or whatever, but we're not going
21  to comply with the Court's order if we're working here
22  at 1:00 in the morning. So it has to -- and obviously,
```

Transcript of Video
Conducted on March 28, 2022                                    54

1    the Court is serious about the deadline, and everyone

2    else is, of course, waiting for us to get the work

3    done.

4            I just wanted to comment. So as of 5:00 today

5    -- well, before I do that, I just want to say, I think

6    that Mr. McDonald and Mr. Johnson have done

7    extraordinary work in five days, as have the staff and,

8    frankly, as has the Commission in multiple meetings,

9    not only these meetings but phone conversations back

10   and forth. And I -- particularly, the co-chairs with

11   all of the process and all of that. So that's been

12   extraordinary.

13           Perhaps the map -- the Commission mapmakers

14   would not have been as readily able to sign on if they

15   knew the fact that Ohio has one of the most complex

16   political geographies in the country, even if we're

17   only the 35th largest state, and we have the most, I

18   think, I've been told, the most complex redistricting

19   rules of any state. That's why these things take longer

20   than five days.

21           One of you remarked in the last few days, if

22   we simply would have been able to take the Republican

Transcript of Video
Conducted on March 28, 2022                                    55

1    version and the Senate version -- or Democratic version

2    and merge those, we could have got off to a better

3    start. But the -- of course, the Court required that

4    there be an entirely new map started. So that made it

5    difficult.

6            So you're taking a process that under the

7    Constitution typically would take 7 to 8 to 10 weeks

8    and trying to do that in five days. And I think that's

9    a nearly impossible feat.

10           But as of 5:00, we do not have a Senate map to

11   consider. And you're nodding, Mr. Johnson. So I want to

12   make sure I got that right. As of 5:00, we cannot

13   confirm that we have a constitutional House map, with

14   maybe five hours or so to go in our process.

15           One of the staff just pointed out to me that

16   Knox County, which is a small county of about 60,000

17   people, is actually split in three ways. I don't think

18   any of the maps submitted by the public or any of the

19   Commission members did that. We have the where feasible

20   language. No county should be split more than once, and

21   I -- why a small county is split three times, there's

22   probably a reason in all the machinations.

Transcript of Video
Conducted on March 28, 2022                    56

1          So given that, I also want to say, obviously,

2     the Court is very, very serious about getting these

3     maps -- getting a map to them on time. And I'm

4     concerned based on the description of the process that

5     that's going to happen.

6          So I think we need a failsafe. I think we need

7     something else to -- for the Commission to be able to

8     vote on. And so, I'm going to move, Mr. Co-Chair, that

9     the Commission mapmakers be directed to work

10    individually or jointly. It may be individually at this

11    point, since Mr. McDonald isn't on staff, but work

12    individually or jointly with the staff of all the

13    commissioners who choose to participate to draft

14    constitutional changes to the map passed by the

15    Commission on February 24th. Such changes shall be done

16    in a manner to make the February 24th map plan more

17    closely comport with the decisions of the Supreme

18    Court.

19         We don't want you to stop working on this, but

20    we have to have a product to vote on.

21         And further, my motion will say the changes

22    shall be given to this Commission by 7:00 p.m. tonight

1  for review, and we want to be able to review it, debate

2  it, vote on it. And that's my motion, Mr. Co-Chair.

3          MS. RUSSO:  Objection.

4          REP. CUPP:  I'll second it.

5          SEN. SYKES:  Discussion. First, I'll start out

6  with that is ridiculous. All the time, money, and

7  resources we put into coming up with a constitutional

8  map. We have independent mapmakers. Each of them have

9  drawn separate and apart constitutional maps that

10 comply with the court order. They have put together a

11 unified map that just did edits that we can make in

12 this time period to comply with the requirements.

13          To distract us, the staff, and the map --

14 independent map drawer to divert to some other tasks is

15 ridiculous, contrary to the directive, contrary to the

16 spirit and the direction of the Court. Other comments?

17          MS. RUSSO:  Mr. Co-Chair.

18          SEN. SYKES:  Leader Russo.

19          MS. RUSSO:  Thank you, Mr. Co-Chair. I'd

20 strongly object to this. I mean, this is a classic keep

21 a map in the can and bring it out at the last minute.

22 This is so disingenuous of members of this Commission

Transcript of Video
Conducted on March 28, 2022                    58

1   to even suggest that this would be the process that we

2   would use moving forward.

3         The Court has ordered us to create a map as a

4   Commission starting from scratch. And that is what we

5   have done, and we have brought in these outside

6   independent mapmakers who have spent an enormous amount

7   of time, we as a Commission and our staff.

8         To totally undercut that at this point, number

9   one is, I think, again, a slap in the face to Ohio

10  voters and completely disregarding the court order. And

11  I will tell you that we can work as long as we need to.

12  The Court would much rather us work and finish this job

13  than to again submit another unconstitutional map that

14  is not drawn by the entire Commission and/or submit

15  nothing.

16        So I would encourage that we let our mapmaker

17  and mapmakers and our staff continue working. This is

18  an achievable thing that can be done. If you're telling

19  me that you suddenly can whip up a map and make changes

20  by 7:00, certainly, these mapmakers can get done what

21  they need to do before we need to meet at 10:30. If we

22  need to meet later than that, then we should. If we

Transcript of Video
Conducted on March 28, 2022                    59

1   even have to go past midnight, I bet the Court will be

2   okay if we are a few hours late, as long as we get this

3   job done. Otherwise, we will be in contempt again or

4   possibly held in contempt of not following the Court's

5   order.

6           SEN. HUFFMAN:  Mr. Co-Chair, can I respond?

7           SEN. SYKES:  Secretary LaRose.

8           SEN. HUFFMAN:  I'm sorry.

9           MR. LAROSE:  Yeah. Just a practical

10  consideration. And I think going back to last year even

11  reminded all of us continuously about the logistics of

12  elections administration and some of the timelines we

13  operate under.

14          I think it's clear to all involved that have

15  been following this process at this point any map

16  passed by this Commission is not possible to put on a

17  May 3rd ballot. The time has already passed for that to

18  be accomplished.

19          And so, depending on what the desire is of the

20  General Assembly as it relates to election dates or

21  potentially if the Federal Court changed it I suppose

22  would be an option as well. But whatever is passed from

Transcript of Video
Conducted on March 28, 2022                          60

1    this Commission, the fewer changes that are made, the

2    more likely it is that we can implement them sooner.

3    And so, it's just something to think about.

4            If there are -- if there is a desire to look

5    at the February 24th map and modify off of that, the

6    fewer changes made would be the sooner that we could

7    implement it as far as reprograming voter registration

8    systems at county boards of elections and that kind of

9    thing.

10           MS. RUSSO:  Mr. Co-Chair.

11           SEN. SYKES:  Yes.

12           MS. RUSSO:  I will note again that in previous

13   decisions by the Court, this Commission has been

14   criticized for starting with the false premise of

15   starting from an unconstitutional map, which is what

16   two of my fellow commissioners are now asking that this

17   Commission do.

18           The Court has specifically -- I think it was

19   in the second decision, has specifically said that that

20   is a faulty premise to start from an unconstitutional

21   map. So again, here we are again, time number four

22   starting from an unconstitutional map, if this is the

Transcript of Video
Conducted on March 28, 2022                          61

1    route that we go this evening.

2          I also believe that in our Commission rules

3    that we established in the beginning of this process,

4    if this Commission does not agree, we should go to

5    mediation. And so, I would like for us not to vote on

6    this motion until we go to mediation, and we should

7    allow our mapmaker to continue his work.

8          SEN. HUFFMAN:  Mr. Co-Chair.

9          SEN. SYKES:  Yes.

10          SEN. HUFFMAN:  Yeah. Just a couple responses.

11   First, your statement that these mapmakers have come up

12   with a constitutional map and then they put them

13   together, well, I don't know that that's true, and I'm

14   not sure how you know it's true because we never saw

15   that.

16          These mapmakers, again, doing a tremendous job

17   in a very short period of time that was dictated by the

18   Court, have not produced a Senate map and are not able

19   to confirm that they have provided a constitutional

20   House map. And if the -- and what I'm simply saying is

21   we have a deadline today.

22          It may be that Leader Russo knows what the

Transcript of Video
Conducted on March 28, 2022                                    62

1   Supreme Court is thinking, but the order says today is

2   the day. And we know the Court means that today is the

3   day and that we have to do it by today. So that -- I

4   mean, that's simply what the order is.

5          If somehow, some way the mapmaker is able to

6   produce a constitutional map that four members of the

7   Commission will support and that is all done by 10:30,

8   then maybe. But it doesn't appear that that's going to

9   happen. So we have to have something that we can

10  provide to the Court today.

11         And I'm suggesting that this is drafting that

12  is going to take place in public, in the room. Mr.

13  Johnson can continue to work on the things that he is

14  working on. He can give suggestions back and forth, and

15  it'll all be very transparent right there, right there

16  in the room.

17         So we're not going to be able to -- if we sit

18  here until 10:30 tonight and say, well, we don't have a

19  map, then what do we do? Well, we violated the Court's

20  order. So I think -- and I appreciate Leader Russo's

21  comments about mediation and this was originally her

22  idea and we we did try to mediate. Originally, wanted

Transcript of Video
Conducted on March 28, 2022                                    63

1    to talk about the incumbent issue on Saturday, and that

2    leaked into yesterday.

3           Some of the other issues that were sent to

4    mediation we never even talked about. I'm not sure why,

5    but frankly, taking time away from trying to make

6    decisions in the next few hours is not really what -- I

7    don't think it's going to be productive in trying to

8    get to a map tonight, which is what we're ordered to

9    do.

10          SEN. SYKES:  It seems to be no end to the

11   arrogance of the super majority. Any other comments?

12          We'll take a ten-minute recess.

13          Come to order. I believe we have a motion on

14   the floor. Is there any further discussion or questions

15   about the motion?

16          MS. RUSSO:  Mr. Co-Chair.

17          SEN. SYKES:  Leader Russo.

18          MS. RUSSO:  I would just like to say one

19   thing, that in talking with our legal counsel, it is

20   clear that the Supreme Court cannot hold us in contempt

21   at 2:00, 1:00 in the morning. So I again reiterate that

22   we should continue to have our independent mapmaker who

Transcript of Video
Conducted on March 28, 2022                              64

1    is working for the Commission move forward in creating

2    a map that we can consider as a Commission instead of

3    going to the alternative that has been proposed by

4    Senator Huffman.

5            SEN. HUFFMAN:  Mr. Co-Chair.

6            SEN. SYKES:  Yes.

7            SEN. HUFFMAN:  Yeah. To make it clear, the

8    motion includes moving forward -- the independent or

9    the Commission's mapmaker continuing to work on this

10   very complex problem.

11           As I described, at the moment, no Senate map

12   has been produced and no confirmation of a

13   constitutional House map. Move forward with that if

14   they can. The caucus mapmakers -- won't be. Mr.

15   DeRossi, unfortunately -- can suggest changes to the --

16   so, I think we can do these -- both of these paths.

17           And I don't know when the Supreme Court would

18   hold us in contempt. It's not going to be right after

19   midnight. But at some point in the future, if we don't

20   produce a map tonight, potentially. At least there was

21   a -- there was a suggestion of that. We never got that

22   far with it. So I think the longer we sit here and

Transcript of Video
Conducted on March 28, 2022                    65

1   debate about it, the harder it is to get anything done

2   in the next few hours.

3          SEN. SYKES:  One consideration, hopefully, a

4   friendly amendment that we allow the independent map

5   drawer to continue to work. We had indicated that we

6   needed both of them in the room at the same time. So if

7   that would be acceptable, consider it a friendly

8   amendment.

9          SEN. HUFFMAN:  Yeah. I think, Mr. Co-Chair,

10  and I appreciate the friendly amendment. That -- that's

11  the expected. These folks are all going to be working

12  feverishly over the next few hours, and there has to be

13  a product for the Commission to to vote out today. And

14  that's why I've suggested this path.

15         SEN. SYKES:  And another suggested friendly

16  amendment is that the Commission would ask the Attorney

17  General's Office to actually make a request to the

18  Supreme Court for an extension of time of one day.

19         SEN. HUFFMAN:  Well, Mr. Co-Chair, that's not

20  part of my amendment. One, if someone wants to ask the

21  Attorney General to -- we can debate that as a separate

22  question. That's not part of my amendment. And you may

Transcript of Video
Conducted on March 28, 2022                                    66

1    recall that the Supreme Court specifically stated in

2    their last order there will be no extensions.

3          And so, again, I'm trying to deal with a

4    problem that, frankly, is not the creation of anyone in

5    this room and maybe not any individual or group of

6    individuals in particular. It's under the

7    circumstances, we need some sort of safety valve here.

8    And if we're not going to land the plane, as it's said,

9    it would be nice to have a parachute. And that's what

10   the motion is intended to do.

11         If you want to make that motion and debate

12   separately, I don't -- I think it's specifically said

13   that the Supreme Court had said no extensions. It has

14   to be done today.

15         SEN. SYKES:  Secretary LaRose.

16         MR. LAROSE:  Appreciate President Huffman's

17   aviation reference because I was thinking along the

18   same lines here that, you know, it's only prudent to

19   have a backup plan in place. And we have a looming

20   deadline tonight. I'll be voting in favor of the

21   president's motion here because I think that, while we

22   should continue pursuing this track of the independent

Transcript of Video
Conducted on March 28, 2022                    67

```
1   mapmaker and that would be the Plan A, in my mind, it

2   would be unwise of us to not be prepared with a Plan B

3   and therefore find ourselves at risk of being in

4   violation of the Court's order after midnight tonight.

5            REP. CUPP:  Mr. Co-Chair.

6            SEN. SYKES:  Yes.

7            REP. CUPP:  I have pulled up the opinion from

8   the Court and paragraph 47. It says specifically, "No

9   request for stipulation for extension of time shall be

10  filed, and the clerk of this Court shall refuse to file

11  any requests or stipulations for extension of time." I

12  think that's pretty clear.

13           SEN. SYKES:  Are there any addition --

14  additional comments or questions? Leader Russo.

15           MS. RUSSO:  Mr. Co-Chair, I would just like to

16  again reemphasize that I have full confidence that our

17  independent mapmaker will be able to complete this task

18  by midnight. So I would like to reiterate that I have

19  full confidence that that is possible.

20           SEN. SYKES:  Auditor Faber.

21           SEN. FABER:  Yeah. I -- sticking with our

22  aviation examples, I hope we don't run out of gas as as
```

Transcript of Video
Conducted on March 28, 2022                    68

1   we approach a runway. And so, for that reason, I am all

2   for having an alternative parachute, if necessary. But

3   I would just reiterate, this is supposed to be a map

4   that we draw.

5          And so far, other than looking at various

6   things, I still haven't seen a final version that I can

7   draft amendments to for -- on the map drawers' product.

8   We haven't seen a Senate map. And there are certainly

9   going to be some suggestions of things that I would

10  think that we may want to amend as we go forward.

11         And I just will reiterate that my staff has

12  been working in and out of the room all day, all week

13  with the map drawers to try and find areas that we can

14  make compromise and concessions to address some of the

15  issues. But it continues to be a, we haven't seen it.

16  So it's tough to -- tough to move past it.

17         SEN. HUFFMAN:  Mr. Co-Chair.

18         SEN. SYKES:  Yeah.

19         SEN. HUFFMAN:  I would also ask that the

20  Democratic mapmaker, the caucus mapmaker, or the staff

21  -- and this actually goes for the staff of everyone

22  else, get your suggestions together. It may be that the

Transcript of Video
Conducted on March 28, 2022                          69

1   changes to the third map and, again, only changes that

2   will allow, as the motion said, this -- if it comes to

3   this, will more closely comport or get closer to what

4   the Supreme Court wants.

5           So hopefully everyone will -- and perhaps they

6   can get together and talk about it among themselves.

7   And, you know, it is possible, as Leader Russo said,

8   that our mapmaker will be able to solve all of these

9   problems in the next three or four hours. But it's --

10  we -- as I said, there should be a safety valve of some

11  kind.

12          SEN. SYKES:  Will the staff please call the

13  roll?

14          SECRETARY:  Co-Chair Speaker Cupp.

15          REP. CUPP:  Yes.

16          SECRETARY:  Co-Chair Senator Sykes.

17          SEN. SYKES:  No.

18          SECRETARY:  Governor DeWine.

19          GOV. DEWINE:  Yes.

20          SECRETARY:  Auditor Faber.

21          SEN. FABER:  Yes.

22          SECRETARY:  President Huffman.

Transcript of Video
Conducted on March 28, 2022                              70

1              SEN. HUFFMAN:  Yes.

2              SECRETARY:  Secretary LaRose.

3              MR. LAROSE:  Yes.

4              SECRETARY:  Leader Russo.

5              MS. RUSSO:  No.

6              SECRETARY:  Mr. Co-Chair, five-two.

7              SEN. SYKES:  The motion is approved and so

8      ordered.

9              Why don't we take a recess for just an update

10     at 9:00? Going to update at 9:00.

11             REP. CUPP:  Okay. Return at 9:00 for an

12     update.

13             SEN. SYKES:  Return for an update.

14

15

16

17

18

19

20

21

22

Transcript of Video
Conducted on March 28, 2022                          71

```
1                P R O C E E D I N G S
2          SEN. SYKES:  Call the Commission -- the Ohio
3    Redistricting Commission meeting to order. First order
4    of business is an update from our independent map
5    drawer.
6          MR. JOHNSON:  Are you ready?
7          SEN. SYKES:  Yes.
8          MR. JOHNSON:  Okay. So co-chairs, members of
9    the commission, as you've hopefully seen, about an hour
10   -- I guess about 2 hours ago now we did finish a full
11   House map and distributed that and have moved on to the
12   Senate map.
13         As you know, the Senate rules are extremely
14   complex. So we have taken a first pass, kind of hit the
15   expected roadblocks, and just 20 minutes ago, hit the
16   expected roadblocks. And I've jumped back to the House
17   plan to try to clear those roadblocks so that a Senate
18   map can be drawn that will work.
19         We do not yet have a Senate map put to -- a
20   full Senate map to show you, but we're making progress
21   as fast as humanly possible in an effort to get this
22   done this evening.
```

Transcript of Video
Conducted on March 28, 2022                                    72

1         But -- so, we do have a House map. It will

2    need some changes, mostly in the Northwest, we believe.

3    Well, we know there's some changes in the Northwest.

4    Dr. McDonald is gone. So I guess I don't have to keep

5    saying we. I believe that's the primary area that needs

6    to be redrawn on the House side. But I haven't finished

7    the map, so I can never say for sure.

8         And just an update. I have been talking to Dr.

9    McDonald on the phone twice already, actually. And in

10   about an hour and a half he'll land, and so I can check

11   in with him again.

12        So he's still staying in touch, but we're

13   making progress. Unfortunately, do not have a map -- a

14   Senate map to show you at this time.

15        SEN. SYKES:  What is your estimated time for

16   the Senate map?

17        MR. JOHNSON:  You know, if we can make these

18   House changes and then make -- and then the Senate map

19   proceeds as we think it will where we don't run into

20   any more roadblocks, I would say 45 minutes or so,

21   optimistically. But it's very hard to predict.

22        The Senate maps can fall into place. The first

Transcript of Video
Conducted on March 28, 2022                          73

1   one -- the first one I did -- seems very long ago now -

2   - actually fell into place on the first pass, but it

3   can also take two or three passes to get the two maps

4   working together and interrelated. It's just hard to

5   say, but hopefully, if things fall into place, 45

6   minutes or an hour.

7           SEN. SYKES:  Are there any questions? Senator

8   Huffman.

9           SEN. HUFFMAN:  Thank you, Co-chair Sykes.

10  Could you describe the issues in Northwest Ohio we are

11  -- the changes that have to be made? Well, before that,

12  this is to the -- I guess, the map that was filed at

13  7:57 p.m., an 8:00 map?

14          MR. JOHNSON:  Exactly. Yes.

15          SEN. HUFFMAN:  Okay. And could you describe

16  the changes in Northwest Ohio that need to be made?

17          MR. JOHNSON:  Sure. The Northwest -- the state

18  kind of gets divided. I think in the state is getting

19  divided by a line -- diagonal line from Cuyahoga down

20  to Hamilton, you know, Cuyahoga, Franklin, Hamilton.

21  There's a lot of rules in each of those areas that lock

22  in the Senate seats around them.

Transcript of Video
Conducted on March 28, 2022                                    74

1          And so, the hope is that then when we apply

2     the rules to the Northwest and to the Southeast, the

3     two will end up linking up properly. But what can

4     happen and what did happen is that the combin- -- the

5     combining of the House seats together create walls. And

6     if something links Richland to Delaware, you know, if

7     Morrow gets locked in, then there's only one path from

8     the northwest to the south -- to the Southeast.

9          And then when -- I guess it was Clark got

10    locked in as we were pairing the House seats under the

11    constitutional rules about counties that were one House

12    seat, counties that were one-plus House seats,

13    eventually, the Northwest got locked in to where there

14    were two House seats that were all alone and nothing --

15    with nothing to connect to.

16         And so, then we have to go back to the House

17    maps and remove those blocks. So then we can go back to

18    the Senate maps and get through those two corridors.

19         SEN. HUFFMAN:  Okay. Our -- one of our folks

20    reviewed the 8:00 map and found some other

21    constitutional infirmities, including the -- and I

22    could describe them if we need to. But there's -- and

Transcript of Video
Conducted on March 28, 2022                                    75

1    this, of course, is the House map. We don't have a

2    Senate map at the moment.

3           The Cleveland Heights and Cleveland are both

4    split in the same House district. And that's

5    significant because we've had this problem before in

6    the last several months of doing it because, when you

7    fix that by taking one out, it's going to cause a

8    district to be more than 5 percent under the population

9    requirement, which -- and when you do that, it has

10   rippling effects throughout the rest of that northeast

11   area. And again, there are some others splits.

12          So I guess did you not catch that or did not -

13   - because you only mentioned the Northwest?

14          MR. JOHNSON:  Right. So correct. The reference

15   to Northwest was where the attempt to draw a Senate map

16   from the House maps ran into what we call -- what I

17   call a brick wall, where you can't solve it and you

18   have to go back to the House map to fix it.

19          We have -- there are reports we can run in the

20   computer to look for all the city splits and city

21   pairings, and we can then go through and just verify

22   and catch things like what you described. Those reports

Transcript of Video
Conducted on March 28, 2022                    76

1    and those reviews take time. And so, we've been trying

2    to race through and get a map that is ready for us to

3    run those reports.

4            If your team has those lists, we can certainly

5    try to address them or put them in a list that we would

6    address at the end. But yes. That is -- that is one of

7    the steps, and I'm not to that step yet.

8            SEN. HUFFMAN:  Sure. So is it fair to say

9    that, with the Northwest changes that deal with the

10   brick wall that you ran into and at least with this

11   change -- there's some other ones which I think

12   probably can be solved.

13           I don't know -- we -- you first have to draw a

14   new House map and then go back to the Senate map so

15   that you can finish? You got to have a House map, I

16   guess, or at least that's the kind of the way that

17   you're approaching this?

18           MR. JOHNSON:  Well, now, we're at the stage of

19   jumping -- now -- I keep saying we out of habit. Now,

20   I'm at the stage of jumping back and forth between the

21   two maps.

22           So when -- we're not at the process of needing

Transcript of Video
Conducted on March 28, 2022                              77

```
 1   to start back from scratch and build a new Senate map

 2   from scratch to address issues like that.

 3          Almost all those that we run into over the

 4   last, I believe it's been almost a week now, we can

 5   resolve regionally and so they don't disrupt the whole

 6   map. But we never know, of course, until we fix them.

 7          But that -- like Cleveland, Cleveland Heights,

 8   I should be able to fix just with some regional --

 9   intra-regional edits that would not impact, say, a

10   Senate map.

11          SEN. HUFFMAN:  Okay. What if members of the

12   Commission have amendments to the House map that you

13   have?

14          MR. JOHNSON:  If the -- if you have

15   suggestions -- or I'm sorry. If you have amendments

16   that would resolve the issues you found, I 100 percent

17   welcome those and would love those.

18          I do have some edits that the auditor has

19   asked for that are more fundamental, larger scale

20   changes. And as I told him, I'd make every effort

21   humanly possible to get this map done and then make

22   those edits.
```

Transcript of Video
Conducted on March 28, 2022                    78

1          I think those maps that don't fit into the map

2    that we have now, for example, that address fairly

3    fundamental concerns that the auditor has raised with

4    the map, I don't -- there's no way I'm going to be able

5    to get to those before midnight.

6          SEN. HUFFMAN:  Okay.

7          MR. JOHNSON:  But if you have -- but if there

8    are edits that fit into the current kind of map schema,

9    please send those down because, if you can fix those

10   edits, I'm happy to make them.

11         SEN. HUFFMAN:  Very good. Thank you.

12         REP. RUSSO:  Mr. Co-Chair.

13         SEN. SYKES:  Yes.

14         REP. RUSSO:  Can I make a suggestion that we

15   dismiss Mr. Johnson, at least from this part of the

16   hearing tonight? This is since he's given us an update

17   so that he can be allowed to continue working and

18   finish this map.

19         It seems like he's indicating he has 30 to 45

20   minutes. I'm sure there are other things this

21   commission will talk about. Presumably, the Republicans

22   now have a map as well that they would like to explain,

Transcript of Video
Conducted on March 28, 2022                    79

1    but I'd like Mr. Johnson to have the opportunity to

2    finish his work.

3           SEN. SYKES:  No objections. Dr. Johnson, would

4    you please continue?

5           MR. JOHNSON:  Will do. Thank you very much.

6           SEN. SYKES:  My suggestion is that we recess

7    for one hour.

8           SEN. HUFFMAN:  Yeah. Are you okay, Senator?

9    Yeah. I guess, Mr. Co-Chair, I know that there is a --

10   another working document that Mr. Springette's [ph]

11   been working on and the speaker's been working on. I

12   think that the Commission and the commissioners are

13   entitled to be able to see maps and amend them.

14          I know that Auditor Faber has some amendments,

15   and apparently, those aren't going to be available or

16   aren't going to be able to be incorporated, at least

17   tonight, as Mr. Johnson has indicated.

18          So I don't -- you know, I -- as I've said, a

19   lot of folks have done tremendous work over the last

20   five days, but this is not a five-day job. So I think

21   we should move on with our parachute.

22          REP. RUSSO:  Mr. Co-Chair, may I ask with this

Transcript of Video
Conducted on March 28, 2022                                    80

1    map that is being passed out that I'm just now seeing

2    for the first time, are we going to be provided the

3    opportunity to make amendments and suggested amendments

4    as well?

5            SEN. SYKES:  I think that would be the

6    prerogative of the body to do that.

7            REP. CUPP:  Mr. Co-Chair.

8            SEN. SYKES:  Yes.

9            REP. CUPP:  I -- in spite of all the work

10   that's been done, and I know that the consultants came

11   in and they worked extremely hard, I think it is not

12   feasible to expect that we're going to have a complete

13   plan in which we're going to be able to look at all of

14   those items that need to be looked at to ensure that

15   it's a constitutional plan with all of the -- I think

16   and, particularly, the problem now is in the Senate

17   area where it has complex rules due in part to the

18   four-year terms of the members of the Senate.

19           Now, we're not going to have that in time to

20   be uploaded to the Secretary of State's office in

21   compliance with the Court's order.

22           So I would just -- so, what I'm going to do is

Transcript of Video
Conducted on March 28, 2022                    81

1    to move, I guess, what has been referred to by the

2    upload as the 328 Cupp plan and move that the

3    commission adopt that plan.

4           REP. RUSSO:  Objection.

5           SEN. HUFFMAN:  Second the motion.

6           REP. CUPP:  And if I might, I will explain

7    what's in the plan, at least briefly.

8           The -- before I do that, I wanted to say that

9    this commission moved fairly quickly to comply with the

10   latest decision of the sharply divided Supreme Court.

11   We started meetings -- started meetings within a very

12   short time period after the decision of the Court,

13   which came down two hours to midnight on Wednesday,

14   March the 16th, 2022.

15          The Commission moved to adopt a schedule of

16   meetings through the period of days allotted by the

17   Court. The Commission heeded the call of the Supreme

18   Court to hire independent map drawing experts as

19   quickly as possible, giving -- given the circumstances.

20          And as you recall, we were meeting on Saturday

21   evening trying to figure out who the experts could be

22   and come on such very short order. But I believe by

Transcript of Video
Conducted on March 28, 2022                          82

1    late Sunday or Monday, we had accomplished that

2    purpose.

3            We actually hired two persons with expertise

4    in redistricting, which is a change from prior efforts

5    when the maps were drawn by House staff and a

6    consultant hired by the Democrat members.

7            In contrast to what had occurred before and

8    again in compliance with the strong suggestion or

9    referred to as a requirement or suggestion of the Court

10   that the map drawing was done in public, it was

11   conducted in full public view, both visual and audio,

12   on a live stream from --

13           FEMALE:  No. It was not.

14           REP. CUPP:  -- from the map drawing room and

15   broadcast by Ohio Government Television.

16           FEMALE:  No. It wasn't. Liar.

17           SEN. SYKES:  Order, please. Please.

18           REP. CUPP:  So this was the best that could be

19   done in the time that was allotted by the Supreme

20   Court. If it had been more than ten days, perhaps some

21   different result would have occurred.

22           We have followed the Supreme Court's process

Transcript of Video
Conducted on March 28, 2022                                    83

1    directions and the time requirements, and they have led

2    us to this moment. So at this late hour, we have to

3    comply, I think, as best that we can.

4            The plan that I have moved and been seconded

5    improves the symmetry measures in both the House and

6    the Senate plan by shifting two House districts from

7    asymmetrical to Democrat leaning and one Senate

8    district from asymmetrical to Democrat leaning.

9            Modifications were made in six House districts

10   within three counties, Franklin, Clark -- Stark and

11   Columbiana and two Senate districts in Franklin County.

12   The plan splits less communities than the independent

13   map that we've seen so far and is comprised of more

14   compact districts.

15           The plan moves us closer to comporting with

16   the Court's order, and given the timeline, I recommend

17   that we adopt the plan.

18           REP. RUSSO:  Mr. Co-Chair.

19           SEN. SYKES:  Leader Russo.

20           REP. RUSSO:  Thank you, Mr. Co-Chair. I would

21   just like to say that this process is -- and this

22   motion and this map that's been put before us is a

Transcript of Video
Conducted on March 28, 2022                              84

1    complete farce.

2            I literally have been handed spreadsheets that

3    have population deviations on them. Nothing about

4    partisan lean, nothing about symmetry in them. This is

5    useless information. It gives me population and

6    deviations and a PDF that you can't see the districts

7    or the details of the districts.

8            I'm going to read from the Court's opinion,

9    the last court opinion just to point out how -- just

10   how far off this process is now that these maps have

11   been introduced and given to us at the last minute. And

12   make no mistake about it. They've been entirely drawn

13   by one party.

14           Just as -- this is from paragraph 30. "Just as

15   in league one and league two, the one-sided process is

16   evidence of an intent to draw a plan that favors the

17   Republican Party at the expense of the Democratic

18   Party. The Commission should retain an independent map

19   drawer who answers to all Commission members, not only

20   to the Republican legislative leaders, to draft a plan

21   through a transparent process."

22           There's been absolutely nothing transparent

Transcript of Video
Conducted on March 28, 2022                    85

1   about this set of maps in this motion at all.

2           "In three of our opinions in these cases, we

3   have identified a flaw-" -- this is from paragraph 31.

4   "We have identified a flawed process in which the

5   general assembly district plan adopted by the

6   Commission has been the product of just one political

7   party."

8           In paragraph 32, "The evidence shows that the

9   map drawing process for all three districts plans,"

10  now, the fourth, "we have reviewed will be controlled

11  by the Republican Party or has been controlled by the

12  Republican Party. The evidence shows that the

13  individuals who controlled the map drawing process

14  exercised that control with the overriding intent to

15  maintain as much of an advantage as possible for

16  members of their political party."

17          This is exactly repeating what the Court has

18  already told us that we should not do. We have an

19  independent mapmaker. He has asked for some additional

20  time this evening. We should continue to give that to

21  him.

22          To have this Commission adopt a map, which, by

Transcript of Video
Conducted on March 28, 2022                    86

1    the way, I'd like to ask some questions of the map

2    drawer, Mr. Springette, if he is available, or any of

3    the commissioners about this map because we've been

4    given no information about it.

5            The process has not been shared with the

6    public. Mr. Springette sat in the map room for about 45

7    minutes, clicked his mouse around a few times, and

8    called that public and transparency. That's not public

9    and transparency. This map was drawn long before this

10   evening. I guarantee it.

11           So I oppose this. This, again, is an absolute

12   slap in the face of our voters, of our Constitution,

13   and of the Court. And I am just embarrassed that this

14   is what this Commission is about to do again for a

15   fourth time.

16           SEN. SYKES:  Order, please.

17           REP. CUPP:  Well, Mr. Co-Chair, let me just

18   say, in terms of the assertion that this plan was

19   drafted a long time ago, that is not accurate. Mr.

20   Springette went to the map room.

21           He took the map that was before this

22   Commission multiple weeks ago and made adjustments to

Transcript of Video
Conducted on March 28, 2022                    87

1   it to comply -- to get closer to the Court's

2   requirement, as best he could. And he did that live in

3   the map room this afternoon.

4           SEN. SYKES:  It is, you know, really important

5   when we set the ground rules that the staffs -- we put

6   a lot of emphasis on our staffs, the four map drawers

7   that we have on staff and the other staffs, to guide

8   and help and provide resources to the independent map

9   drawers.

10          And it was -- and we have not received much

11  input from the majority staff to help put this

12  together. In fact, in this last day, they have not been

13  really present to assist and help in this process.

14          And so, instead of passing or adopting a

15  motion to turn their attention away from the

16  independent map drawers and trying to assist and make

17  sure that we comply with all of the requirements of the

18  Constitution, you know, they withdraw.

19          They -- the majority has just hijacked this

20  whole process and they've withdrawn from helping us to

21  get across the finish line.

22          And what we have noticed all along in this

Transcript of Video
Conducted on March 28, 2022                           88

