**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GONIDAKIS et al., <br><br>    Plaintiffs, <br><br>THE OHIO ORGANIZING COLLABORATIVE, COUNCIL ON AMERICAN-ISLAMIC RELATIONS, OHIO, OHIO ENVIRONMENTAL COUNCIL, SAMUEL GRESHAM JR., AHMAD ABOUKAR, MIKAYLA LEE, PRENTISS HANEY, PIERRETTE TALLEY, and CRYSTAL BRYANT, <br><br>    Intervenor-Plaintiffs, <br><br>v. <br><br>FRANK LAROSE, in his official capacity, <br><br>    Defendant. | Case No. 2:22-cv-00773 <br><br>Circuit Judge Amul R. Thapar <br>Chief Judge Algenon L. Marbley <br>Judge Benjamin J. Beaton <br>Magistrate Judge Elizabeth Preston Deavers |

**DECLARATION OF CHRISTINA J. MARSHALL IN SUPPORT OF INTERVENOR-PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Christina J. Marshall, having been duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge and having personally examined all records referenced in this declaration, and further state as follows:

1.  I am one of the counsel for Intervenor-Plaintiffs in the above-captioned case.

2.  Exhibit A is a true and correct copy of Petitioners' the Ohio Organizing Collaborative, et al. Objections to the third revised General Assembly district plan adopted by the Ohio

1

Redistricting Commission on March 28, 2022 and Request for Remedies in Case No. 2021-1210.

3. Exhibit B is a true and correct copy of Petitioners' the Ohio Organizing Collaborative, et al. Joinder in Renewed Motion for An Order Directing Respondents to Show Cause and Motion to Schedule Contempt Hearing Filed by Petitioners Bria Bennett, et al. in Case No. 2021-1198.

4. Exhibit C is a true and correct copy of a Declaration sworn to by Dr. Megan Gall and corresponding appendix.

5. Exhibit D is a true and correct copy of relevant excerpts from the transcript of the March 23, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

6. Exhibit E is a true and correct copy of relevant excerpts from the transcript of the March 26, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

7. Exhibit F is a true and correct copy of relevant excerpts from the transcript of the March 27, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

8. Exhibit G is a true and correct copy of relevant excerpts from Part 1 of the transcript of the March 28, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

9. Exhibit H is a true and correct copy of relevant excerpts from Part 2 of the transcript of the March 28, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

10. Exhibit I is a true and correct copy of relevant excerpts from Part 3 of the transcript of the March 28, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

11. Exhibit J is a true and correct copy of relevant excerpts from Part 4 of the transcript of the March 28, 2022 Ohio Redistricting Commission Hearing, which is publicly available on the Commission's website, https://redistricting.ohio.gov/meetings.

12. Exhibit K is a true and correct copy of a Declaration sworn to by Dr. Michael S. Latner and corresponding appendix.

13. Exhibit L is a true and correct copy of a Declaration sworn to by Molly Shack, the Co-Executive Director of The Ohio Organizing Collaborative.

14. Exhibit M is a true and correct copy of a Declaration sworn to by Chris Tavenor, Staff Attorney at The Ohio Environmental Council.

15. Exhibit N is a true and correct copy of a Declaration sworn to by Mikayla Lee of The Ohio Organizing Collaborative.

16. Exhibit O is a true and correct copy of a Proposed Order Granting Motion for Preliminary Injunction by Intervenor-Plaintiffs

I declare the above to be true under penalty of perjury of the laws of the United States of America.

> Respectfully submitted,
>
> /s/ *Christina J. Marshall*
> Christina J. Marshall (Ohio Bar No. 0069963)
> *Trial Attorney*
> MILLER, CANFIELD, PADDOCK
> AND STONE, P.L.C.
> 1100 Superior Avenue E, Suite 1750
> Cleveland, OH 44114
> (248) 267-3256
> marshall@millercanfield.com

*Counsel for Intervenor-Plaintiffs the Ohio
Organizing Collaborative, et al.*

**CERTIFICATE OF SERVICE**

I, Christina J. Marshall, hereby certify that on this 6th day of April, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Christina J. Marshall*
Christina J. Marshall (Ohio Bar No. 0069963)
*Counsel for Intervenor-Plaintiffs*