# EXHIBIT B

# IN THE SUPREME COURT OF OHIO

| | | |
|---|---|---|
| THE OHIO ORGANIZING COLLABORATIVE, *et al.*, | : : | Case No. 2021-1210 |
| | : | **APPORTIONMENT CASE** |
| *Petitioners*, | : | |
| *v.* | : : | Filed pursuant to S.Ct.Prac.R. 14.03(A) and Section 9 of Article XI of the Ohio |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : : : | Constitution to challenge a plan of apportionment promulgated pursuant to Article XI. |
| *Respondents*. | : : | |

### PETITIONERS' THE OHIO ORGANIZING COLLABORATIVE, ET AL. JOINDER IN RENEWED MOTION FOR AN ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND MOTION TO SCHEDULE CONTEMPT HEARING FILED BY PETITIONERS BRIA BENNETT, ET AL. IN CASE NO. 2021-1198

Alicia L. Bannon (PHV 25409-2022)
Yurij Rudensky (PHV 25422-2022)
Harry Black (PHV 25544-2022)
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
alicia.bannon@nyu.edu

Brian A. Sutherland (PHV 25406-2022)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
bsutherland@reedsmith.com

Peter M. Ellis (0070264)
   *Counsel of Record*
M. Patrick Yingling (PHV 10145-2022)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
Fax: (312) 207-6400
pellis@reedsmith.com
mpyingling@reedsmith.com

*Attorneys for Petitioners*
*The Ohio Organizing Collaborative, et al.*

(listing of counsel for petitioners continued on next page)

| | |
|---|---|
| Ben R. Fliegel (PHV 25411-2022)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Tel:  (213) 457-8000<br>Fax: (213) 457-8080<br>bfliegel@reedsmith.com | Brad A. Funari (PHV 3139-2022)<br>Danielle L. Stewart (0084086)<br>Reed Smith Centre<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel:  (412) 288-4583<br>Fax: (412) 288-3063<br>bfunari@reedsmith.com<br>dstewart@reedsmith.com |

*Attorneys for Petitioners*
*The Ohio Organizing Collaborative, et al.*

(counsel for respondents listed on next page)

**Counsel for Respondents**

C. Benjamin Cooper (0093103)
   *Counsel of Record*
Charles H. Cooper, Jr. (0037295)
Chelsea C. Weaver (0096850)
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
Tel:  (614) 481-6000
Fax: (614) 481-6001
benc@cooperelliott.com
chipc@cooperelliott.com
chelseaw@cooperelliott.com

*Special Counsel for Respondents
Senator Vernon Sykes and
House Minority Leader C. Allison Russo*

Erik J. Clark (0078732)
   *Counsel of Record*
Ashley Merino (0096853)
ORGAN LAW LLP
1330 Dublin Road
Columbus, Ohio 43215
Tel: (614) 481-0900
Fax: (614) 481-0904
ejclark@organlegal.com
amerino@organlegal.com

*Counsel for Respondent
Ohio Redistricting Commission*

(counsel for respondents listed on next page)

**Counsel for Respondents**
**(Cont.)**

W. Stuart Dornette (0002955)
Beth A. Bryan (0082076)
Philip D. Williamson (0097174)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
dornette@taftlaw.com
bryan@taftlaw.com
pwilliamson@taftlaw.com

Phillip J. Strach
Thomas A. Farr
John E. Branch, III
Alyssa M. Riggins
Greg McGuire
NELSON MULLINS RILEY &
SCARBOROUGH LLP
4140 Parklake Ave., Suite 200
Raleigh, North Carolina 27612
Tel: (919) 329-3812
Fax: (919) 329-3799
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
greg.mcguire@nelsonmullins.com

*Counsel for Respondents*
*Senate President Matt Huffman and*
*House Speaker Robert Cupp*

OHIO ATTORNEY GENERAL
Bridget C. Coontz (0072919)
  *Counsel of Record*
Julie M. Pfeiffer (0069762)
Michael A. Walton (0092201)
  *Assistant Attorneys General*
Michael J. Hendershot (0081842)
  *Deputy Solicitor*
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Tel: (614) 466-2872
Fax: (614) 728-7592
bridget.coontz@ohioago.gov
julie.pfeiffer@ohioago.gov
michael.walton@ohioago.gov
michael.hendershot@ohioago.gov

