# **EXHIBIT E**

## Ohio Redistricting Commission 3-26-2022

**Co-chair Sen. Vernon Sykes** [00:00:02] I like to call the meeting to order to begin on March 25th. Is there any reason not to adjourn the meeting? Seeing and hearing none and now adjourn that meeting.

**Co-chair Sen. Vernon Sykes** [00:00:15] And I call to order the meeting today, 26 of the redistricting commission, will the staff please call the roll co-chair?

**Clerk** [00:00:27] Speaker Cupp (Present) Co-Chair Senator Sykes (Present) Governor DeWine (here) Auditor Faber (here) President Huffman (here) Secretary LaRose (here) Leader Russo (here) Mr. Co-Chair. Quorum is present.

**Co-chair Sen. Vernon Sykes** [00:00:40] We have a quorum and so we will meet as a full commission. At this time the independent map makers are attending the meeting virtually, and we ask that our audience today to refrain from loud noise out of respect for the independent mapmakers and persons watching the proceedings remotely on the Ohio Channel. Members who are in the room. Please use your mates and talking to your mikes so that all everyone will be able to hear you plainly. There are minutes in the folder from our last meeting. Is there a motion to accept the minute?

**House Minority Leader Allison Russo** [00:01:24] So moved.

**Co-chair Sen. Vernon Sykes** [00:01:25] Is there a second?

**Co-Chair Speaker Bob Cupp** [00:01:27] I'll second Mr. Co-Chairman

**Co-chair Sen. Vernon Sykes** [00:01:28]  OK. Is there any objections to the minutes as presented?

**Co-Chair Speaker Bob Cupp** [00:01:32] Yes, I do have. I think there are some additions that should be added to the minutes. These are items that were raised during the commission meeting yesterday. One. And I don't see them in the minutes. One is that President Huffman requested that the independent map drawers present multiple options for Franklin County. I think that should be reflected in the minutes. Also, I requested that any areas in which the map drawers had had the intent to present to the commission that the the the information and the maps to be presented to commission members 90 minutes before the start of the scheduled commission meeting. And third that prior to drafting a full General Assembly district plan, the various proposals were presented were to be presented to the Commission for discussion. And then the commission would give direction to the map makers on how to proceed pursuant to the rules that we've previously adopted. I think all of those should be reflected in the minutes because they were they were discussed and I moved to amend to add those.

**Senate President Matt Huffman** [00:02:45] Second.

**Co-chair Sen. Vernon Sykes** [00:02:45] Any discussion on the motion? Hearing, seeing none, is there are any objections to the amendment? Hearing seeing none and then we will accept the amendment. And now the motion to approve the minutes as amended. Is there any more discussion? Any objections? Hearing seeing none we will accept the amended minutes as adopted? We will move now to the independent map drawers, and for any current updates, you might have.

**Doug Johnson** [00:03:33] Co-chairs, Good to see you again. It's been a busy 24 hours, I guess. We have finished our first sketch maps that we just had pieces of to show you last night or yesterday afternoon. We worked well into night and got those first sketches done around midnight or one a.m. and came back today. Started digging into the details of those trying to do some trying to do some additional work on the competitiveness, meeting that the different requirements of the court rulings. And also on one of them we have a set of Senate and Senate lines built off of that to see where there might be issues, as you're very familiar from the process working through this. The challenges, first we have to put together House seats. Then we combine them into Senate seats, see where they kind of run into problems on the Senate side side and have to go back and fix those on the House side. So there's a little bit of back and forth throughout this process until we can get a clean map that meets all the in particular, the county groupings and township rules. So we're through the first round of Senate meeting apps, and I think we're not too far off from having the second sketch map also ready. So we do have some some questions and some options to put before you today that have come out of the first two sketch maps. And we can talk a little bit about the and whether or not those have impacts on the partisan balance of the overall map and the degree of of partisan competition in each of the districts. So to start with that, I think I'll hand it over to Dr. McDonald.

**Co-Chair Speaker Bob Cupp** [00:05:35] Before we start on that. Do we have printed copies of those so we can follow? I cannot follow along on that screen. And I thought we were going to have these 90 minutes or so before the commission meeting started. I haven't seen anything. So it's it's really hard to follow along if we don't have it documents before us.

**Senate President Matt Huffman** [00:05:58] You know, Mr. co-chair, I'd understood that we asked the map makers to do that. Mr. McDonald indicated he was going to have some staff do that instead. But I also don't have any printouts to look at. Do you if you have some, you know, we could copy yours, Mr....

**Co-chair Sen. Vernon Sykes** [00:06:16] Can we just stand at ease in just a moment and we can try to make sure that we get those.

**Co-chair Sen. Vernon Sykes** [00:28:33] Back to order. Just for clarification, co-chair Cupp had approached me about making sure we had information that was being talked about or presented that we had the data and maps and so forth related to that, and I agreed. I thought we should have that information in advance and that we should work with and through our staffs and not hamper or interrupt the map drawers from doing their work. And so earlier today, the map drawers, the independent map drawers gave to both staffs information we copied. The information we were ready and prepared. You today apparently was not copied or prepared or understood that wasn't the procedure today. So we agreed that you should be able to have its information in advance and we set up a process, but apparently was not totally implemented. But now we have, everybody has the same copies of earlier today and this is the status of the map drawers. And at this time, we'll look for or hear from the map drawers themselves to make a presentation on this update status.

