# EXHIBIT F

## Ohio Redistricting Commission 3-27-2022 PART 1 & 2
## https://ohiochannel.org/video/ohio-redistricting-commission-3-27-2022

**Co-Chair Speaker Robert Cupp** [00:00:00] The meeting of the Ohio Redistricting Commission will come to order. We are currently in the meeting, which began on March 26th and was recessed. Without objection the recess meeting will be officially adjourned. Hearing no objection the recessed meeting is now officially adjourned. I now call to order the March 27th, 2022 meeting of the Ohio Redistricting Commission, and I will ask the staff to please call the role

**clerk** [00:00:32] Co-chair of Speaker Cupp (Present) Co-Chair Senator Sykes (Present) Governor DeWine (present) Auditor Faber (here), President Huffman (here) Secretary LaRose (here) and Leader Russo (here) Mr. Co-Chair a quorum is present.

**Co-Chair Speaker Robert Cupp** [00:00:47] All members of the commission are present, at this time we will have a presentation from the independent mapmakers. They are virtual in room 116 of the Statehouse, and we ask that our audience today refrain from loud noise out of respect for the independent mapmakers and the persons watching the proceedings remotely on the Ohio Channel and commission members, please make sure that your microphone is on when talking and speak into the microphone so that all can hear. This time, I will turn this over to Dr. Johnson and Dr. McDonald and for an update.

**Dr. Michael McDonald** [00:01:30] Thank you co-chair and commissioners. And Dr. Johnson and I will make separate presentations of course, as we have done on. The progress that we've made to date is that we've learned from our last meeting yesterday. We now have two plans that we have checked and verified that they do compile up to Senate plans. And so we've independently done that. We've fine tuned those plans some as well, and they do take different approaches. So we'll discuss those different approaches. And I also had an opportunity to take a look at this swapping out of Union combined with Franklin County, instead using Pickaway and Madison to combine with Franklin. I'll start there first. I know we've shared maps and statistics with you. Just the high level view on that is that it can work. It doesn't substantively affect the proportional balance of the two parties, the number of districts, and it doesn't affect any of the competition or symmetry issues that the court has raised. So it's something that we could do with that plan and with all the other plans. I would also say that while we have done some fine tuning on our our maps, I think if we were really polishing these maps, we could improve county splits and compactness. And do, you know, look for those sorts of things at this point, but we want some guidance from you on the, the point where we have a disagreement about our two maps. And again, just to, I think, fairly characterize our disagreement of trying to do this as best I can because we do have a disagreement. Most of the state, we have different approaches. So our disagreement really centers down in the southeast, excuse me, southwest part of the state and between Montgomery and whether or not you go into Green with the extra district that has to cross over, which is what I do and or into Preble which is what Doug Johnson does. And but we have large amount of agreement, even though we've had different approaches, we have been working through this and adopting each other's approaches throughout the state. And although our symmetry issues, the districts that are contributing to your symmetry are a little bit different in some parts of the state and they they may behave in different ways, you know, by and large were some of that's just more of a function of the different choices that we made in those regions. It's not really a disagreement about how we could do things. And so when I talk about the disagreement that we do have and we do are seeking guidance from you on this, on which direction to go on, we could easily swap out like my approach to

Montgomery with the rest of Doug's map, where you could take my map in whole or we could take my map and swap and Doug's approach where you could in the southwest part of the state, or you could take Doug's approach in whole so, although there are different approaches, I think there's overall there's a lot of agreement between us and there's so on the rest state, it's really a matter of taste as to and again, we're not privy to all of your considerations of how you would approach things and how you think about them. So but I would characterize it more of that sort of your opinion about the rest of the state is really related to that. So I think with that, why don't I just stop before we actually present you with the question that we want to present to you and just see if you have any questions for us at this point?

**Dr. Douglas Johnson** [00:05:48] Well, let me just very briefly summarize the three, I guess, four, three maps that they have before them from us. One, the document just to remind you from yesterday that the one the Dr. McDonald two worked on primarily puts Cuyahoga with Lake and then has, as he described the Montgomery with Green. And then the one that I primarily worked on has Cuyahoga with going down to Summit and then has, as you mentioned, Montgomery going to Preble County. And then you have the third map that Dr. McDonald worked quite quickly today to get before you, where you have the House version of it and the Senate.

**Dr. Michael McDonald** [00:06:32] House and Senate

**Dr. Douglas Johnson** [00:06:34] Where Senate versions of Franklin pairing with Madison, Pickaway versus the first two maps of Franklin paired with Union. So those are the three sets of maps, each one having a House and Senate map before you that you have today that kind of highlight the different, the differences and the questions that we run into. So I'm just trying to get here. So with that, we're happy to answer questions you have and then we can get in.

**Co-Chair Speaker Robert Cupp** [00:07:03] Are there questions from the commission for the map drawers? Hearing none, so I guess you might just get in to it all.

**Co-Chair Senator Vernon Sykes** [00:07:14] Yes.

**Dr. Michael McDonald** [00:07:14] You want to start with your approach?

**Dr. Michael McDonald** [00:07:19] Sure, I think that the key thing that each of these maps highlights is number one, just choices, some of which I don't think have have huge constitutional or Supreme Court order related questions. They're things like in the map that goes Cuyahoga to Lake you get an extra competitive or even extra democratic district in that area. In the map that goes Cuyahoga to Summit, that last Senate Democratic seat comes in Toledo. It's the second seat in Toledo instead of just one. So we end up with the same number of Democratic seats in both the House and Senate maps kind of the magic number that's been referred to. It's just on the Senate side. It's in a different part of the state than where we where they do differ is in the symmetry side. The Cuyahoga with Lake, I get you one more competitive Republican seat, essentially a safe Republican seat comes down into the the competitive range, which improves the symmetry. All the other places, we're actually where we both on that and in the latest versions is in Mahoning. We get to there's a second map in the Cuyahoga to Summit, the second, I'm sorry, the second competitive Republican seat in the Cuyahoga, the summit map by making changes purely within Mahoning County or in the case of the Cuyahoga to Lake, make it to a third competitive Republican seat.