# EXHIBIT G

## Ohio Redistricting Commission - 3-28-2022 part 1

**Co-Chair Senator Vernon Sykes** [00:00:00] The meeting that began on March the 27th, with no objection I pronounce adjourned said meeting. And I call to order the meeting today of the Ohio Redistricting Commission. Will the staff please call the roll.

**Staff** [00:00:21] Co-Chair Speaker Cupp.

**Co-Chair Speaker Bob Cupp** [00:00:22] Present

**Staff** [00:00:24] Co-Chair Senator Sykes.

**Co-Chair Senator Vernon Sykes** [00:00:25] Present.

**Staff** [00:00:25] Governor DeWine.

**Governor Mike DeWine** [00:00:26] Here.

**Staff** [00:00:27] Auditor Faber.

**Auditor Keith Faber** [00:00:28] Here.

**Staff** [00:00:28] President Huffman.

**Senate President Matt Huffman** [00:00:29] Here.

**Staff** [00:00:30] Secretary LaRose.

**Sec. of State Frank LaRose** [00:00:31] Here.

**Staff** [00:00:32] And Leader Russo.

**House Minority Leader Allison Russo** [00:00:32] Here.

**Staff** [00:00:33] Mr. Co-Chair, all members are present.

**Co-Chair Senator Vernon Sykes** [00:00:36] A quorum is present, so we will continue to meet as a full commission. At this time, the independent map drawers are attending the meeting virtually and we ask that the audience refrain from loud noise out of respect for the independent mapmakers and the persons watching the proceedings remotely on the Ohio Channel. Members who are in the room, please use your microphone so that everyone might hear it. The minutes of the previous meeting are in your folders; do have a motion to accept the minutes?

**Co-Chair Speaker Bob Cupp** [00:01:11] So moved.

**Co-Chair Senator Vernon Sykes** [00:01:13] Are there any objections or changes to the minutes as presented? If not, we will accept the minutes as presented. At this time, we'd like an update from the independent mapmakers.

**Dr. Douglas Johnson** [00:01:31] So good morning, Co-Chairs and members of the commission. Just reporting on our status, we have received the - number one, we have

merged the maps together, so we have a merged House and merged Senate map, incorporating all of the references at the time, discussed last night. And we have received and, just minutes ago, finished importing in the incumbent list and coding them purely for which are Senate, which your House. So as discussed, we do not know names or parties. We just have the dots of the senators and the dots of the House members. So that is imported in to our maps. And while I was doing that, Dr. McDonald has started on the cleanup of the village and city splits and township splits and the small technical things that trip up so many maps, so that work is already underway. And now that we have the the list imported, we will begin the process that was at your direction from last night, to begin looking at which incumbents are paired, and which incumbents raise section five issues. So that's the work we're about to kick off. The big question in our mind is a process question for the day. Obviously, a big goal today is for you to really make this your map by giving us your questions, your suggestions and requests and directions. And so wanted to, I think a good thing that could come out of this meeting would be a decision on that process, if that's possible. Anything to add, Dr. McDonald?

**Dr. Michael McDonald** [00:03:15] I would add that there was one change that we've already made that was recommended to us, that in Warren County that we were told would fix one of the incumbent issues. And so we looked at it. It is does not affect any of the constitutional requirements or the Court requirements. So we went ahead and implemented that particular change.

**Dr. Douglas Johnson** [00:03:45] So if you have a process in mind for how those changes should come from the commissioners to us, we're certainly happy to work at your direction or we can offer some ideas for your consideration on that if you wish.

**Co-Chair Senator Vernon Sykes** [00:04:00] Could we start with you offering some ideas, because we're trying to accommodate your schedule as well.

**Dr. Douglas Johnson** [00:04:09] I think just from a pure process, thought it might be best if the commissioners share requests amongst the, amongst the other commissioners and primarily, I think, through the, through the staff liaisons. And if there is consensus on a change, then either that commissioner or the staff could could pass that along to us and we would implement it. If there's not consensus, I presume they would likely need to come back to the commission for discussion. But that would be the easiest way because we anticipate that a lot of these changes will be unanimous, non-controversial changes. We just want to be sure that we're having some time to get some work done and not constantly getting those. So, if there is a way to consolidate, those have a staff review and sign off on them and then present them to us in batches rather than one at a time, that would be helpful for us.

**Co-Chair Senator Vernon Sykes** [00:05:09] Are there any questions or comments from the commissioners? Senator Huffman.

