# EXHIBIT I

## Ohio Redistricting Commission - 3-28-2022 part 3

**Co-chair Senator Vernon Sykes** [00:00:02] We have a motion on the floor. Is there any further discussion and questions about the motion.

**House Minority Leader Allison Russo** [00:00:14] Mr. Co-Chair.

**Co-chair Senator Vernon Sykes** [00:00:15] Leader Russo. I would just like to say one thing that in talking with our legal counsel, it is clear that the Supreme Court cannot hold us in contempt at two o'clock, one o'clock in the morning. So I again reiterate that we should continue to have our independent matchmaker who is working for the commission and move forward in creating a map that we can consider as a commission instead of going to the alternative that has been proposed by Senator Huffman.

**Senate President Matt Huffman** [00:00:52] Mr. Co-chair.

**Co-chair Senator Vernon Sykes** [00:00:52] Yes.

**Senate President Matt Huffman** [00:00:53] Yeah. To make it clear, the motion includes moving forward, the Independent or the commission's map maker continuing to work on this very complex problem as I described at the moment, no Senate map has been produced and no confirmation of a constitutional House map Move forward. If that, if they can, the caucus map makers, won't be. Mr. DeRossi, unfortunately, can suggest it changes to the so. So I think we can do these both of these paths. And I don't know when the Supreme Court would hold it in contempt. It's not going to be right after midnight, but at some point in the future, if we don't produce a map tonight, potentially at least there was a there was a suggestion of that. We never got that far with it. So I think the longer we sit here and debate about it, the harder it is to get anything done in the next few hours.

**Co-chair Senator Vernon Sykes** [00:01:53] One consideration, hopefully a friendly amendment if we allow the independent map drawer to continue to work. We had indicated that we needed both of them in the room at the same time. So that would be acceptable, consider it a friendly amendment.

**Senate President Matt Huffman** [00:02:10] Yeah, I think Mr. Co-Chair and I appreciate the friendly amendment that that's the expected. These folks are all going to be working feverishly over the next few hours and there has to be a product for the commission to to vote out today. And that's why I've suggested this path.

**Co-chair Senator Vernon Sykes** [00:02:29] Another suggested friendly amendment is that the commission would ask the Attorney General's Office to actually make a request to the Supreme Court for an extension of time of one day.

**Senate President Matt Huffman** [00:02:42] Well, Mr. Co-chair, that's not part of my amendment. One if if someone wants to ask the Attorney General, we can debate that as a separate question, that's not part of my amendment. And you may recall that the Supreme Court specifically stated in their last order, there will be no extensions. And so again, I'm trying to deal with a problem that frankly, is not the creation of anyone in this room and maybe not any any individual or group of individuals in particular is under the circumstances. We need some sort of safety valve here. And, you know, if we're not going to land the plane as it's said, it would be nice to have a parachute. And that's that's what the motion is intended to do. If you want to make that motion and debate separately, I

don't think it's specifically said that the Supreme Court has said no extensions. It has to be done today.

**Co-chair Senator Vernon Sykes** [00:03:47] Secretary LaRose,

**Secretary of State Frank LaRose** [00:03:50] Appreciate it, President, President Huffman aviation reference, because I was thinking along the same lines here that, you know, it's only prudent to have a backup plan in place and we have a looming deadline tonight. I'll be voting in favor of the president's motion here because I think that what we should continue pursuing this track of the independent mapmaker and that would be the plan A in my mind, it would be unwise of us to not be prepared with a Plan B and therefore find ourselves at risk of being in violation of the court's order after midnight tonight.

**Co-chair Senator Vernon Sykes** [00:04:25] Mr. Co-chair.

[00:04:26] Yes,

**Speaker 5** [00:04:27] I have pulled up the opinion from the court and paragraph 47. It says specifically, no request for stipulation for extension of time shall be filed, and the clerk of this court shall refuse to file any requests or stipulations for extension of time. I think that's pretty clear.

**Co-chair Senator Vernon Sykes** [00:04:48] Are there any additional additional comments or questions Leader Russo.

**House Minority Leader Allison Russo** [00:04:59] Mr. Co-chair, I would just like to again re-emphasize that I have full confidence that our independent mapmaker will be able to complete this task by midnight. So I would like to reiterate that that I have full confidence that that is possible.

**Co-chair Senator Vernon Sykes** [00:05:21] Auditor Faber,

**Auditor of State Keith Faber** [00:05:22] yeah, sticking with our aviation examples, I hope we don't run out of gas as as we approach a runway. And so for that reason, I am all for having an alternative parachute if necessary. But I would just reiterate this is supposed to be a map that we draw. And so far, other than looking at various things, I still haven't seen a final version that I can draft amendments to for on the on the map drawers product. We haven't seen a Senate map, and there are certainly going to be some suggestions of things that I would think that we may want to amend as we go forward. And I just will reiterate that my staff has been working in and out of the room all day, all week with the map drawers to try and find areas that we can make of compromise and concessions to address some of the issues. But it continues to be a we haven't seen it, so it's tough to tough to move past it.

**Senate President Matt Huffman** [00:06:33] Mr. Co-Chair Yeah, I would also ask that the Democratic mapmaker, the caucus map maker or the staff and this actually goes for the staff of everyone else. Get your suggestions together. It may be that the changes to the third map and again, only changes that will allow the motion said this, if it comes to this, will more closely comport or get closer to what the Supreme Court wants. So hopefully everyone will, will and perhaps they can get together and talk about it among themselves. And you know, it is possible to Russo said that our map maker will be able to solve. All of

these problems in the next three or four hours. But it's it we, as I said, there should be a safety valve of some kind.

**Co-chair Senator Vernon Sykes** [00:07:32] All right. Will the staff please call the roll

**Clerk** [00:07:39] Co-Chair Speaker Cupp.

**Co-chair House Speaker Bob Cupp** [00:07:40] Yes.

**Clerk** [00:07:40] Co-chair Senator Sykes.

**Co-chair Senator Vernon Sykes** [00:07:42] No.

**Clerk** [00:07:42] Governor DeWine.

**Governor Mike DeWine** [00:07:44] Yes.

**Clerk** [00:07:45] Auditor Faber.

**Auditor of State Keith Faber** [00:07:45] Yes.

**Clerk** [00:07:46] President Huffman.

**Senate President Matt Huffman** [00:07:47] Yes.

**Clerk** [00:07:47] Secretary LaRose.

**Secretary of State Frank LaRose** [00:07:48] Yes.

**Clerk** [00:07:49] Leader Russo.

**House Minority Leader Allison Russo** [00:07:50] No.

**Clerk** [00:07:52] Mr. Co-Chair, 5-2.

**Co-chair Senator Vernon Sykes** [00:07:54] The motion is approved and so ordered. Why don't we take a recess for for just an update at nine o'clock. An update at 9.

**Co-chair House Speaker Bob Cupp** [00:08:06] Return at 9 for an update?

**Co-chair Senator Vernon Sykes** [00:08:07] Rreturn at 9 for an update.