# EXHIBIT O

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GONIDAKIS et al., <br><br> Plaintiffs, <br><br> THE OHIO ORGANIZING COLLABORATIVE, COUNCIL ON AMERICAN-ISLAMIC RELATIONS, OHIO, OHIO ENVIRONMENTAL COUNCIL, SAMUEL GRESHAM JR., AHMAD ABOUKAR, MIKAYLA LEE, PRENTISS HANEY, PIERRETTE TALLEY, and CRYSTAL BRYANT, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity, <br><br> Defendant. | Case No. 2:22-cv-00773 <br><br> Circuit Judge Amul R. Thapar <br> Chief Judge Algenon L. Marbley <br> Judge Benjamin J. Beaton <br> Magistrate Judge Elizabeth Preston Deavers |

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION BY INTERVENOR-PLAINTIFFS**

Pending before the Court is the motion for preliminary injunction of Intervenor-Plaintiffs the Ohio Organizing Collaborative, Council on American-Islamic Relations, Ohio, Ohio Environmental Council, Samuel Gresham, Jr., Ahmad Aboukar, Mikayla Lee, Prentiss Haney, Pierrette Tally, and Crystal Bryant (collectively, the "OOC Plaintiffs"). Having considered the arguments of the parties and the record before the Court, it is hereby **ORDERED** that the OOC Plaintiffs' Motion is **GRANTED** for the reasons set forth below:

1. The OOC Plaintiffs have demonstrated that they are likely to prevail on the merits of their claims.

2. The OOC Plaintiffs have suffered, or are likely to suffer, irreparable harm without the requested relief.

3. The balance of hardships weighs in favor of the OCC Plaintiffs under the circumstances presented, and

4. The public interest favors the implementation of the Revised Johnson/McDonald Plan for the 2022 General Assembly primary and general election in the event that there is no operative map in effect on April 20, 2022.

**SO ORDERED**.

Date:_____      _____
                                  Honorable Algenon L. Marbley
                                  United States District Court Judge

Date:_____      _____
                                  Honorable Benjamin J. Beaton
                                  United States District Court Judge

Date:_____      _____
                                  Circuit Judge Amul R. Thapar
                                  United States Circuit Court Judge