# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, *et al.*, | : |
| Plaintiffs, | : Case No. 2:22-cv-0773 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Judge Amul R. Thapar |
| OHIO REDISTRICTING COMMISSION, *et al.*, | : Judge Benjamin J. Beaton |
| Defendants. | : |

## ORDER

Per the schedule established at the preliminary injunction hearing, post-hearing response briefs are due Monday, April 11, 2022. In those same briefs, the parties shall address three additional questions posed by the panel:

1. Is there a federal right to vote in a primary if state law requires a primary for state elections? Please provide the specific text in the Constitution or a constitutional doctrine that grounds this right.

2. May Ohio simply not hold a primary and have a general election? If so, how would Ohio law provide for a general election for those seats?

3. Does the federal court have authority to move a primary election? Where does this authority come from?

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE
On behalf of the three-judge panel

DATED: April 7, 2022