**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

MICHAEL GONIDAKIS et al.,

    Plaintiffs,

THE OHIO ORGANIZING
COLLABORATIVE, COUNCIL ON
AMERICAN-ISLAMIC RELATIONS,
OHIO, OHIO ENVIRONMENTAL
COUNCIL, SAMUEL GRESHAM JR.,
AHMAD ABOUKAR, MIKAYLA LEE,
PRENTISS HANEY, PIERRETTE
TALLEY, and CRYSTAL BRYANT,

    Intervenor-Plaintiffs,

v.

FRANK LAROSE, in his official capacity,

    Defendant.

Case No. 2:22-cv-00773

Circuit Judge Amul R. Thapar
Chief Judge Algenon L. Marbley
Judge Benjamin J. Beaton
Magistrate Judge Elizabeth Preston Deavers

**INTERVENOR-PLAINTIFFS
THE OHIO ORGANIZING COLLABORATIVE, ET AL.'S
NOTICE OF FILING EXHIBIT A TO THEIR
MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 165)**

Intervenor-Plaintiffs the Ohio Organizing Collaborative et al. provide notice of filing the

attached document, Objections and Requests for Remedies of Petitioners The Ohio Organizing

Collaborative, et al., originally filed in the Supreme Court of Ohio in Case No. 2021-1210. This

document is Exhibit A to the Intervenor-Plaintiffs' April 6, 2022 Motion for Preliminary

Injunction ("Motion"), ECF No. 165.

While filing the Motion, counsel experienced technical difficulties submitting Exhibit A

through the Court's CM/ECF system. To meet the Court's filing deadline under ECF No. 143,

counsel removed Exhibit A and filed the Motion with the remaining exhibits. The technical problem has since been resolved.

Dated: April 7, 2022

Respectfully submitted,

/s/ Christina J. Marshall
Christina J. Marshall (Ohio Bar No. 0069963)
*Trial Attorney*
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
1100 Superior Avenue E, Suite 1750
Cleveland, OH 44114
(248) 267-3256
marshall@millercanfield.com

Peter M. Ellis
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
Fax: (312) 207-6400
pellis@reedsmith.com

Alicia L. Bannon (*pro hac vice*)
Yurij Rudensky (*pro hac vice*)
Harry Isaiah Black (*pro hac vice*)
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
alicia.bannon@nyu.edu

Brian A. Sutherland (*pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
bsutherland@reedsmith.com

Ben R. Fliegel (*pro hac vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
bfliegel@reedsmith.com

*Attorneys for Intervenor-Plaintiffs*
*The Ohio Organizing Collaborative, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court which will serve all attorneys of record.

/s/Christina J. Marshall
Christina J. Marshall (0069963)
MILLER, CANFIELD, PADDOCK
and STONE, P.L.C.
1100 Superior Avenue E, Suite 1750
Cleveland, OH 44114
(248) 267-3256
(248) 879-2001 (Facsimile)
marshall@millercanfield.com