# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDIT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM,<br><br>    Plaintiffs,<br><br>BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his capacity as Ohio Secretary of State,<br><br>    Defendant. | Case No. 2:22-cv-00773<br><br>Judge Amul R. Thapar<br>Judge Algenon L. Marbley<br>Judge Benjamin J. Beaton |

## SUPPLEMENTAL DECLARATION OF DR. JONATHAN RODDEN

I, Jonathan Rodden, hereby declare as follows:

1. I submitted a declaration in this case on Wednesday, April 6, along with data files for a "Corrected Independent Map Drawers' Plan."

2. On Thursday, April 7, I became aware of two minor errors in the data files.

3. First, the March 28 Independent Map Drawers' Plan kept the small village of Green Springs whole in House District 60, even though Green Springs traverses the Seneca County boundary, and the data files I submitted on April 6 maintained that treatment. The Corrected Independent Map Drawers' Plan files that accompany this supplemental declaration now assign the portion of Green Springs in Seneca County to House District 56 in order to avoid splitting Seneca County more than once. *See* Ohio Const. art. XI, § 3(C)(3).

DocuSign Envelope ID: 4A610E58-C83C-4224-AE0E-4151A2EC723E

4.  Second, I inadvertently assigned Census Block 390351275012008 to Senate District 24 rather than Senate District 25. This was a technical error that occurred in the process of combining House districts to form Senate districts.

5.  Correcting the two minor errors took just a few minutes and affected the districts of about 700 people.

6.  Block assignment files for the Corrected Independent Map Drawers' Plan are available at <https://www.dropbox.com/scl/fo/um6dwnnbq0vy227csq5uj/h?dl=0&rlkey=5096h23h85hnux1sndqvs4iye>.

7.  The performance of the Independent Map Drawers' Plan with respect to compactness, number of split counties or vote tabulation districts (VTDs), or expected partisan seat share—including proportionality and symmetry—remains the same.


I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of April, 2022.

DocuSigned by:

_____
Dr. Jonathan Rodden

2