# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL E. GONIDAKIS,** *et al.*, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-0773 |
| | : | |
| v. | : | **Chief Judge Algenon L. Marbley** |
| | : | **Judge Amul R. Thapar** |
| **OHIO REDISTRICTING COMMISSION,** *et al.*, | : | **Judge Benjamin J. Beaton** |
| | : | |
| | : | **Magistrate Judge Elizabeth P. Deavers** |
| Defendants. | : | |

## COURTROOM MINUTES
### Local Rule 65.1 Conference

| U.S. District Chief Judge Algenon L. Marbley, Sixth Circuit Judge Amul R. Thapar, and District Judge Benjamin J. Beaton (WDKY) | | Date: April 11, 2022 @ 9:00 a.m. | |
|---|---|---|---|
| **Deputy Clerk:** | Diane Stash | **Counsel for the Simon Intervenor Plaintiffs:** | Percy Squire |
| **Court Reporter:** | Shawna Evans | **Counsel for Defendants:** | Julie Pfeiffer, Michael Walton, Jonathan Blanton, Allison Daniel |
| **Log In** | n/a | **Log Out** | n/a |

Additional counsel in attendance:

Donald Brey representing Plaintiffs Michael Gonidakis, Mary Parker, Margaret Conditt, Beth Vanderkooi, Delbert Duduit, Thomas W. Kidd, Jr., Ducia Hamm, and Linda Smith.

Donald McTigue and David Fox representing Intervenor Plaintiffs Bria Bennett, Regina Adams, Kathleen Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty.

Christina Marshall representing Intervenor Plaintiff The Ohio Organizing Collaborative, Council on American-Islamic Relations, Ohio Environmental Council, Samuel Gresham, Jr., Ahmad Aboukar, Mikayla Lee, Prentiss Haney, Pierrette M. Talley, and Crystal Bryant.

David Carey representing Intervenor Defendant League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio.

Benjamin Cooper representing Intervenor Defendants Vernon Sykes and Allison Russo.

Phillip Strach and Philip Williamson representing Intervenor Defendants Matt Huffman and Robert Cupp.

Ashley Merino representing Intervenor Defendant Ohio Restricting Commission.

The parties appeared before the Court for a Local Rule 65.1 conference on the Simon Parties' Second Motion for a Temporary Restraining Order (ECF No. 147).

Counsel for all parties presented argument and responded to questions from the Judges on the issue of the Simon Parties' Second Motion for a Temporary Restraining Order pursuant to Fed R. Civ. P. 65(b) to enjoin Defendants, their agents and successors in office, and all persons acting in concert with them from certifying the results of any election for representative for the 6th Ohio United States Congressional District proposed in the March 2, 2022, Congressional Redistricting Plan.

The Court will take the issue under advisement and will issue a written Opinion & Order that will be docketed by noon on Tuesday, April 12, 2022.