# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| PLAINTIFFS | : | CHIEF JUDGE ALGENON L. MARBLEY |
| VS. | : | |
| FRANK LAROSE, | : | CIRCUIT JUDGE AMUL R. THAPAR |
| DEFENDANTS. | : | JUDGE BENJAMIN J. BEATON |

**JOINDER OF INTERVENOR PLAINTIFFS THE SIMON PARTIES IN BENNETT PETITIONERS' RESPONSE TO POST-HEARING BRIEFS REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

For reasons set forth in the previous opposition filed by the Simon Parties to adoption of any plan for reapportionment of the Ohio General Assembly proposed by Defendants, ECF Docket #100, the Simon Parties respectfully join the Opposition at ECF Docket #181.

/s/ Percy Squire_____
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
psquire@sp-lawfirm.com
Attorney for Intervenors-Plaintiffs

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by operation of the United States District Court, Southern District of Ohio electronic filing system, on April 12, 2022.

                                          *s/Percy Squire, Esq.*
                                          Percy Squire (0022010)
                                          Attorney for Intervenors-Plaintiffs