# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM, <br><br> Plaintiffs, <br><br> BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his capacity as Ohio Secretary of State, <br><br> Defendant. | Case No. 2:22-cv-00773 <br><br> Chief Judge Algenon L. Marbley <br> Judge Amul R. Thapar <br> Judge Benjamin J. Beaton |

## NOTICE OF AUTHORITY

Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty (the "Bennett Petitioners") respectfully submit this Notice to inform the Court of the Ohio Supreme Court's order and opinion in *League of Women Voters v. Ohio Redistricting Commission*, No. 2021-1193 (Ohio Apr. 14, 2022) (attached as Exhibit A), holding that the Ohio Redistricting Commission's Fourth Plan violates the Ohio Constitution.

Respectfully submitted,

/s/  Donald J. McTigue
_____
Donald J. McTigue* (OH 0022849)
*Counsel of Record
Derek S. Clinger (OH 0092075)
MCTIGUE COLOMBO & CLINGER LLC
545 East Town Street
Columbus, OH 43215
T: (614) 263-7000
F: (614) 368-6961
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

Abha Khanna**
Ben Stafford **
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
T: (206) 656-0176
F: (206) 656-0180
akhanna@elias.law
bstafford@elias.law

David R. Fox**
Jyoti Jasrasaria**
Spencer W. Klein**
Harleen Gambhir**
Raisa Cramer**
ELIAS LAW GROUP LLP
10 G St NE, Suite 600
Washington, DC 20002
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jjasrasaria@elias.law
sklein@elias.law
hgambhir@elias.law
rcramer@elias.law

** Admitted pro hac vice
*Counsel for Bennett Petitioners*

**CERTIFICATE OF SERVICE**

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 14th Day of April, 2022.

/s/ Donald J. McTigue\
Donald J. McTigue (OH 0022849)