# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** | |
| Plaintiffs, | Circuit Judge Amul R. Thapar |
| v. | Chief Judge Algenon L. Marbley |
| **FRANK LAROSE,** | Judge Benjamin J. Beaton |
| Defendant, and | Case No. 2:22-cv-773 |
| **LEAGUE OF WOMEN VOTERS OF OHIO and A. PHILIP RANDOLPH INSTITUTE OF OHIO,** | |
| Intervenor-Defendants. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants League of Women Voters of Ohio *et al.* hereby submit as Exhibit 1 the decision of the Ohio Supreme Court in *League of Women Voters of Ohio v. Ohio Redistricting Comm.,* Slip Opinion No. 2022-Ohio-1235 (April 14, 2022). Notably, in its opinion the Ohio Supreme Court:

(1) Invalidated the "Fourth Plan" enacted by the Ohio Redistricting Commission on March 28, 2022 as violating Article XI of the Ohio Constitution (Slip. Op. ¶¶ 2, 78).

(2) Provided for a continuation of the state process, with a new plan due by May 6, 2022, objections due three days after submission of the plan, and responses to such objections due three days after those objections (Slip. Op. ¶¶ 78-80).

(3) Questioned whether August 2, 2022 in fact is the last feasible date for the primary (Slip. Op. ¶ 68) and asserted federalism principles militate against this Court setting that date (Slip. Op. ¶ 69).

(4) Stated that it would be "appropriate for [this] federal court to 'stay[] its hand'" so that the state process can proceed to an orderly conclusion (Slip Op. ¶ 70) (quoting *Scott v. Germano*, 381 U.S. 407, 409 (1965)).

Dated: April 14, 2022

Robert D. Fram
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

James Hovard*
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
jhovard@cov.com

* *Pro hac vice* application forthcoming
** *Pro hac vice* application pending

Respectfully submitted,

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
*Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x125
flevenson@acluohio.org

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, OH 43206
(614) 586-1972 x2004
dcarey@acluohio.org

Alora Thomas*
Julie A. Ebenstein*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7866
athomas@aclu.org
jebenstein@aclu.org

**CERTIFICATE OF SERVICE**

I, Freda J. Levenson, hereby certify that on this 14th day of April, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
*Counsel for Intervenor-Defendants*
