# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** : | |
| : | Case No. 2:22-CV-773 |
| **Plaintiffs,** : | |
| : | **Chief Judge Algenon Marbley** |
| v. : | |
| : | **Circuit Judge Amul R. Thapar** |
| **FRANK LaROSE et al.,** : | |
| : | **Judge Benjamin J. Beaton** |
| **Defendants.** : | |

## NOTICE OF OHIO SUPREME COURT DECISION

Secretary of State Frank LaRose hereby notifies the Panel that the Ohio Supreme Court issued a decision today in *League of Women Voters of Ohio v. Ohio Redistricting Comm.*, Slip Opinion No. 2022-Ohio-1727.  A copy of the opinion is attached hereto.

Respectfully submitted,

OHIO ATTORNEY GENERAL

*/s/Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
*Counsel of Record*
JONATHAN D. BLANTON (0070035)
Deputy Attorney General
MICHAEL A. WALTON (0092201)
ALLISON D. DANIEL (0096186)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Jonathan.Blanton@OhioAGO.gov

Michael.Walton@OhioAGO.gov
Allison.Daniel@OhioAGO.gov

*Counsel for Ohio Secretary of State Frank LaRose*

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
Assistant Attorney General