# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS, et al.,** | |
| Plaintiffs, | |
| v. | Circuit Judge Amul R. Thapar <br> Chief Judge Algenon L. Marbley <br> Judge Benjamin J. Beaton |
| **FRANK LAROSE,** | |
| Defendant, and | Case No. 2:22-cv-773 |
| **LEAGUE OF WOMEN VOTERS OF OHIO and A. PHILIP RANDOLPH INSTITUTE OF OHIO,** | |
| Intervenor-Defendants. | |

## INTERVENOR-DEFENDANTS' MOTION TO MODIFY THE COURT'S APRIL 20, 2022 ORDER

Pursuant to Federal Rule of Civil Procedure 60(b), Intervenor-Defendants League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio hereby request the Court delay its April 20, 2022 order implementing the Ohio Redistricting Commission's third redistricting plan ("Third Plan") until June 6, 2022.  A memorandum in support of this motion is filed herewith.

Dated: May 27, 2022

Robert D. Fram
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

Respectfully submitted,

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
*Counsel of Record*
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, OH 44103
(614) 586-1972 x125
flevenson@acluohio.org

James Hovard
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
jhovard@cov.com

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, OH 43206
(614) 586-1972 x2004
dcarey@acluohio.org

Alora Thomas
Julie A. Ebenstein
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7866
athomas@aclu.org
jebenstein@aclu.org

## CERTIFICATE OF SERVICE

I , Freda J. Levenson, hereby certify that on this 27th day of May, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Eastern Division via the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Freda J. Levenson*
Freda J. Levenson (0045916)
*Counsel for Intervenor-Defendants*