# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| PLAINTIFFS | : | CHIEF JUDGE ALGENON L. MARBLEY |
| VS. | : | |
| FRANK LAROSE, | : | CIRCUIT JUDGE AMUL R. THAPAR |
| DEFENDANTS. | : | JUDGE BENJAMIN J. BEATON |

## **NOTICE OF APPEAL**

In accordance with the provisions of 28 U.S.C. §1253, the Honorable Reverend Kenneth L. Simon, the Honorable Reverend Lewis W. Macklin, II and Helen Youngblood (hereinafter "the Simon Parties") respectfully hereby give notice of appeal to the Supreme Court of the United States from the Order of the United States District Court for Southern District of Ohio entered May 12, 2022, ECF Docket #201, Denying the Simon Parties' Motion for a Preliminary Injunction, ECF Docket #197, and to alter or amend the District Court's April 20, 2022 Order granting Plaintiffs' second motion for preliminary injunction ECF Docket #196.  The Order entered on May 12, 2022, by the District Court violates §§2 and 3 of the Voting Rights Act of 1965, as amended 52 U.S.C. §10301, et seq.

/s/ Percy Squire
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
psquire@sp-lawfirm.com
Attorney for Simon Party Plaintiffs

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by operation of the United States District Court, Southern District of Ohio electronic filing system, on June 6, 2022.

                                              *s/Percy Squire, Esq.*
                                              Percy Squire (0022010)
                                              Attorney for Simon Party Plaintiffs