# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GONIDAKIS, ET AL. | : | CASE NO. 2:22-CV-773 |
| PLAINTIFFS | : | CHIEF JUDGE ALGENON L. MARBLEY |
| VS. | : | |
| FRANK LAROSE, | : | CIRCUIT JUDGE AMUL R. THAPAR |
| DEFENDANTS. | : | JUDGE BENJAMIN J. BEATON |

## MOTION FOR LEAVE TO FILE REPLY INSTANTER

The Honorable Reverend Kenneth L. Simon, the Honorable Reverend Lewis W. Macklin, II and Helen Youngblood (hereinafter "the Simon Parties") respectfully request leave to file the attached Consolidated Reply one day late. The attached Reply was due on July 11, 2022. Due to an unanticipated family requirement for the Undersigned to leave the State for two days the week of July 4, 2022 and the impact of the July 4th holiday on staff availability, an additional day was needed to complete the Simon Parties' Reply.

The proposed Reply is attached at Exhibit 1.

/s/ Percy Squire
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
psquire@sp-lawfirm.com
Attorney for Simon Party Plaintiffs

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by operation of the United States District Court, Southern District of Ohio electronic filing system, on July 12, 2022.

                                        *s/Percy Squire, Esq.*
                                        Percy Squire (0022010)
                                        Attorney for Simon Party-Plaintiffs