IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM,<br><br>  Plaintiffs,<br><br>BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY,<br><br>  Intervenor-Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his capacity as Ohio Secretary of State,<br><br>  Defendant. | Case No. 2:22-cv-00773<br><br>Chief Judge Algenon L. Marbley<br>Judge Amul R. Thapar<br>Judge Benjamin J. Beaton |

**MOTION TO WITHDRAW AS CO-COUNSEL**

Intervenor-Plaintiffs Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty (the "Bennett Petitioners") respectfully request this Court to permit the withdrawal of Raisa M. Cramer as co-counsel for the Bennett Petitioners. All other attorneys of record for the Bennett Petitioners will continue to represent the Bennett Petitioners in this matter. Further, and in accordance with S.D. Ohio Civ. R. 83.4(b), the Bennett Petitioners have been notified of Ms. Cramer's withdrawal and do not oppose the withdrawal; they will not be prejudiced by the withdrawal given that their other attorneys of record will continue to represent them. Accordingly,

the Bennett Petitioners respectfully request that this Court enter an order allowing Raisa M. Cramer to withdraw as their co-counsel in this matter.

                            Respectfully submitted,

                            /s/ Donald J. McTigue
                            Donald J. McTigue* (OH 0022849)
                            *Counsel of Record*
                            MCTIGUE COLOMBO & CLINGER LLC
                            545 East Town Street
                            Columbus, OH 43215
                            T: (614) 263-7000
                            F: (614) 368-6961
                            dmctigue@electionlawgroup.com

                            Abha Khanna**
                            Ben Stafford **
                            ELIAS LAW GROUP LLP
                            1700 Seventh Ave, Suite 2100
                            Seattle, WA 98101
                            T: (206) 656-0176
                            F: (206) 656-0180
                            akhanna@elias.law
                            bstafford@elias.law

                            David R. Fox**
                            Jyoti Jasrasaria**
                            Spencer W. Klein**
                            Raisa Cramer**
                            ELIAS LAW GROUP LLP
                            250 Mass. Ave. NW, Suite 400
                            Washington, DC 20001
                            T: (202) 968-4490
                            F: (202) 968-4498
                            dfox@elias.law
                            jjasrasaria@elias.law
                            sklein@elias.law
                            rcramer@elias.law

                            ** Admitted pro hac vice

                            *Counsel for Bennett Petitioners*

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 17th Day of April, 2023.

/s/ Donald J. McTigue
Donald J. McTigue

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GONIDAKIS, MARY PARKER, MARGARET CONDITT, BETH VANDERKOOI, LINDA SMITH, DELBERT DUDUIT, THOMAS W. KIDD JR., DUCIA HAMM, <br><br> Plaintiffs, <br><br> BRIA BENNETT, REGINA C. ADAMS, KATHLEEN M. BRINKMAN, MARTHA CLARK, SUSANNE L. DYKE, MERYL NEIMAN, HOLLY OYSTER, CONSTANCE RUBIN, EVERETT TOTTY, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his capacity as Ohio Secretary of State, <br><br> Defendant. | Case No. 2:22-cv-00773 <br><br> Chief Judge Algenon L. Marbley <br> Judge Amul R. Thapar <br> Judge Benjamin J. Beaton |

## ORDER GRANTING MOTION OF BENNETT PETITIONERS
## FOR WITHDRAWAL OF CO-COUNSEL

Before the Court is the Bennett Petitioners' *Motion for Withdrawal of Co-Counsel.* The Court hereby ORDERS that Raisa M. Cramer, of Elias Law Group LLP, is hereby withdrawn as co-counsel for the Bennett Petitioners. The Court directs the Clerk of Court to remove her name from the electronic notification system.

SIGNED this_____day of_____, 2023.

_____
Chief United States District Judge