IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GONIDAKIS**, *et al.*, | : |
| | : |
| Plaintiffs, | : Case No. 2:22-cv-0773 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : Judge Amul R. Thapar |
| **FRANK LAROSE**, in his capacity as | : Judge Benjamin J. Beaton |
| Ohio Secretary of State, *et al*., | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before this Court on the Motion to Withdraw as Co-Counsel (ECF No. 220) filed by Intervenor-Defendants League of Women Voters of Ohio and A. Philip Randolph Institute of Ohio as well as the Motion to Withdraw as Co-Counsel (ECF No. 221) filed by the Bennett Petitioners[1].

The Intervenor-Defendants have requested that Sarah Suwanda withdraw her appearance because she will no longer be employed at Covington & Burling LLP. (ECF No. 220 at 1). The Intervenor-Defendants have indicated that they will be represented by all other counsel remaining on the record. (*Id.*). Pursuant to Local Rule 83.4(b), Mr. Suwanda has provided written notice to the Intervenor-Defendants and other counsel. (*Id.*). For good cause shown, the Intervenor-Defendants' Motion is **GRANTED.**

The Bennett Petitioners have requested that Raisa Cramer withdraw her appearance as they will be represented by other counsel. (ECF No. 221 at 1–2). Pursuant to Local Rule 83.4(b), Ms. Cramer has provided written notice to the Bennett Petitioners and other counsel. (*Id.* at 1). For

---

[1] The "Bennett Petitioners" are a set of Intervenor-Plaintiffs comprised of the following: Bria Bennett, Regina C. Adams, Kathleen M. Brinkman, Martha Clark, Susanne L. Dyke, Meryl Neiman, Holly Oyster, Constance Rubin, and Everett Totty. (ECF No. 221 at 1).

good cause shown, the Bennett Petitioners' Motion is **GRANTED.**

The Clerk shall terminate Attorneys Sarah Suwanda and Raisa Cramer from the docket.

**IT IS SO ORDERED.**

                                                              _____
                                                              **ALGENON L. MARBLEY**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: May 17, 2023**