```
 1    whole process is not that we don't have the ability to
 2    produce these maps. Again, here in just a few hours,
 3    according to the majority, they produced maps.
 4           We just have not had the will to produce
 5    constitutional maps that comply with the court order.
 6    And I think this is, again, another insult and
 7    disappointment to not just the Commission and the Court
 8    but to the people of Ohio.
 9           FEMALE:  That's us.
10           SEN. HUFFMAN:  Mr. Co-Chair.
11           SEN. SYKES:  Yes.
12           SEN. HUFFMAN:  Yeah. I guess I'm going to
13    point out, I guess, what I think might be some spaces
14    in your rendition of what has happened.
15           So when I spoke to the mapmakers and for
16    whatever reason, I think it's kind of how maps are
17    drawn, typically and in Ohio, the House goes first and
18    then they try to figure out the Senate map. And that's
19    just must be the way mapmakers want to do that.
20           But I spent some time yesterday with the
21    mapmakers explaining the Section 5 rules and how those
22    are applied. And in fact, one of the mapmakers said,
```

Transcript of Video
Conducted on March 28, 2022                    89

1   well -- and I asked them why haven't they -- why hasn't

2   the Senate map have numbers on them?

3           And they said, well, we're just going to let

4   the computer do that later. And I explained to them the

5   problem with doing that. And that's the problem I think

6   that these mapmakers are -- have run up and that Mr.

7   Johnson is talking about right now.

8           So we have been trying to explain this. The

9   fundamental problem here is simply the combinations of

10  this extraordinary political geography over almost

11  three -- or more than 3,000 political jurisdictions in

12  Ohio. Like, I think it's something like five or six

13  times as many as the state of New York, which is a

14  bigger population state.

15          So we've got that. We also have the most

16  complex redistricting rules, and these gentlemen had

17  five days to do it. It's just going to be very

18  difficult to do that.

19          So -- and there were some issues, I think,

20  that could have been resolved early on, like this issue

21  regarding incumbents, which I raised Saturday and we

22  chose not to deal with that night and decided to do it

Transcript of Video
Conducted on March 28, 2022                    90

1    on Sunday.

2            And I know we had initial problems with

3    picking mapmakers. The Attorney General suggested two

4    gentlemen who had worked well together in Virginia on

5    Saturday, nine days ago.

6            Leader Russo objected because one of them had

7    been involved in this litigation in a minor way before,

8    and on Sunday I know that you and Leader Russo had a

9    telephone interview with those folks, as did Speaker

10   Cupp and I. And you wanted to hire them, but then by

11   Monday you chose not to.

12           So there's been a lot of backing and forthing

13   and a lot of decision making by all of us. And the

14   reason is we had, you know, essentially 12 days to hire

15   experts, get them in, and for them to understand the

16   rules, to work with the staff, and all of that.

17           And, you know, to the suggestion that the

18   Republican staff hasn't been engaged, you know, Mr.

19   DeRossi was in his office last night with a bloody nose

20   and not really able to stand up on his own. And I told

21   him to go home for the night. And he's not on site

22   because he's sick, and I don't want him to be around

Transcript of Video
Conducted on March 28, 2022                    91

1    other people.

2          But having said all of that, I think there's a

3    lot of folks who've put in extraordinary hours, and

4    this is just a matter of a task being given that

5    couldn't be completed within that time frame.

6          REP. RUSSO:  Mr. Co-Chair.

7          SEN. SYKES:  Leader Russo.

8          REP. RUSSO:  Thank you. I would like to ask

9    either Senator Huffman, Speaker Cupp, or Mr.

10   Springette, the Republican map drawer, some questions

11   about the map that has been put before us.

12         SEN. SYKES:  That's good.

13         REP. RUSSO:  Yes? Okay. Going to ask the

14   question. First, when did the mapmakers -- the

15   Republican mapmakers start drawing these -- working on

16   these maps?

17         REP. CUPP:  This afternoon when he was in the

18   room 116.

19         REP. RUSSO:  When was the mapmaker directed to

20   start working on the maps and by whom?

21         REP CUPP:  The staff this afternoon, when it

22   became obvious, I think earlier in the day, that it was

Transcript of Video
Conducted on March 28, 2022                                    92

1    going to be extremely unlikely that the independent

2    mapmakers would have a map that could be presented,

3    vetted, debated, and adopted before the Court's

4    deadline.

5            REP. RUSSO:  And is my assumption correct that

6    the map did not start from scratch, that it is, in fact

7    -- it started with the unconstitutional map that was

8    thrown out by the courts, the February 24th map that was

9    was declared unconstitutional and thrown out by the

10   Court?

11           REP. CUPP:  In order to have a map in time,

12   you couldn't do it from scratch. That is absolutely

13   correct, as I think we've all seen during the week how

14   much time that takes. And so, it was a modification of

15   the map before to move closer, as much as possible

16   within the time frame, to the constitutional

17   requirements in the Court's determination.

18           REP. RUSSO:  Were any of these maps or any

19   earlier versions of these maps shown to any other

20   commissioners before this meeting?

21           REP. CUPP:  That I don't know. I think the

22   answer is no.

Transcript of Video
Conducted on March 28, 2022                    93

```
 1         REP. RUSSO: Do you have any information

 2    showing the partisan breakdown, competitive districts,

 3    compactness evaluation, or any other useful metrics

 4    because all I've received in this handout is population

 5    deviation?

 6         REP. CUPP:  Yes. I don't have a list of the

 7    partisan change with me. I don't know. It's the -- so,

 8    it has 50 -- 54 -- 54 Republican leaning districts, 45

 9    Democrat leaning districts.

10         There are still some asymmetrical districts in

11    the House map, but they are less than was in the map

12    the Commission adopted some time ago. There are still -

13    - there was one fewer asymmetrical district in the

14    Senate map.

15         REP. RUSSO:  So there were 19 that were in the

16    last map between 50 and 52 percent in the House maps

17    and zero on the Republican between 48 and 50 percent.

18    What is that breakdown now?

19         REP. CUPP:  It's 17 asymmetrical districts in

20    the House map, as you say, down from 19 and seven

21    asymmetrical districts in the Senate map, down from

22    eight in the prior map.
```

Transcript of Video
Conducted on March 28, 2022                    94

1          REP. RUSSO:  And still zero for the Republican

2     in both of those?

3          REP. CUPP:  Pardon?

4          REP. RUSSO:  Still zero from 48 to 50 to --

5     zero seats -- Republican seats between 48 and 50

6     percent?

7          REP. CUPP:  Yes. That's correct.

8          REP. RUSSO:  Okay. And your assessment is that

9     this addresses the symmetry concerns by the Supreme

10    Court?

11         REP. CUPP:  This moves closer to it. This is -

12    - this is obviously something that was not worked on

13    during this period of time as the independent mapmakers

14    were drawing it, which is what the Supreme Court

15    strongly suggested that be done. And so, we did that.

16         And so, because there was only a few hours

17    left when it became apparent that the other one was not

18    going to be ready in time, so it didn't move closer to

19    that plan. But understand this ten days was consumed

20    with the process that we've been going through.

21         REP. RUSSO:  So as the Supreme Court has

22    indicated, we will take those, quote, unquote,

Transcript of Video
Conducted on March 28, 2022                                    95

1   competitive seats out of the count.

2           So we now have a 54 Republican safe seat -- or

3   Republican seats and 28 -- I'm just counting the House

4   side at this point -- 28 seats that can be considered

5   Democrat. Does that meet the proportionality

6   requirements 54 to 46 percent?

7           REP. CUPP:  The proportionality is 54

8   Republican leaning seats and 45 --

9           REP. RUSSO:  54 percent and 46 percent.

10          REP. CUPP:  I didn't. I just know it by seats.

11          REP. RUSSO:  Okay. So we have 54 Republican

12  seats and now 28 Democratic seats because the Court was

13  very clear that you do not count the competitive seats,

14  those 17, in the total. So it's 54/28. Is that -- does

15  that meet the 54/46 or come close to the proportional

16  requirement of the Constitution and the Court's order?

17          REP. CUPP:  It comes closer. It is the best

18  that can be done in the time that was available under

19  the Court's requirement to adopt the plan by March the

20  28th.

21          REP. RUSSO:  Well, I took a lot of math in

22  college. I would disagree with that. Are you accepting

Transcript of Video
Conducted on March 28, 2022                96

1    amendments to this map after we've -- the Commission --

2    all Commission members because this is not a Commission

3    map.

4            The Court has been very clear that the map

5    should be -- should come from the Commission and that

6    the Commission should be working on this map, again,

7    not partisan mapmakers.

8            Will there be time in this evening to propose

9    those amendments, just like we would like to be able to

10   propose perhaps some changes to Dr. Johnson's map and

11   the independent mapmakers?

12           REP. CUPP:  I assume. There's nothing that

13   prohibits anybody from offering amendments.

14           REP. RUSSO:  Well, if that's the case, then I

15   would suggest that we take a recess so that each

16   commissioner has a chance to actually look at this map

17   because, to me, this appears to be the same map that's

18   already been thrown out by the Court once, with the

19   exception of one or two seat changes, and does not meet

20   the court order or the Constitution.

21           SEN. HUFFMAN:  Mr. Co-Chair.

22           SEN. SYKES:  Yes.

Transcript of Video
Conducted on March 28, 2022                              97

```
 1          SEN. HUFFMAN:  As I indicated in the timeline

 2    here, we have to have a set of information to the

 3    secretary of state's office before midnight tonight.

 4    It's going to take about an hour to prepare that, and

 5    the amendments -- I don't know what amendments there

 6    are, but as I understand it, these -- this change

 7    that's part of this plan reduces the index for -- the

 8    Republican index out of the asymmetrical area for two

 9    House seats and one Senate seat.

10          And I think if we go down the path of

11    beginning to take a -- recessing and beginning to take

12    amendments, we're going to go well past what

13    essentially is a 10:30 deadline.

14          It's 10:00 now. And I don't you know -- this

15    is, as I said, a situation that is accumulated over the

16    past 11 or 12 days.

17          So I don't think it's going to help to take a

18    recess, and at some point, if the Supreme Court doesn't

19    like this and they give us additional time to prepare

20    some other map, then we do that.

21          SEN. SYKES:  If you are -- Senator Huffman, if

22    you are willing to accept this proposal that we're just
```

Transcript of Video
Conducted on March 28, 2022                98

1    now looking at and haven't had a chance to have any

2    input on it, if you're willing to do that, why wouldn't

3    you be willing to work with us to complete the map that

4    we've been working on for the last 12 days to try to

5    comply and make sure we comply with the court order?

6            SEN. HUFFMAN:  Because based on what the

7    mapmaker has told us, the Commission mapmaker has told

8    us, he not only has to go back and begin reworking the

9    House map, he has not yet presented us a Senate map at

10   all.

11           There is no Senate map, and that is -- and of

12   course, also has indicated there are amendments to that

13   map that Commissioners have -- Commissioner Faber in

14   particular has indicated and he said, I'm not going to

15   be able to do that by midnight. So he's told us he

16   can't do that by --

17           SEN. SYKES:  And that's the point that I'm

18   trying to make.

19           SEN. HUFFMAN:  Well, if I could finish, he's

20   indicated he can't do that. So we've been working with

21   him. You've been working with him. We've given these

22   folks -- and again, I think they've done an excellent

Transcript of Video
Conducted on March 28, 2022                99

1    job in the very short time that they've had to work on

2    this.

3              REP. RUSSO:  Mr. Co-Chair.

4              SEN. SYKES:  Leader Russo.

5              REP. RUSSO:  So that I'm clear, so, you are

6    asking us as a Commission to vote on a map that clearly

7    violates the court order and the Constitution as

8    interpreted through the court order because you don't

9    want to give a mapmaker -- our independent mapmaker,

10   the Commission's mapmaker the additional time to do the

11   work.

12             Frankly, I'd rather be here for a couple of

13   hours longer than to have to come back and go through

14   this process again because, again, this map has been

15   declared as non-constitutional or unconstitutional and

16   has been thrown out by the court.

17             This absolutely -- what we see before us and

18   the process that this has been presented absolutely

19   does not meet the requirements of the court order. And

20   you'd rather us vote on that than have a couple more

21   hours to get this right and not have to be here again.

22             SEN. SYKES:  Any additional questions or

Transcript of Video
Conducted on March 28, 2022                                    100

```
1    comments?
2            REP. RUSSO:  Mr. Co-Chair.
3            SEN. SYKES:  Yes.
4            REP. RUSSO:  I would like for each of the
5    commissioners to state if they have received this map
6    before this commission meeting, and if so, when and
7    when they knew that this was going to be the plan, that
8    we were going to deviate from having an independent
9    mapmaker and have partisan mapmakers do a, quote,
10   unquote, backup plan. And I'll start first.
11           I knew it before we broke that this was the
12   plan, and I've just now seen the Republican map.
13           SEN. SYKES:  This is the first time I've seen
14   the Republican map.
15           Are there other commissioners that would like
16   to respond?
17           SEN. FABER:  Mr. Chairman, first of all, I
18   would just -- I'm happy to answer Leader Russo's
19   questions, but she knows it's an improper question to
20   ask other commissioners or other people on the dais.
21           I didn't see this before we got here tonight.
22   The first time we heard something about this was when
```

Transcript of Video
Conducted on March 28, 2022                    101

1    the motion was offered to start this process earlier

2    today and the process of drawing maps.

3            And as you know and Leader Russo knows, me and

4    my staff were working on trying to figure out

5    amendments to the existing maps being drawn by the map

6    drawers. But I do want to emphasize one other thing.

7            As I've said from the beginning of this

8    process with the independent map drawers, the

9    independent map drawers are essentially our Scribner's.

10   They are to take instruction from us and draw -- and we

11   are the ones who under the Supreme Court order are to

12   draw the maps.

13           I think it's impossible for us to do that if

14   we haven't even seen the completed maps that have been

15   proposed as compromise or collective maps. And

16   certainly, we need to have opportunities to make

17   amendments.

18           I presented my proposed amendments to the map

19   -- to the map drawers and to the Democrat caucus

20   members earlier.

21           And as the Democrat caucus members, and I

22   believe my Republican colleagues on this panel know, my

Transcript of Video
Conducted on March 28, 2022                    102

1    staff have -- and contrary to your statement earlier

2    today, Mr. Co-Chair, my staff have been participating

3    throughout the day in -- with the map drawing room and

4    offering suggestions and working.

5          And so, I take a little bit of umbrage when

6    you say Republicans haven't been participating today in

7    the map drawing process.

8          The other side of this from this issue to me

9    is whether or not we're going to have a map drawer map.

10   I'm happy to take a look. I've got amendments. I've got

11   issues I want to discuss on the map drawer map.

12         And frankly, if we're going to have a

13   discussion on the newly proposed back up, I think,

14   parachute map, as it was called earlier today, I'd like

15   to see the partisan breakdowns and some issues in that

16   map as well.

17         But having said that, that would be my answer

18   to Leader Russo's question that I would argue is not

19   something that I'm used to having asked by other

20   commissioners at hearings of the legislature or

21   legislative bodies.

22         GOV. DEWINE:  Chairman.

Transcript of Video
Conducted on March 28, 2022                      103

1          SEN. SYKES:  Yes.

2          GOV. DEWINE:  I just saw the map the same time

3    it was passed out, and I heard discussion about the

4    plan earlier today at the same time.

5          SEN. SYKES:  Well, yes.

6          MR. LAROSE:  Mr. Co-Chair, I saw this map when

7    it was passed out a few moments ago by the members of

8    the staff. I will say that I was, like all of us,

9    willing to give this process the best effort that we

10   could. And we have.

11         I think the Court set a timeline that was not

12   attainable and changed the rules on what we should even

13   do as a Commission with novel concepts like symmetry

14   and all these kinds of things.

15         But we've given it a good try here. I think

16   that, as I said earlier, it would have been

17   irresponsible of us to not have a plan B. And so, it

18   appears that we have this Plan B, as it also appears

19   that the independent mapmaker effort is not going to be

20   completed by the midnight deadline that we have to

21   meet.

22         SEN. SYKES:  I still would ask the Commission,

Transcript of Video
Conducted on March 28, 2022                                   104

```
1    as I indicated in a -- before recess, that we ask the

2    Commission's lawyer to prepare an emergency motion

3    asking the Court for an extension of 12 hours.

4            I think it's appropriate at this time. In

5    previous submittals with -- and trying to comply with

6    the court order, this commission had decided not to

7    take any action at all.

8            And the Court was -- had threatened contempt

9    charges against the members of the Commission. And so I

10   don't think it's out of order at all to consider making

11   a request for an extension of 12 hours.

12           SEN. CUPP:  Mr. Co-Chair, I think the Court

13   was pretty clear. Paragraph 47 of their opinion said no

14   requests or stipulations for extension of time shall be

15   filed, and the clerk of this Court shall refuse to file

16   any requests or stipulations for extension of time. I

17   don't -- I don't know how much clearer the Court could

18   be.

19           REP. RUSSO:  Mr. Co-Chair.

20           SEN. SYKES:  Yes.

21           REP. RUSSO:  To be clear, that was about the

22   objections of the petitioners, not the commissioners
```

Transcript of Video
Conducted on March 28, 2022                    105

1   and the commissioners' work. I think that the Court has

2   been very clear that they want us to complete this work

3   and do it, and produce the best map possible.

4           I strongly believe that we need to allow Mr.

5   Johnson -- again, at this point, we're less than 30

6   minutes for him to finish, so that we can also see his

7   map. At the very least, we should take a break.

8           And at least -- because what I'm hearing, from

9   at least the majority of the commissioners -- that no

10  one has really seen these maps before. We are now being

11  asked to vote on them. To at least look at the partisan

12  issue, to look at the asymmetry issues.

13          Essentially, we're being asked, as a

14  Commission, to vote on a map that no one knows anything

15  about, except that it is the third map, essentially,

16  that was already tossed out by the Supreme Court -- the

17  Ohio Supreme Court.

18          And I think, frankly, taking an additional 30

19  minutes of a recess to look over that, and also to hear

20  from Dr. Johnson -- has he finished? And be able to

21  look at his map, in comparison, is completely

22  appropriate.

Transcript of Video
Conducted on March 28, 2022                                106

```
1          SEN. SYKES:  In this process, you know, at

2     some point, you just get tired of being mistreated, you

3     know? You know -- again, it's not just us, you know,

4     the commissioners -- it's the people of the state.

5          You know, so many times we have been, you know

6     -- it has been submitted to us -- amendments and bills

7     and provisions -- that we have very little time to

8     contemplate. In this process, the Court has tried to

9     make sure -- to ensure that we would have a different

10    process this time, that -- that would prevent here, in

11    the last minute, the last few hours, that the majority,

12    or anyone, could just submit something to us that we

13    hadn't had a chance to digest, hadn't had a chance to

14    review, and be expected to take a vote on.

15          And here we are again, doing the same thing,

16    even though the Court has gone out of his way to

17    specify how to prevent us from getting in this

18    situation again. And you have just hijacked that whole

19    process in trying to force feed us with, again, this

20    same disrespect for the public's interest. [applause]

21          REP. RUSSO:  Mr. Co-Chair, I move that we take

22    a 30-minute recess so that Commission members can at
```

Transcript of Video
Conducted on March 28, 2022                    107

1    least evaluate the data from the maps that have been

2    presented before us. And we hear from Dr. Johnson if he

3    is, in fact, complete with the map -- the independent

4    mapmaking process.

5              SEN. HUFFMAN:  Object. Mr. --

6              SEN. SYKES:  Motion on the floor.

7              SEN. HUFFMAN:  Yeah. There's currently a

8    motion on the floor.

9              SEN. SYKES:  Current motion on the floor. And

10   with the -- would you allow this recess to be

11   considered before --?

12             SEN. HUFFMAN:  I object to the motion.

13             SEN. SYKES:  You object.

14             SEN. HUFFMAN:  There's a motion on the floor

15   right now.

16             UNKNOWN:  Wow.

17             SEN. SYKES:  Are there any additional

18   questions?

19             REP. RUSSO:  Mr. Co-Chair, I'm going to make

20   one more motion. I move that we -- the Commission

21   directs Eric Clark [ph], who is the Commission's

22   attorney with the attorney general's office, to prepare

Transcript of Video
Conducted on March 28, 2022                    108

1    an emergency motion asking the Court for an extension

2    of 12 hours.

3            SEN. SYKES:  Seconded. We have a pending -- we

4    have a pending -- but we have a pending motion.

5            SEN. HUFFMAN:  Yeah. Yeah. I object, Mr. Co-

6    Chair. We have a motion on the floor regarding it. If -

7    - if -- I don't even know if Mr. Clark's available, but

8    we've already had this -- several times -- read from

9    the Supreme Court's decision. So.

10           SEN. SYKES:  Would the staff please call the

11   roll?

12           SECRETARY:  Co-Chair Speaker Cupp.

13           SEN. CUPP:  Yes.

14           SECRETARY:  Co-Chair Senator Sykes.

15           SEN. SYKES:  No.

16           MALE:  Point of order. Can you tell me what

17   we're voting on?

18           SECRETARY:  This is a motion to adopt a

19   revised 3-28 Cupp [ph] map.

20           SPECTATORS:  No. No. No. No. No. No. No.

21           SECRETARY:  Governor DeWine.

22           SPECTATORS:  Shame on you. Cheaters. Shame on

Transcript of Video
Conducted on March 28, 2022                    109

1    you. Cheaters.

2            SEN. SYKES:  Quiet down, please. Please. Let's

3    have -- we still have to have order here, please. This

4    being a live stream, and people need to be able to hear

5    what the -- the proceedings here. They need to be able

6    to hear what's going on. Would the staff please call

7    the roll?

8            SECRETARY:  A continuation or to restart?

9            SEN. SYKES:  Restart. So.

10           REP. RUSSO:  Mr. Cochair, can I please request

11   a recess? Even if it's not a formal motion, I am

12   requesting a recess of 30 minutes so that Commission

13   members have an opportunity to review the information

14   about the maps that we are now being asked to vote on.

15           SEN. HUFFMAN:  Mr. Co-Chair, I object. We --

16   we -- in order to comply with the Court's timeline, we

17   need to pass this map now. And it needs to go to the --

18   you know, we need to prepare all the documents that

19   have to go to the Secretary of State, as we explained

20   earlier today.

21           REP. RUSSO:  Mr. Co-Chair, it is 10:17. And I

22   believe the cutoff point that you gave earlier, Senator

Transcript of Video
Conducted on March 28, 2022                    110

1    -- or President Huffman, was 10:30. I'm sure we can

2    spare an additional 15 minutes.

3            SEN. HUFFMAN:  There are other items, too,

4    that we have to do, including the 8(C)(2) Statement. I

5    don't know if there'll be a discussion or argument

6    about that.

7            SEN. SYKES:  Will the staff call the roll?

8            SECRETARY:  Co-Chair Speaker Cupp.

9            SEN. CUPP:  Yes.

10           SECRETARY:  Co-chair Senator Sykes.

11           SEN. SYKES:  No.

12           SECRETARY:  Governor DeWine.

13           GOV. DEWINE:  Yes.

14           SECRETARY:  Auditor Faber.

15           SEN. FABER:  No.

16           SECRETARY:  President Huffman.

17           SEN. HUFFMAN:  Yes.

18           SECRETARY:  Secretary LaRose.

19           MR. LAROSE:  Yes.

20           SECRETARY:  Leader Russo.

21           REP. RUSSO:  No.

22           SECRETARY:  With four yays, three nays, the

Transcript of Video
Conducted on March 28, 2022                    111

1    Commission has approved a 3-28 Cupp revised map.

2              SEN. HUFFMAN:  Mr. Co-Chair.

3              SEN. SYKES:  At this time, I would like to ask

4    for a recess. It's been asked for a recess, and that

5    was the motion pending. And now we can deal with that

6    issue of the recess.

7              SEN. HUFFMAN:  Well, Mr. Co-Chair, that's

8    fine. I guess we have this 8(C)(2) motion that the

9    Constitution requires us to adopt, and I think the

10   staff is going to hand it out.

11             Is that right? What? I just have a copy. So I

12   guess I'd like to have -- at least have that handed out

13   to the members of the Commission.

14             So. Mr. -- Mr. Co-Chair, the -- this

15   statement, which is, as I said, constitutionally

16   required -- I'm going to spare the Commission the live

17   reading of that. It's -- it's there for everybody to

18   review.

19             I'm going to move that the -- the statement be

20   adopted. Obviously, Commission members may want to take

21   some time to review that. So if, now that they have it,

22   if we want to take a recess and come back to adopt the

Transcript of Video
Conducted on March 28, 2022                    112

1   statement. But again, if -- if we can do that so that

2   we can get busy on the work -- getting the information

3   to the Secretary of State.

4           SEN. SYKES:  Then I would -- I will say we

5   need to prepare a statement as well. It's -- during

6   this time period. So let's take a half hour -- half

7   hour recess. Hearing no objections, we are recessed for

8   a half hour.

9           SEN. SYKES:  Believe there's a motion pending.

10  Everyone has had an opportunity to review the

11  statement. Would the staff please call the roll.

12          SEN. HUFFMAN:  I'll second it.  I don't know

13  there's been a second, so I'll second.

14          SEN. SYKES:  Hasn't been a second? Okay.

15          SEN. HUFFMAN:  I don't thinks so.

16          SEN. SYKES:  Okay. We'll take the second from

17  Speaker Cupp. Secretary -- staff, please call the roll.

18          SECRETARY:  Yes, sir. Co-Chair Speaker Cupp.

19          SEN. CUPP:  Yes.

20          SECRETARY:  Co-Chair Senator Sykes.

21          SEN. SYKES:  No.

22          SECRETARY:  Governor DeWine.

Transcript of Video
Conducted on March 28, 2022                    113

1                GOV. DEWINE:  Yes.

2                SECRETARY:  Auditor Faber.

3                SEN. FABER:  Abstain.

4                SECRETARY:  President Huffman.

5                SEN. HUFFMAN:  No. I support the statement,

6     but [inaudible] go for maps.

7                SEN. SYKES:  Okay.

8                MALE:  Yes. I got you. I got you.

9                SECRETARY:  Secretary LaRose.

10               MR. LAROSE:  Yes.

11               SECRETARY:  Leader Russo.

12               REP. RUSSO:  No.

13               SECRETARY:  We're four yays, two nos, and

14    abstain.

15               SEN. SYKES:  The motion is adopted. I would

16    move that the Commission adopt and pass the maps

17    completed by Dr. Johnson and allow, if necessary,

18    additional work to be conducted through an updated map

19    that the Commission -- and the Commission does not

20    dissolve for four weeks and can work on further

21    improvements to the map. Is there a second.

22               REP. RUSSO:  Second.

Transcript of Video
Conducted on March 28, 2022                    114

1              SEN. CUPP:  I object to the motion, Mr.

2     Chairman.

3              SEN. SYKES:  Okay.

4              MALE:  Yes.

5              MR. LAROSE:  So the question would be, when

6     would we know -- if this motion were to pass -- when

7     will we know that maps are final, so that I can direct

8     boards of elections to start programing it?

9              SEN. SYKES:  They're final right now.

10             MR. LAROSE:  No. No. If -- you said the motion

11    would be that we pass this map that Dr. Johnson drew,

12    but that we continue making changes to it.

13             SEN. SYKES:  If necessary.

14             MR. LAROSE:  Okay.

15             SEN. SYKES:  The maps have been distributed to

16    you. Dr. Johnson has completed his work. They're also -

17    - it's posted on the website. It has the constitutional

18    partisan proportionality goals of 45 Democratic House

19    seats and leaning Democratic, and 54 leaning

20    Republican, with 15 Democratic seats in the Senate and

21    18 leaning Republican in the Senate.

22             REP. RUSSO:  Mr. Co-Chair.

Transcript of Video
Conducted on March 28, 2022                    115

```
1              SEN. SYKES:  Yes.