*Counsel for Respondents*
*Secretary of State Frank LaRose, and*
*Auditor Keith Faber*

John W. Zeiger (0010707)
Marion H. Little, Jr. (0042679)
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Tel: (614) 365-9900
zeiger@litohio.com
little@litohio.com
hogan@litohio.com

*Counsel for Respondent*
*Governor Mike DeWine*

**Counsel for *Amici Curiae***

Subodh Chandra (0069233)
Donald Screen (0044070)
   *Counsel of Record*
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West 6th Street
Cleveland, Ohio 44113
Tel: (216) 578-1700
subodh.chandra@chandralaw.com
donald.screen@chandralaw.com

Janette McCarthy Wallace (0066257)
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP
Office of the General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, N.W., Ste. 900
Washington, D.C. 20005
Tel.: (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Not Admitted to the State Bar of Ohio

*Counsel for Amicus Curiae The Ohio State Conference of the NAACP*

Stephanie Marie Chmiel (0087555)
Mary Elizabeth Csarny (0097682)
THOMPSON HINE LLP
41 S. High Street, Suite 1700
Columbus, OH 43215
Tel.: (614) 469-3247
Fax: (614) 469-3361
stephanie.chmiel@thompsonhine.com
mary.csarny@thompsonhine.com

*Counsel for Amicus Curiae David Niven*

Andrew William Garth (0088905)
   *City Solicitor*
Emily Smart Woerner (0089349)
   *Deputy City Solicitor*
Shannon Doyle Price (0100744)
   *Assistant City Solicitor*
CITY OF CINCINNATI
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Tel.: (513) 352-3307
Fax: (513) 352-1515
emily.woerner@cincinnati-oh.gov
shannon.price@cincinnati-oh.gov

*Counsel for Amicus Curiae City of Cincinnati*

Donald C. Brey (0021965)
Ryan C. Spitzer (0093515)
ISAAC WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel.: (614) 221-2121
Facsimile: 614-365-9516
dbrey@isaacwiles.com

*Counsel for Amicus Curiae Renew Ohio*

**STATEMENT OF JOINDER**

Petitioners The Ohio Organizing Collaborative et al. (the "OOC Petitioners") hereby join in the Renewed Motion for an Order Directing Respondents to Show Cause and to Schedule a Contempt Hearing filed by Petitioners Bria Bennett et al. (the "Bennett Petitioners") on March 29, 2022 in Case No. 2021-1198. For the reasons stated in the Bennett Petitioners' motion, the OOC Petitioners request that this Court require the Ohio Redistricting Commission (the "Commission") and each of its members to explain in detail:

(1) Why they adopted a remedial plan on March 28, 2022 (the "Fourth Plan") that was, by their own admission, based on the Commission's plan of February 24, 2022 (the "Third Plan"), despite this Court's decision to "invalidate the [Third Plan] in its entirety," *League of Women Voters of Ohio v. Ohio Redistricting Comm'n*, 2022-Ohio-789 ("*LWV III*") ¶ 44, and this Court's repeated order that the Commission "draft and adopt an entirely new General Assembly district plan that conforms to the Ohio Constitution." *League of Women Voters of Ohio v. Ohio Redistricting Comm'n*, 2022-Ohio-342 ("*LWV II*") ¶ 67; *LWV III* ¶ 44.

(2) Why they chose to adopt a remedial plan drafted almost exclusively by partisan staffers, outside of public view, despite this Court's directive that "*the commission* draft and adopt" a plan, with the drafting to "occur in public." *LWV III* ¶ 44 (emphasis in original); *see also LWV II* ¶ 67 ("We further order the commission to be reconstituted, to convene, and to draft and adopt" a new plan); *League of Women Voters v. Ohio Redistricting Comm'n*, 2022-Ohio-65 ("*LWV I*") ¶ 138 ("we order the commission to be reconstituted under Article XI, Section 1, to convene, and to ascertain and adopt" a new plan).