**Dr. Michael McDonald** [00:30:09] Dr. Johnson gave some update earlier. I just want to tell you where we are with our map drawing overall to give you a high level view first, as he mentioned, we've both completed house maps, they're both proportional, so they both have forty five Democratic-leaning districts in them. And now we're just working back and

forth with each other through the mapping process. What we have done is where there are certain decision points as to how a district may have to cross a county boundary line because, say, Montgomery County has three and a half districts within it that can be contained within the county. Which direction does that half district go? Which other county does that additional district cross into? So there are options at that point, and with the advice of the consultants for the partisan sides, they've already explored these and they kind of know where some of them are dead ends that it's impossible to get a solution, where it's a solution that's going to adversely affect how the Senate maps are going to be drawn. So taking their advice, we are typically when we reach one of these decision points, we're left with two options. And so Dr. Johnson's taken one option and I've taken another. We've randomized it so that there's, you know, we're not trying to have any intent here. We're just trying to work our best way through this and explore the options that we have in front of us. Through that process as I said, I, as Dr. Johnson said late last night, we had finished two maps and this today we've been looking at the choices that we respectively made, and we've come to some agreement on some areas of the map. So I have adopted elements of Dr. Johnson's Lucas County approach. Mine was a different approach, and he's adopted my Hamilton approach. So again, we're working collaboratively. We're looking at these options. We're exploring what we think is the best approach at this point. I'm trying to get to that symmetry. At this point I think we're getting close on that 50 to 52 symmetry range. And so we have some guidance. We want to and maps that we want to present to you that will explain to you where we're seeing some differences that we haven't resolved in our maps yet. To also understand. Dr. Johnson, we have had enough time to create a Senate map out of his House map, and that's putting these puzzle pieces together because you have to have three Senate districts with certain rules on how the Senate districts go together. We did not have enough time to do my map yet. So as we say, as we make this presentation, understand that we know that there are some issues. We think that they're minor with Dr. Johnson's house map as it relates to creating a Senate map, and we have not fully explored what my issues are, if any, yet either. So we're still in a draft. I would say, proposal stage. We don't have a final map, but I feel like we have made good progress to get to the point where we're getting there. So with that? At this point?

**Co-chair Sen. Vernon Sykes** [00:34:18] Can you hold just a minute?

**Dr. Michael McDonald** [00:34:19] Yes, go ahead.

**Co-chair Sen. Vernon Sykes** [00:34:19] Just a minute of we are glad today to know that the first lady in the state of Ohio, Fran DeWine, is here and we'd like to give her a warm welcome. He's been hanging out with us for a while, and we appreciate you joining us, thank you so much. You may continue.

**Dr. Michael McDonald** [00:34:47] I apologize for subjecting you to a mapping session on Saturday, so that gives you a sense of the process I and it's it's good that you interrupted me there. If there are any questions about the process that this might be a good time to ask the same questions about the process before we start showing you some of the work that we've done.

**Co-chair Sen. Vernon Sykes** [00:35:21] How long will it take you to? You think we're on a short fuse now, it's getting shorter and shorter just a couple of days. So how long you think to have a combined map for a recommendation to us?

**Dr. Doug Johnson** [00:35:39] Well, I think the the big variable is really the immediate next step is running the second map through a Senate build to see how it works out and what issues there might be in that. It took about two hours this morning to do the first map as the Senate bill. I expect it'll be a little bit faster. You know, we're we're learning as we go, but we're probably looking at an hour to two hours to build that in. And then once we know what pitfalls lie there, then we could sit down and merge the maps together. But as Dr. McDonald saying, they're not that many areas where we have significant differences among the maps. It's really Montgomery County and the Summit Lake Cuyahoga area. So those two regions is really what we have to reconcile. So today, I think, or rather tonight is a very good likelihood that we would have these these sketches ready and combine into one and ready to implement whatever alternative instructions you may give us today.

**Dr. Michael McDonald** [00:36:53] And I would add to to that response, I mean, this is we're not trying to impose a map. So we're still very much open to suggestions and recommendations. I know we were asked to explore two counties around Franklin and we have a question about that. We wanted to know if it was if the two counties to Madison and Pickaway, if they were meant to be put together or if they were to be looked at independently. So we we didn't have time, quite frankly, to look at it, but we also had the question of how we would proceed with exploring that option versus having Union as the county that is adjoined to Franklin. So we've that. I think we would probably get to tomorrow. Once we can get a map, a unified map together, then we would want to look at that sort of issue.

**Dr. Doug Johnson** [00:38:00] And so I guess the -- we're saying this to two things here, one is a question for you, which is just clarifying whether the press see one option that went to Madison and one that went to Pickaway both instead of union or if the goal is to go to Madison and Pickaway together with Franklin instead of union. And then the second piece is, we'll have it for you tomorrow.

**Co-chair Sen. Vernon Sykes** [00:38:21] Senator Huffman?

**Senate President Matt Huffman** [00:38:24] Yeah, I actually had a number of suggestions and I posed that question yesterday. And I think if I could answer their first question and what you know, we have, I guess maybe in priority, we have the Constitution and we have the Supreme Court decisions which interpret the Constitution. And then we're going to have specific direction of the commission as a whole. So I think if if a majority of the commission says do this and not that which we haven't gotten to that part yet, I understand. And then there may be suggestions of individual commission members. And so the take a look at the Madison Pickaway versus the Union was a suggestion of mine. And the reason I suggested that was it appeared to work better, according to, our folks who have been working on this for several months, when we got to the rest of the state. So if you don't have that tonight, that's fine. We can take a look at that. I have, if I could continue. Mr. Co-chair.

[00:39:40] Yes.

[00:39:40] There's another suggestion that when we looked at Northeast Ohio because of the problems with the counties that have priority because of their size in Wayne County, for example, in that northeast Ohio must remain in the same house district as a single county district and kind of squeezed up there in the corner Geauga and Ashtabula County, which do not have protection. And it worked well in the in the version of the map that was passed in section three or map number three that the seven counties. I think I'm going to