**Senate President Matt Huffman** [00:05:16] Yeah, thank thank you, co-chair, I guess in terms of process, my expectation, I think the other commissioners expectation, is that at some point there would be a well worked product, a merged map taking into account all of the constitutional factors, the other factors that the various commissioners have mentioned throughout these meetings. And we would have a chance then to review that and then make comments. So I guess the question it appeared, if I'm right, it appears, at least at this moment, the product, if I can call it, is not ready. But at some point the two of you will believe, Hey, here's a we'll call it a proposal, and then commissioners will have a chance

to review that. And I don't know whether we come back and formally accept that proposal that whenever that would be, or that's just something that that gets sent out. But you know, we, I can't make suggested changes if I don't know what it is that I'm changing. So I guess that's a question. Is it when, I don't want to say when, because that's, who knows. I mean, you have a better idea, but there's no reason to say this time unless you actually know. So if you, when that's ready, Mr. Co-Chair, I guess I think all seven commissioners would like to see it and then do their own analysis and be able to make their suggested changes. And maybe I'm stating the obvious, but, I don't anticipate a process where, the seven of us somewhere virtually get a proposal, and then we start making changes and the changes that I'm making may affect the changes that Senator Faber's making and 'yeah, we'll do that, Senator Huffman, yeah, we'll do that Auditor Faber,' now we've got a new I mean, at some point we have to have one working product and then move forward from there.

**Co-Chair Senator Vernon Sykes** [00:07:29] I believe we have a working product, at this point, the question and I appreciate the comments and the question that Senator Huffman is raising, is that prepared, is it prepared right now to share with the members? Of course you share, it's being shared all along. But are we at that stage that the members could have the unified copy and use it for evaluating it, for assessment, assessing any kind of changes?

**Dr. Douglas Johnson** [00:08:09] So, yes, we are not at the point of giving you a formal next map because the instruction was for us to incorporate the incumbents and make those changes and give you kind of our next merge, not just our merger but our merge with the incumbent adjustments made. But as we've been doing throughout this process, we can give you just our current working copy and your staff can, we'll pass those to your staff and they can share them with you. And and yes, I think to Senator Huffman's point, we won't have done our incumbent adjustments yet, but if your, you and your staffs, can help us along in that process, we welcome any input or direction you have on that and to the senator's point, that's my hope, is that perhaps if we are coordinating this and then we get the request come to us after they've been coordinated between both caucuses, that might be a working system.

**Dr. Michael McDonald** [00:09:12] I would just add that we are sharing maps with your staff and then we are posting them on to the website when there's any major revision to the map, that's beyond just a small technical issue. So we plan to, after this meeting, move on the technical adjustments that I've been making into a plan, the working draft plan, and we're going to share that with staff. And my anticipation is that we're going to and I'm getting a nod, yes, that we are going to publish that online.

**Dr. Douglas Johnson** [00:09:42] And then in timing, to your timing question, my thought is, we talked about this a little bit, that, well we schedule- if we make great progress and move faster, we'll certainly let you know and perhaps meet before that, but would suggest that we have the next hearing ar, Dr. McDonald's suggestion was 3:00, so we would need to get you the files by 2:00. It's not quite the 90 minutes you prefer, but we're tight, so if that's okay with you, or we can give you a current status map at 1:30 as well, but-

**Dr. Michael McDonald** [00:10:15] And I would just add to that, I mean, your staff are going to be looking at these maps over our shoulders and people I know are going to be viewing it online. So I, there's going to be transparency here, if you wish to come in and look at the maps as we're doing them as well, I encourage you, you know, for the commissioners who can do so, I was very aware, you know, aware, I have my own vision problems, so to Spekaer Cupp, you know, I understand he needs some maps and I

understand the reason why. So, but for those who can come down, we certainly invite you. And you know, if it doesn't interrupt our work too much, we would be happy to walk you through any issues that you may have or want to look at any particular part of the state.

**Co-Chair Senator Vernon Sykes** [00:11:08] Auditor Faber.

**Auditor Keith Faber** [00:11:10] To speed this along, I know you're talking about having various maps, but if we could see, at least have have the combined print out, I came down and looked at it. But some changes have been made and you're going to make, now that the incumbent's data, if we could have that print out for us to look at it and our staff to look at, it may help the process of offering amendments go faster. If we could see it in total and with the urban areas blown up.

**Dr. Michael McDonald** [00:11:38] Our strong preference is that your staff do that. It takes us time to produce maps, so we really would hope that you would rely upon your staff to do that.

**Dr. Douglas Johnson** [00:11:49] Just to kind of, we'll hand over all their mapping files, like in a few minutes here. And then the request is that then the respective staff secure print, the print outs. But yes, we will certainly hand over all the files they need to do that.

**Co-Chair Senator Vernon Sykes** [00:12:06] So it's been suggested that one, you're going to provide copies of every, to everyone right now, of the maps that you have. You have one united map, unified map and the members are to look through it to find out if there's any suggestions that they would like to make. You're going to continue to work on compactness issues and splits, as well as any suggestions, amendments, that's coming from the members. At 1:00, you suggest that we meet again, that we will have another status report. By that time, you would have the recommendations or suggestions on dealing with the incumbency issue. And we could then also print maps out again for the continued review of the members, and we would then set at the 1:00, we would set a meeting at 3:00 to come back to, in fact, make any suggestions from the commission to you and your work.