2              REP. RUSSO:  I would support us accepting this

3    map. I would also add that it also addresses the

4    symmetry concerns of the Court, and that the House

5    seats have three competitive Democratic seats, three

6    competitive Republican seats.

7              In the Senate, there are two competitive

8    Democratic seats, and zero Republican seats. So

9    substantially better in terms of symmetry than the map

10   that the Commission previously adopted.

11             There is nothing that stops this commission

12   from adopting another map. The work of this Commission

13   and the map is not final until the files have been

14   transmitted to the Secretary of State.

15             My understanding is that the files, if they

16   are not already completed, can be within the next 15 to

17   20 minutes. So again, you know, I -- I think that this

18   is a better set of maps. It meets the court's order.

19             And I know some commissioners will have

20   concerns about not seeing this beforehand, but I would

21   note that we just adopted -- some members of this

22   Commission just voted to accept a previous map that
```

Transcript of Video
Conducted on March 28, 2022                    116

1    they, too, had only seen at the start of the meeting.

2            SEN. SYKES:  In addition, I'd like to say that

3    the Commission -- this is -- these are maps that we've

4    been working on for the last several days. And the

5    Commission is more familiar with -- our staffs are more

6    familiar with the map, and the public is more familiar

7    with these maps that we've been working on over the

8    last several days.

9            SEN. HUFFMAN:  Mr. Co-Chair.

10           SEN. SYKES:  Yes.

11           SEN. HUFFMAN:  You -- there were a few things

12   in your motion, and one of them said something about

13   four weeks -- part of your motion. Could you explain

14   that?

15           SEN. SYKES:  Yes. That is simply to allow, if

16   necessary, for the Commission to continue to work to

17   make any improvements on the map.

18           SEN. HUFFMAN:  Could I continue?

19           SEN. SYKES:  Yes.

20           SEN. HUFFMAN:  Co-Chair. So at least as of --

21   I guess about an hour ago or so, Mr. -- there were

22   several problems with the House map, and the Senate map

Transcript of Video
Conducted on March 28, 2022                                117

1  had not yet been prepared.

2           And I appreciate the -- Leader Russo's

3  statement about just getting these. And as the -- I

4  guess the Senate -- one of the Senate representatives

5  here, I am concerned that the map is just now showing

6  up. And this does look substantially different, at

7  least on the eye test, than what we previously looked

8  at. Maybe not.

9           But the -- and I would just add that the

10 concern about seeing the previous map that the

11 Commission has passed -- part of my motion was amend

12 the February 24th map, which we're all very familiar

13 with. I mean, we -- whether -- it went through

14 litigation. And there are only minor changes.

15          So about -- probably 97 percent of that map we

16 were familiar with, and there were -- there were

17 changes. And just, I guess, two House districts and the

18 Senate district. This is an entirely new proposal and,

19 by the Commission mapmakers' statements, likely has

20 multiple flaws. So I can't support it.

21          REP. RUSSO:  Mr. Co-Chair.

22          SEN. SYKES:  Just for clarification, too, it's

Transcript of Video
Conducted on March 28, 2022                    118

1    the same process that maps would be transmitted to the

2    Secretary of State. So it's not taking four -- tonight,

3    not taking four weeks to do it -- to do the work.

4              SEN. HUFFMAN:  What would we do for four

5    weeks?

6              REP. RUSSO:  Mr. Co-Chair.

7              SEN. SYKES:  The Commission would not

8    dissolve, and be available to make any -- if needed --

9    any necessary adjustments to the map. Leader Russo.

10             REP. RUSSO:  I was also going to clarify that

11   we don't necessarily need four weeks, just noting that

12   the Commission doesn't officially dissolve for four

13   weeks. If necessary, if there is still small tweaks

14   that need to be made, they can be fixed if needed.

15             The requirement right now -- we would still be

16   able to transmit some of these files to the Secretary

17   of State, certainly to meet the Court's requirement.

18   And if we need to make additional tweaks, we could do

19   that over the next day or so.

20             SEN. CUPP:  I'm not sure I understand what the

21   motion is. Is it to also adopt this map and upload it

22   to the Secretary of State, in addition to the one we've

Transcript of Video
Conducted on March 28, 2022                              119

1   already done this evening?

2          SEN. SYKES:  Yes.

3          SEN. CUPP:  So the Commission itself, I don't

4   think, dissolves for four weeks anyway. So we're --

5   we're going to upload two maps in to the Secretary of

6   State?

7          SEN. SYKES:  In place of. In place of.

8          SEN. CUPP:  Oh, okay. All right. I got you. I

9   got you. Well, I'm not comfortable with this map. It --

10  I notice there are some egregious compactness issues,

11  like district 85, for example; district 92, for

12  example; and some others in there. In the Senate map,

13  there's District 7, District 30, 31, Horseshoe. So I --

14  I -- I can't.

15         SEN. SYKES:  Speaker. It's a miracle. Your

16  vision has improved.

17         SEN. CUPP:  Well, you've helped me to see

18  things more clearly.

19         SEN. SYKES:  Any additional questions on the

20  motion?

21         GOV. DEWINE:  Mr. Chairman.

22         SEN. SYKES:  Yes.

Transcript of Video
Conducted on March 28, 2022                                    120

1          GOV. DEWINE:  Mr. Chairman, just a couple

2     additional comments besides what's already been said.

3     First, I want to thank the two independent map drawers.

4     They worked exceedingly hard. Very talented people.

5          I think, though, that in their attempt to hit

6     the proportionality and have a similar number of

7     Republican and Democrat competitive districts, there is

8     a few other things that were lost. And these few other

9     things go to the Constitution.

10         The map that they've presented, compared with

11    the map that we just approved -- the map that they just

12    presented has a compact district problem. They have a

13    lot more -- fewer compact districts.

14         Districts that have more -- that are not.

15    There's fewer communities of interest that are actually

16    kept together. There's more split cities, and certainly

17    there are fewer competitive districts.

18         If you go back -- I went back and looked at

19    some of the editorials that were written when this

20    Commission was created, this constitutional amendment

21    was passed. And I looked at what was said as far as

22    what the goals were.

Transcript of Video
Conducted on March 28, 2022                    121

1        And I think the first thing you look at is a

2   summary of the constitutional amendment. Proposed

3   amendment would end the partisan process for drawing

4   House, Senate, and -- House and Senate districts and

5   replace it with a bipartisan process with the goal of

6   having district boundaries that are more compact and

7   politically competitive.

8        Toledo Blade stated in their editorial

9   endorsing the amendment that the amendment would create

10  legis- -- I quote, "Legislative districts that are more

11  geographically compact, politically competitive, and

12  reflective of voters' party preferences."

13       Cincinnati Enquirer stated the new mapping

14  criteria would emphasize, and I quote, "keeping

15  communities together by not splitting cities,

16  townships, and counties when -- when possible."

17       The mapmakers talked very clearly, and I think

18  it was instructive to listen to them. They talked about

19  how difficult it is, how unique Ohio is, how tough Ohio

20  is with all the different criteria.

21       So I don't fault them for not being able to do

22  all this. But I think it's important for the record to

Transcript of Video
Conducted on March 28, 2022                                    122

1    note that what they produced did -- yes, it did hit

2    proportionality and it did have a similar number of

3    competitive districts, Rs and Ds.

4             But less compact districts, fewer communities

5    of interest being kept together, more split cities, and

6    fewer competitive districts. And I think you can't --

7    you can't ignore that.

8             And we have an obligation not to ignore that.

9    Three of those four, written into the into the

10   Constitution, and that we have to follow. Thank you.

11            SEN. SYKES:  Auditor Faber.

12            SEN. FABER:  Thank you. I -- I'll just do both

13   of my comments now as well, because I think it goes

14   directly to this map and where we're at with these

15   maps.

16            And I would just start out by saying, look,

17   I'm not sure how you pass a map and then say, "But we

18   want to keep working on it." If we had a map that was

19   final and -- and -- and that we could look at in

20   conclusion and know that the issues, what it was, it

21   would be one thing.

22            But look, I said all along, the fact that we

Transcript of Video
Conducted on March 28, 2022          123

1    have a map drawer who produces a map that we haven't

2    yet had a chance to see or -- or discuss in length. I

3    had some amendments to this that we never got to offer

4    because they wouldn't have been done in time. I'm all

5    for continuing to work on something, but if we have a

6    deadline that's hard and fast, that's not possible.

7              So I don't think this is where any of us

8    wanted to be tonight. The process over the last ten-

9    plus days, and certainly the last five days, has been

10   enlightening for so many Ohioans.

11             For much of that time, we had Republicans and

12   Democrats sitting together in a room, live streamed

13   across the state. We've seen firsthand the geographic

14   complexities Ohio offers map drawers, and the struggle

15   that accomplies -- accompanies this in the

16   redistricting process.

17             We heard over and over from our independent --

18   I would say professional -- map drawers that this is

19   not an easy task.

20             I think all sides worked hard on the maps.

21   I've consistently said that I've been impressed by the

22   Commission staff members.

Transcript of Video
Conducted on March 28, 2022                    124

1        While much of their work has gone unrewarded,

2    their work ethic and their willingness to work the

3    numerous -- impossible task has not gone unnoticed by

4    the members of the Commission, by the people of Ohio.

5    And from my perspective, I want to thank them.

6        I want to also include the two independent

7    mass -- mapmakers. I think that it was impossible to do

8    everything that the Constitution and demands of the

9    Court asked in the time period the Court allowed us to

10   do it.

11       I think they were doing exactly what the Court

12   asked, and I think that's why too many of their

13   conversations started with the premise of eliminating

14   Republicans where they could be eliminated.

15       And I think that's why the maps that we've

16   seen took every state to eradicate suburban Republican

17   representatives in Ohio. They used the classic spoke

18   and hub technique on the maps to drive cities into

19   districts with suburban areas. They cracked and packed

20   to concentrate Republicans and divide Democrats and to

21   make -- simply, to make more Democrat districts.

22       I talked about the concentration. Nearly --

Transcript of Video
Conducted on March 28, 2022                        125

1  nearly 80 percent of the Republican districts were more

2  than 60 percent, while a mere 20 to 30 percent of the

3  Democrats were more than 60 percent. At every turn, the

4  map draws erred towards drawing more Democrat

5  districts, often at the expense of compactness.

6          I'm a broken record by now, and I'm grateful

7  to have been vindicated by these two expert map drawers

8  that Ohioans -- this is a truism -- tend to live and

9  vote around people that think like them. This leads to

10 a natural division of political affiliation based on

11 geography.

12         The one place that that does not necessarily

13 ring true is in the suburbs -- suburbs in Ohio. In the

14 suburbs, we can and should have competition in our

15 elections. Sadly, few maps we have seen from the

16 independent map drawers get us there.

17         I continue to believe that the districts that

18 split communities where they could otherwise keep them

19 together violates the Constitution. As the governor

20 mentioned, when this constitutional amendment was sold

21 to the public, it was sold on increasing

22 competitiveness.

Transcript of Video
Conducted on March 28, 2022                    126

1          We had a debate in this Commission, a debate

2     that really didn't resolve much, about whether it was

3     required to keep cities whole, and whether or not, if

4     you could draw a whole district in the city, you

5     should, or had to.

6          I'm just going to direct your attention to

7     Article III, Section D (3), that specifically says,

8     "Where the requirements of this -- of these divisions -

9     - B, C and D --  section cannot be feasibly obtained by

10    forming a representative district from whole municipal

11    corporations, then -- and townships, not more than one

12    municipal corporation or township may be split."

13         That clearly leads to the presumption that

14    where you can draw a whole city or township into a

15    congre- -- I'm sorry, into a legislative district,

16    you're supposed to do that.

17         But yet at every -- and by the way, I also

18    agree with my Democrat colleague who brought this up.

19    This wasn't new to these map drawers. This is something

20    the map drawers had been doing before.

21         And yes, there are going to be times when you

22    have to split cities. You have to split large cities.

Transcript of Video
Conducted on March 28, 2022                    127

1    But in the maps that were proposed, as I pointed out,

2    every large city is split in a hub and spoke technique

3    to essentially drive those seats to the Democrat

4    column, packing and cracking.

5            Now, we heard hours of testimony throughout

6    this process. We heard Kathleen -- a League of Women

7    Voters from Greater Youngstown -- told us, and I quote,

8    "Districts that include communities with common

9    interests and are geographically compact, regardless of

10   the political philosophies of the voters who live in

11   these districts, are districts that lead to compe- --

12   to competitive elections and accountability of elected

13   officials and their constituents."

14           We heard Mark, from Columbia Tusculum in

15   Cincinnati, ask this Commission, and I quote, "Follow

16   both the letter and the spirit of the citizen-passed

17   redistricting reforms passed in 2015 and 2018 to create

18   districts that are compact, keep communities, towns,

19   and cities intact, and don't split neighborhoods. And

20   take into account a citizen input."

21           August with the United Way of Greater

22   Cleveland asked us for districts that, and I quote,

Transcript of Video
Conducted on March 28, 2022                                    128

1    "Accurately reflect communities are compact, keep

2    county, cities, and villages and townships together

3    within one district."

4            There are other real divides across the state

5    that are left behind when we consider only partisan

6    labels. Few Democrats in Bellaire would feel

7    represented by a Columbus Democrat, and few Republicans

8    in Millersburg would feel represented by a Strongsville

9    Republican.

10           It has nothing to do with the partisan label

11   and everything to do with the way local issues affect

12   our politics. Local issues which are not divided as

13   contentious -- locally that we often see on the

14   national stage. I believe that compromise was once

15   possible.

16           I think if we continued down the path we were

17   on the past five days, we would have seen that

18   proportionality, in its strictest sense, was not

19   attainable within the bonds of the Constitution and

20   that eventually we would have arrived at a compromise.

21           I know I talked with Leader Russo and Senator

22   Sykes about that possibility for some time. I regret

Transcript of Video
Conducted on March 28, 2022                                    129

1   that we were not able to come to an agreement. Ten days

2   ago, the Court created a new timeline, and ordered new

3   procedures for this Commission to comply with.

4           There simply was not enough time for us to

5   actually meet those requirements. In their order, they

6   took the unusual step of declaring that they would

7   refuse to even file -- or accept for filing -- any

8   requests for extensions, leaving the

9   Commission with no choice but to come to the solution

10  that it came to this evening.

11          We have begun this process with the assumption

12  that equity of outcomes equals fairness. I don't

13  believe that to be accurate. I expect -- I expressed

14  significant concerns about the timeliness and the

15  urgency of this process.

16          Until just a few seconds ago, I hadn't even

17  seen the final House, and the Senate maps were not able

18  to be reviewed at all. I hadn't been given a chance to

19  offer an amendments and was told that, specifically, if

20  we wanted to offer amendments tonight, there would be

21  no ability to get those done.

22          Ultimately, my concerns about timeliness, and

Transcript of Video
Conducted on March 28, 2022                    130

1    the ability to complete this task, and the limited

2    timeframe allotted to this Commission were

3    unfortunately correct. Where we are now, and where we

4    could have been, are two different positions.

5              Hopefully this matter is behind us. I'm not

6    sure it is.

7              SEN. SYKES:  Any other comments? Will the

8    staff please call the roll.

9              SECRETARY:  Co-Chair Speaker Cupp.

10             SEN. CUPP:  No.

11             SECRETARY:  Co-Chair Senator Sykes.

12             SEN. SYKES:  Yes.

13             SECRETRY:  Governor DeWine.

14             GOV. DEWINE:  No.

15             SECRETARY:  Auditor Faber.

16             SEN. FABER:  No.

17             SECRETARY:  President Huffman.

18             SEN. HUFFMAN:  No.

19             SECRETARY:  Secretary LaRose.

20             MR. LAROSE:  No.

21             SECRETARY:  Leader Russo.

22             REP. RUSSO:  Yes.

Transcript of Video
Conducted on March 28, 2022                    131

1          SECRETARY:  Five yays, two nays. Or two nays,

2     five yays.  Sorry about that.

3          SEN. SYKES:  Thank you. The motion fails. At

4     this time, the minority would like to submit a minority

5     report. I believe copies are available.

6          REP. RUSSO:  Thank you.

7          SEN. SYKES:  This is -- this is to be added to

8     the record. But I believe Leader Russo would like to

9     read the statement.

10         REP. RUSSO:  Thank you, Mr. Co-Chair. The Ohio

11    Constitution is clear. The Supreme Court of Ohio is

12    precise.

13         The voters of Ohio are adamant. Fair and

14    proportional maps are required under the Constitution.

15    Gross disparity and the distribution of competitive

16    districts is barred, and voters deserve to have their

17    voices heard in their State House.

18         The guidelines to draw state legislative

19    district maps are not a mystery, nor are they open to

20    interpretation. This process should be easy and

21    straightforward. Yet here we are again.

22         More than six months have passed since the

Transcript of Video
Conducted on March 28, 2022                    132

1   first minor -- minority report was filed regarding the

2   passage of an unconstitutional General Assembly

3   District plan. The minority commissioners of the Ohio

4   Redistricting Commission could very well write this

5   statement in their sleep.

6           The commissioners have been down this road

7   very often -- so often that the motions are stilted and

8   the storyline is stale. The majority commissioners

9   refuse to bend to current reality and court rulings.

10          Rather they pull the same tired tricks. The

11  process and tactics have not changed since we started

12  this process seven months ago, despite three court

13  orders telling this Commission otherwise.

14          Majority Commissioners have again adopted a

15  General Assembly District plan that was drawn in

16  secret, does not reflect the statewide preferences of

17  Ohio voters, and is ultimately unconstitutional. N

18          o amount of pressure from the Supreme Court of

19  Ohio or help from nationally renowned experts will sway

20  the majority commissioners in their mission to retain

21  an unjustifiable and unconstitutional monopoly on

22  power.

Transcript of Video
Conducted on March 28, 2022                    133

1          From March 16th, 2022 to March 28th, the

2     minority commissioners made every attempt to move this

3     process along to comply with the Supreme Court's clear

4     orders.

5          The minority commissioners pushed for frequent

6     hearings, as strongly suggested by the Court. In fact,

7     the minority commissioners tried to convene the

8     Commission every day, including on Sunday, March 20th,

9     to propose independent mapmakers, and the Republicans

10    demurred.

11         The minority commissioners met their

12    obligations on Monday, March 21st, through their

13    thoroughness and persistence. The minority

14    commissioners pushed the majority commissioners to stop

15    purposely delaying and decide on a team of highly

16    skilled, independent mapmakers to draw new district

17    lines from scratch.

18         The minority commissioners fought for an open

19    and transparent process. The map drawing was done

20    entirely on a live stream, complete with audio, for

21    everyone to observe.

22         Yet -- perhaps yet again, in a bunker at the

Transcript of Video
Conducted on March 28, 2022                                    134

1    Bureau of Workers Compensation Building, a secret map

2    has been developed at some unknown time, in violation

3    of the orders of the state's highest judicial

4    authority.

5                The process and outcome, despite all the

6    efforts for public viewing, expert input, and

7    bipartisan oversight, was still, again, conducted in

8    the shadows.

9                The majority commissioners, through President

10   Huffman, announced their secret efforts late on the

11   last day as a parachute. They have apparently planned

12   on, for at least the last several days, perhaps much of

13   this process.

14               This places the Commission where we began,

15   with an unconstitutional General Assembly District

16   plan.

17               And while the Supreme Court of Ohio has

18   directed the redistricting Commission -- not parties,

19   the redistricting Commission -- to create an entirely

20   new map.

21               The plan passed out of this Commission with no

22   input from the minority Commission members -- and,

Transcript of Video
Conducted on March 28, 2022                                    135

1   frankly, the majority of the Commission members -- or

2   scrutiny from the public, is nothing more than a

3   tweaked version of a previous unconstitutional General

4   Assembly plan.

5           The majority commissioners have now left an

6   entirely new plan sitting on the table, drawn by two

7   independent mapmaking experts at considerable expense

8   to Ohio taxpayers.

9           Instead, Ohioans are once again subjected to a

10  map that runs afoul of Ohio Constitution Article XI,

11  Section -- Section 6 (A), and Section 6 (B). Sect- --

12  Section 6 (A) provides state legislative district --

13  prohibits state legislative district maps from being

14  drawn primarily to favor or disfavor a political party.

15  The evidence from tonight's hearing is consistent with

16  the evidence used in prior Supreme Court rulings on

17  violations of Section 6 (A).

18          The Supreme Court of Ohio held in League of

19  Wom- -- Women Voters of Ohio versus the Ohio

20  Redistricting Commission that maps adopted -- but not

21  drafted -- by the Commission favor one party over the

22  other.

Transcript of Video
Conducted on March 28, 2022                           136

1          The court held that draw- -- drawing
2    controlled by the majority to the exclusion of the
3    minority party favors one party over the other.
4          Once again, it is the Republican Senate
5    president's map drawer who was sequestered in a secret
6    location, drawing the map. The map was neither drafted
7    by the commission, nor does it have the input of
8    minority commissioners.
9          In the third unconstitutional plan, the
10   minority commissioners were given a copy of the map at
11   12:30 p.m.. In this latest charade, the minority
12   commissioners -- and again, most of the commissioners
13   here -- had been given a copy of the map after 9 p.m.
14   for a vote that took pla- -- place just under an hour
15   later.
16         The majority commissioners have purposely
17   wasted another opportunity to adopt constitutionally-
18   compliant maps that have been drawn in public and with
19   a team of independent, bipartisan mapmakers.
20         This is, once again, a slap in the face to
21   Ohioans who have voted for fair maps, and a dangerous
22   and irresponsible erosion of our democratic processes

Transcript of Video
Conducted on March 28, 2022                    137

1    that we have been entrusted with.

2            Despite only receiving this plan mere minutes

3    before we were expected to vote, a cursory glance shows

4    that this plan still contains the asymmetry issues that

5    plagued the third, invalidated map.

6            The last-minute plan dumped on minority

7    commissioners contains an astounding 17 Democratic

8    toss-up seats in the House, between 50 and 52 percent

9    partisan share, and 0 Republicans in the same range.

10           The Senate map is equally lopsided, with six

11   Democratic Senate seats falling between 50 and 52

12   percent, and zero Republicans in the same range. The

13   absurd asymmetry found in the latest plan is nearly

14   identical to the plan overturned by the Supreme Court

15   of Ohio just 12 days ago.

16           The unconstitutional distribution of toss-up

17   seats is exactly the kind of partisan chicanery the

18   Court found problematic in their numerous decisions.

19           In short, nothing has changed. Once again, a

20   secret plan that violates Article XI, Section 6 (A) and

21   6 (B) has been adopted by this Commission without

22   minority party input, or even proper time for review.

Transcript of Video
Conducted on March 28, 2022                                   138

1          And every unconstitutional fault in the last

2     plan is found in the latest plan. And we suspect that

3     the latest ruse will suffer the same fate as its

4     predecessors.

5          That said, in spite of everything that we have

6     witnessed, that has happened in the last several hours,

7     I still have hope. And I believe that we still have

8     time to get this right. Thank you.

9          SEN. SYKES:  I believe, again, it does not

10    require a vote. It's just for the -- for information

11    purposes, for the record. Are there any other comments

12    or statements? Any other business to be brought before

13    the Commission?

14         SEN. FABER:  I -- just for the record, I do

15    not concur in the Minority Report.

16         SEN. SYKES:  Hearing none, the meeting is

17    adjourned.

18

19

20

21

22

Transcript of Video
Conducted on March 28, 2022                          139

```
1              CERTIFICATE OF TRANSCRIBER

2         I, Chris Naaden, a transcriber, hereby declare

3    under penalty of perjury that to the best of my ability

4    from the audio recordings and supporting information;

5    and that I am neither counsel for, related to, nor

6    employed by any of the parties to this case and have no

7    interest, financial or otherwise, in its outcome, the

8    above 69 pages contain a full, true and correct

9    transcription of the tape-recording that I received

10   regarding the event listed on the caption on page 1.

11

12         I further declare that I have no interest in

13   the event of the action.

14

15

16   _____

17         March 30, 2022

18         Chris Naaden

19

20   (443129, Ohio Redistricting Committee, 3-28-22, second

21   part)