(3) Why they adopted a remedial plan that continues to allocate competitive seats between Democrats and Republicans with gross asymmetry, despite this Court's repeated holding that plans may not allocate competitive districts between the two parties in a "monolithically disparate" fashion. *LWV II* ¶ 40; *LWV III* ¶ 34.

(4) Why they refused to adopt a plan drafted and proposed by independent mapmakers selected by members of both parties, which does not contain the constitutional infirmities described in (1), (2), or (3).

OOC Petitioners request that the Court require Respondents to submit responses no later than no later than 9:00 a.m. on Wednesday, March 30, 2022, and furthermore schedule a hearing

1

on the motion on Thursday, March 31, 2022. OOC Petitioners also ask this Court to declare that no steps be taken to implement the Fourth Plan, including the making of any directives to local boards of election, pending resolution of this motion, in accordance with its "inherent authority . . . . to compel obedience of [its] lawfully issued orders." *Cramer v. Petrie*, 537 N.E.2d 882, 884 (Ohio 1994).

If the Court finds that Respondents' explanation for why the Commission did not adopt a constitutionally compliant plan using the process as ordered by the Court is inadequate, then in addition to the Court directing Respondents to take further action to comply with the Court's order, the Court should (a) find the Commission and, as the Court deems appropriate, individual Respondents, in contempt pursuant to R.C. 2705 and its inherent contempt power, (b) award OOC Petitioners' attorneys' fees under R.C. 2323.51, with any such fees issued against the Commission and its members jointly or severally, or apportioned between Respondents as the Court deems appropriate, or (c) order any other remedy that the Court deems appropriate.

| | |
|---|---|
| Dated: March 29, 2022 | Respectfully submitted, |
| | /s/ *Brian A. Sutherland* |
| Alicia L. Bannon (PHV 25409-2022)<br>Yurij Rudensky (PHV 25422-2022)<br>Harry Black (PHV 25544-2022)<br>BRENNAN CENTER FOR JUSTICE<br>AT NYU SCHOOL OF LAW<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Tel:  (646) 292-8310<br>Fax: (212) 463-7308<br>alicia.bannon@nyu.edu | Brian A. Sutherland (PHV 25406-2022)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel:  (415) 543-8700<br>Fax: (415) 391-8269<br>bsutherland@reedsmith.com<br><br>Peter M. Ellis (0070264)<br>   *Counsel of Record*<br>M. Patrick Yingling (PHV 10145-2022)<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>Tel:  (312) 207-1000<br>Fax: (312) 207-6400<br>pellis@reedsmith.com |
| Ben R. Fliegel (PHV 25411-2022)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Tel:  (213) 457-8000<br>Fax: (213) 457-8080<br>bfliegel@reedsmith.com | Brad A. Funari (PHV 3139-2022)<br>Danielle L. Stewart (0084086)<br>Reed Smith Centre<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel:  (412) 288-4583<br>Fax: (412) 288-3063<br>bfunari@reedsmith.com<br>dstewart@reedsmith.com |

*Attorneys for Petitioners*
*The Ohio Organizing Collaborative, et al.*

# CERTIFICATE OF SERVICE

I, M. Patrick Yingling, hereby certify that, on March 29, 2022, I caused a true and correct copy of the foregoing Joinder of Renewed Motion for an Order Directing Respondents to Show Cause and Motion to Schedule Contempt Hearing Filed by Petitioner Bria Bennett, et al. in Case No. 2021-1198 to be served by email upon the counsel listed below:

### Counsel for Respondents

W. Stuart Dornette (0002955)
Beth A. Bryan (0082076)
Philip D. Williamson (0097174)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
dornette@taftlaw.com
bryan@taftlaw.com
pwilliamson@taftlaw.com

Phillip J. Strach
Thomas A. Farr
John E. Branch, III
Alyssa M. Riggins
Greg McGuire
NELSON MULLINS RILEY & SCARBOROUGH LLP
4140 Parklake Ave., Suite 200
Raleigh, North Carolina 27612
Tel: (919) 329-3812
Fax: (919) 329-3799
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
greg.mcguire@nelsonmullins.com