**Dr. Douglas Johnson** [00:13:21] Correct, if that, I know it's not the full 90 minutes, but the suggestion would be that we give you kind of our working, working status at 2:00 for you to review and be ready to give us direction on it at you're, at a meeting at 3:00, if that's comfortable with, if that works for the commission.

**Co-Chair Senator Vernon Sykes** [00:13:39] But the commission members will have access to the unified map right now. Yes.

**Dr. Douglas Johnson** [00:13:45] Yes.

**Co-Chair Senator Vernon Sykes** [00:13:45] Okay. All right.

**Co-Chair Speaker Bob Cupp** [00:13:47] So, so are we coming back at 2:00? Or are we getting a map at-.

**Co-Chair Senator Vernon Sykes** [00:13:51] 2:00.

**Co-Chair Speaker Bob Cupp** [00:13:51] 2:00.

**Co-Chair Senator Vernon Sykes** [00:13:53] And we can come back at 3:00.

**Co-Chair Speaker Bob Cupp** [00:13:57] And we come back at 3:00. And and not at 1:00?

**Co-Chair Senator Vernon Sykes** [00:13:59] Not at 1:00.

**Co-Chair Speaker Bob Cupp** [00:14:03] And we're able to get a current, get a map of the current progress now-.

**Co-Chair Senator Vernon Sykes** [00:14:09] Yes.

**Co-Chair Speaker Bob Cupp** [00:14:09] To get familiar with it. OK.

**Co-Chair Senator Vernon Sykes** [00:14:14] Any questions? Leader Russo.

**House Minority Leader Allison Russo** [00:14:17] Thank you, Mr. Co-Chair. You know, I just wanted to say that I commend these map makers. They have made significant progress even since our late meeting last night, and it's been very helpful to to go in and talk with you and sort of see, and I know some commission members have been down, you know, asking if there are, some of their suggestions are possible. So I appreciate that and I would encourage all the commissioners if you haven't been doing that to continue to do that because I think that that is probably the fastest way to really get feedback on what you're thinking or your suggestion may or may not be possible and present any issues. And I appreciate both of the mapmakers for being very accommodating to that.

**Co-Chair Senator Vernon Sykes** [00:15:10] Can you just review with us just a brief description of the map, the unified map, right now, the proportionality, the symmetry and the compactness as best you can, so we understand where we stand right now.

**Dr. Michael McDonald** [00:15:28] Yes, so most of the map is the, again, we're actually, Dr. Johnson, I have randomly been choosing approaches. We've been collaborating all along, but this unified map, given the preferences that were stated by the commission, is basically the one I've been working on. So it made it easy for us to move over to a unified map. So that's the map. We've discussed it previously. It's proportional, both in the House and the Senate. In the House, the proportionality, the symmetry issue is that there are three competitive leaning Republican districts in that 48 to 52 partisan index range, and then are three Democratic. So it has a three and three on the symmetry that the court has identified. And then in the Senate, there's two Democratic competitive and zero Republican competitive. But we've looked at this hard and I don't think we're going to be able to improve upon that and keep proportionality.

**Co-Chair Senator Vernon Sykes** [00:16:44] Are there any other questions or comments from the members of the commission?

**House Minority Leader Allison Russo** [00:16:48] I have a question.

**Co-Chair Senator Vernon Sykes** [00:16:49] Leader Russo.

**House Minority Leader Allison Russo** [00:16:50] Thank you, Mr. Co-Chair. Just to the mapmakers, because I know that you now have the incumbent data that you're incorporating. Do you have a way of knowing which ones, for example, of the Senate, are midterm versus up or not in that situation? Because I know that that was one of the

discussion points and in providing the data to you, I just don't know if that distinction has been made between those that are midterm and have to be assigned to a district versus those that are not.

**Dr. Douglas Johnson** [00:17:28] So we do not. The list we received, I believe, has just all 33 senators on it. Oh, minus the term, minus term limited ones? Sorry, 28. Sorry, all 28 that are not term limited.

**Dr. Michael McDonald** [00:17:43] We're going to rely upon staff to give us that direction as to which are the non term-limited, the.

**House Minority Leader Allison Russo** [00:17:56] Midterm.

[00:17:56] Midterm senators, yes. So that was just an agreement that we had and expedite the production of the data for us.

**House Minority Leader Allison Russo** [00:18:04] OK, thank you.

**Co-Chair Senator Vernon Sykes** [00:18:09] Any additional questions or comments? We stand in recess.