22
```

Transcript of Video
Conducted on March 28, 2022

140

**A**

**ability**
88:1, 129:21, 130:1, 139:3

**able**
7:21, 13:19, 15:18, 23:10, 25:1, 28:21, 43:14, 44:18, 44:19, 49:13, 51:19, 52:4, 54:14, 54:22, 56:7, 57:1, 61:18, 62:5, 62:17, 67:17, 69:8, 77:8, 78:4, 79:13, 79:16, 80:13, 90:20, 96:9, 98:15, 105:20, 109:4, 109:5, 118:16, 121:21, 129:1, 129:17

**about**
4:18, 10:5, 11:9, 20:1, 20:6, 20:16, 21:3, 21:7, 25:14, 31:2, 33:22, 34:11, 34:16, 35:1, 35:7, 35:8, 36:2, 36:11, 37:7, 37:13, 38:11, 38:19, 38:21, 40:8, 41:11, 41:17, 47:7, 49:16, 52:3, 52:11, 52:16, 53:12, 53:15, 54:1, 55:16, 56:2, 59:11, 60:3, 62:21, 63:1, 63:4, 63:15, 65:1, 69:6, 71:9, 71:10,

72:10, 74:11, 78:21, 84:3, 84:4, 84:12, 85:1, 86:3, 86:4, 86:6, 86:14, 89:7, 91:11, 97:4, 100:22, 103:3, 104:21, 105:15, 109:14, 110:6, 115:20, 116:12, 116:21, 117:3, 117:10, 117:15, 121:18, 124:22, 126:2, 128:22, 129:14, 129:22, 131:2

**above**
38:22, 39:2, 139:8

**absolute**
86:11

**absolutely**
84:22, 92:12, 99:17, 99:18

**abstain**
113:3, 113:14

**absurd**
137:13

**accept**
3:11, 3:16, 7:11, 97:22, 115:22, 129:7

**acceptable**
51:7, 51:8, 65:7

**accepting**
95:22, 115:2

**access**
13:8, 29:3

**accommodate**
5:18, 49:6

**accommodating**
14:16

**accompanies**
123:15

**accomplies**
123:15

**accomplish**
51:4

**accomplished**
59:18, 82:1

**according**
88:3

**account**
6:22, 23:7, 127:20

**accountability**
127:12

**accumulated**
97:15

**accurate**
31:10, 86:19, 129:13

**accurately**
128:1

**achievable**
58:18

**achieve**
33:2, 35:22, 48:2, 48:13

**achieved**
35:3

**acknowledging**
21:14

**across**
33:17, 35:3, 35:12, 35:14, 48:7, 87:21, 123:13, 128:4

**action**
104:7, 139:13

**actual**
47:1

**actually**
7:18, 25:13, 42:4, 47:2, 47:8, 50:3, 50:22, 55:17, 65:17, 68:21, 72:9, 73:2, 82:3, 96:16, 120:15, 129:5

**adamant**
131:13

**add**
5:3, 5:5, 9:16,

10:14, 18:5, 28:12, 47:18, 115:3, 117:9

**added**
131:7

**addition**
19:5, 29:17, 67:13, 116:2, 118:22

**additional**
17:2, 19:14, 26:21, 28:6, 67:14, 85:19, 97:19, 99:10, 99:22, 105:18, 107:17, 110:2, 113:18, 118:18, 119:19, 120:2

**address**
19:4, 68:14, 76:5, 76:6, 77:2, 78:2

**addresses**
94:9, 115:3

**adjacent**
37:16

**adjourned**
138:17

**adjustments**
9:1, 9:8, 9:21, 19:15, 86:22, 118:9

**administration**
59:12

**adopt**
81:3, 81:15, 83:17, 85:22, 95:19, 108:18, 111:9, 111:22, 113:16, 118:21, 136:17

**adopted**
31:21, 53:3, 85:5, 92:3, 93:12, 111:20, 113:15, 115:10, 115:21, 132:14, 135:20, 137:21

Transcript of Video
Conducted on March 28, 2022

141

| | | | |
|---|---|---|---|
| **adopting**<br>87:14, 115:12<br>**advantage**<br>19:3, 85:15<br>**advised**<br>45:1, 46:22<br>**affect**<br>5:9, 8:4,<br>28:18, 128:11<br>**affiliation**<br>125:10<br>**afoul**<br>135:10<br>**after**<br>9:13, 9:20,<br>24:11, 64:18,<br>67:4, 81:12,<br>96:1, 136:13<br>**afternoon**<br>49:22, 87:3,<br>91:17, 91:21<br>**again**<br>12:14, 12:18,<br>15:1, 19:20,<br>21:11, 21:14,<br>22:18, 22:20,<br>23:4, 23:18,<br>33:18, 34:21,<br>36:9, 37:12,<br>37:20, 38:2,<br>40:10, 40:17,<br>41:2, 58:9,<br>58:13, 59:3,<br>60:12, 60:21,<br>61:16, 63:21,<br>66:3, 67:16,<br>69:1, 72:11,<br>75:11, 82:8,<br>86:11, 86:14,<br>88:2, 88:6,<br>96:6, 98:22,<br>99:14, 99:21,<br>105:5, 106:3,<br>106:15, 106:18,<br>106:19, 112:1,<br>115:17, 131:21,<br>132:14, 133:22,<br>134:7, 135:9, | **136:4, 136:12,**<br>136:20, 137:19,<br>138:9<br>**against**<br>104:9<br>**ago**<br>4:4, 25:14,<br>71:10, 71:15,<br>73:1, 86:19,<br>86:22, 90:5,<br>93:12, 103:7,<br>116:21, 129:2,<br>129:16, 132:12,<br>137:15<br>**agree**<br>35:6, 61:4,<br>126:18<br>**agreement**<br>16:21, 28:12,<br>129:1<br>**ahead**<br>5:11<br>**airport**<br>46:14<br>**akron**<br>38:6, 38:7,<br>38:9<br>**all**<br>2:21, 4:2,<br>6:22, 7:20,<br>8:15, 11:22,<br>12:3, 13:9,<br>13:11, 14:11,<br>15:2, 16:11,<br>16:14, 17:14,<br>21:3, 22:16,<br>24:10, 27:10,<br>29:22, 30:12,<br>30:18, 35:17,<br>40:10, 42:5,<br>43:6, 46:9,<br>46:18, 49:15,<br>49:21, 50:19,<br>50:21, 52:12,<br>53:16, 54:11,<br>55:22, 56:12,<br>57:6, 59:11,<br>59:14, 62:7, | **62:15, 65:11,**<br>68:1, 68:12,<br>69:8, 74:14,<br>75:20, 77:3,<br>80:9, 80:13,<br>80:15, 84:19,<br>85:1, 85:9,<br>87:17, 87:22,<br>90:13, 90:16,<br>91:2, 92:13,<br>93:4, 96:2,<br>98:10, 100:17,<br>103:8, 103:14,<br>104:7, 104:10,<br>109:18, 117:12,<br>119:8, 121:20,<br>121:22, 122:22,<br>123:4, 123:20,<br>129:18, 134:5<br>**allen**<br>48:19, 48:20,<br>48:22<br>**allotted**<br>81:16, 82:19,<br>130:2<br>**allow**<br>61:7, 65:4,<br>69:2, 105:4,<br>107:10, 113:17,<br>116:15<br>**allowed**<br>24:13, 78:17,<br>124:9<br>**almost**<br>32:6, 45:13,<br>45:15, 45:17,<br>77:3, 77:4,<br>89:10<br>**alone**<br>74:14<br>**along**<br>6:3, 8:16,<br>9:10, 11:8,<br>15:2, 66:17,<br>87:22, 122:22,<br>133:3<br>**already**<br>4:13, 5:6, | **59:17, 72:9,**<br>85:18, 96:18,<br>105:16, 108:8,<br>115:16, 119:1,<br>120:2<br>**also**<br>12:18, 18:17,<br>19:5, 22:18,<br>23:12, 24:7,<br>27:2, 40:6,<br>44:3, 47:7,<br>47:9, 52:2,<br>52:10, 56:1,<br>61:2, 68:19,<br>73:3, 89:15,<br>98:12, 103:18,<br>105:6, 105:19,<br>114:16, 115:3,<br>118:10, 118:21,<br>124:6, 126:17<br>**alternative**<br>64:3, 68:2<br>**although**<br>29:16, 45:1<br>**always**<br>49:20<br>**amend**<br>68:10, 79:13,<br>117:11<br>**amendment**<br>65:4, 65:8,<br>65:10, 65:16,<br>65:20, 65:22,<br>120:20, 121:2,<br>121:3, 121:9,<br>125:20<br>**amendments**<br>11:15, 12:12,<br>68:7, 77:12,<br>77:15, 79:14,<br>80:3, 96:1,<br>96:9, 96:13,<br>97:5, 97:12,<br>98:12, 101:5,<br>101:17, 101:18,<br>102:10, 106:6,<br>123:3, 129:19,<br>129:20 |

Transcript of Video
Conducted on March 28, 2022

142

among
69:6
amongst
5:22
amount
30:5, 30:11,
33:19, 51:5,
58:6, 132:18
analysis
7:21, 19:10,
25:15, 40:18
animal
20:2
announced
134:10
another
12:15, 18:7,
31:19, 32:10,
33:5, 33:10,
38:9, 46:10,
58:13, 65:15,
79:10, 88:6,
115:12, 136:17
answer
23:10, 38:15,
92:22, 100:18,
102:17
answers
84:19
anticipate
6:8, 8:2
anticipation
10:1
antonio
23:1
any
3:14, 5:9,
6:16, 8:18,
9:10, 9:18,
11:5, 12:8,
12:11, 12:22,
14:1, 14:15,
15:19, 17:2,
18:4, 19:12,
19:13, 24:13,
28:6, 33:1,
38:13, 39:20,
47:10, 54:19,

55:18, 59:15,
63:11, 63:14,
66:5, 67:11,
67:13, 72:20,
73:7, 86:2,
92:18, 92:19,
93:1, 93:3,
98:1, 99:22,
104:7, 104:16,
107:17, 116:17,
118:8, 118:9,
119:19, 123:7,
129:7, 130:7,
138:11, 138:12,
139:6
anybody
96:13
anyone
43:22, 66:4,
106:12
anything
5:3, 65:1,
105:14
anytime
48:4
anyway
119:4
apart
57:9
apologize
46:15, 50:16,
50:20
apparent
94:17
apparently
20:20, 46:8,
79:15, 134:11
appear
62:8
appears
7:4, 7:5,
29:13, 96:17,
103:18
applause
106:20
applied
88:22
apply
74:1

appreciate
8:11, 14:10,
14:15, 50:21,
51:1, 51:2,
62:20, 65:10,
66:16, 117:2
appreciative
33:6
approach
68:1
approaches
15:2
approaching
76:17
appropriate
104:4, 105:22
approved
70:7, 111:1,
120:11
area
35:8, 35:15,
46:10, 72:5,
75:11, 80:17,
97:8
areas
11:16, 30:22,
31:21, 35:21,
38:1, 45:9,
49:5, 68:13,
73:21, 124:19
aren't
79:15, 79:16
argue
21:15, 102:18
argued
22:8, 50:22
arguing
22:20
argument
110:5
around
29:2, 36:10,
41:4, 44:9,
52:6, 73:22,
86:7, 90:22,
125:9
arrive
29:1

arrived
128:20
arrogance
63:11
article
126:7, 135:10,
137:20
asked
24:15, 29:10,
35:8, 40:8,
51:17, 77:19,
85:19, 89:1,
102:19, 105:11,
105:13, 109:14,
111:4, 124:9,
124:12, 127:22
asking
14:8, 60:16,
99:6, 104:3,
108:1
assembly
22:1, 59:20,
85:5, 132:2,
132:15, 134:15,
135:4
assertion
86:18
assess
43:14
assessing
8:18
assessment
8:18, 27:22,
35:21, 94:8
assigned
16:8
assignment
19:7, 53:6,
53:8
assignments
53:11
assist
50:5, 87:13,
87:16
assistant
23:1
assume
23:4, 43:14,

Transcript of Video
Conducted on March 28, 2022

143

96:12
**assuming**
39:6
**assumption**
92:5, 129:11
**astounding**
137:7
**asymmetrical**
83:7, 83:8,
93:10, 93:13,
93:19, 93:21,
97:8
**asymmetry**
46:19, 47:3,
105:12, 137:4,
137:13
**attainable**
103:12, 128:19
**attempt**
48:13, 75:15,
120:5, 133:2
**attempted**
43:3, 47:13
**attending**
3:3
**attention**
87:15, 126:6
**attorney**
65:16, 65:21,
90:3, 107:22
**audience**
3:4
**audio**
82:11, 133:20,
139:4
**auditor**
2:13, 8:6,
11:7, 67:20,
69:20, 77:18,
78:3, 79:14,
110:14, 113:2,
122:11, 130:15
**auglaize**
49:1
**august**
127:21
**authority**
134:4

**available**
79:15, 86:2,
95:18, 108:7,
118:8, 131:5
**aviation**
66:17, 67:22
**avoid**
22:21
**avoiding**
17:16, 19:5
**aware**
10:20, 10:21,
46:17
**away**
19:11, 28:2,
63:5, 87:15

**B**

**b**
135:11, 137:21
**back**
6:5, 7:10,
12:21, 13:11,
13:13, 13:15,
13:16, 33:1,
34:8, 40:20,
41:15, 41:17,
54:9, 59:10,
62:14, 71:16,
74:16, 74:17,
75:18, 76:14,
76:20, 77:1,
98:8, 99:13,
102:13, 111:22,
120:18
**backing**
90:12
**backup**
66:19, 100:10
**balance**
31:16, 33:15,
37:21, 43:7
**balancing**
30:8
**ballot**
59:17
**barred**
131:16

**based**
39:7, 56:4,
98:6, 125:10
**basically**
15:4
**batches**
6:13
**became**
91:22, 94:17
**because**
5:18, 6:7,
7:16, 8:20,
14:12, 16:1,
16:5, 22:9,
23:10, 24:21,
25:22, 30:3,
33:8, 33:21,
34:5, 34:10,
39:4, 40:8,
46:15, 49:14,
61:14, 66:17,
66:21, 75:5,
75:6, 75:13,
78:9, 86:3,
90:6, 90:22,
93:4, 94:16,
95:12, 96:2,
96:17, 98:6,
99:8, 99:14,
105:8, 122:13,
123:4
**become**
31:22, 33:6
**before**
10:8, 45:14,
54:5, 58:21,
73:11, 75:5,
78:5, 81:8,
82:7, 83:22,
86:9, 86:21,
90:7, 91:11,
92:3, 92:15,
92:20, 97:3,
99:17, 100:6,
100:11, 100:21,
104:1, 105:10,
107:2, 107:11,
126:20, 137:3,

138:12
**beforehand**
115:20
**began**
2:2, 134:14
**begin**
4:15, 4:16,
98:8
**beginning**
61:3, 97:11,
101:7
**begun**
129:11
**behalf**
2:4
**behind**
128:5, 130:5
**being**
8:15, 14:16,
29:22, 36:2,
48:18, 49:12,
67:3, 80:1,
91:4, 101:5,
105:10, 105:13,
106:2, 109:4,
109:14, 121:21,
122:5, 135:13
**belief**
26:17
**believe**
7:7, 8:10,
16:11, 17:13,
17:15, 18:14,
26:11, 27:5,
29:21, 31:12,
61:2, 63:13,
72:2, 72:5,
77:4, 81:22,
101:22, 105:4,
109:22, 112:9,
125:17, 128:14,
129:13, 131:5,
131:8, 138:7,
138:9
**bellaire**
128:6
**bend**
132:9

Transcript of Video
Conducted on March 28, 2022

144

**benefited**
49:18
**besides**
120:2
**best**
5:21, 14:20,
30:10, 31:15,
82:18, 83:3,
87:2, 95:17,
103:9, 105:3,
139:3
**bet**
59:1
**better**
7:16, 21:13,
40:19, 55:2,
115:9, 115:18
**between**
9:14, 16:7,
23:21, 30:13,
46:2, 46:20,
76:20, 93:16,
93:17, 94:5,
137:8, 137:11
**beyond**
9:19
**big**
4:19, 4:20
**bigger**
89:14
**bills**
106:6
**bipartisan**
50:2, 121:5,
134:7, 136:19
**bit**
10:6, 47:3,
52:16, 102:5
**blade**
121:8
**block**
26:19, 53:6,
53:8
**blocks**
74:17
**bloody**
90:19
**blown**
11:16

**blue**
39:7, 41:6
**board**
48:7
**boards**
60:8, 114:8
**bodies**
102:21
**body**
80:6
**bonds**
128:19
**border**
37:9
**both**
9:14, 14:15,
15:8, 24:5,
29:9, 49:11,
64:16, 65:6,
75:3, 82:11,
83:5, 94:2,
122:12, 127:16
**boundaries**
32:9, 32:11,
34:3, 43:16,
121:6
**boundary**
25:7, 33:9
**break**
105:7
**breakdown**
93:2, 93:18
**breakdowns**
102:15
**brick**
75:17, 76:10
**brief**
14:18
**briefly**
81:7
**bright**
41:7
**bring**
57:21
**bringing**
30:20, 47:21
**broadcast**
82:15

**broke**
100:11
**broken**
125:6
**brought**
52:17, 58:5,
126:18, 138:12
**budget**
52:3
**build**
77:1
**building**
51:19, 134:1
**bunker**
133:22
**bureau**
134:1
**business**
53:12, 71:4,
138:12
**busy**
112:2
**bwc**
51:18

**C**
**calculations**
39:4
**call**
2:4, 2:6, 7:6,
7:8, 21:4,
69:12, 71:2,
75:16, 75:17,
81:17, 108:10,
109:6, 110:7,
112:11, 112:17,
130:8
**called**
35:2, 86:8,
102:14
**came**
11:11, 20:15,
28:12, 44:18,
80:10, 81:13,
129:10
**campaign**
22:17
**campaigning**
22:14, 23:5

**campus**
28:14
**can't**
7:13, 20:19,
22:18, 24:21,
25:11, 33:18,
75:17, 84:6,
98:16, 98:20,
117:20, 119:14,
122:6, 122:7
**cannot**
55:12, 63:20,
126:9
**caption**
139:10
**cares**
22:3
**case**
36:12, 38:18,
45:14, 45:15,
52:21, 96:14,
139:6
**cases**
85:2
**catch**
46:14, 75:12,
75:22
**caucus**
19:20, 19:21,
64:14, 68:20,
101:19, 101:21
**caucuses**
9:14
**caught**
24:11
**cause**
75:7
**census**
26:19
**center**
31:21, 32:1
**centers**
32:7
**central**
40:13
**certain**
30:5, 44:8
**certainly**
5:14, 10:7,

Transcript of Video
Conducted on March 28, 2022

145

11:3, 12:3,
18:16, 19:10,
24:1, 26:16,
27:8, 40:18,
42:8, 51:2,
58:20, 68:8,
76:4, 101:16,
118:17, 120:16,
123:9
**certificate**
139:1
**chair**
14:3, 108:6
**chairman**
100:17, 102:22,
114:2, 119:21,
120:1
**challenge**
19:9, 42:15
**challenges**
17:8, 18:16
**chance**
7:3, 7:9, 39:3,
96:16, 98:1,
106:13, 123:2,
129:18
**change**
5:6, 5:11, 6:2,
76:11, 82:4,
93:7, 97:6
**changed**
20:21, 39:6,
59:21, 103:12,
132:11, 137:19
**changes**
3:15, 5:13,
6:8, 6:9, 7:13,
7:22, 8:4, 8:5,
8:18, 8:22,
11:11, 17:11,
56:14, 56:15,
56:21, 58:19,
60:1, 60:6,
64:15, 69:1,
72:2, 72:3,
72:18, 73:11,
73:16, 76:9,
77:20, 96:10,

96:19, 114:12,
117:14, 117:17
**changing**
7:14
**channel**
3:7
**character**
18:10, 18:12
**charade**
136:11
**charges**
104:9
**cheaters**
108:22, 109:1
**check**
72:10
**checks**
27:8
**chicanery**
137:17
**chime**
29:9
**choice**
30:13, 49:4,
129:9
**choices**
36:5
**choose**
46:2, 56:13
**chose**
89:22, 90:11
**chosen**
15:1
**chris**
139:2, 139:18
**christian**
1:22
**cincinnati**
121:13, 127:15
**circumstances**
32:6, 66:7,
81:19
**cities**
33:22, 34:7,
36:12, 38:13,
40:5, 40:6,
41:7, 41:12,
41:13, 42:21,

120:16, 121:15,
122:5, 124:18,
126:3, 126:22,
127:19, 128:2
**citizen**
127:20
**citizen-passed**
127:16
**city**
4:11, 32:8,
32:11, 32:20,
33:3, 33:7,
34:12, 34:21,
35:12, 35:14,
36:13, 36:16,
36:20, 36:22,
37:6, 37:11,
37:16, 38:2,
38:5, 38:7,
40:10, 43:2,
43:16, 43:18,
45:17, 46:4,
75:20, 126:4,
126:14, 127:2
**clarification**
117:22
**clarify**
118:10
**clark**
74:9, 83:10,
107:21
**clark's**
108:7
**class**
28:13
**classic**
40:2, 57:20,
124:17
**cleanup**
4:11, 17:10
**clear**
11:21, 40:4,
52:13, 59:14,
63:20, 64:7,
67:12, 71:17,
95:13, 96:4,
99:5, 104:13,
104:21, 105:2,

131:11, 133:3
**clearer**
104:17
**clearly**
22:7, 43:11,
99:6, 119:18,
121:17, 126:13
**clerk**
67:10, 104:15
**cleveland**
37:7, 37:9,
37:10, 37:11,
38:5, 75:3,
77:7, 127:22
**clicked**
86:7
**client**
24:17
**close**
95:15
**closely**
56:17, 69:3
**closer**
69:3, 83:15,
87:1, 92:15,
94:11, 94:18,
95:17
**co-chair**
2:7, 2:9, 2:21,
6:18, 7:19,
15:22, 19:19,
27:13, 28:10,
42:2, 42:19,
48:15, 51:12,
56:8, 57:2,
57:17, 57:19,
59:6, 60:10,
61:8, 63:16,
64:5, 65:9,
65:19, 67:5,
67:15, 68:17,
69:14, 69:16,
70:6, 73:9,
78:12, 79:9,
79:22, 80:7,
83:18, 83:20,
86:17, 88:10,
91:6, 96:21,

Transcript of Video
Conducted on March 28, 2022

146

99:3, 100:2,
102:2, 103:6,
104:12, 104:19,
106:21, 107:19,
108:12, 108:14,
109:15, 109:21,
110:8, 110:10,
111:2, 111:7,
111:14, 112:18,
112:20, 114:22,
116:9, 116:20,
117:21, 118:6,
130:9, 130:11,
131:10
**co-chairman**
44:13
**co-chairs**
3:19, 17:6,
54:10, 71:8
**cochair**
109:10
**coding**
4:5
**collaborating**
15:2
**colleague**
126:18
**colleagues**
101:22
**collective**
101:15
**college**
95:22
**columbia**
127:14
**columbiana**
83:11
**columbus**
36:18, 36:20,
36:21, 36:22,
37:2, 37:6,
37:14, 37:16,
38:2, 40:7,
40:9, 40:13,
43:16, 43:18,
43:20, 128:7
**column**
127:4

**combin**
74:4
**combinations**
89:9
**combined**
11:10
**combining**
74:5
**come**
5:2, 5:13, 6:5,
7:10, 10:18,
11:2, 12:21,
13:13, 13:15,
13:16, 61:11,
63:13, 81:22,
95:15, 96:5,
99:13, 111:22,
129:1, 129:9
**comes**
45:7, 69:2,
95:17
**comfortable**
13:6, 119:9
**coming**
9:13, 12:12,
13:11, 34:21,
57:7
**commend**
14:3
**comment**
26:9, 47:10,
54:4
**comments**
6:16, 7:3,
8:12, 15:20,
17:3, 19:13,
28:7, 57:16,
62:21, 63:11,
67:14, 100:1,
120:2, 122:13,
130:7, 138:11
**commission's**
64:9, 99:10,
104:2, 107:21
**commissioner**
6:2, 96:16,
98:13
**commissioners**
5:14, 5:21,

5:22, 6:17,
6:20, 7:1, 7:8,
7:20, 10:20,
14:11, 51:3,
56:13, 60:16,
79:12, 86:3,
92:20, 98:13,
100:5, 100:15,
100:20, 102:20,
104:22, 105:1,
105:9, 106:4,
115:19, 132:3,
132:6, 132:8,
132:14, 132:20,
133:2, 133:5,
133:7, 133:11,
133:14, 133:18,
134:9, 135:5,
136:8, 136:10,
136:12, 136:16,
137:7
**committed**
27:16
**committee**
1:4, 139:20
**common**
42:15, 127:8
**communities**
83:12, 120:15,
121:15, 122:4,
125:18, 127:8,
127:18, 128:1
**community**
45:17, 46:3
**compact**
18:12, 30:6,
30:9, 30:14,
31:12, 83:14,
120:12, 120:13,
121:6, 121:11,
122:4, 127:9,
127:18, 128:1
**compacted**
29:21
**compactness**
12:11, 14:19,
17:10, 29:11,
29:14, 30:7,

30:16, 31:17,
32:18, 37:13,
43:7, 47:9,
93:3, 119:10,
125:5
**compared**
120:10
**comparison**
105:21
**compe**
127:11
**compensation**
134:1
**competing**
31:16
**competition**
125:14
**competitive**
15:10, 15:16,
93:2, 95:1,
95:13, 115:5,
115:6, 115:7,
120:7, 120:17,
121:7, 121:11,
122:3, 122:6,
127:12, 131:15
**competitiveness**
125:22
**complete**
18:22, 28:21,
67:17, 80:12,
84:1, 98:3,
105:2, 107:3,
130:1, 133:20
**completed**
91:5, 101:14,
103:20, 113:17,
114:16, 115:16
**completely**
25:17, 27:5,
58:10, 105:21
**complex**
54:15, 54:18,
64:10, 71:14,
80:17, 89:16
**complexities**
123:14
**compliance**
80:21, 82:8

Transcript of Video
Conducted on March 28, 2022

147

| | | | |
|---|---|---|---|
| compliant<br>136:18<br>complicated<br>18:16, 18:17<br>complicates<br>19:8<br>complies<br>30:12<br>comply<br>27:5, 53:21,<br>57:10, 57:12,<br>81:9, 83:3,<br>87:1, 87:17,<br>88:5, 98:5,<br>104:5, 109:16,<br>129:3, 133:3<br>complying<br>31:13, 47:19<br>comport<br>56:17, 69:3<br>comporting<br>83:15<br>composed<br>25:6<br>comprised<br>83:13<br>compromise<br>68:14, 101:15,<br>128:14, 128:20<br>computer<br>25:15, 25:17,<br>26:14, 26:18,<br>29:3, 51:19,<br>75:20, 89:4<br>concentrate<br>124:20<br>concentrating<br>39:15, 47:16<br>concentration<br>39:17, 41:6,<br>124:22<br>concepts<br>103:13<br>concern<br>29:15, 31:19,<br>37:13, 117:10<br>concerned<br>56:4, 117:5 | concerns<br>29:10, 31:2,<br>31:7, 44:14,<br>50:6, 78:3,<br>94:9, 115:4,<br>115:20, 129:14,<br>129:22<br>concessions<br>68:14<br>conclusion<br>122:20<br>concur<br>138:15<br>conducted<br>82:11, 113:18,<br>134:7<br>confidence<br>67:16, 67:19<br>confident<br>27:19, 28:17,<br>28:21<br>configure<br>46:2<br>confirm<br>26:14, 26:16,<br>55:13, 61:19<br>confirmation<br>64:12<br>congre<br>126:15<br>connect<br>74:15<br>consensus<br>6:2, 6:4<br>consider<br>27:21, 55:11,<br>64:2, 65:7,<br>104:10, 128:5<br>considerable<br>135:7<br>consideration<br>5:16, 25:4,<br>59:10, 65:3<br>considered<br>30:1, 35:17,<br>44:7, 95:4,<br>107:11<br>considering<br>23:8 | consistent<br>135:15<br>consistently<br>123:21<br>consolidate<br>6:12<br>constantly<br>6:11<br>constituents<br>127:13<br>constitution<br>29:18, 31:14,<br>36:7, 39:22,<br>42:20, 43:1,<br>43:4, 43:11,<br>55:7, 86:12,<br>87:18, 95:16,<br>96:20, 99:7,<br>111:9, 120:9,<br>122:10, 124:8,<br>125:19, 128:19,<br>131:11, 131:14,<br>135:10<br>constitutional<br>5:9, 6:22,<br>21:6, 21:14,<br>22:20, 23:6,<br>55:13, 56:14,<br>57:7, 57:9,<br>61:12, 61:19,<br>62:6, 64:13,<br>74:11, 74:21,<br>80:15, 88:5,<br>92:16, 114:17,<br>120:20, 121:2,<br>125:20<br>constitutionality<br>28:19<br>constitutionally<br>111:15, 136:17<br>consultant<br>82:6<br>consultants<br>80:10<br>consumed<br>94:19<br>contain<br>38:16, 40:9, | 139:8<br>contained<br>32:8, 35:11,<br>36:14, 36:16,<br>36:19, 36:20,<br>37:10, 37:15,<br>38:7, 38:14,<br>42:21<br>contains<br>137:4, 137:7<br>contemplate<br>106:8<br>contempt<br>59:3, 59:4,<br>63:20, 64:18,<br>104:8<br>contentious<br>128:13<br>context<br>42:5<br>contiguity<br>25:16<br>contiguous<br>25:7, 25:17<br>continuation<br>109:8<br>continue<br>3:2, 12:10,<br>14:12, 27:20,<br>31:5, 50:2,<br>58:17, 61:7,<br>62:13, 63:22,<br>65:5, 66:22,<br>78:17, 79:4,<br>85:20, 114:12,<br>116:16, 116:18,<br>125:17<br>continued<br>12:18, 128:16<br>continues<br>68:15<br>continuing<br>64:9, 123:5<br>continuous<br>25:8<br>continuously<br>59:11<br>contractually<br>28:14 |

Transcript of Video
Conducted on March 28, 2022

148

**contrary**
57:15, 102:1
**contrast**
39:11, 82:7
**control**
85:14
**controlled**
85:10, 85:11,
85:13, 136:2
**convene**
133:7
**conversations**
21:6, 29:13,
54:9, 124:13
**converse**
29:1
**coordinated**
9:14
**coordinating**
9:12
**copies**
12:5, 131:5
**copy**
8:17, 9:4,
111:11, 136:10,
136:13
**core**
31:21, 32:1,
32:6, 38:13,
40:13, 41:7
**corporation**
27:1, 126:12
**corporations**
126:11
**correct**
13:2, 20:4,
20:8, 20:9,
25:21, 26:2,
27:4, 28:1,
35:21, 38:17,
38:18, 75:14,
92:5, 92:13,
94:7, 130:3,
139:8
**correctly**
22:8, 32:5
**corridors**
74:18

**could**
5:2, 5:17, 6:3,
8:16, 10:12,
11:10, 11:13,
12:17, 29:22,
34:9, 36:14,
37:7, 38:1,
38:9, 41:15,
49:15, 51:4,
51:14, 55:2,
60:6, 73:10,
73:15, 74:22,
81:21, 82:18,
87:2, 89:20,
92:2, 98:19,
103:10, 104:17,
106:12, 116:13,
116:18, 118:18,