*Counsel for Respondents*
*Senate President Matt Huffman and*
*House Speaker Robert Cupp*

(*counsel listing continued on next page*)

Erik J. Clark (0078732)
  *Counsel of Record*
Ashley Merino (0096853)
ORGAN LAW LLP
1330 Dublin Road
Columbus, Ohio 43215
T: (614) 481-0900
F: (614) 481-0904
ejclark@organlegal.com
amerino@organlegal.com

*Counsel for Respondent*
*Ohio Redistricting Commission*

OHIO ATTORNEY GENERAL
Bridget C. Coontz (0072919)
  *Counsel of Record*
Julie M. Pfeiffer (0069762)
Michael A. Walton (0092201)
  *Assistant Attorneys General*
Michael J. Hendershot (0081842)
  *Deputy Solicitor*
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Tel:  (614) 466-2872
Fax: (614) 728-7592
bridget.coontz@ohioago.gov
julie.pfeiffer@ohioago.gov
michael.walton@ohioago.gov
michael.hendershot@ohioago.gov

*Counsel for Respondents*
*Secretary of State Frank LaRose, and*
*Auditor Keith Faber*

4

C. Benjamin Cooper (0093103)
   *Counsel of Record*
Charles H. Cooper, Jr. (0037295)
Chelsea C. Weaver (0096850)
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
Tel:  (614) 481-6000
Fax: (614) 481-6001
benc@cooperelliott.com
chipc@cooperelliott.com
chelseaw@cooperelliott.com

*Special Counsel for Respondents*
*Senator Vernon Sykes and*
*House Minority Leader C. Allison Russo*

John W. Zeiger (0010707)
Marion H. Little, Jr. (0042679)
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Tel: (614) 365-9900
zeiger@litohio.com
little@litohio.com
hogan@litohio.com

*Counsel for Respondent*
*Governor Mike DeWine*

**Counsel for *Amici Curiae***

Subodh Chandra (0069233)
Donald Screen (0044070)
   *Counsel of Record*
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West 6th Street
Cleveland, Ohio 44113
Tel: (216) 578-1700
subodh.chandra@chandralaw.com
donald.screen@chandralaw.com

Janette McCarthy Wallace (0066257)
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP
Office of the General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org
*Not Admitted to the State Bar of Ohio

*Counsel for Amicus Curiae The Ohio*
*State Conference of the NAACP*

Stephanie Marie Chmiel (0087555)
Mary Elizabeth Csarny (0097682)
THOMPSON HINE LLP
41 S. High Street, Suite 1700
Columbus, OH 43215
Tel.: (614) 469-3247
Fax: (614) 469-3361
stephanie.chmiel@thompsonhine.com
mary.csarny@thompsonhine.com

*Counsel for Amicus Curiae David Niven*

Andrew William Garth (0088905)
   *City Solicitor*
Emily Smart Woerner (0089349)
   *Deputy City Solicitor*
Shannon Doyle Price (0100744)
   *Assistant City Solicitor*
CITY OF CINCINNATI
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Tel.: (513) 352-3307
Fax: (513) 352-1515
emily.woerner@cincinnati-oh.gov
shannon.price@cincinnati-oh.gov

*Counsel for Amicus Curiae City of*
*Cincinnati*

5

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, N.W., Ste. 900
Washington, D.C. 20005
Tel.: (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
*Not Admitted to the State Bar of Ohio

*Counsel for Amicus Curiae The Ohio State Conference of the NAACP*

Donald C. Brey (0021965)
Ryan C. Spitzer (0093515)
ISAAC WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Tel.: (614) 221-2121
Facsimile: 614-365-9516
dbrey@isaacwiles.com

*Counsel for Amicus Curiae Renew Ohio*

Dated: March 29, 2022

By: /s/ *M. Patrick Yingling*
M. Patrick Yingling (PHV 10145-2022)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
Fax: (312) 207-6400
mpyingling@reedsmith.com

*Attorneys for Petitioners*
*The Ohio Organizing Collaborative, et al.*

6