122:19, 124:14,
125:18, 126:4,
130:4, 132:4
**couldn't**
37:4, 91:5,
92:12
**counsel**
63:19, 139:5
**count**
36:16, 95:1,
95:13
**counties**
17:14, 17:17,
18:11, 26:10,
26:12, 41:12,
41:13, 45:3,
45:5, 46:10,
74:11, 74:12,
83:10, 121:16
**counting**
95:3
**country**
54:16
**county**
5:7, 17:10,
26:4, 26:6,
32:17, 33:12,
33:17, 35:19,
36:19, 38:6,
40:10, 43:21,

44:16, 44:20,
45:17, 46:5,
48:20, 48:22,
49:1, 55:16,
55:20, 55:21,
60:8, 83:11,
128:2
**couple**
19:2, 19:11,
23:9, 27:20,
42:3, 61:10,
99:12, 99:20,
120:1
**course**
8:15, 20:22,
54:2, 55:3,
75:1, 77:6,
98:12
**court**
5:10, 15:13,
29:17, 36:8,
40:1, 42:7,
43:5, 43:11,
47:7, 48:3,
49:15, 51:7,
52:18, 54:1,
55:3, 56:2,
56:18, 57:10,
57:16, 58:3,
58:10, 58:12,
59:1, 59:21,
60:13, 60:18,
61:18, 62:1,
62:2, 62:10,
63:20, 64:17,
65:18, 66:1,
66:13, 67:8,
67:10, 69:4,
81:10, 81:12,
81:17, 81:18,
82:9, 82:20,
84:9, 85:17,
86:13, 88:5,
88:7, 92:10,
94:10, 94:14,
94:21, 95:12,
96:4, 96:18,
96:20, 97:18,

98:5, 99:7,
99:8, 99:16,
99:19, 101:11,
103:11, 104:3,
104:6, 104:8,
104:12, 104:15,
104:17, 105:1,
105:16, 105:17,
106:8, 106:16,
108:1, 115:4,
124:9, 124:11,
129:2, 131:11,
132:9, 132:12,
132:18, 133:6,
134:17, 135:16,
135:18, 136:1,
137:14, 137:18
**court's**
53:21, 59:4,
62:19, 67:4,
80:21, 82:22,
83:16, 84:8,
87:1, 92:3,
92:17, 95:16,
95:19, 108:9,
109:16, 115:18,
118:17, 133:3
**courts**
31:15, 92:8
**cracked**
124:19
**cracking**
35:1, 35:2,
40:3, 127:4
**create**
32:3, 35:14,
37:17, 58:3,
74:5, 121:9,
127:17, 134:19
**created**
21:1, 42:4,
120:20, 129:2
**creating**
41:22, 64:1
**creation**
66:4
**criteria**
44:11, 121:14,

Transcript of Video
Conducted on March 28, 2022

149

121:20
**criticism**
21:4
**criticized**
60:14
**cross**
19:17, 33:9,
34:3
**crucial**
50:1
**cupp**
2:7, 2:8, 3:12,
10:22, 13:11,
13:15, 13:17,
13:19, 13:22,
44:13, 46:8,
46:18, 48:15,
48:17, 49:9,
50:6, 50:9,
57:4, 67:5,
67:7, 69:14,
69:15, 70:11,
80:7, 80:9,
81:2, 81:6,
82:14, 82:18,
86:17, 90:10,
91:9, 91:17,
91:21, 92:11,
92:21, 93:6,
93:19, 94:3,
94:7, 94:11,
95:7, 95:10,
95:17, 96:12,
104:12, 108:12,
108:13, 108:19,
110:8, 110:9,
111:1, 112:17,
112:18, 112:19,
114:1, 118:20,
119:3, 119:8,
119:17, 130:9,
130:10
**current**
9:4, 10:12,
13:19, 13:20,
25:12, 25:16,
78:8, 107:9,
132:9

**currently**
24:13, 107:7
**cursory**
137:3
**cutoff**
109:22
**cuyahoga**
73:19, 73:20

**D**

**dais**
100:20
**dangerous**
136:21
**data**
16:2, 16:6,
16:22, 44:18,
107:1
**date**
49:7
**dates**
59:20
**day**
4:20, 18:14,
52:10, 62:2,
62:3, 65:18,
68:12, 87:12,
91:22, 102:3,
118:19, 133:8,
134:11
**days**
54:7, 54:20,
54:21, 55:8,
79:20, 81:16,
82:20, 89:17,
90:5, 90:14,
94:19, 97:16,
98:4, 116:4,
116:8, 123:9,
128:17, 129:1,
134:12, 137:15
**dayton**
34:10, 34:12,
34:21
**dayton's**
34:11
**deadline**
54:1, 61:21,

66:20, 92:4,
97:13, 103:20,
123:6
**deal**
66:3, 76:9,
89:22, 111:5
**dealing**
12:17
**debate**
57:1, 65:1,
65:21, 66:11,
126:1
**debated**
92:3
**debates**
30:17
**debating**
30:19
**decades**
48:22
**decide**
133:15
**decided**
89:22, 104:6
**decision**
5:2, 31:17,
38:10, 60:19,
81:10, 81:12,
90:13, 108:9
**decisions**
29:12, 41:17,
44:6, 56:17,
60:13, 63:6,
137:18
**declare**
139:2, 139:12
**declared**
92:9, 99:15
**declaring**
129:6
**decoupled**
44:16
**dedicated**
28:5
**deeply**
50:16
**definitely**
28:3

**definition**
40:2, 42:7
**degree**
18:2
**delaware**
74:6
**delaying**
133:15
**demands**
124:8
**democrat**
32:3, 35:15,
39:1, 39:11,
39:17, 40:22,
41:22, 44:1,
45:2, 47:4,
82:6, 83:7,
83:8, 93:9,
95:5, 101:19,
101:21, 120:7,
124:21, 125:4,
126:18, 127:3,
128:7
**democratic**
15:12, 15:15,
40:7, 40:14,
42:12, 45:15,
45:16, 48:1,
48:10, 48:12,
49:20, 55:1,
68:20, 84:17,
95:12, 114:18,
114:19, 114:20,
115:5, 115:8,
136:22, 137:7,
137:11
**democrats**
39:17, 123:12,
124:20, 125:3,
128:6
**demurred**
133:10
**depending**
59:19
**depth**
46:22
**derossi**
51:16, 64:15,

Transcript of Video
Conducted on March 28, 2022

150

90:19
describe
73:10, 73:15,
74:22
described
48:3, 64:11,
75:22
description
14:18, 36:3,
56:4
deserve
131:16
designee
19:21
desire
48:6, 59:19,
60:4
despite
132:12, 134:5,
137:2
details
84:7
determination
44:6, 92:17
developed
134:2
deviate
100:8
deviation
24:14, 93:5
deviations
84:3, 84:6
dewine
2:11, 2:12,
69:18, 69:19,
102:22, 103:2,
108:21, 110:12,
110:13, 112:22,
113:1, 119:21,
120:1, 130:13,
130:14
diagonal
73:19
dictated
61:17
difference
22:2
different
39:8, 82:21,

106:9, 117:6,
121:20, 130:4
difficult
48:9, 55:5,
89:18, 121:19
difficulty
49:11
digest
106:13
dilute
36:2, 36:5
diluting
35:13
direct
114:7, 126:6
directed
56:9, 91:19,
134:18
direction
4:15, 5:15,
9:11, 13:5,
16:17, 31:4,
44:5, 47:14,
57:16
directions
4:22, 83:1
directive
44:5, 57:15
directly
122:14
directs
107:21
disagree
36:1, 39:20,
95:22
disagreement
31:1
disappointment
88:7
discuss
102:11, 123:2
discussed
4:3, 4:6, 15:7,
28:16
discussion
6:6, 16:5,
57:5, 63:14,
102:13, 103:3,

110:5
disfavor
135:14
disingenuous
57:22
dislodge
22:17
dismiss
78:15
disparity
131:15
disregarding
58:10
disrespect
106:20
disrupt
77:5
dissolve
113:20, 118:8,
118:12
dissolves
119:4
distinction
16:7
distract
57:13
distributed
71:11, 114:15
distribution
42:10, 131:15,
137:16
district
16:8, 19:6,
21:7, 21:17,
22:6, 23:3,
23:18, 23:19,
25:6, 25:7,
27:2, 30:14,
32:18, 32:19,
33:8, 33:10,
37:5, 37:13,
37:18, 38:7,
38:14, 42:22,
43:21, 44:22,
53:10, 75:4,
75:8, 83:8,
85:5, 93:13,
117:18, 119:11,

119:13, 120:12,
121:6, 126:4,
126:10, 126:15,
128:3, 131:19,
132:3, 132:15,
133:16, 134:15,
135:12, 135:13
districts
15:11, 20:18,
24:10, 24:13,
29:22, 31:12,
32:3, 32:8,
32:13, 33:13,
34:20, 35:3,
35:10, 35:11,
35:12, 35:14,
35:15, 35:18,
36:15, 36:19,
38:11, 38:16,
38:22, 39:1,
39:5, 39:9,
39:12, 39:15,
39:17, 40:14,
40:21, 41:1,
41:6, 41:7,
41:9, 41:22,
42:5, 45:2,
45:7, 45:8,
47:4, 47:17,
48:12, 53:7,
53:9, 53:13,
83:6, 83:9,
83:11, 83:14,
84:6, 84:7,
85:9, 93:2,
93:8, 93:9,
93:10, 93:19,
93:21, 117:17,
120:7, 120:13,
120:14, 120:17,
121:4, 121:10,
122:3, 122:4,
122:6, 124:19,
124:21, 125:1,
125:5, 125:17,
127:8, 127:11,
127:18, 127:22,
131:16

Transcript of Video
Conducted on March 28, 2022

151

**divert**
57:14
**divide**
32:2, 32:20,
35:2, 124:20
**divided**
73:18, 73:19,
81:10, 128:12
**divides**
128:4
**division**
125:10
**divisions**
126:8
**document**
79:10
**documents**
109:18
**doing**
4:10, 9:3,
10:19, 14:11,
17:9, 17:22,
23:5, 30:6,
30:10, 30:20,
35:5, 38:3,
39:18, 47:9,
48:4, 51:17,
61:16, 75:6,
89:5, 106:15,
124:11, 126:20
**done**
6:11, 9:8,
18:4, 21:9,
25:19, 27:6,
28:5, 28:22,
35:20, 38:13,
41:21, 44:1,
49:15, 51:2,
53:2, 54:3,
54:6, 56:15,
58:5, 58:18,
58:20, 59:3,
62:7, 65:1,
66:14, 71:22,
77:21, 79:19,
80:10, 82:10,
82:19, 94:15,
95:18, 98:22,

119:1, 123:4,
129:21, 133:19
**door**
22:16
**door-to**
22:15
**dots**
4:7, 4:8
**doug**
28:16, 51:1
**down**
11:2, 11:11,
14:7, 20:15,
28:18, 32:16,
52:10, 73:19,
78:9, 81:13,
93:20, 93:21,
97:10, 109:2,
128:16, 132:6
**dr**
4:10, 15:1,
26:13, 72:4,
72:8, 79:3,
96:10, 105:20,
107:2, 113:17,
114:11, 114:16
**draft**
9:22, 44:17,
56:13, 68:7,
84:20
**drafted**
86:19, 135:21,
136:6
**drafting**
62:11
**dramatically**
47:5
**draw**
24:10, 30:11,
35:11, 37:4,
41:9, 42:12,
44:5, 45:15,
45:18, 48:11,
68:4, 75:15,
76:13, 84:16,
101:10, 101:12,
126:4, 126:14,
131:18, 133:16,

136:1
**drawer**
49:22, 50:4,
57:14, 65:5,
71:5, 84:19,
86:2, 91:10,
102:9, 102:11,
123:1, 136:5
**drawers**
3:3, 17:5,
49:19, 68:7,
68:13, 87:6,
87:9, 87:16,
101:6, 101:8,
101:9, 101:19,
120:3, 123:14,
123:18, 125:7,
125:16, 126:19,
126:20
**drawing**
21:19, 30:4,
30:9, 30:14,
32:12, 47:17,
48:20, 52:3,
81:18, 82:10,
82:14, 85:9,
85:13, 91:15,
94:14, 101:2,
102:3, 102:7,
121:3, 125:4,
133:19, 136:1,
136:6
**drawn**
29:21, 31:12,
57:9, 58:14,
71:18, 82:5,
84:12, 86:9,
88:17, 101:5,
132:15, 135:6,
135:14, 136:18
**draws**
125:4
**drew**
114:11
**drive**
124:18, 127:3
**ds**
122:3

**due**
80:17
**dumped**
137:6
**during**
41:18, 92:13,
94:13, 112:5
**dynamic**
33:5
**dynamics**
36:6

**E**

**each**
25:7, 31:20,
57:8, 73:21,
96:15, 100:4
**earlier**
44:15, 91:22,
92:19, 101:1,
101:20, 102:1,
102:14, 103:4,
103:16, 109:20,
109:22
**early**
48:6, 89:20
**easiest**
6:7
**easy**
15:5, 123:19,
131:20
**editorial**
121:8
**editorials**
120:19
**edits**
19:16, 57:11,
77:9, 77:18,
77:22, 78:8,
78:10
**effectively**
35:18, 39:18
**effects**
75:10
**effort**
71:21, 77:20,
103:9, 103:19
**efforts**
22:16, 82:4,

Transcript of Video
Conducted on March 28, 2022

152

| | | | |
|---|---|---|---|
| 134:6, 134:10 | **enormous** | **established** | **evidence** |
| **egregious** | 58:6 | 61:3 | 84:16, 85:8, |
| 119:10 | **enough** | **estimated** | 85:12, 135:15, |
| **eight** | 129:4 | 72:15 | 135:16 |
| 21:16, 21:21, | **enquirer** | **ethic** | **exactly** |
| 93:22 | 121:13 | 124:2 | 24:4, 30:19, |
| **either** | **ensure** | **evaluate** | 73:14, 85:17, |
| 6:2, 38:7, 91:9 | 80:14, 106:9 | 107:1 | 124:11, 137:17 |
| **elected** | **entire** | **evaluating** | **example** |
| 22:4, 127:12 | 17:13, 42:21, | 8:17 | 16:3, 34:9, |
| **election** | 58:14 | **evaluation** | 78:2, 119:11, |
| 59:20 | **entirely** | 93:3 | 119:12 |
| **elections** | 37:15, 40:8, | **even** | **examples** |
| 59:12, 60:8, | 55:4, 84:12, | 14:5, 54:16, | 67:22 |
| 114:8, 125:15, | 117:18, 133:20, | 58:1, 59:1, | **exceedingly** |
| 127:12 | 134:19, 135:6 | 59:10, 63:4, | 120:4 |
| **eliminated** | **entitled** | 101:14, 103:12, | **excel** |
| 124:14 | 79:13 | 106:16, 108:7, | 53:7, 53:9 |
| **eliminating** | **entrusted** | 109:11, 129:7, | **excellent** |
| 124:13 | 137:1 | 129:16, 137:22 | 98:22 |
| **else** | **equal** | **evening** | **except** |
| 48:17, 54:2, | 24:9 | 61:1, 71:22, | 17:13, 105:15 |
| 56:7, 68:22 | **equally** | 81:21, 85:20, | **exception** |
| **embarrassed** | 137:10 | 86:10, 96:8, | 96:19 |
| 86:13 | **equals** | 119:1, 129:10 | **excess** |
| **emergency** | 129:12 | **event** | 23:13, 39:12 |
| 104:2, 108:1 | **equity** | 139:10, 139:13 | **excessive** |
| **emphasis** | 129:12 | **eventually** | 21:22, 22:7 |
| 87:6 | **eradicate** | 74:13, 128:20 | **exclusion** |
| **emphasize** | 124:16 | **every** | 136:2 |
| 101:6, 121:14 | **eric** | 12:5, 25:6, | **excuse** |
| **employed** | 107:21 | 41:20, 43:21, | 43:2 |
| 139:6 | **erosion** | 45:13, 45:15, | **exercise** |
| **encourage** | 136:22 | 77:20, 124:16, | 18:6 |
| 10:19, 14:10, | **err** | 125:3, 126:17, | **exercised** |
| 58:16 | 30:15, 41:21 | 127:2, 133:2, | 85:14 |
| **end** | **erred** | 133:8, 138:1 | **exist** |
| 33:13, 48:11, | 125:4 | **everybody** | 22:12 |
| 63:10, 74:3, | **erring** | 111:17 | **existed** |
| 76:6, 121:3 | 38:3 | **everyone** | 20:10 |
| **ended** | **especially** | 3:9, 17:17, | **existing** |
| 30:20 | 22:11, 48:6 | 54:1, 68:21, | 101:5 |
| **endorsing** | **essentially** | 69:5, 112:10, | **exists** |
| 121:9 | 30:4, 35:20, | 133:21 | 22:12 |
| **engaged** | 39:21, 90:14, | **everything** | **expect** |
| 90:18 | 97:13, 101:9, | 33:19, 51:4, | 80:12, 129:13 |
| **enlightening** | 105:13, 105:15, | 124:8, 128:11, | **expectation** |
| 123:10 | 127:3 | 138:5 | 6:19, 6:20, |

Transcript of Video
Conducted on March 28, 2022

153

18:22
**expected**
65:11, 71:15,
71:16, 106:14,
137:3
**expedite**
16:21
**expense**
84:17, 125:5,
135:7
**experience**
37:8, 49:18
**expert**
125:7, 134:6
**expertise**
43:13, 82:3
**experts**
81:18, 81:21,
90:15, 132:19,
135:7
**explain**
78:22, 81:6,
89:8, 116:13
**explained**
89:4, 109:19
**explaining**
88:21
**explanation**
45:4
**explore**
33:18
**expressed**
31:20, 129:13
**extension**
65:18, 67:9,
67:11, 104:3,
104:11, 104:14,
104:16, 108:1
**extensions**
66:2, 66:13,
129:8
**extra**
49:2
**extraordinarily**
49:14
**extraordinary**
54:7, 54:12,
89:10, 91:3

**extremely**
71:13, 80:11,
92:1
**eye**
27:7, 117:7

**F**

**faber**
2:13, 2:14,
8:7, 11:7, 11:8,
29:7, 30:13,
31:19, 34:8,
34:15, 34:20,
36:9, 37:3,
37:19, 37:22,
38:19, 40:2,
40:17, 42:17,
67:20, 67:21,
69:20, 69:21,
79:14, 98:13,
100:17, 110:14,
110:15, 113:2,
113:3, 122:11,
122:12, 130:15,
130:16, 138:14
**faber's**
8:5
**face**
42:15, 58:9,
86:12, 136:20
**fact**
12:21, 25:2,
41:8, 43:1,
43:2, 52:14,
54:15, 87:12,
88:22, 92:6,
107:3, 122:22,
133:6
**factors**
6:22, 7:1
**fails**
131:3
**failsafe**
56:6
**fair**
76:8, 131:13,
136:21
**fairly**
78:2, 81:9

**fairness**
129:12
**faith**
31:15
**fall**
72:22, 73:5
**falling**
137:11
**false**
60:14
**familiar**
13:22, 116:5,
116:6, 117:12,
117:16
**far**
21:1, 24:5,
60:7, 64:22,
68:5, 83:13,
84:10, 120:21
**farce**
84:1
**fast**
18:19, 28:2,
71:21, 123:6
**faster**
10:7, 11:15
**fastest**
14:13
**fate**
138:3
**fault**
121:21, 138:1
**faulty**
60:20
**faver**
35:7
**favor**
52:9, 66:20,
135:14, 135:21
**favors**
84:16, 136:3
**feasible**
26:5, 26:7,
26:10, 55:19,
80:12
**feasibly**
126:9
**feat**
55:9

**february**
22:13, 23:4,
56:15, 56:16,
60:5, 92:8,
117:12
**federal**
59:21
**feed**
106:19
**feedback**
14:13
**feel**
27:19, 28:17,
28:20, 128:6,
128:8
**fell**
73:2
**fellow**
60:16
**female**
82:13, 82:16,
88:9
**feverishly**
65:12
**few**
11:22, 20:21,
41:1, 45:11,
46:1, 47:21,
50:13, 54:21,
59:2, 63:6,
65:2, 65:12,
86:7, 88:2,
94:16, 103:7,
106:11, 116:11,
120:8, 125:15,
128:6, 128:7,
129:16
**fewer**
18:11, 19:4,
60:1, 60:6,
93:13, 120:13,
120:15, 120:17,
122:4, 122:6
**figure**
81:21, 88:18,
101:4
**file**
53:6, 67:10,

Transcript of Video
Conducted on March 28, 2022

154

| | | | |
|---|---|---|---|
| 104:15, 129:7 | 71:14, 72:22, | 23:5, 65:11, | 118:3, 118:4, |
| **filed** | 73:1, 73:2, | 74:19, 79:19, | 118:11, 118:12, |
| 22:13, 23:4, | 76:13, 80:2, | 90:9, 91:3, | 119:4, 122:9 |
| 67:10, 73:12, | 88:17, 91:14, | 98:22 | **four-year** |
| 104:15, 132:1 | 100:10, 100:13, | **follow** | 80:18 |
| **files** | 100:17, 100:22, | 39:19, 122:10, | **fourth** |
| 10:10, 11:22, | 120:3, 121:1, | 127:15 | 85:10, 86:15 |
| 12:3, 32:16, | 132:1 | **followed** | **frame** |
| 53:8, 53:13, | **firsthand** | 82:22 | 91:5, 92:16 |
| 115:13, 115:15, | 123:13 | **following** | **franklin** |
| 118:16 | **fit** | 31:5, 36:7, | 36:19, 43:21, |
| **filing** | 33:12, 34:6, | 39:21, 46:4, | 73:20, 83:10, |
| 129:7 | 78:1, 78:8 | 48:21, 59:4, | 83:11 |
| **final** | **five** | 59:15 | **frankly** |
| 20:2, 27:3, | 54:7, 54:20, | **force** | 36:13, 41:14, |
| 52:18, 68:6, | 55:8, 55:14, | 106:19 | 54:8, 63:5, |
| 114:7, 114:9, | 79:20, 89:12, | **forced** | 66:4, 99:12, |
| 115:13, 122:19, | 89:17, 123:9, | 18:7 | 102:12, 105:18, |
| 129:17 | 128:17, 131:1, | **forces** | 135:1 |
| **finalizing** | 131:2 | 45:13 | **frequent** |
| 50:5 | **five-day** | **formal** | 133:5 |
| **finally** | 79:20 | 8:20, 109:11 | **friendly** |
| 53:12 | **five-two** | **formally** | 65:4, 65:7, |
| **financial** | 70:6 | 7:11 | 65:10, 65:15 |
| 139:7 | **fix** | **forming** | **friends** |
| **find** | 5:7, 75:7, | 126:10 | 50:22 |
| 12:8, 51:7, | 75:18, 77:6, | **forth** | **full** |
| 67:3, 68:13 | 77:8, 78:9 | 31:14, 54:10, | 3:2, 13:3, |
| **fine** | **fixed** | 62:14, 76:20 | 67:16, 67:19, |
| 24:22, 46:12, | 118:14 | **forthing** | 71:10, 71:20, |
| 50:14, 52:7, | **flaw** | 90:12 | 82:11, 139:8 |
| 111:8 | 85:3 | **forward** | **fully** |
| **finish** | **flawed** | 8:8, 19:17, | 52:14 |
| 19:17, 58:12, | 85:4 | 28:9, 58:2, | **fundamental** |
| 71:10, 76:15, | **flaws** | 64:1, 64:8, | 77:19, 78:3, |
| 78:18, 79:2, | 117:20 | 64:13, 68:10 | 89:9 |
| 87:21, 98:19, | **flight** | **fought** | **funny** |
| 105:6 | 46:15 | 133:18 | 32:17, 43:19 |
| **finished** | **floor** | **found** | **further** |
| 4:4, 72:6, | 63:14, 107:6, | 74:20, 77:16, | 50:17, 56:21, |
| 105:20 | 107:8, 107:9, | 137:13, 137:18, | 63:14, 113:20, |
| **finite** | 107:14, 108:6 | 138:2 | 139:12 |
| 30:5, 30:11 | **focused** | **four** | **future** |
| **first** | 40:5 | 34:20, 60:21, | 25:10, 64:19 |
| 17:9, 18:1, | **folders** | 62:6, 69:9, | |
| 19:10, 20:11, | 3:11 | 87:6, 110:22, | **G** |
| 35:16, 57:5, | **folks** | 113:13, 113:20, | **gas** |
| 61:11, 71:3, | 21:22, 22:17, | 116:13, 118:2, | 67:22 |

Transcript of Video
Conducted on March 28, 2022

155

gave
109:22
gears
38:19
general
22:1, 46:3,
59:20, 65:21,
85:5, 90:3,
132:2, 132:15,
134:15, 135:3
general's
65:17, 107:22
generally
26:9, 31:11,
34:7, 34:22
gentlemen
89:16, 90:4
geographic
17:9, 18:16,
18:17, 41:8,
123:13
geographically
121:11, 127:9
geographies
54:16
geography
89:10, 125:11
gerrymandered
44:12
gerrymandering
44:7, 44:10
getting
6:11, 10:2,
13:12, 18:19,
28:5, 56:2,
56:3, 73:18,
106:17, 112:2,
117:3
give
8:22, 9:4,
10:12, 13:4,
13:5, 16:17,
20:19, 27:22,
28:8, 34:16,
35:10, 37:19,
37:22, 45:21,
52:20, 62:14,
85:20, 97:19,

99:9, 103:9
given
15:3, 33:3,
42:14, 44:4,
48:8, 51:3,
51:5, 56:1,
56:22, 78:16,
81:19, 83:16,
84:11, 86:4,
91:4, 98:21,
103:15, 129:18,
136:10, 136:13
gives
84:5
giving
4:21, 8:20,
81:19
glance
137:3
go
11:15, 14:6,
22:17, 24:6,
27:20, 33:1,
33:17, 34:8,
34:9, 35:7,
36:18, 37:7,
40:20, 41:17,
45:3, 55:14,
59:1, 61:1,
61:4, 61:6,
68:10, 74:16,
74:17, 75:18,
75:21, 76:14,
90:21, 97:10,
97:12, 98:8,
99:13, 109:17,
109:19, 113:6,
120:9, 120:18
goal
4:20, 26:17,
53:16, 121:5
goals
30:8, 30:12,
31:16, 32:22,
37:21, 44:8,
45:13, 114:18,
120:22
goes
19:11, 40:10,

68:21, 88:17,
122:13
going
9:22, 10:2,
10:15, 10:16,
10:17, 11:12,
12:5, 12:10,
15:17, 16:16,
20:1, 24:10,
25:1, 29:5,
29:7, 32:4,
33:7, 41:2,
41:9, 41:13,
41:15, 43:19,
43:20, 46:13,
48:4, 48:8,
48:10, 48:11,
52:4, 52:21,
53:4, 53:20,
56:5, 56:8,
59:10, 62:8,
62:12, 62:17,
63:7, 64:3,
64:18, 65:11,
66:8, 68:9,
70:10, 75:7,
78:4, 79:15,
79:16, 80:2,
80:12, 80:13,
80:19, 80:22,
84:8, 88:12,
89:3, 89:17,
91:13, 92:1,
94:18, 94:20,
97:4, 97:12,
97:17, 98:14,
100:7, 100:8,
102:9, 102:12,
103:19, 107:19,
109:6, 111:10,
111:16, 111:19,
118:10, 119:5,
126:6, 126:21
gone
17:12, 37:9,
72:4, 106:16,
124:1, 124:3
good
3:19, 5:1,

18:6, 31:15,
32:14, 49:9,
52:5, 78:11,
91:12, 103:15
gov
2:12, 69:19,
102:22, 103:2,
110:13, 113:1,
119:21, 120:1,
130:14
government
82:15
governor
2:11, 69:18,
108:21, 110:12,
112:22, 125:19,
130:13
grandview
37:14
grateful
125:6
great
10:7
greater
127:7, 127:21
greatly
19:8, 32:19
gross
131:15
ground
87:5
group
66:5
groupings
53:11
guarantee
23:6, 86:10
guess
6:19, 7:4,
7:14, 7:20,
19:20, 21:2,
21:4, 24:20,
24:22, 26:7,
27:2, 71:10,
72:4, 73:12,
74:9, 75:12,
76:16, 79:9,
81:1, 88:12,

Transcript of Video
Conducted on March 28, 2022

156

88:13, 111:8,
111:12, 116:21,
117:4, 117:17
**guide**
87:7
**guidelines**
131:18
**guys**
27:18, 29:12,
31:21, 41:18

**H**

**habit**
76:19
**half**
21:16, 27:15,
35:10, 41:3,
72:10, 112:6,
112:8
**hamilton**
44:15, 44:20,
73:20
**hand**
11:21, 12:3,
111:10
**handed**
84:2, 111:12
**handle**
17:17, 49:13
**handled**
18:18
**handout**
93:4
**happen**
56:5, 62:9,
74:4
**happened**
35:22, 88:14,
138:6
**happens**
21:20, 23:1,
33:6, 36:4,
52:21
**happy**
5:14, 11:4,
50:16, 78:10,
100:18, 102:10
**hard**
15:17, 49:12,

51:2, 72:21,
73:4, 80:11,
120:4, 123:6,
123:20
**harder**
65:1
**hardin**
49:1
**he'll**
72:10
**head**
34:19
**health**
50:6
**hear**
3:9, 105:19,
107:2, 109:4,
109:6
**heard**
30:19, 41:10,
41:21, 100:22,
103:3, 123:17,
127:5, 127:6,
127:14, 131:17
**hearing**
10:9, 32:5,
46:16, 78:16,
105:8, 112:7,
135:15, 138:16
**hearings**
102:20, 133:6
**heavily**
39:14, 40:6,
40:16
**heeded**
81:17
**heights**
37:14, 75:3,
77:7
**held**
59:4, 135:18,
136:1
**help**
9:9, 11:14,
45:10, 87:8,
87:11, 87:13,
97:17, 132:19
**helped**
119:17

**helpful**
6:14, 14:6
**helping**
87:20
**here**
2:12, 2:14,
2:16, 2:18,
2:20, 10:18,
12:1, 19:18,
21:22, 24:9,
27:16, 33:6,
35:22, 37:21,
39:18, 48:18,
50:14, 50:21,
53:21, 60:21,
62:18, 64:22,
66:7, 66:18,
66:21, 88:2,
89:9, 97:2,
99:12, 99:21,
100:21, 103:15,
106:10, 106:15,
109:3, 109:5,
117:5, 131:21,
136:13
**here's**
7:7
**hereby**
139:2
**hey**
7:7
**highest**
134:3
**highly**
133:15
**hijacked**
87:19, 106:18
**hire**
81:18, 90:10,
90:14
**hired**
82:3, 82:6
**historical**
48:21
**hit**
38:4, 41:16,
42:11, 42:12,
42:15, 45:18,

45:22, 71:14,
71:15, 120:5,
122:1
**hitting**
29:15, 46:5
**hold**
63:20, 64:18
**home**
29:1, 90:21
**honest**
32:22
**hope**
9:12, 11:19,
67:22, 74:1,
138:7
**hopefully**
51:6, 65:3,
69:5, 71:9,
73:5, 130:5
**horseshoe**
119:13
**hour**
25:14, 53:16,
71:9, 72:10,
73:6, 79:7,
83:2, 97:4,
112:6, 112:7,
112:8, 116:21,
136:14
**hours**
19:3, 19:11,
27:15, 27:20,
41:11, 52:4,
55:14, 59:2,
63:6, 65:2,
65:12, 69:9,
71:10, 81:13,
88:2, 91:3,
94:16, 99:13,
99:21, 104:3,
104:11, 106:11,
108:2, 127:5,
138:6
**house**
4:1, 4:6, 4:8,
15:8, 15:9,
17:9, 17:14,
17:22, 18:3,

Transcript of Video
Conducted on March 28, 2022

157

19:1, 20:18,
20:21, 23:11,
25:19, 43:21,
44:16, 45:7,
46:20, 53:7,
53:9, 53:13,
55:13, 61:20,
64:13, 71:11,
71:16, 72:1,
72:6, 72:18,
74:5, 74:10,
74:11, 74:12,
74:14, 74:16,
75:1, 75:4,
75:16, 75:18,
76:14, 76:15,
77:12, 82:5,
83:5, 83:6,
83:9, 88:17,
93:11, 93:16,
93:20, 95:3,
97:9, 98:9,
114:18, 115:4,
116:22, 117:17,
121:4, 129:17,
131:17, 137:8
**however**
32:19
**hub**
31:22, 32:1,
34:22, 124:18,
127:2
**huffman**
2:15, 2:16,
6:17, 6:18, 8:6,
8:12, 19:18,
19:19, 20:5,
20:12, 20:14,
24:2, 24:7,
24:15, 25:5,
25:10, 25:18,
25:22, 26:3,
26:21, 27:10,
50:12, 50:19,
51:11, 51:12,
51:14, 51:16,
52:1, 52:8,
59:6, 59:8,

61:8, 61:10,
64:4, 64:5,
64:7, 65:9,
65:19, 68:17,
68:19, 69:22,
70:1, 73:8,
73:9, 73:15,
74:19, 76:8,
77:11, 78:6,
78:11, 79:8,
81:5, 88:10,
88:12, 91:9,
96:21, 97:1,
97:21, 98:6,
98:19, 107:5,
107:7, 107:12,
107:14, 108:5,
109:15, 110:1,
110:3, 110:16,
110:17, 111:2,
111:7, 112:12,
112:15, 113:4,
113:5, 116:9,
116:11, 116:18,
116:20, 118:4,
130:17, 130:18,
134:10
**huffman's**
9:7, 18:13,
66:16
**humanly**
30:11, 71:21,
77:21

I

**idea**
7:17, 52:5,
62:22
**ideas**
5:15, 5:18
**identical**
137:14
**identified**
15:14, 85:3,
85:4
**ignore**
122:7, 122:8
**iii**
126:7

**ill**
35:4
**impact**
77:9
**implement**
6:4, 60:2, 60:7
**implemented**
5:11, 17:21
**implying**
35:4
**important**
26:8, 46:16,
87:4, 121:22
**imported**
4:9, 4:14
**importing**
4:4
**impossible**
55:9, 101:13,
124:3, 124:7
**impressed**
123:21
**impression**
18:9, 32:21
**improper**
100:19
**improve**
15:18
**improved**
32:19, 119:16
**improvements**
17:15, 113:21,
116:17
**improves**
83:5
**in-depth**
18:4
**inaccurate**
36:4
**include**
124:6, 127:8
**includes**
37:5, 53:7,
64:8
**including**
74:21, 110:4,
133:8
**incorporate**
8:21

**incorporated**
79:16
**incorporating**
4:2, 16:2
**incorrect**
27:21
**increase**
39:16
**increased**
47:5
**increasing**
125:21
**incumbency**
12:17, 18:8,
18:22, 21:10
**incumbent**
4:4, 5:8, 9:1,
9:8, 11:13,
16:2, 18:6,
22:10, 49:6,
63:1
**incumbents**
4:16, 4:17,
8:21, 44:16,
44:22, 89:21
**independent**
3:3, 3:5, 3:18,
17:4, 57:8,
57:14, 58:6,
63:22, 64:8,
65:4, 66:22,
67:17, 71:4,
81:18, 83:12,
84:18, 85:19,
87:8, 87:16,
92:1, 94:13,
96:11, 99:9,
100:8, 101:8,
101:9, 103:19,
107:3, 120:3,
123:17, 124:6,
125:16, 133:9,
133:16, 135:7,
136:19
**index**
15:12, 97:7,
97:8
**indexes**
40:14

Transcript of Video
Conducted on March 28, 2022

158

indicated
52:9, 65:5,
79:17, 94:22,
97:1, 98:12,
98:14, 98:20,
104:1
indicating
78:19
indications
31:4
individual
66:5
individually
56:10, 56:12
individuals
19:4, 66:6,
85:13
infinite
30:3
infirmities
74:21
information
84:5, 86:4,
93:1, 97:2,
109:13, 112:2,
138:10, 139:4
informed
22:15
initial
90:2
input
9:10, 19:16,
50:2, 87:11,
98:2, 127:20,
134:6, 134:22,
136:7, 137:22
inside
35:18, 38:2,
47:6
instead
35:12, 48:20,
64:2, 87:14,
135:9
instruction
8:20, 101:10
instructive
121:18
insult
88:6

intact
127:19
intended
66:10
intent
84:16, 85:14
intention
27:4, 30:7
intentionally
26:12, 30:9,
36:5
interest
46:3, 48:19,
106:20, 120:15,
122:5, 139:7,
139:12
interesting
26:5, 35:19,
38:10
interests
49:6, 127:9
interpretation
29:19, 131:20
interpreted
31:14, 39:22,
99:8
interrelated
73:4
interrupt
11:3
interview
90:9
intra-regional
77:9
introduced
84:11
invalidated
137:5
invite
11:3
involved
59:14, 90:7
involves
42:11
irresponsible
103:17, 136:22
issue
9:19, 11:5,

12:17, 15:10,
19:6, 19:7,
21:15, 22:19,
22:21, 24:11,
28:22, 38:20,
46:19, 47:2,
47:13, 63:1,
89:20, 102:8,
105:12, 111:6
issues
4:17, 5:8,
12:11, 14:15,
18:2, 18:22,
20:16, 28:17,
28:18, 28:19,
31:2, 63:3,
68:15, 73:10,
77:2, 77:16,
89:19, 102:11,
102:15, 105:12,
119:10, 122:20,
128:11, 128:12,
137:4
it'll
51:6, 62:15
items
80:14, 110:3
itself
119:3

J

job
1:20, 19:20,
24:16, 58:12,
59:3, 61:16,
79:20, 99:1
johnson
3:19, 5:12,
5:20, 8:19,
10:4, 11:21,
13:2, 13:10,
15:1, 16:10,
16:14, 17:6,
18:13, 19:2,
24:1, 24:3,
25:3, 25:9,
25:13, 25:21,
26:2, 26:11,

27:4, 28:2,
28:5, 28:16,
30:17, 32:14,
34:13, 34:18,
35:6, 36:1,
37:1, 38:17,
39:19, 42:3,
45:11, 47:18,
54:6, 55:11,
62:13, 71:6,
71:8, 72:17,
73:14, 73:17,
75:14, 76:18,
77:14, 78:7,
78:15, 79:1,
79:3, 79:5,
79:17, 89:7,
105:5, 105:20,
107:2, 113:17,
114:11, 114:16
johnson's
96:10
join
29:3
jointly
56:10, 56:12
judicial
134:3
jumped
71:16
jumping
76:19, 76:20
jurisdiction
33:21
jurisdictional
33:9
jurisdictions
18:11, 35:13,
40:6, 89:11

K

kathleen
127:6
keep
15:18, 18:2,
27:22, 28:9,
34:7, 57:20,
72:4, 76:19,

Transcript of Video
Conducted on March 28, 2022

159

122:18, 125:18,
126:3, 127:18,
128:1
**keeping**
121:14
**kept**
120:16, 122:5
**key**
25:17
**kick**
4:18
**kind**
8:18, 8:22,
13:4, 22:2,
26:8, 27:6,
33:13, 34:4,
49:10, 51:17,
60:8, 69:11,
71:14, 73:18,
76:16, 78:8,
88:16, 137:17
**kinds**
103:14
**knew**
54:15, 100:7,
100:11
**know**
4:6, 7:10,
7:13, 7:14,
7:18, 10:8,
10:16, 10:21,
10:22, 11:8,
13:2, 14:3,
14:7, 16:1,
16:5, 16:6,
19:8, 20:15,
21:3, 21:19,
23:19, 24:19,
27:16, 32:4,
34:14, 37:12,
37:16, 42:9,
44:4, 44:15,
46:15, 46:18,
47:10, 47:20,
48:18, 49:3,
49:9, 50:9,
50:12, 50:22,
51:1, 52:12,

61:13, 61:14,
62:2, 64:17,
66:18, 69:7,
71:13, 72:3,
72:17, 73:20,
74:6, 76:13,
77:6, 79:9,
79:14, 79:18,
80:10, 87:4,
87:18, 90:2,
90:8, 90:14,
90:17, 90:18,
92:21, 93:7,
95:10, 97:5,
97:14, 101:3,
101:22, 104:17,
106:1, 106:3,
106:5, 108:7,
109:18, 110:5,
112:12, 114:6,
114:7, 115:17,
115:19, 122:20,
128:21
**knowing**
16:3
**knows**
7:16, 61:22,
100:19, 101:3,
105:14
**knox**
55:16

---

### L

**label**
128:10
**labels**
128:6
**laid**
31:7, 43:12
**land**
66:8, 72:10
**lands**
29:4
**language**
26:6, 55:20
**large**
32:20, 33:14,
34:2, 40:6,

43:18, 126:22,
127:2
**largely**
32:5, 36:9
**larger**
34:13, 34:15,
45:5, 46:9,
77:19
**largest**
21:8, 33:7,
33:20, 33:22,
54:17
**larose**
2:17, 2:18,
59:7, 59:9,
66:15, 66:16,
70:2, 70:3,
103:6, 110:18,
110:19, 113:9,
113:10, 114:5,
114:10, 114:14,
130:19, 130:20
**last**
4:3, 4:16,
14:5, 20:10,
21:21, 47:8,
51:18, 54:21,
57:21, 59:10,
66:2, 75:6,
77:4, 79:19,
84:9, 84:11,
87:12, 90:19,
93:16, 98:4,
106:11, 116:4,
116:8, 123:8,
123:9, 134:11,
134:12, 138:1,
138:6
**last-minute**
137:6
**late**
14:5, 29:1,
44:18, 59:2,
82:1, 83:2,
134:10
**later**
58:22, 89:4,
136:15

**latest**
81:10, 136:11,
137:13, 138:2,
138:3
**lawyer**
104:2
**lead**
127:11
**leader**
2:19, 14:1,
15:20, 23:2,
27:12, 42:18,
52:17, 57:18,
61:22, 62:20,
63:17, 67:14,
69:7, 70:4,
83:19, 90:6,
90:8, 91:7,
99:4, 100:18,
101:3, 102:18,
110:20, 113:11,
117:2, 118:9,
128:21, 130:21,
131:8
**leaders**
84:20
**leads**
125:9, 126:13
**league**
84:15, 127:6,
135:18
**leaked**
63:2
**lean**
47:4, 84:4
**leaning**
15:11, 36:9,
45:2, 45:8,
45:16, 47:4,
83:7, 83:8,
93:8, 93:9,
95:8, 114:19,
114:21
**least**
7:5, 11:10,
19:3, 20:22,
22:5, 27:15,
27:20, 30:9,

Transcript of Video
Conducted on March 28, 2022

160

44:17, 45:1,
64:20, 76:10,
76:16, 78:15,
79:16, 81:7,
105:7, 105:8,
105:9, 105:11,
107:1, 111:12,
116:20, 117:7,
134:12
**leave**
28:13, 46:14,
50:13, 50:14,
50:15, 51:18
**leaving**
129:8
**led**
83:1
**leeway**
52:20
**left**
33:14, 50:1,
94:17, 128:5,
135:5
**legal**
63:19
**legis**
121:10
**legislative**
84:20, 102:21,
121:10, 126:15,
131:18, 135:12,
135:13
**legislature**
102:20
**length**
123:2
**less**
23:22, 39:13,
83:12, 93:11,
105:5, 122:4
**let's**
10:8, 28:10,
109:2, 112:6
**letter**
127:16
**liaisons**
6:1
**liar**
82:16

**likely**
6:5, 29:5,
49:7, 60:2,
117:19
**limit**
16:12
**limited**
16:15, 33:19,
51:5, 130:1
**line**
19:17, 25:8,
48:5, 48:8,
48:11, 48:13,
73:19, 87:21
**lines**
44:5, 46:5,
66:18, 133:17
**linking**
48:22, 74:3
**links**
74:6
**list**
4:4, 4:14,
16:10, 76:5,
93:6
**listed**
139:10
**listen**
121:18
**listened**
41:19, 41:20
**listening**
29:12, 30:18
**lists**
76:4
**literally**
84:2
**litigation**
90:7, 117:14
**little**
10:6, 34:17,
40:11, 52:16,
52:20, 102:5,
106:7
**live**
21:17, 22:4,
41:4, 82:12,
87:2, 109:4,

111:16, 123:12,
125:8, 127:10,
133:20
**lives**
22:4
**living**
22:6
**loaded**
30:3
**local**
18:11, 128:11,
128:12
**localities**
33:16
**locality**
37:15
**locally**
128:13
**location**
136:6
**lock**
73:21
**locked**
74:7, 74:10,
74:13
**logistics**
59:11
**long**
27:17, 58:11,
59:2, 73:1,
86:9, 86:19
**longer**
54:19, 64:22,
99:13
**look**
10:18, 11:5,
11:14, 12:7,
18:7, 19:21,
34:5, 46:21,
47:11, 47:15,
60:4, 75:20,
80:13, 96:16,
102:10, 105:11,
105:12, 105:19,
105:21, 117:6,
121:1, 122:16,
122:19, 122:22
**looked**
5:8, 11:11,

15:17, 21:13,
23:12, 80:14,
117:7, 120:18,
120:21
**looking**
4:16, 10:15,
17:18, 32:17,
38:8, 40:7,
43:15, 68:5,
98:1
**looks**
31:20, 34:22,
39:14
**looming**
66:19
**lopsided**
137:10
**lost**
120:8
**lot**
6:8, 10:17,
33:18, 34:10,
41:7, 42:11,
73:21, 79:19,
87:6, 90:12,
90:13, 91:3,
95:21, 120:13
**loud**
3:5
**love**
77:17
**lowering**
39:16
**lucas**
35:19

**M**

**machinations**
55:22
**made**
5:6, 9:2,
11:12, 14:4,
15:5, 16:7,
17:14, 18:15,
26:19, 27:18,
41:18, 47:1,
55:4, 60:1,
60:6, 73:11,

Transcript of Video
Conducted on March 28, 2022

161

| | | | |
|---|---|---|---|
| 73:16, 83:9, 86:22, 118:14, 133:2 | 9:21, 19:15, 29:12, 31:18, 36:5, 45:7, 50:8, 71:20, 72:13, 90:13, 104:10, 114:12 | **mapping** 11:22, 121:13 | **mass** 124:7 |
| **magic** 24:8, 42:11, 46:6, 48:10 | | **maps** 3:22, 4:9, 4:13, 9:17, 10:15, 10:19, 10:22, 11:9, 11:18, 12:6, 12:18, 23:18, 23:19, 25:4, 35:17, 51:19, 55:18, 56:3, 57:9, 72:22, 73:3, 74:17, 74:18, 75:16, 76:21, 78:1, 79:13, 82:5, 84:10, 85:1, 88:2, 88:3, 88:5, 88:16, 91:16, 91:20, 92:18, 92:19, 93:16, 101:2, 101:5, 101:12, 101:14, 101:15, 105:10, 107:1, 109:14, 113:6, 113:16, 114:7, 114:15, 115:18, 116:3, 116:7, 118:1, 119:5, 122:15, 123:20, 124:15, 124:18, 125:15, 127:1, 129:17, 131:14, 131:19, 135:13, 135:20, 136:18, 136:21 | **math** 39:6, 95:21 |
| **magical** 38:4, 41:16 | **male** 3:13, 16:13, 29:4, 108:16, 113:8, 114:4 | | **mathematically** 38:17 |
| **maintain** 85:15 | | | **matter** 91:4, 130:5 |
| **major** 9:18, 28:17 | **manner** 56:16 | | **maximize** 32:7 |
| **majority** 63:11, 87:11, 87:19, 88:3, 105:9, 106:11, 132:8, 132:14, 132:20, 133:14, 134:9, 135:1, 135:5, 136:2, 136:16 | **many** 4:13, 19:4, 30:17, 36:18, 40:5, 48:1, 89:13, 106:5, 123:10, 124:12 | | **maybe** 8:1, 9:9, 20:20, 22:1, 23:10, 24:3, 29:8, 40:19, 45:21, 55:14, 62:8, 66:5, 117:8 |
| **make** 4:21, 7:3, 7:13, 7:22, 8:21, 10:6, 11:12, 12:9, 12:21, 17:11, 17:15, 20:22, 28:8, 44:6, 44:11, 46:16, 49:17, 51:18, 52:13, 55:12, 56:16, 57:11, 58:19, 63:5, 64:7, 65:17, 66:11, 68:14, 72:17, 72:18, 77:20, 77:21, 78:10, 78:14, 80:3, 84:12, 87:16, 98:5, 98:18, 101:16, 106:9, 107:19, 116:17, 118:8, 118:18, 124:21 | **mapmaker** 58:16, 61:7, 62:5, 63:22, 64:9, 67:1, 67:17, 68:20, 69:8, 85:19, 91:19, 98:7, 99:9, 99:10, 100:9, 103:19 | | **mcdonald** 4:10, 5:4, 5:5, 9:16, 10:14, 11:17, 14:22, 16:16, 16:20, 18:5, 20:4, 20:9, 20:13, 24:8, 26:13, 28:11, 30:2, 31:11, 33:5, 37:12, 37:20, 40:4, 46:13, 47:12, 49:5, 50:13, 50:15, 50:20, 54:6, 56:11, 72:4, 72:9 |
| | **mapmakers** 3:5, 3:18, 14:4, 14:16, 16:1, 27:14, 43:13, 54:13, 56:9, 57:8, 58:6, 58:17, 58:20, 61:11, 61:16, 64:14, 88:15, 88:19, 88:21, 88:22, 89:6, 90:3, 91:14, 91:15, 92:2, 94:13, 96:7, 96:11, 100:9, 117:19, 121:17, 124:7, 133:9, 133:16, 136:19 | **march** 1:5, 2:2, 52:19, 81:14, 95:19, 133:1, 133:8, 133:12, 139:17 | **mean** 7:16, 8:7, 10:15, 26:8, 27:14, 30:2, 31:11, 40:4, 40:15, 57:20, 62:4, 117:13 |
| **makes** 48:9 | | | **means** 52:20, 62:2 |
| **making** 8:3, 8:4, 8:5, | **mapmaking** 107:4, 135:7 | **mark** 127:14 | **measures** 83:5 |
| | | **mask** 51:20 | **media** 22:16 |

Transcript of Video
Conducted on March 28, 2022

162

| | | | |
|---|---|---|---|
| **mediate**<br>62:22<br>**mediation**<br>61:5, 61:6,<br>62:21, 63:4<br>**meet**<br>3:2, 10:8,<br>12:14, 43:9,<br>44:7, 45:13,<br>58:21, 58:22,<br>95:5, 95:15,<br>96:19, 99:19,<br>103:21, 118:17,<br>129:5<br>**meeting**<br>2:2, 2:4, 3:3,<br>3:10, 5:2, 9:20,<br>12:21, 13:6,<br>14:5, 49:21,<br>71:3, 81:20,<br>92:20, 100:6,<br>116:1, 138:16<br>**meetings**<br>7:2, 22:15,<br>47:13, 54:8,<br>54:9, 81:11,<br>81:16<br>**meets**<br>115:18<br>**members**<br>2:21, 3:8,<br>3:20, 4:8, 8:14,<br>8:16, 12:7,<br>12:13, 12:19,<br>13:8, 14:7,<br>15:20, 17:6,<br>19:13, 55:19,<br>57:22, 62:6,<br>71:8, 77:11,<br>80:18, 82:6,<br>84:19, 85:16,<br>96:2, 101:20,<br>101:21, 103:7,<br>104:9, 106:22,<br>109:13, 111:13,<br>111:20, 115:21,<br>123:22, 124:4,<br>134:22, 135:1 | **mentioned**<br>7:2, 21:5,<br>75:13, 125:20<br>**mere**<br>125:2, 137:2<br>**merge**<br>8:22, 9:1, 55:2<br>**merged**<br>3:22, 4:1,<br>6:21, 20:11<br>**met**<br>25:2, 25:3,<br>133:11<br>**metrics**<br>93:3<br>**microphones**<br>3:9<br>**midnight**<br>27:16, 59:1,<br>64:19, 67:4,<br>67:18, 78:5,<br>81:13, 97:3,<br>98:15, 103:20<br>**midterm**<br>16:4, 16:8,<br>16:19, 16:20,<br>21:16<br>**might**<br>3:9, 5:21,<br>9:15, 46:3,<br>81:6, 88:13<br>**millersburg**<br>128:8<br>**million**<br>37:4<br>**mind**<br>4:19, 5:12,<br>18:3, 29:8, 67:1<br>**minimize**<br>32:11<br>**minor**<br>90:7, 117:14,<br>132:1<br>**minority**<br>23:2, 131:4,<br>132:1, 132:3,<br>133:2, 133:5,<br>133:7, 133:11, | 133:13, 133:18,<br>134:22, 136:3,<br>136:8, 136:10,<br>136:11, 137:6,<br>137:22, 138:15<br>**minus**<br>16:12<br>**minute**<br>57:21, 84:11,<br>106:11, 106:22<br>**minutes**<br>3:10, 3:11,<br>3:15, 3:16, 4:4,<br>10:11, 11:22,<br>13:3, 71:15,<br>72:20, 73:6,<br>78:20, 86:7,<br>105:6, 105:19,<br>109:12, 110:2,<br>115:17, 137:2<br>**miracle**<br>119:15<br>**misaligned**<br>20:18<br>**missed**<br>27:8<br>**mission**<br>132:20<br>**mistake**<br>84:12<br>**mistreated**<br>106:2<br>**model**<br>31:22<br>**modification**<br>92:14<br>**modifications**<br>83:9<br>**modify**<br>60:5<br>**moment**<br>7:5, 20:3,<br>25:11, 64:11,<br>75:2, 83:2<br>**moments**<br>103:7<br>**monday**<br>82:1, 90:11, | 133:12<br>**money**<br>22:14, 57:6<br>**monopoly**<br>132:21<br>**montgomery**<br>32:17<br>**months**<br>75:6, 131:22,<br>132:12<br>**more**<br>18:12, 23:21,<br>23:22, 26:6,<br>26:10, 26:12,<br>26:22, 28:11,<br>30:6, 33:6,<br>35:15, 39:9,<br>42:12, 46:3,<br>48:1, 55:20,<br>56:16, 60:2,<br>69:3, 72:20,<br>75:8, 77:19,<br>82:20, 83:13,<br>89:11, 99:20,<br>107:20, 116:5,<br>116:6, 119:18,<br>120:13, 120:14,<br>120:16, 121:6,<br>121:10, 122:5,<br>124:21, 125:1,<br>125:3, 125:4,<br>126:11, 131:22,<br>135:2<br>**morning**<br>3:19, 26:14,<br>53:22, 63:21<br>**morrow**<br>74:7<br>**most**<br>14:22, 18:15,<br>18:16, 18:17,<br>40:22, 42:14,<br>48:5, 52:9,<br>54:15, 54:17,<br>54:18, 89:15,<br>136:12<br>**mostly**<br>37:14, 72:2 |

Transcript of Video
Conducted on March 28, 2022

163

**motion**
3:11, 56:21,
57:2, 61:6,
63:13, 63:15,
64:8, 66:10,
66:11, 66:21,
69:2, 70:7,
81:5, 83:22,
85:1, 87:15,
101:1, 104:2,
107:6, 107:8,
107:9, 107:12,
107:14, 107:20,
108:1, 108:4,
108:6, 108:18,
109:11, 111:5,
111:8, 112:9,
113:15, 114:1,
114:6, 114:10,
116:12, 116:13,
117:11, 118:21,
119:20, 131:3
**motions**
132:7
**motive**
35:4
**mouse**
86:7
**move**
8:8, 9:20,
10:7, 15:5,
19:17, 28:9,
46:10, 48:17,
56:8, 64:1,
64:13, 68:16,
79:21, 81:1,
81:2, 92:15,
94:18, 106:21,
107:20, 111:19,
113:16, 133:2
**moved**
3:12, 49:1,
71:11, 81:9,
81:15, 83:4
**moves**
83:15, 94:11
**moving**
35:20, 49:10,

49:12, 58:2,
64:8
**much**
11:4, 17:11,
19:9, 30:8,
39:6, 51:9,
58:12, 79:5,
85:15, 87:10,
92:14, 92:15,
104:17, 123:11,
124:1, 126:2,
134:12
**multiple**
35:3, 35:13,
35:14, 37:21,
54:8, 86:22,
117:20
**municipal**
26:22, 126:10,
126:12
**must**
28:13, 88:19
**myself**
31:2
**mystery**
38:4, 131:19

--- N ---

**naaden**
1:22, 139:2,
139:18
**names**
4:6
**national**
128:14
**nationally**
132:19
**natural**
47:19, 48:8,
125:10
**naturally**
34:4
**nature**
41:2
**nays**
110:22, 131:1
**nearly**
37:4, 55:9,

124:22, 125:1,
137:13
**necessarily**
118:11, 125:12
**necessary**
68:2, 113:17,
114:13, 116:16,
118:9, 118:13
**need**
6:5, 10:10,
12:3, 19:4,
24:20, 24:22,
27:22, 28:9,
29:4, 29:9,
50:14, 50:15,
53:1, 56:6,
58:11, 58:21,
58:22, 66:7,
72:2, 73:16,
74:22, 80:14,
101:16, 105:4,
109:4, 109:5,
109:17, 109:18,
112:5, 118:11,
118:14, 118:18
**needed**
42:12, 65:6,
118:8, 118:14
**needing**
76:22
**needs**
10:22, 28:22,
50:13, 72:5,
109:17
**neighborhoods**
127:19
**neighboring**
40:5
**neither**
136:6, 139:5
**never**
23:14, 61:14,
63:4, 64:21,
72:7, 77:6,
123:3
**new**
8:7, 29:17,
39:5, 44:18,

55:4, 76:14,
77:1, 89:13,
117:18, 121:13,
126:19, 129:2,
133:16, 134:20,
135:6
**newly**
102:13
**news**
32:14
**next**
8:20, 8:22,
10:9, 63:6,
65:2, 65:12,
69:9, 115:16,
118:19
**nice**
66:9
**night**
4:3, 4:16,
14:5, 20:10,
51:18, 52:4,
89:22, 90:19,
90:21
**nine**
90:5
**nod**
10:2
**nodding**
55:11
**noise**
3:5
**non-compact**
37:17
**non-constitution-
al**
99:15
**non-contiguous**
43:19
**non-controversial**
6:9
**non-intersecting**
25:8
**non-term**
16:17
**none**
45:8, 138:16
**northeast**
17:14, 75:10

Transcript of Video
Conducted on March 28, 2022

164

**northwest**
72:2, 72:3,
73:10, 73:16,
73:17, 74:2,
74:8, 74:13,
75:13, 75:15,
76:9
**nos**
113:13
**nose**
90:19
**note**
32:15, 60:12,
115:21, 122:1
**noted**
45:14
**nothing**
58:15, 74:14,
74:15, 84:3,
84:4, 84:22,
96:12, 115:11,
128:10, 135:2,
137:19
**notice**
29:16, 119:10
**noticed**
48:20, 87:22
**noting**
118:11
**novel**
103:13
**number**
3:21, 21:7,
24:9, 32:7,
42:11, 42:13,
42:16, 45:3,
46:6, 46:19,
47:3, 47:21,
48:10, 48:12,
58:8, 60:21,
120:6, 122:2
**numbers**
19:7, 45:19,
45:22, 89:2
**numerous**
124:3, 137:18

**O**

**object**
57:20, 107:5,

107:12, 107:13,
108:5, 109:15,
114:1
**objected**
90:6
**objection**
57:3, 81:4
**objections**
2:3, 3:14,
79:3, 104:22,
112:7
**objectives**
44:8
**obligated**
28:14
**obligation**
122:8
**obligations**
133:12
**observation**
50:3
**observe**
133:21
**obtained**
126:9
**obvious**
8:1, 33:20,
38:15, 91:22
**obviously**
4:20, 17:7,
47:21, 53:22,
56:1, 94:12,
111:20
**occasions**
42:4
**occurred**
82:7, 82:21
**odd**
43:15
**offer**
5:15, 123:3,
129:19, 129:20
**offered**
101:1
**offering**
5:18, 11:15,
96:13, 102:4
**offers**
123:14

**office**
65:17, 80:20,
90:19, 97:3,
107:22
**official**
31:5
**officially**
118:12
**officials**
127:13
**often**
33:19, 125:5,
128:13, 132:7
**oh**
3:21, 16:12,
119:8
**ohio**
1:3, 3:7,
18:15, 41:8,
42:20, 46:9,
54:15, 58:9,
71:2, 73:10,
73:16, 82:15,
88:8, 88:17,
89:12, 105:17,
121:19, 123:14,
124:4, 124:17,
125:13, 131:10,
131:11, 131:13,
132:3, 132:17,
132:19, 134:17,
135:8, 135:10,
135:18, 135:19,
137:15, 139:20
**ohioans**
41:4, 123:10,
125:8, 135:9,
136:21
**okay**
10:12, 13:9,
13:22, 17:1,
20:5, 20:12,
20:14, 24:2,
24:4, 24:7,
25:5, 25:10,
25:18, 26:3,
26:21, 27:10,
50:11, 51:22,

52:2, 52:7,
59:2, 70:11,
71:8, 73:15,
74:19, 77:11,
78:6, 79:8,
91:13, 94:8,
95:11, 112:14,
112:16, 113:7,
114:3, 114:14,
119:8
**once**
26:6, 26:10,
26:13, 29:4,
47:22, 53:3,
53:14, 55:20,
96:18, 128:14,
135:9, 136:4,
136:20, 137:19
**one**
3:21, 5:5, 5:8,
6:14, 8:8, 12:4,
12:5, 12:6,
15:4, 16:5,
21:20, 21:21,
23:11, 26:19,
26:22, 28:11,
29:10, 31:20,
32:14, 33:3,
33:8, 33:9,
34:9, 34:15,
37:8, 37:10,
37:19, 37:22,
38:5, 38:9,
38:19, 42:13,
44:22, 45:7,
45:20, 47:21,
49:5, 49:8,
49:17, 54:15,
54:21, 55:15,
58:9, 63:18,
65:3, 65:18,
65:20, 73:1,
74:7, 74:11,
74:19, 75:7,
76:6, 79:7,
83:7, 84:13,
84:15, 85:6,
88:22, 90:6,

Transcript of Video
Conducted on March 28, 2022

165

93:13, 94:17,
96:19, 97:9,
101:6, 105:10,
105:14, 107:20,
116:12, 117:4,
118:22, 122:21,
125:12, 126:11,
128:3, 135:21,
136:3
**one-plus**
74:12
**one-sided**
84:15
**ones**
16:3, 16:12,
47:6, 76:11,
101:11
**online**
10:3, 10:17
**only**
21:12, 33:8,
33:16, 36:22,
37:5, 40:22,
44:21, 54:9,
54:17, 66:18,
69:1, 74:7,
75:13, 84:19,
94:16, 98:8,
116:1, 117:14,
128:5, 137:2
**open**
131:19, 133:18
**operate**
59:13
**opinion**
24:15, 31:1,
47:8, 67:7,
84:8, 84:9,
104:13
**opinions**
85:2
**opportunities**
101:16
**opportunity**
33:4, 79:1,
80:3, 109:13,
112:10, 136:17
**oppose**
86:11

**optimistically**
72:21
**option**
59:22
**options**
45:11, 46:1,
48:1
**order**
2:4, 36:8,
42:11, 45:18,
47:5, 49:2,
52:9, 52:18,
53:2, 53:21,
57:10, 58:10,
59:5, 62:1,
62:4, 62:20,
63:13, 66:2,
67:4, 71:3,
80:21, 81:22,
82:17, 83:16,
86:16, 88:5,
92:11, 95:16,
96:20, 98:5,
99:7, 99:8,
99:19, 101:11,
104:6, 104:10,
108:16, 109:3,
109:16, 115:18,
129:5
**ordered**
43:5, 58:3,
63:8, 70:8,
129:2
**orders**
132:13, 133:4,
134:3
**originally**
62:21, 62:22
**other**
5:22, 6:20,
7:1, 15:19,
18:14, 19:13,
20:7, 21:4,
23:5, 23:9,
24:16, 26:9,
30:8, 31:13,
36:21, 37:13,
38:1, 38:20,

41:8, 42:14,
43:3, 43:9,
44:9, 45:2,
48:9, 57:14,
57:16, 63:3,
63:11, 68:5,
74:20, 76:11,
78:20, 87:7,
91:1, 92:19,
93:3, 94:17,
97:20, 100:15,
100:20, 101:6,
102:8, 102:19,
110:3, 120:8,
128:4, 130:7,
135:22, 136:3,
138:11, 138:12
**others**
18:14, 22:1,
75:11, 119:12
**otherwise**
59:3, 125:18,
132:13, 139:7
**ourselves**
52:20, 67:3
**out**
3:5, 5:2, 7:12,
12:8, 12:18,
21:2, 22:5,
31:7, 32:2,
33:3, 33:13,
34:21, 35:17,
37:3, 43:12,
45:9, 47:2,
48:2, 49:7,
52:12, 55:15,
57:5, 57:21,
65:13, 67:22,
68:12, 75:7,
76:19, 80:1,
81:21, 84:9,
88:13, 88:18,
92:8, 92:9,
95:1, 96:18,
97:8, 99:16,
101:4, 103:3,
103:7, 104:10,
105:16, 106:16,

111:10, 111:12,
122:16, 127:1,
134:21
**outcome**
35:19, 35:22,
134:5, 139:7
**outcomes**
129:12
**outside**
21:17, 22:6,
24:13, 58:5
**outweigh**
43:7, 43:8
**over**
10:16, 11:22,
12:3, 15:5,
33:14, 40:11,
40:21, 41:1,
41:3, 41:10,
43:17, 44:21,
48:5, 48:12,
48:22, 65:12,
77:3, 79:19,
89:10, 97:15,
105:19, 116:7,
118:19, 123:8,
123:17, 135:21,
136:3
**overall**
18:10
**overriding**
85:14
**oversight**
134:7
**overturned**
137:14
**own**
7:21, 10:21,
90:20

**P**

**packed**
40:16, 124:19
**packing**
35:1, 40:3,
127:4
**page**
139:10

Transcript of Video
Conducted on March 28, 2022

166

pages
1:21, 139:8
paired
4:17, 44:22
pairing
38:12, 74:10
pairings
17:9, 17:16,
18:7, 18:9,
19:5, 75:21
panel
101:22
parachute
66:9, 68:2,
79:21, 102:14,
134:11
paragraph
67:8, 84:14,
85:3, 85:8,
104:13
pardon
24:7, 52:8,
94:3
part
11:6, 29:18,
36:1, 47:19,
49:11, 65:20,
65:22, 78:15,
80:17, 97:7,
116:13, 117:11,
139:21
participate
56:13
participating
52:14, 102:2,
102:6
particular
5:11, 11:6,
19:14, 66:6,
98:14
particularly
32:12, 49:14,
49:19, 54:10,
80:16
parties
4:7, 134:18,
139:6
partisan
15:11, 44:10,

84:4, 93:2,
93:7, 96:7,
100:9, 102:15,
105:11, 114:18,
121:3, 128:5,
128:10, 137:9,
137:17
party
84:13, 84:17,
84:18, 85:7,
85:11, 85:12,
85:16, 121:12,
135:14, 135:21,
136:3, 137:22
pass
6:3, 9:5,
53:17, 71:14,
73:2, 109:17,
113:16, 114:6,
114:11, 122:17
passage
132:2
passed
56:14, 59:16,
59:17, 59:22,
80:1, 103:3,
103:7, 117:11,
120:21, 127:17,
131:22, 134:21
passes
73:3
passing
87:14
past
59:1, 68:16,
97:12, 97:16,
128:17
path
65:14, 74:7,
97:10, 128:16
paths
64:16
pattern
48:21
pdf
84:6
penalty
139:3

pending
108:3, 108:4,
111:5, 112:9
people
10:16, 22:13,
24:10, 34:22,
36:22, 37:4,
37:5, 38:2,
41:4, 41:11,
44:4, 55:17,
88:8, 91:1,
100:20, 106:4,
109:4, 120:4,
124:4, 125:9
percent
23:14, 23:15,
23:21, 23:22,
24:4, 25:3,
39:1, 39:2,
39:8, 39:10,
39:13, 40:15,
40:21, 40:22,
44:21, 46:21,
47:5, 47:6,
47:15, 75:8,
77:16, 93:16,
93:17, 94:6,
95:6, 95:9,
117:15, 125:1,
125:2, 125:3,
137:8, 137:12
percentage
19:6, 38:21,
39:1, 39:11,
39:16
perfectly
53:19
perhaps
9:12, 10:8,
22:8, 54:13,
69:5, 82:20,
96:10, 133:22,
134:12
period
57:12, 61:17,
81:12, 81:16,
94:13, 112:6,
124:9

perjury
139:3
persistence
133:13
person
22:4, 28:13
persons
3:6, 82:3
perspective
19:22, 29:20,
124:5
petitioners
104:22
petitions
22:13, 23:4
ph
4:10, 51:16,
52:6, 79:10,
107:21, 108:19
philosophies
127:10
phone
29:1, 50:17,
54:9, 72:9
pick
34:9, 49:2
picking
40:12, 90:3
piece
32:14, 33:14,
39:22
pieces
33:12, 34:6,
43:20
piecing
33:11
pits
40:11
pla
136:14
place
33:7, 34:4,
40:11, 62:12,
66:19, 72:22,
73:2, 73:5,
119:7, 125:12,
136:14
places
40:12, 41:8,

Transcript of Video
Conducted on March 28, 2022

167

| | | | |
|---|---|---|---|
| 134:14 | plus | possibility | prepared |
| plagued | 24:9, 123:9 | 128:22 | 8:13, 67:2, |
| 137:5 | point | possible | 117:1 |
| plan | 6:21, 7:7, 8:7, | 5:3, 14:9, | prerogative |
| 9:20, 9:21, | 8:11, 8:19, 9:7, | 14:15, 18:2, | 80:6 |
| 9:22, 27:9, | 9:11, 17:12, | 30:10, 30:11, | present |
| 30:9, 30:12, | 18:14, 20:20, | 33:17, 50:10, | 2:8, 2:10, |
| 56:16, 66:19, | 22:22, 26:17, | 59:16, 67:19, | 2:22, 3:1, 6:13, |
| 67:1, 67:2, | 27:6, 34:4, | 69:7, 71:21, | 14:15, 25:4, |
| 71:17, 80:13, | 38:20, 44:2, | 77:21, 81:19, | 87:13 |
| 80:15, 81:2, | 48:7, 49:17, | 85:15, 92:15, | presentation |
| 81:3, 81:7, | 56:11, 58:8, | 105:3, 121:16, | 17:4 |
| 83:4, 83:6, | 59:15, 64:19, | 123:6, 128:15 | presented |
| 83:12, 83:15, | 84:9, 88:13, | possibly | 3:15, 3:16, |
| 83:17, 84:16, | 95:4, 97:18, | 29:22, 59:4 | 35:17, 92:2, |
| 84:20, 85:5, | 98:17, 105:5, | posted | 98:9, 99:18, |
| 86:18, 94:19, | 106:2, 108:16, | 28:10, 114:17 | 101:18, 107:2, |
| 95:19, 97:7, | 109:22 | posting | 120:10, 120:12 |
| 100:7, 100:10, | pointed | 9:17 | president |
| 100:12, 103:4, | 55:15, 127:1 | potentially | 2:15, 66:16, |
| 103:17, 103:18, | pointing | 59:21, 64:20 | 69:22, 110:1, |
| 132:3, 132:15, | 21:2 | power | 110:16, 113:4, |
| 134:16, 134:21, | points | 132:22 | 130:17, 134:9 |
| 135:4, 135:6, | 16:6 | practical | president's |
| 136:9, 137:2, | policy | 59:9 | 66:21, 136:5 |
| 137:4, 137:6, | 21:15, 22:10, | precedents | pressure |
| 137:13, 137:14, | 22:11, 22:19 | 41:9 | 132:18 |
| 137:20, 138:2 | political | precise | presumably |
| plane | 54:16, 85:6, | 131:12 | 78:21 |
| 66:8 | 85:16, 89:10, | predecessors | presume |
| planned | 89:11, 125:10, | 138:4 | 6:4 |
| 134:11 | 127:10, 135:14 | predict | presumption |
| plans | politically | 72:21 | 126:13 |
| 30:4, 85:9 | 121:7, 121:11 | prefer | pretty |
| play | politics | 10:11 | 67:12, 104:13 |
| 36:6 | 128:12 | preference | prevent |
| please | population | 11:17 | 106:10, 106:17 |
| 2:5, 3:8, | 21:8, 23:13, | preferences | previous |
| 69:12, 78:9, | 24:14, 34:11, | 4:2, 15:3, | 3:10, 21:5, |
| 79:4, 82:17, | 34:12, 35:2, | 121:12, 132:16 | 60:12, 104:5, |
| 86:16, 108:10, | 35:10, 39:9, | premise | 115:22, 117:10, |
| 109:2, 109:3, | 39:12, 49:2, | 60:14, 60:20, | 135:3 |
| 109:6, 109:10, | 75:8, 84:3, | 124:13 | previously |
| 112:11, 112:17, | 84:5, 89:14, | prepare | 15:8, 115:10, |
| 130:8 | 93:4 | 53:16, 97:4, | 117:7 |
| plenty | populations | 97:19, 104:2, | primarily |
| 41:14 | 24:9, 33:15 | 107:22, 109:18, | 5:22, 135:14 |
| plugging | positions | 112:5 | primary |
| 28:2 | 130:4 | | 72:5 |

Transcript of Video
Conducted on March 28, 2022

168

| | | | |
|---|---|---|---|
| **print** | 85:4, 85:9, | 72:13 | **prudent** |
| 12:2, 12:18 | 85:13, 86:5, | **prohibits** | 66:18 |
| **printout** | 87:13, 87:20, | 96:13, 135:13 | **public** |
| 11:10, 11:13 | 88:1, 94:20, | **promote** | 21:15, 22:3, |
| **printouts** | 99:14, 99:18, | 44:10 | 22:10, 22:11, |
| 12:2 | 101:1, 101:2, | **proper** | 22:14, 22:15, |
| **prior** | 101:8, 102:7, | 137:22 | 22:19, 55:18, |
| 47:13, 82:4, | 103:9, 106:1, | **properly** | 62:12, 82:10, |
| 93:22, 135:16 | 106:8, 106:10, | 74:3 | 82:11, 86:6, |
| **probably** | 106:19, 107:4, | **proportional** | 86:8, 116:6, |
| 10:6, 14:13, | 118:1, 121:3, | 15:8, 30:14, | 125:21, 134:6, |
| 19:2, 21:13, | 121:5, 123:8, | 95:15, 131:14 | 135:2, 136:18 |
| 29:2, 38:15, | 123:16, 127:6, | **proportionality** | **public's** |
| 55:22, 76:12, | 129:11, 129:15, | 14:19, 15:9, | 106:20 |
| 117:15 | 131:20, 132:11, | 15:18, 28:20, | **publish** |
| **problem** | 132:12, 133:3, | 29:15, 30:15, | 10:3 |
| 64:10, 66:4, | 133:19, 134:5, | 32:5, 32:22, | **pull** |
| 75:5, 80:16, | 134:13 | 33:2, 36:10, | 132:10 |
| 89:5, 89:9, | **processes** | 39:21, 42:6, | **pulled** |
| 120:12 | 136:22 | 45:12, 45:19, | 67:7 |
| **problematic** | **produce** | 45:22, 48:14, | **purchased** |
| 137:18 | 11:18, 62:6, | 95:5, 95:7, | 22:16 |
| **problems** | 64:20, 88:2, | 114:18, 120:6, | **pure** |
| 10:21, 21:11, | 88:4, 105:3 | 122:2, 128:18 | 5:20 |
| 69:9, 90:2, | **produced** | **proposal** | **purely** |
| 116:22 | 43:22, 61:18, | 7:8, 7:11, 8:3, | 4:5 |
| **procedures** | 64:12, 88:3, | 17:16, 17:20, | **purpose** |
| 129:3 | 122:1 | 97:22, 117:18 | 36:2, 82:2 |
| **proceeding** | **produces** | **propose** | **purposely** |
| 31:8 | 123:1 | 23:21, 96:8, | 133:15, 136:16 |
| **proceedings** | **product** | 96:10, 133:9 | **purposes** |
| 3:6, 109:5 | 6:21, 7:6, 8:8, | **proposed** | 35:13, 138:11 |
| **proceeds** | 8:11, 51:6, | 21:12, 64:3, | **pursuing** |
| 72:19 | 52:18, 56:20, | 101:15, 101:18, | 66:22 |
| **process** | 65:13, 68:7, | 102:13, 121:2, | **push** |
| 4:15, 4:19, | 85:6 | 127:1 | 48:5 |
| 5:3, 5:12, 5:20, | **production** | **provide** | **pushed** |
| 6:19, 8:2, 9:4, | 16:22 | 12:5, 62:10, | 47:2, 133:5, |
| 9:10, 11:15, | **productive** | 87:8 | 133:14 |
| 18:18, 18:20, | 63:7 | **provided** | **pushing** |
| 19:8, 41:18, | **professional** | 24:11, 42:7, | 48:1 |
| 41:20, 54:11, | 23:17, 123:18 | 61:19, 80:2 | **put** |
| 55:6, 55:14, | **programing** | **provides** | 32:10, 38:1, |
| 56:4, 58:1, | 114:8 | 135:12 | 57:7, 57:10, |
| 59:15, 61:3, | **progress** | **providing** | 59:16, 61:12, |
| 76:22, 82:22, | 10:7, 13:20, | 16:6 | 71:19, 76:5, |
| 83:21, 84:10, | 14:4, 27:18, | **provisions** | 83:22, 87:5, |
| 84:15, 84:21, | 47:1, 71:20, | 36:11, 106:7 | 87:11, 91:3, |

Transcript of Video
Conducted on March 28, 2022

169

91:11
**puzzle**
34:6

**Q**

**qualifies**
23:15
**qualify**
23:16
**question**
4:19, 4:21,
7:4, 7:15, 8:11,
8:12, 10:5,
30:3, 30:19,
34:9, 40:8,
47:1, 65:22,
91:14, 100:19,
102:18, 114:5
**questions**
6:16, 14:1,
15:19, 17:2,
19:12, 27:10,
28:6, 29:8,
30:20, 50:13,
50:17, 50:18,
63:14, 67:14,
73:7, 86:1,
91:10, 99:22,
100:19, 107:18,
119:19
**quick**
53:5
**quickly**
81:9, 81:19
**quiet**
109:2
**quite**
10:11
**quorum**
3:1
**quote**
41:15, 94:22,
100:9, 121:10,
121:14, 127:7,
127:15, 127:22

**R**

**race**
76:2

**raise**
47:13
**raised**
4:17, 22:13,
31:3, 38:20,
44:15, 78:3,
89:21
**raising**
8:13
**ran**
75:16, 76:10
**randomly**
15:1
**range**
15:12, 47:15,
47:22, 48:2,
137:9, 137:12
**rather**
6:14, 58:12,
99:12, 99:20,
132:10
**ratio**
34:14, 34:15,
38:4, 39:13,
41:1, 41:16
**rationale**
49:3
**ratios**
34:16
**reach**
35:3, 48:10
**read**
84:8, 108:8,
131:9
**readily**
54:14
**reading**
111:17
**ready**
7:6, 7:19,
13:5, 71:6,
76:2, 94:18
**real**
41:16, 48:6,
53:4, 128:4
**reality**
35:5, 41:22,
42:9, 132:9

**really**
4:21, 11:19,
14:13, 22:3,
23:14, 30:22,
45:13, 46:21,
47:22, 49:16,
63:6, 87:4,
87:13, 90:20,
105:10, 126:2
**reason**
7:17, 11:1,
22:11, 48:19,
55:22, 68:1,
88:16, 90:14
**reasons**
22:10
**recall**
66:1, 81:20
**received**
3:21, 4:3,
16:11, 20:6,
87:10, 93:4,
100:5, 139:9
**receiving**
137:2
**recess**
17:3, 63:12,
70:9, 79:6,
96:15, 97:18,
104:1, 105:19,
106:22, 107:10,
109:11, 109:12,
111:4, 111:6,
111:22, 112:7
**recessed**
112:7
**recessing**
97:11
**recommend**
83:16
**recommendations**
12:16
**recommended**
5:6
**record**
121:22, 125:6,
131:8, 138:11,
138:14

**recordings**
139:4
**red**
39:7, 41:7
**redistricting**
1:4, 2:5, 30:4,
54:18, 71:3,
82:4, 89:16,
123:16, 127:17,
132:4, 134:18,
134:19, 135:20,
139:20
**redrawn**
49:6, 72:6
**reduces**
97:7
**reelection**
22:9
**reemphasize**
67:16
**reference**
66:17, 75:14
**referred**
46:6, 81:1,
82:9
**reflect**
128:1, 132:16
**reflective**
121:12
**reforms**
127:17
**refrain**
3:4
**refuse**
67:10, 104:15,
129:7, 132:9
**regard**
29:11
**regarding**
89:21, 108:6,
132:1, 139:10
**regardless**
127:9
**regional**
77:8
**regionally**
77:5
**registration**
60:7

Transcript of Video
Conducted on March 28, 2022

170

regret
128:22
reiterate
34:8, 42:20,
44:2, 63:21,
67:18, 68:3,
68:11
related
20:18, 46:2,
139:5
relates
59:20
relevant
20:20
rely
11:19, 16:16
remarked
54:21
remember
34:12
reminded
59:11
remotely
3:6
remove
74:17
rendition
88:14
renowned
132:19
rep
3:12, 13:11,
13:15, 13:17,
13:19, 13:22,
24:20, 37:5,
38:16, 39:8,
39:12, 44:13,
46:8, 46:18,
48:15, 48:17,
49:9, 50:6,
50:9, 57:4,
67:5, 67:7,
69:15, 70:11,
78:12, 78:14,
79:22, 80:7,
80:9, 81:4,
81:6, 82:14,
82:18, 83:18,

83:20, 86:17,
91:6, 91:8,
91:13, 91:17,
91:19, 91:21,
92:5, 92:11,
92:18, 92:21,
93:1, 93:6,
93:15, 93:19,
94:1, 94:3,
94:4, 94:7,
94:8, 94:11,
94:21, 95:7,
95:9, 95:10,
95:11, 95:17,
95:21, 96:12,
96:14, 99:3,
99:5, 100:2,
100:4, 104:19,
104:21, 106:21,
107:19, 109:10,
109:21, 110:21,
113:12, 113:22,
114:22, 115:2,
117:21, 118:6,
118:10, 130:22,
131:6, 131:10
repeated
46:8
repeatedly
29:10
repeating
85:17
replace
121:5
report
12:15, 26:14,
27:3, 131:5,
132:1, 138:15
reporting
3:20
reports
26:18, 75:19,
75:22, 76:3
represent
21:18, 25:1,
25:11
representation
23:17, 23:18

representative
27:1, 126:10
representatives
117:4, 124:17
represented
128:7, 128:8
representing
21:7
reproduced
44:19
reprograming
60:7
republican
15:11, 15:16,
19:21, 35:18,
38:22, 39:9,
39:15, 40:21,
42:4, 44:1,
44:20, 44:22,
45:6, 45:8,
47:21, 49:20,
49:22, 50:4,
54:22, 84:17,
84:20, 85:11,
85:12, 90:18,
91:10, 91:15,
93:8, 93:17,
94:1, 94:5,
95:2, 95:3,
95:8, 95:11,
97:8, 100:12,
100:14, 101:22,
114:20, 114:21,
115:6, 115:8,
120:7, 124:16,
125:1, 128:9,
136:4
republicans
39:15, 78:21,
102:6, 123:11,
124:14, 124:20,
128:7, 133:9,
137:9, 137:12
request
12:1, 65:17,
67:9, 104:11,
109:10
requesting
109:12

requests
4:22, 5:22,
9:13, 67:11,
104:14, 104:16,
129:8
require
42:21, 138:10
required
42:15, 55:3,
111:16, 126:3,
131:14
requirement
21:15, 25:6,
26:3, 26:5,
26:22, 42:22,
75:9, 82:9,
87:2, 95:16,
95:19, 118:15,
118:17
requirements
5:10, 21:7,
31:13, 36:7,
43:4, 43:9,
43:15, 46:7,
48:14, 57:12,
83:1, 87:17,
92:17, 95:6,
99:19, 126:8,
129:5
requires
29:19, 43:11,
52:18, 111:9
resolve
77:5, 77:16,
126:2
resolved
89:20
resolving
18:6, 18:8
resources
57:7, 87:8
respect
3:5, 30:7
respective
12:1
respond
46:11, 59:6,
100:16

Transcript of Video
Conducted on March 28, 2022

171

**responses**
61:10
**rest**
75:10
**restart**
109:8, 109:9
**result**
35:4, 36:3,
39:21, 47:19,
82:21
**results**
48:8
**retain**
84:18, 132:20
**return**
70:11, 70:13
**review**
6:12, 7:3, 7:9,
12:18, 13:5,
14:17, 26:13,
57:1, 106:14,
109:13, 111:18,
111:21, 112:10,
137:22
**reviewed**
74:20, 85:10,
129:18
**reviews**
76:1
**revised**
108:19, 111:1
**revision**
9:18
**reworking**
98:8
**richland**
74:6
**ridiculous**
57:6, 57:15
**right**
7:5, 8:13,
12:6, 13:9,
13:11, 14:18,
14:20, 20:3,
20:5, 22:9,
24:21, 25:20,
26:1, 27:11,
37:3, 46:18,

50:19, 55:12,
62:15, 64:18,
75:14, 89:7,
99:21, 107:15,
111:11, 114:9,
118:15, 119:8,
138:8
**ring**
125:13
**rippling**
75:10
**risk**
67:3
**road**
132:6
**roadblocks**
71:15, 71:16,
71:17, 72:20
**roll**
2:6, 69:13,
108:11, 109:7,
110:7, 112:11,
112:17, 130:8
**room**
3:8, 49:21,
50:4, 52:5,
62:12, 62:16,
65:6, 66:5,
68:12, 82:14,
86:6, 86:20,
87:3, 91:18,
102:3, 123:12
**roughly**
35:10, 39:8
**route**
61:1
**rs**
122:3
**rule**
42:6
**rules**
18:17, 18:18,
36:15, 45:12,
45:17, 48:9,
54:19, 61:2,
71:13, 73:21,
74:2, 74:11,
80:17, 87:5,

88:21, 89:16,
90:16, 103:12
**rulings**
132:9, 135:16
**run**
19:9, 22:9,
22:18, 23:3,
25:13, 25:15,
26:15, 26:18,
27:3, 33:13,
35:12, 53:4,
67:22, 72:19,
75:19, 76:3,
77:3, 89:6
**runs**
135:10
**runway**
68:1
**ruse**
138:3
**russo**
2:19, 2:20,
14:1, 14:2,
15:21, 15:22,
16:19, 17:1,
27:12, 27:13,
28:4, 42:2,
42:18, 42:19,
52:17, 57:3,
57:17, 57:18,
57:19, 60:10,
60:12, 61:22,
63:16, 63:17,
63:18, 67:14,
67:15, 69:7,
70:4, 70:5,
78:12, 78:14,
79:22, 81:4,
83:18, 83:19,
83:20, 90:6,
90:8, 91:6,
91:7, 91:8,
91:13, 91:19,
92:5, 92:18,
93:1, 93:15,
94:1, 94:4,
94:8, 94:21,
95:9, 95:11,

95:21, 96:14,
99:3, 99:4,
99:5, 100:2,
100:4, 101:3,
104:19, 104:21,
106:21, 107:19,
109:10, 109:21,
110:20, 110:21,
113:11, 113:12,
113:22, 114:22,
115:2, 117:21,
118:6, 118:9,
118:10, 128:21,
130:21, 130:22,
131:6, 131:8,
131:10
**russo's**
62:20, 100:18,
102:18, 117:2

**S**

**sacrifice**
31:17
**sacrificed**
47:9
**sadly**
125:15
**safe**
95:2
**safely**
45:16
**safety**
66:7, 69:10
**said**
19:22, 29:14,
41:2, 45:20,
60:19, 66:8,
66:12, 66:13,
69:2, 69:7,
69:10, 79:18,
88:22, 89:3,
91:2, 97:15,
98:14, 101:7,
102:17, 103:16,
104:13, 111:15,
114:10, 116:12,
120:2, 120:21,
122:22, 123:21,

Transcript of Video
Conducted on March 28, 2022

172

138:5
**same**
37:8, 44:14,
65:6, 66:18,
75:4, 96:17,
103:2, 103:4,
106:15, 106:20,
118:1, 132:10,
137:9, 137:12,
138:3
**sat**
86:6
**saturday**
63:1, 81:20,
89:21, 90:5
**saw**
23:10, 31:8,
61:14, 103:2,
103:6
**say**
7:15, 7:17,
14:3, 18:9,
20:1, 24:16,
26:4, 29:7,
32:4, 36:15,
40:20, 41:21,
43:17, 44:3,
47:12, 54:5,
56:1, 56:21,
62:18, 63:18,
72:7, 72:20,
73:5, 76:8,
77:9, 81:8,
83:21, 86:18,
93:20, 102:6,
103:8, 112:4,
116:2, 122:17,
123:18
**saying**
35:5, 46:13,
61:20, 72:5,
76:19, 122:16
**says**
24:17, 53:15,
62:1, 67:8,
126:7
**scale**
77:19

**schedule**
5:19, 10:6,
81:15
**schema**
78:8
**scratch**
58:4, 77:1,
77:2, 92:6,
92:12, 133:17
**screens**
29:5
**scribner's**
101:9
**scrutiny**
135:2
**seat**
45:16, 74:12,
95:2, 96:19,
97:9
**seats**
42:12, 46:20,
47:21, 48:2,
73:22, 74:5,
74:10, 74:12,
74:14, 94:5,
95:1, 95:3,
95:4, 95:8,
95:10, 95:12,
95:13, 97:9,
114:19, 114:20,
115:5, 115:6,
115:8, 127:3,
137:8, 137:11,
137:17
**second**
3:13, 57:4,
60:19, 81:5,
112:12, 112:13,
112:14, 112:16,
113:21, 113:22,
139:20
**secondary**
29:15
**seconded**
83:4, 108:3
**seconds**
129:16
**secret**
132:16, 134:1,

134:10, 136:5,
137:20
**secretary**
2:7, 2:9, 2:11,
2:13, 2:15,
2:17, 2:19,
2:21, 52:19,
53:3, 53:17,
59:7, 66:15,
69:14, 69:16,
69:18, 69:20,
69:22, 70:2,
70:4, 70:6,
80:20, 97:3,
108:12, 108:14,
108:18, 108:21,
109:8, 109:19,
110:8, 110:10,
110:12, 110:14,
110:16, 110:18,
110:20, 110:22,
112:3, 112:17,
112:18, 112:20,
112:22, 113:2,
113:4, 113:9,
113:11, 113:13,
115:14, 118:2,
118:16, 118:22,
119:5, 130:9,
130:11, 130:15,
130:17, 130:19,
130:21, 131:1
**secretry**
130:13
**sect**
135:11
**section**
4:17, 20:16,
36:10, 36:11,
43:8, 52:11,
53:12, 88:21,
126:7, 126:9,
135:11, 135:12,
135:17, 137:20
**see**
7:21, 11:10,
11:16, 14:7,
21:9, 27:7,

33:1, 41:5,
41:6, 44:18,
79:13, 84:6,
99:17, 100:21,
102:15, 105:6,
119:17, 123:2,
128:13
**seeing**
17:18, 80:1,
115:20, 117:10
**seems**
21:22, 27:15,
27:19, 52:2,
63:10, 73:1,
78:19
**seen**
20:1, 30:22,
33:4, 35:17,
38:11, 68:6,
68:8, 68:15,
71:9, 83:13,
92:13, 100:12,
100:13, 101:14,
105:10, 116:1,
123:13, 124:16,
125:15, 128:17,
129:17
**senate**
4:1, 4:5, 15:9,
15:15, 16:3,
18:1, 18:4,
18:18, 19:1,
19:3, 19:20,
19:22, 20:2,
20:8, 20:19,
21:1, 21:11,
22:3, 23:2,
23:8, 25:19,
25:22, 38:11,
38:12, 38:14,
53:8, 53:10,
53:11, 53:13,
55:1, 55:10,
61:18, 64:11,
68:8, 71:12,
71:13, 71:17,
71:19, 71:20,
72:14, 72:16,

Transcript of Video
Conducted on March 28, 2022

173

72:18, 72:22,
73:22, 74:18,
75:2, 75:15,
76:14, 77:1,
77:10, 80:16,
80:18, 83:6,
83:7, 83:11,
88:18, 89:2,
93:14, 93:21,
97:9, 98:9,
98:11, 114:20,
114:21, 115:7,
116:22, 117:4,
117:18, 119:12,
121:4, 129:17,
136:4, 137:10,
137:11
**senator**
2:9, 6:17, 8:5,
8:6, 8:12, 9:7,
18:13, 19:18,
21:21, 22:8,
22:22, 27:11,
64:4, 69:16,
73:7, 79:8,
91:9, 97:21,
108:14, 109:22,
110:10, 112:20,
128:21, 130:11
**senator's**
9:11
**senators**
4:7, 16:11,
16:20, 21:16,
22:22
**send**
53:2, 78:9
**sense**
31:9, 128:18
**sent**
7:12, 25:14,
63:3
**separate**
57:9, 65:21
**separately**
66:12
**sequestered**
136:5

**series**
53:1
**serious**
54:1, 56:2
**service**
51:10
**session**
1:2
**set**
12:20, 12:21,
28:10, 31:14,
85:1, 87:5,
97:2, 103:11,
115:18
**seven**
7:20, 8:2,
17:13, 17:17,
27:15, 32:12,
93:20, 132:12
**several**
75:6, 108:8,
116:4, 116:8,
116:22, 134:12,
138:6
**shadows**
134:8
**shall**
25:6, 25:8,
26:6, 56:15,
56:22, 67:9,
67:10, 104:14,
104:15
**shame**
108:22
**shape**
53:13
**shapes**
43:20
**share**
5:21, 8:14,
8:15, 9:6, 9:22,
29:5, 137:9
**shared**
8:15, 86:5
**sharing**
9:17
**sharply**
81:10

**shifting**
83:6
**short**
49:14, 61:17,
81:12, 81:22,
99:1, 137:19
**should**
5:13, 22:21,
24:12, 28:18,
28:21, 29:1,
31:5, 43:10,
55:20, 58:22,
61:4, 61:6,
63:22, 66:22,
69:10, 77:8,
79:21, 84:18,
85:18, 85:20,
96:5, 96:6,
103:12, 105:7,
125:14, 126:5,
131:20
**shoulders**
10:16
**show**
71:20, 72:14
**showing**
93:2, 117:5
**shown**
92:19
**shows**
85:8, 85:12,
137:3
**sick**
90:22
**side**
17:14, 30:15,
41:22, 72:6,
95:4, 102:8
**sides**
123:20
**sign**
6:13, 31:5,
54:14
**signature-q7she**
139:15
**significant**
14:4, 22:18,
22:19, 75:5,

129:14
**similar**
120:6, 122:2
**similarly**
25:5
**simpler**
32:10
**simply**
54:22, 61:20,
62:4, 89:9,
116:15, 124:21,
129:4
**since**
14:5, 20:8,
20:20, 20:21,
25:15, 26:1,
26:7, 56:11,
78:16, 131:22,
132:11
**single**
25:8, 37:4,
38:6, 41:20,
43:21, 43:22
**sir**
112:18
**sit**
62:17, 64:22
**site**
90:21
**sitting**
123:12, 135:6
**situation**
16:4, 52:14,
97:15, 106:18
**six**
45:1, 83:9,
89:12, 131:22,
137:10
**skilled**
133:16
**slap**
58:9, 86:12,
136:20
**sleep**
132:5
**sleeps**
52:3
**slow**
18:20

Transcript of Video
Conducted on March 28, 2022

174

**small**
4:12, 9:19,
27:7, 55:16,
55:21, 118:13
**smaller**
33:11, 33:16,
34:7
**smoothly**
19:11
**sold**
125:20, 125:21
**solely**
31:17, 35:11,
37:2, 37:10
**solution**
33:20, 129:9
**solve**
69:8, 75:17
**solved**
76:12
**some**
5:15, 5:18,
6:10, 6:20, 7:7,
8:7, 10:22,
11:11, 14:7,
14:8, 17:9,
18:15, 20:5,
22:5, 26:8,
29:8, 33:1,
34:3, 40:12,
41:16, 44:5,
44:14, 47:1,
48:7, 48:19,
49:13, 49:20,
52:11, 57:14,
59:12, 62:5,
63:3, 64:19,
66:7, 68:9,
68:14, 69:10,
72:2, 72:3,
74:20, 75:11,
76:11, 77:8,
77:18, 79:14,
82:20, 85:19,
86:1, 88:13,
88:20, 89:19,
91:10, 93:10,
93:12, 96:10,

97:18, 97:20,
102:15, 106:2,
111:21, 115:19,
115:21, 118:16,
119:10, 119:12,
120:19, 123:3,
128:22, 134:2
**somehow**
62:5
**someone**
52:21, 65:20
**something**
7:12, 22:21,
26:20, 27:8,
47:11, 48:17,
52:21, 56:7,
60:3, 62:9,
74:6, 89:12,
94:12, 100:22,
102:19, 106:12,
116:12, 123:5,
126:19
**sometimes**
21:19, 24:16,
31:22, 35:1,
45:8, 50:6,
50:22
**somewhere**
8:2
**soon**
46:14
**sooner**
60:2, 60:6
**sorry**
16:12, 16:14,
43:1, 59:8,
77:15, 126:15,
131:2
**sort**
14:6, 20:11,
48:22, 66:7
**sounds**
21:8
**south**
74:8
**southeast**
74:2, 74:8
**spaces**
88:13

**spare**
110:2, 111:16
**speak**
31:1, 50:16
**speaker**
2:7, 10:22,
69:14, 90:9,
91:9, 108:12,
110:8, 112:17,
112:18, 119:15,
130:9
**speaker's**
79:11
**specific**
46:4, 52:11
**specifically**
22:22, 29:8,
29:11, 29:14,
35:8, 43:4,
60:18, 60:19,
66:1, 66:12,
67:8, 126:7,
129:19
**specifics**
20:19
**specify**
106:17
**spectators**
108:20, 108:22
**speed**
11:8
**spent**
22:14, 34:10,
58:6, 88:20
**spirit**
57:16, 127:16
**spite**
80:9, 138:5
**split**
26:6, 26:12,
27:1, 33:8,
33:9, 33:21,
36:16, 37:17,
41:11, 41:13,
55:17, 55:20,
55:21, 75:4,
120:16, 122:5,
125:18, 126:12,

126:22, 127:2,
127:19
**splits**
4:11, 4:12,
12:11, 17:10,
32:11, 33:3,
33:17, 34:5,
39:4, 75:11,
75:20, 83:12
**splitting**
18:11, 26:10,
36:12, 36:13,
121:15
**spoke**
31:22, 34:22,
88:15, 124:17,
127:2
**spokes**
32:2
**spots**
39:8, 45:21,
46:1
**sprawling**
34:2, 43:18
**spreadsheet**
53:8, 53:9
**spreadsheets**
39:5, 40:18,
84:2
**springette**
52:6, 86:2,
86:6, 86:20,
91:10
**springette's**
79:10
**st**
133:12
**staff**
6:1, 6:3, 6:12,
9:5, 9:17, 10:1,
10:15, 11:18,
11:20, 12:2,
16:16, 49:20,
50:21, 53:2,
53:14, 54:7,
55:15, 56:11,
56:12, 57:13,
58:7, 58:17,

Transcript of Video
Conducted on March 28, 2022

175

68:11, 68:20,
68:21, 69:12,
82:5, 87:7,
87:11, 90:16,
90:18, 91:21,
101:4, 102:1,
102:2, 103:8,
108:10, 109:6,
110:7, 111:10,
112:11, 112:17,
123:22, 130:8
**staffer**
52:9
**staffs**
9:9, 11:14,
49:19, 87:5,
87:6, 87:7,
116:5
**stage**
8:16, 76:18,
76:20, 128:14
**stairs**
52:22
**stale**
132:8
**stand**
14:20, 17:3,
90:20
**stark**
83:10
**start**
5:17, 8:3,
55:3, 57:5,
60:20, 77:1,
91:15, 91:20,
92:6, 100:10,
101:1, 114:8,
116:1, 122:16
**started**
4:10, 55:4,
81:11, 92:7,
124:13, 132:11
**starting**
58:4, 60:14,
60:15, 60:22
**stat**
11:13
**state**
1:3, 11:6,

17:13, 34:1,
37:5, 38:14,
38:16, 39:8,
39:11, 42:10,
44:4, 46:9,
52:19, 53:3,
53:17, 54:17,
54:19, 73:17,
73:18, 89:13,
89:14, 100:5,
106:4, 109:19,
112:3, 115:14,
118:2, 118:17,
118:22, 119:6,
123:13, 124:16,
128:4, 131:17,
131:18, 135:12,
135:13
**state's**
80:20, 97:3,
134:3
**stated**
15:3, 66:1,
121:8, 121:13
**statement**
61:11, 102:1,
110:4, 111:15,
111:19, 112:1,
112:5, 112:11,
113:5, 117:3,
131:9, 132:5
**statements**
117:19, 138:12
**statewide**
53:9, 53:10,
132:16
**stating**
8:1
**statistics**
53:11
**status**
3:21, 10:13,
12:15, 13:4
**staying**
27:16, 72:12
**step**
76:7, 129:6
**steps**
76:7

**sticking**
67:21
**still**
19:2, 24:21,
29:5, 32:19,
33:2, 45:22,
46:5, 47:3,
48:18, 49:10,
68:6, 72:12,
93:10, 93:12,
94:1, 94:4,
103:22, 109:3,
118:13, 118:15,
134:7, 137:4,
138:7
**stilted**
132:7
**stipulation**
67:9
**stipulations**
67:11, 104:14,
104:16
**stop**
56:19, 133:14
**stops**
115:11
**storyline**
132:8
**straightforward**
131:21
**stray**
26:19
**stream**
82:12, 109:4,
133:20
**streamed**
123:12
**strength**
36:3
**strict**
18:17
**strictest**
128:18
**strong**
11:17, 82:8
**strongly**
57:20, 94:15,
105:4, 133:6

**strongsville**
128:8
**struggle**
123:14
**subjected**
135:9
**submit**
58:13, 58:14,
106:12, 131:4
**submittals**
104:5
**submitted**
55:18, 106:6
**substantial**
45:6
**substantially**
115:9, 117:6
**suburban**
35:20, 124:16,
124:19
**suburbs**
32:3, 125:13,
125:14
**suddenly**
58:19
**suffer**
138:3
**suggest**
12:14, 50:2,
58:1, 64:15,
96:15
**suggested**
7:13, 7:22,
12:4, 65:14,
65:15, 80:3,
90:3, 94:15,
133:6
**suggesting**
62:11
**suggestion**
13:3, 14:14,
50:8, 64:21,
78:14, 79:6,
82:8, 82:9,
90:17
**suggestions**
4:22, 12:8,
12:12, 12:16,

Transcript of Video
Conducted on March 28, 2022

176

12:22, 14:8,
19:14, 19:16,
62:14, 68:9,
68:22, 77:15,
102:4
**suggests**
10:8
**summary**
121:2
**summit**
38:5
**sunday**
82:1, 90:1,
90:8, 133:8
**super**
63:11
**superhuman**
52:2
**support**
62:7, 113:5,
115:2, 117:20
**supporting**
139:4
**suppose**
59:21
**supposed**
20:17, 68:3,
126:16
**supreme**
49:15, 56:17,
62:1, 63:20,
64:17, 65:18,
66:1, 66:13,
69:4, 81:10,
81:17, 82:19,
82:22, 94:9,
94:14, 94:21,
97:18, 101:11,
105:16, 105:17,
108:9, 131:11,
132:18, 133:3,
134:17, 135:16,
135:18, 137:14
**sure**
6:10, 23:11,
23:14, 26:19,
28:8, 44:11,
46:11, 55:12,

61:14, 63:4,
72:7, 73:17,
76:8, 78:20,
87:17, 98:5,
106:9, 110:1,
118:20, 122:17,
130:6
**suspect**
138:2
**sway**
132:19
**switch**
38:19
**symmetry**
14:19, 15:10,
15:13, 28:20,
29:16, 42:6,
42:7, 45:12,
46:6, 47:20,
48:3, 48:7,
48:13, 83:5,
84:4, 94:9,
103:13, 115:4,
115:9
**synergy**
45:19
**system**
9:15
**systems**
60:8

**T**

**table**
135:6
**tackled**
18:1
**tactics**
132:11
**take**
18:7, 32:1,
33:20, 34:16,
35:11, 43:16,
47:11, 54:19,
54:22, 55:7,
62:12, 63:12,
70:9, 73:3,
76:1, 94:22,
96:15, 97:4,

97:11, 97:17,
101:10, 102:5,
102:10, 104:7,
105:7, 106:14,
106:21, 111:20,
111:22, 112:6,
112:16, 127:20
**taken**
23:7, 33:4,
71:14
**takes**
11:18, 27:17,
53:14, 53:15,
92:14
**taking**
6:22, 33:2,
33:16, 55:6,
63:5, 75:7,
105:18, 118:2,
118:3
**talented**
120:4
**talk**
14:6, 35:1,
35:7, 36:11,
37:7, 47:7,
52:11, 52:16,
63:1, 69:6,
78:21
**talked**
10:5, 38:21,
53:12, 63:4,
121:17, 121:18,
124:22, 128:21
**talking**
11:9, 33:22,
34:11, 41:11,
41:17, 63:19,
72:8, 89:7
**tape-recording**
139:9
**task**
51:2, 67:17,
91:4, 123:19,
124:3, 130:1
**tasks**
57:14
**taxpayers**
135:8

**teach**
28:13
**team**
76:4, 133:15,
136:19
**technical**
4:12, 9:19,
9:21, 43:9
**technically**
24:4
**technique**
124:18, 127:2
**telephone**
90:9
**television**
82:15
**tell**
23:16, 24:18,
29:20, 38:8,
58:11, 108:16
**telling**
24:18, 58:18,
132:13
**ten**
82:20, 94:19,
123:8, 129:1
**ten-minute**
63:12
**tend**
41:4, 125:8
**tentative**
31:4
**term**
16:12, 16:14,
29:16
**terms**
6:19, 17:15,
28:19, 49:12,
80:18, 86:18,
115:9
**territory**
25:7
**test**
117:7
**testimony**
41:10, 41:15,
41:19, 127:5
**th**
2:3, 52:19,

Transcript of Video
Conducted on March 28, 2022

177

54:17, 56:15,
56:16, 60:5,
81:14, 92:8,
95:20, 117:12,
133:1, 133:8
**thank**
6:18, 14:2,
15:22, 17:1,
19:19, 27:13,
28:4, 42:17,
42:19, 44:13,
49:9, 49:16,
50:19, 51:9,
51:11, 57:19,
73:9, 78:11,
79:5, 83:20,
91:8, 120:3,
122:10, 122:12,
124:5, 131:3,
131:6, 131:10,
138:8
**themselves**
69:6
**therefore**
67:3
**thing**
5:1, 28:11,
49:10, 52:12,
58:18, 60:9,
63:19, 101:6,
106:15, 121:1,
122:21
**things**
4:12, 17:10,
22:16, 23:5,
23:9, 24:22,
26:9, 27:6,
29:22, 43:6,
49:13, 50:5,
50:7, 51:19,
52:11, 53:1,
54:19, 62:13,
68:6, 68:9,
73:5, 75:22,
78:20, 103:14,
116:11, 119:18,
120:8, 120:9
**thinking**
14:14, 62:1,

66:17
**thinks**
112:15
**third**
69:1, 105:15,
136:9, 137:5
**thoroughness**
133:13
**thought**
5:21, 10:5,
49:15, 49:16
**threatened**
104:8
**three**
15:10, 15:12,
15:13, 34:16,
36:13, 40:13,
45:21, 52:4,
55:17, 55:21,
69:9, 73:3,
83:10, 85:2,
85:9, 89:11,
110:22, 115:5,
122:9, 132:12
**through**
6:1, 11:4,
12:8, 17:8,
17:12, 17:18,
18:19, 26:15,
27:20, 30:18,
32:2, 37:9,
38:21, 45:3,
53:4, 74:18,
75:21, 76:2,
81:16, 84:21,
94:20, 99:8,
99:13, 113:18,
117:13, 133:12,
134:9
**throughout**
7:2, 9:3, 46:9,
75:10, 102:3,
127:5
**throw**
45:9
**thrown**
92:8, 92:9,
96:18, 99:16

**tight**
10:11
**time**
3:2, 3:17, 4:2,
6:10, 6:14,
7:17, 11:18,
12:15, 19:10,
19:14, 21:21,
27:22, 28:7,
28:9, 28:10,
30:5, 30:11,
33:1, 33:19,
34:10, 41:20,
44:21, 46:21,
48:5, 49:14,
49:21, 50:1,
51:5, 52:3,
56:3, 57:6,
57:12, 58:7,
59:17, 60:21,
61:17, 63:5,
65:6, 65:18,
67:9, 67:11,
72:14, 72:15,
76:1, 80:2,
80:19, 81:12,
82:19, 83:1,
85:20, 86:15,
86:19, 88:20,
91:5, 92:11,
92:14, 92:16,
93:12, 94:13,
94:18, 95:18,
96:8, 97:19,
99:1, 99:10,
100:13, 100:22,
103:2, 103:4,
104:4, 104:14,
104:16, 106:7,
106:10, 111:3,
111:21, 112:6,
123:4, 123:11,
124:9, 128:22,
129:4, 131:4,
134:2, 137:22,
138:8
**timeframe**
130:2

**timeline**
83:16, 97:1,
103:11, 109:16,
129:2
**timelines**
59:12
**timeliness**
129:14, 129:22
**times**
20:21, 52:3,
55:21, 86:7,
89:13, 106:5,
108:8, 126:21
**timing**
10:4, 10:5,
52:17
**tired**
106:2, 132:10
**today**
2:4, 4:20,
20:6, 20:22,
32:15, 35:9,
52:19, 54:4,
61:21, 62:1,
62:2, 62:3,
62:10, 65:13,
66:14, 101:2,
102:2, 102:6,
102:14, 103:4,
109:20
**together**
3:22, 33:11,
33:12, 34:6,
35:9, 49:1,
57:10, 61:13,
68:22, 69:6,
73:4, 74:5,
87:12, 90:4,
120:16, 121:15,
122:5, 123:12,
125:19, 128:2
**told**
5:7, 53:14,
54:18, 77:20,
85:18, 90:20,
98:7, 98:15,
127:7, 129:19
**toledo**
35:7, 35:9,

Transcript of Video
Conducted on March 28, 2022

178

35:12, 35:14,
36:5, 36:13,
36:17, 121:8
**tomorrow**
28:14
**tonight**
56:22, 62:18,
63:8, 64:20,
66:20, 67:4,
78:16, 79:17,
97:3, 100:21,
118:2, 123:8,
129:20
**tonight's**
135:15
**took**
86:21, 95:21,
124:16, 129:6,
136:14
**top**
34:18
**toss-up**
137:8, 137:16
**tossed**
105:16
**total**
11:16, 95:14
**totally**
58:8
**touch**
51:10, 72:12
**tough**
19:6, 38:8,
41:16, 68:16,
121:19
**towards**
125:4
**town**
32:2
**towns**
127:18
**township**
4:11, 27:1,
45:17, 46:4,
126:12, 126:14
**townships**
41:12, 41:14,
121:16, 126:11,

128:2
**track**
66:22
**trade-off**
31:6
**transcribed**
1:22
**transcriber**
139:1, 139:2
**transcript**
1:1
**transcription**
139:9
**transmit**
118:16
**transmitted**
115:14, 118:1
**transparency**
10:18, 86:8,
86:9
**transparent**
62:15, 84:21,
84:22, 133:19
**tremendous**
27:18, 61:16,
79:19
**tricks**
132:10
**tried**
18:2, 106:8,
133:7
**triggering**
19:7
**trip**
4:12
**trips**
52:21
**true**
61:13, 61:14,
125:13, 139:8
**truism**
125:8
**try**
20:17, 32:7,
33:15, 33:16,
35:2, 38:3,
62:22, 68:13,
71:17, 76:5,

88:18, 98:4,
103:15
**trying**
5:18, 30:10,
31:15, 31:17,
34:7, 37:20,
46:16, 55:8,
63:5, 63:7,
66:3, 76:1,
81:21, 87:16,
89:8, 98:18,
101:4, 104:5,
106:19
**turn**
87:15, 125:3
**tusculum**
127:14
**tweaked**
48:18, 49:4,
135:3
**tweaks**
118:13, 118:18
**twenty-eight**
16:13
**twice**
72:9
**two**
7:7, 15:15,
33:3, 33:16,
35:10, 36:14,
44:22, 45:7,
45:21, 60:16,
73:3, 74:3,
74:14, 74:18,
76:21, 81:13,
82:3, 83:6,
83:11, 84:15,
90:3, 96:19,
97:8, 113:13,
115:7, 117:17,
119:5, 120:3,
124:6, 125:7,
130:4, 131:1,
135:6
**typically**
55:7, 88:17

**U**

**ultimately**
129:22, 132:17

**umbrage**
102:5
**unable**
23:2, 23:3
**unanimous**
6:9
**unconstitutional**
21:2, 58:13,
60:15, 60:20,
60:22, 92:7,
92:9, 99:15,
132:2, 132:17,
132:21, 134:15,
135:3, 136:9,
137:16, 138:1
**under**
23:1, 45:12,
55:6, 59:13,
66:6, 74:10,
75:8, 95:18,
101:11, 131:14,
136:14, 139:3
**undercut**
58:8
**understand**
10:22, 11:1,
14:20, 38:3,
45:10, 90:15,
94:19, 97:6,
118:20
**understanding**
115:15
**underway**
4:13
**unfortunately**
51:4, 64:15,
72:13, 130:3
**unified**
8:17, 12:7,
13:9, 14:18,
15:3, 15:6,
19:15, 57:11
**unique**
21:11, 121:19
**united**
12:7, 127:21
**universal**
42:8, 45:14,

Transcript of Video
Conducted on March 28, 2022

179

**45:20**
**universally**
42:13, 45:18
**unjustifiable**
132:21
**unknown**
107:16, 134:2
**unless**
7:17
**unlikely**
92:1
**unnecessarily**
36:12
**unnoticed**
124:3
**unquote**
94:22, 100:10
**unrewarded**
124:1
**until**
19:9, 27:16,
53:19, 61:6,
62:18, 77:6,
115:13, 129:16
**unusual**
129:6
**unwise**
67:2
**update**
3:17, 17:7,
70:9, 70:10,
70:12, 70:13,
71:4, 72:8,
78:16
**updated**
20:7, 113:18
**upload**
81:2, 118:21,
119:5
**uploaded**
80:20
**urban**
11:16, 31:21,
32:1, 32:6,
32:12, 35:20,
38:13, 40:13,
41:6
**urgency**
129:15

**use**
3:8, 8:17, 58:2
**useful**
93:3
**useless**
84:5
**using**
17:22
**usually**
21:20, 22:12,
24:17, 33:7,
33:21

**V**

**valve**
66:7, 69:10
**various**
7:1, 11:9, 68:5
**verify**
75:21
**version**
20:6, 21:1,
21:12, 22:5,
23:8, 23:11,
23:12, 25:12,
25:14, 40:19,
55:1, 68:6,
135:3
**versions**
20:7, 23:19,
92:19
**versus**
16:4, 16:9,
46:4, 135:19
**vetted**
92:3
**via**
50:17
**video**
29:1
**video-recorded**
1:1
**view**
52:1, 82:11
**viewing**
10:17, 134:6
**village**
4:11, 46:4

**villages**
128:2
**vindicated**
125:7
**violate**
43:3
**violated**
62:19
**violates**
99:7, 125:19,
137:20
**violation**
67:4, 134:2
**violations**
135:17
**virginia**
90:4
**virtually**
3:4, 8:3
**vision**
10:21, 119:16
**visited**
20:15
**visual**
26:13, 82:11
**voices**
131:17
**vote**
35:14, 36:5,
41:5, 44:20,
45:6, 56:8,
56:20, 57:2,
61:5, 65:13,
99:6, 99:20,
105:11, 105:14,
106:14, 109:14,
125:9, 136:14,
137:3, 138:10
**voted**
44:11, 115:22,
136:21
**voter**
60:7
**voters**
35:3, 35:20,
42:10, 42:14,
44:11, 58:10,
86:12, 121:12,

127:7, 127:10,
131:13, 131:16,
132:17, 135:19
**voting**
36:2, 39:9,
39:12, 66:20,
108:17

**W**

**waiting**
27:3, 38:12,
54:2
**walk**
11:4, 26:15
**wall**
75:17, 76:10
**walls**
74:5
**want**
6:9, 7:15,
11:5, 24:6,
24:17, 24:18,
28:8, 44:2,
44:13, 46:11,
47:11, 50:7,
52:13, 52:16,
52:20, 54:5,
55:11, 56:1,
56:19, 57:1,
66:11, 68:10,
88:19, 90:22,
99:9, 101:6,
102:11, 105:2,
111:20, 111:22,
120:3, 122:18,
124:5, 124:6
**wanted**
5:1, 14:3,
23:9, 54:4,
62:22, 81:8,
90:10, 123:8,
129:20
**wanting**
41:11
**wants**
65:20, 69:4
**warren**
5:7

Transcript of Video
Conducted on March 28, 2022

180

| | | | |
|---|---|---|---|
| **wasted**<br>136:17<br>**watching**<br>3:6<br>**way**<br>6:7, 6:12,<br>14:13, 16:3,<br>21:13, 32:10,<br>33:2, 42:13,<br>44:9, 47:20,<br>50:7, 62:5,<br>76:16, 78:4,<br>86:1, 88:19,<br>90:7, 106:16,<br>126:17, 127:21,<br>128:11<br>**ways**<br>30:4, 36:14,<br>55:17<br>**we'll**<br>7:8, 8:5, 8:6,<br>9:5, 10:7,<br>11:21, 17:4,<br>28:9, 40:18,<br>51:10, 63:12,<br>112:16<br>**we're**<br>4:18, 5:14,<br>5:18, 6:10,<br>9:22, 10:1,<br>10:11, 10:19,<br>13:19, 15:17,<br>16:16, 17:22,<br>19:10, 19:15,<br>20:15, 20:16,<br>24:10, 27:3,<br>28:18, 30:6,<br>30:9, 30:10,<br>31:8, 31:15,<br>31:16, 36:7,<br>37:20, 39:18,<br>40:11, 42:1,<br>42:15, 44:11,<br>49:11, 50:22,<br>51:4, 52:14,<br>53:20, 53:21,<br>54:16, 62:17,<br>63:8, 66:8, | 71:20, 72:12,<br>76:18, 76:22,<br>80:12, 80:13,<br>80:19, 89:3,<br>97:12, 97:22,<br>102:9, 102:12,<br>105:5, 105:13,<br>108:17, 113:13,<br>117:12, 119:4,<br>119:5, 122:14<br>**we've**<br>5:6, 8:7, 9:3,<br>15:7, 15:16,<br>17:18, 18:2,<br>24:5, 27:15,<br>29:12, 30:22,<br>31:7, 31:12,<br>34:10, 35:16,<br>35:17, 40:12,<br>40:13, 41:19,<br>47:14, 47:16,<br>49:6, 50:22,<br>75:5, 76:1,<br>83:13, 86:3,<br>89:15, 92:13,<br>94:20, 96:1,<br>98:4, 98:20,<br>98:21, 103:15,<br>108:8, 116:3,<br>116:7, 118:22,<br>123:13, 124:15<br>**wearing**<br>51:20<br>**website**<br>9:18, 114:17<br>**wednesday**<br>81:13<br>**week**<br>68:12, 77:4,<br>92:13<br>**weeks**<br>55:7, 86:22,<br>113:20, 116:13,<br>118:3, 118:5,<br>118:11, 118:13,<br>119:4<br>**welcome**<br>9:10, 77:17 | **went**<br>5:10, 38:21,<br>86:20, 117:13,<br>120:18<br>**weren't**<br>36:4, 44:19,<br>48:1<br>**whatever**<br>28:21, 52:22,<br>53:20, 59:22,<br>88:16<br>**whenever**<br>7:11<br>**wherever**<br>48:11<br>**whether**<br>7:10, 23:14,<br>44:15, 47:2,<br>47:8, 102:9,<br>117:13, 126:2,<br>126:3<br>**whip**<br>58:19<br>**who've**<br>91:3<br>**whole**<br>34:7, 43:7,<br>77:5, 87:20,<br>88:1, 106:18,<br>126:3, 126:4,<br>126:10, 126:14<br>**wholly**<br>32:8, 36:14,<br>36:15, 36:18,<br>36:20, 38:1,<br>38:6, 38:14,<br>38:16<br>**willing**<br>53:19, 97:22,<br>98:2, 98:3,<br>103:9<br>**willingness**<br>124:2<br>**wish**<br>5:16, 10:18,<br>51:3<br>**withdraw**<br>87:18 | **withdrawn**<br>87:20<br>**within**<br>32:8, 32:11,<br>33:12, 35:11,<br>36:16, 36:20,<br>37:10, 37:15,<br>38:1, 38:7,<br>42:21, 43:1,<br>43:2, 43:21,<br>45:16, 81:11,<br>83:10, 91:5,<br>92:16, 115:16,<br>128:3, 128:19<br>**without**<br>31:5, 137:21<br>**witnessed**<br>138:6<br>**wom**<br>135:19<br>**women**<br>127:6, 135:19<br>**work**<br>4:13, 4:18,<br>5:14, 6:10,<br>6:21, 11:4,<br>12:10, 13:1,<br>17:18, 17:19,<br>18:4, 28:13,<br>28:22, 32:15,<br>42:12, 50:21,<br>51:1, 51:19,<br>53:19, 54:2,<br>54:7, 56:9,<br>56:11, 58:11,<br>58:12, 61:7,<br>62:13, 64:9,<br>65:5, 71:18,<br>79:2, 79:19,<br>80:9, 90:16,<br>98:3, 99:1,<br>99:11, 105:1,<br>105:2, 112:2,<br>113:18, 113:20,<br>114:16, 115:12,<br>116:16, 118:3,<br>123:5, 124:1,<br>124:2 |

Transcript of Video
Conducted on March 28, 2022

181

**worked**
18:3, 80:11,
90:4, 94:12,
120:4, 123:20
**workers**
134:1
**working**
8:8, 8:10, 9:4,
9:15, 9:22,
13:4, 15:5,
17:8, 21:8,
21:12, 23:8,
23:19, 23:20,
24:5, 24:12,
24:21, 25:12,
25:16, 28:1,
46:19, 53:21,
56:19, 58:17,
62:14, 64:1,
65:11, 68:12,
73:4, 78:17,
79:10, 79:11,
91:15, 91:20,
96:6, 98:4,
98:20, 98:21,
101:4, 102:4,
116:4, 116:7,
122:18
**works**
13:7, 17:19
**wouldn't**
98:2, 123:4
**wow**
107:16
**write**
132:4
**written**
120:19, 122:9
**wrong**
38:9

**X**

**xi**
135:10, 137:20

**Y**

**yays**
110:22, 113:13,

131:1, 131:2
**yeah**
6:18, 8:5, 8:6,
14:22, 20:13,
20:14, 31:11,
34:15, 38:18,
50:11, 50:12,
59:9, 61:10,
64:7, 65:9,
67:21, 68:18,
79:8, 79:9,
88:12, 107:7,
108:5
**year**
41:3, 59:10
**yesterday**
29:14, 30:21,
31:3, 31:8,
31:9, 38:20,
39:5, 40:20,
63:2, 88:20
**york**
89:13
**youngstown**
127:7

**Z**

**zero**
15:16, 37:1,
93:17, 94:1,
94:4, 94:5,
115:8, 137:12
**zoom**
29:3

**0**

**00**
10:9, 10:10,
12:14, 12:20,
12:21, 13:4,
13:6, 13:12,
13:13, 13:14,
13:15, 13:16,
13:17, 13:18,
28:13, 29:2,
29:6, 53:20,
53:22, 54:4,
55:10, 55:12,

56:22, 58:20,
63:21, 70:10,
70:11, 73:13,
74:20, 97:14

**1**

**1**
10:13, 12:14,
12:20, 13:17,
13:18, 53:20,
53:22, 63:21
**10**
53:18, 53:20,
55:7, 58:21,
62:7, 62:18,
97:13, 97:14,
109:21, 110:1
**100**
25:3, 77:16
**105**
23:22
**11**
29:2, 29:6,
52:20, 53:17,
97:16
**116**
91:18
**12**
20:6, 20:17,
20:21, 23:12,
26:1, 32:16,
53:20, 90:14,
97:16, 98:4,
104:3, 104:11,
108:2, 136:11,
137:15
**120,000**
38:2
**139**
1:21
**15**
20:6, 20:17,
20:21, 23:12,
26:1, 32:16,
110:2, 114:20,
115:16
**16**
21:16, 22:6,

81:14, 133:1
**17**
93:19, 95:14,
109:21, 137:7
**18**
114:21
**19**
93:15, 93:20

**2**

**2**
10:10, 13:4,
13:12, 13:13,
63:21
**20**
39:13, 71:15,
115:17, 125:2,
133:8
**2011**
21:21
**2015**
127:17
**2018**
127:17
**2022**
1:5, 81:14,
133:1, 139:17
**21**
133:12
**22**
139:20
**24**
56:15, 56:16,
60:5, 92:8,
117:12
**25**
39:13, 40:22
**27**
2:3
**28**
1:5, 16:14,
52:19, 95:3,
95:4, 95:12,
95:14, 95:20,
108:19, 111:1,
133:1, 139:20

**3**

**3**
10:9, 12:21,

Transcript of Video
Conducted on March 28, 2022

182

13:6, 13:14,
13:15, 13:16,
108:19, 111:1,
126:7
**3,000**
89:11
**3–**
139:20
**30**
10:13, 40:22,
52:20, 53:17,
53:18, 53:20,
58:21, 62:7,
62:18, 78:19,
84:14, 97:13,
105:5, 105:18,
106:22, 109:12,
110:1, 119:13,
125:2, 136:11,
139:17
**31**
85:3, 119:13
**32**
85:8
**328**
81:2
**33**
16:11
**35**
54:17
**3rd**
59:17

---
**4**
---
**4.99**
24:5
**40**
47:22
**443129**
1:20, 139:20
**45**
72:20, 73:5,
78:19, 86:6,
93:8, 95:8,
114:18
**46**
95:6, 95:9,
95:15

**47**
67:8, 104:13
**48**
15:11, 44:21,
46:20, 47:6,
47:15, 93:17,
94:4, 94:5

---
**5**
---
**5**
28:13, 54:4,
55:10, 55:12
**5,959**
24:9
**5.0**
24:4
**5.01**
23:15
**50**
46:20, 93:8,
93:16, 93:17,
94:4, 94:5,
137:8, 137:11
**52**
15:11, 46:20,
47:4, 47:6,
47:15, 47:22,
93:16, 137:8,
137:11
**54**
47:4, 93:8,
95:2, 95:6,
95:7, 95:9,
95:11, 95:14,
95:15, 114:19
**57**
73:13

---
**6**
---
**60**
38:22, 39:2,
39:10, 39:13,
40:21, 125:2,
125:3
**60,000**
55:16
**69**
139:8

**6a**
29:19, 43:4,
43:9
**6b**
36:10, 39:22,
43:5
**6c**
43:8

---
**7**
---
**7**
56:22, 58:20,
73:13
**72**
40:15

---
**8**
---
**8**
73:13, 74:20
**8(c)(2**
110:4, 111:8
**80**
39:8, 40:21,
41:10, 125:1
**81**
40:15
**81.9**
40:14
**82**
40:14
**85**
119:11

---
**9**
---
**9**
70:10, 70:11
**90**
10:11, 13:3
**92**
119:11
**95**
23:21, 23:22
**97**
117:15